AT 320 28:1332lb

**1:23-CV-5840**

JS44 (Rev. 10/2020 NDGA)

# CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)
TAMAH JADA CLARK [REAL PARTY IN INTEREST] EX. REL ANTI-SEMITISM DEFENSE LEAGUE

## DEFENDANT(S)
X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** GWINNETT
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** SAN FRANCISCO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

1880 BRASELTON HWY, SUITE 118 #5018
LAWRENCEVILLE, GA 30043
COMMONLAW119@GMAIL.COM
1(888) 256-6692 EXT. 777

**ATTORNEYS** (IF KNOWN)

UNKNOWN

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1. U.S. GOVERNMENT PLAINTIFF
- [ ] 2. U.S. GOVERNMENT DEFENDANT
- [ ] 3. FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [X] 4. DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [X] 2 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 | |
| CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | FOREIGN NATION | [ ] 6 | [ ] 6 | |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION - TRANSFER
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- [ ] 8 MULTIDISTRICT LITIGATION - DIRECT FILE

## V. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

AGGRAVATED SLANDER AND LIBEL AT LAW UNDER ARTICLE III, US CONSTITUTION; WHEREAS DEFENDANTS DID MALICIOUSLY AND FALSELY SLANDER PLAINTIFF ORALLY AND WRITTEN WITH EVIL MOTIVE AND DELIBERATE OPPRESSION. CIVIL STATUTE NOT NEEDED/APPLICABLE; SLANDER AND LIBEL ACTIONABLE UNDER GEORGIA COMMON LAW. COMPLETE DIVERSITY BETWEEN PLAINTIFF AND DEFENDANTS.

**(IF COMPLEX, CHECK REASON BELOW)**

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [X] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT $ _____  APPLYING IFP _____  MAG. JUDGE (IFP) _____
JUDGE _____  MAG. JUDGE _____ (Referral)  NATURE OF SUIT _____  CAUSE OF ACTION _____

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☒ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☐ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☐ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK
- ☐ 880 DEFEND TRADE SECRETS ACT OF 2016 (DTSA)

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT
- ☐ 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 376 Qui Tam 31 USC 3729(a)
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 485 TELEPHONE CONSUMER PROTECTION ACT
- ☐ 490 CABLE/SATELLITE TV
- ☐ 890 OTHER STATUTORY ACTIONS
- ☐ 891 AGRICULTURAL ACTS
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT 899
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23     DEMAND $ __12 Billion__

JURY DEMAND ☒ YES ☐ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY
JUDGE __N/A__     DOCKET NO. __N/A__

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____, WHICH WAS DISMISSED. This case ☐ IS ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

SIGNATURE OF ATTORNEY OF RECORD     DATE __November 19, 2023__

Generated: Dec 19, 2023 12:05PM                                                                 Page 1/1



# U.S. District Court

## Georgia Northern - Atlanta

Receipt Date: Dec 19, 2023 12:05PM

TAMAH CLARK

| Rcpt. No: 100008402 | | Trans. Date: Dec 19, 2023 12:05PM | | | Cashier ID: #ER |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | Check/Money Order | #1712531 | 12/18/2023 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 1:23-CV-5840

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.

```
ORIGIN ID:SCFA    (417) 221-9006          SHIP DATE: 15DEC23
TAMAH JADA CLARK                          ACTWGT: 0.10 LB
                                          CAD: 254303705/WSXI3200
1880 BRASELTON HWY
SUITE 118 #5018
LAWRENCEVILLE, GA 30043                   BILL SENDER
UNITED STATES US
```

TO **CLERK OF COURT**
**RICHARD B. RUSSELL FEDERAL BUILDING**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA GA 30303**
(417) 221-9006           REF: 1
INV: 8863433
PO:                      DEPT:



**TUE - 19 DEC 5:00P**
TRK# 7881 0453 5677      ** 2DAY **
0201                     DSR
                         30303
**SG QFEA**              GA-US   ATL



8863433
00001




**USPS CERTIFIED MAIL**



9214 8901 4298 0491 5336 13

*CERTIFIED MAIL*

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043



0008765310000011
Clerk of Court
Richard B. Russell Federal Bui
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303-3309

Tamah Jada Clark
1880 Braselton Hwy
Suite 118, #5018
Lawrenceville, GA 30043

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
E-mail: CommonLaw119@gmail.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570

Friday, December 15, 2023

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Tamah Jada Clark *ex rel.* Anti-Semitism Defense League™ vs. X Corp. *et al.***

Dear Clerk of Court,

    Thank you for your letter dated December 11, 2023, confirming receipt of my cover letter, case initiating document, civil cover sheet and summonses. My filing fee of $350 plus $5 for return postage for the summonses was returned to me by the court.

    I spoke with your Office today and a representative confirmed that the fee has changed to $405 as of December 1, 2023. I am resubmitting my case initiating document, civil cover sheet and summonses at this time. (Enclosed).

    Please note that I am submitting the $405 via banker's check/certified funds which may arrive a day before or after my documents. Your Office stated that I do not need to include return postage for the summonses. Thank you.


/s/

Tamah Jada Clark



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3361
www.gand.uscourts.gov

Kevin P. Weimer
DCE/Clerk of Court

Admin Section
404-215-1600

December 11, 2023

Tamah Jada Clark
1880 Braselton Hwy
Suite 118, #5018
Lawrenceville, GA 30043

Dear Ms. Clark:

The Clerk's Office has received your cover letter, case initiating document, civil cover sheet, and summonses. We are unable to process your documents at this time since you did not include the filing fee of $405 or submit an Application to Proceed in District Court Without Paying the Filing Fee. The fee of $350 mentioned in your cover letter was not included with your filings. Your documents are being returned to you. You may resubmit your documents, with the full filing fee or the Application to Proceed in District Court Without Paying the Filing Fee, either in person at the public filing desk or by mail to:

> Clerk's Office
> 2211 United States Courthouse
> 75 Ted Turner Dr. SW
> Atlanta, GA 30303

If you have any questions, please contact the Admin Department at 404-215-1600.

s/R. Bachelor
Operations Manager

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
E-mail: CommonLaw119@gmail.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570

Monday, November 20, 2023

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Tamah Jada Clark *ex rel.* Anti-Semitism Defense League™ vs. X Corp. *et al.***

Dear Clerk of Court,

I am filing a civil action at Law for aggravated torts of slander and libel pursuant the common law of Georgia under Article III, U.S. Constitution, which does not require any U.S. civil statute. (Please consult a judge or other well-seasoned law expert for further explanation on this to avoid filing delays.) There is complete diversity between all parties, the amount in controversy is 12 billion dollars, and jury trial is demanded in the pleading. (Attached).

Your Local Rules state that you require pre-payment prior to filing. (LR 3.2) I intend to pay applicable filing fees for civil actions at common law but was unable to locate any. The only fee I could find was under Title 28, U.S. Code, Section 1914 that requires payment of $350, which is not applicable in this present instance because I am not filing under any U.S. civil statute. However, because I would like to avoid filing delays or altogether refusal to file, I am submitting your demanded $350 filing fee, under protest— expressly reserving all rights.

I am enclosing three (3) Summons—one directed to each of the three Defendants containing all of the information available to me. Please sign and seal them, then return them to me using the $5 excess funds included to cover the cost of an envelope and postage. If there are any other fees, requirements, or questions you may have need of, please e-mail me: CommonLaw119@gmail.com (I do not want my mobile number placed in the court record). Thank you.


/s/

Tamah Jada Clark