# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**TAMAH JADA CLARK, et al,**

      **Plaintiff,**

v.                                1:23-cv-5840-AT

**X CORP, et al,**

      **Defendants.**

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 5th day of January, 2024.

_/s/ Amy Totenberg_
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**