# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK, EX REL., ANTI-SEMITISM DEFENSE LEAGUE,<br><br>                Plaintiff,<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE,<br><br>                Defendants. | CIVIL ACTION FILE NO:<br>1:23-cv-05840-JPB |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(D)(1), Jeremy L. Kahn of the law firm of Berman Fink Van Horn P.C. enters his appearance as attorney of record on behalf of Defendants American Israel Public Affairs Committee and World Jewish Congress. Defendants reserve, and do not waive, any defenses through this limited appearance, including insufficient service of process and lack of personal jurisdiction.

Dated: January 23, 2024

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:  */s/ Jeremy L. Kahn*
      Benjamin I. Fink
      Georgia Bar No. 261090
      Jeremy L. Kahn

Georgia Bar No. 796717
3475 Piedmont Road, N.E.
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
bfink@bfvlaw.com
jkahn@bfvlaw.com

*Counsel for Defendants American Israel Public Affairs Committee and World Jewish Congress*

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing Notice of Appearance by filing this document using the CM/ECF system as well as by sending it by first-class mail to:

Tamah Jada Clark<br>
Anti-Semitism Defense League<br>
1880 Braselton Hwy<br>
Suite 118 #5018<br>
Lawrenceville, GA 30043

Dated: January 23, 2024               Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:   */s/ Jeremy L. Kahn*
      Benjamin I. Fink
      Georgia Bar No. 261090
      Jeremy L. Kahn
      Georgia Bar No. 796717
      3475 Piedmont Road, N.E.
      Suite 1640
      Atlanta, Georgia 30305
      (404) 261-7711
      bfink@bfvlaw.com
      jkahn@bfvlaw.com

*Counsel for Defendants American Israel Public Affairs Committee and World Jewish Congress*