# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK EX REL.<br>ANTI-SEMITISM DEFENSE LEAGUE,<br><br>　　　　Plaintiff<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS,<br>AMERICAN ISRAEL PUBLIC AFFAIRS<br>COMMITTEE,<br><br>　　　　Defendants | CIVIL ACTION FILE NO:<br>1:23-cv-05840-JPB |

## DEFENDANT AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant American Israel Public Affairs Committee ("AIPAC") states:

1.　The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

　　American Israel Public Affairs Committee, which states that it has no parent corporation and that no publicly held corporation that owns 10% or more of

1

the stock.

World Jewish Congress ("WJC")

X Corp.

Tamah Jada Clark *ex rel.* Anti-Semitism Defense League

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   None.

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

   (a) For Plaintiff:

      None.

   (b) For Defendant AIPAC:

      Benjamin I. Fink
      Berman Fink Van Horn P.C.
      3475 Piedmont Road, NE, Suite 1640
      Atlanta, Georgia 30305

      Jeremy L. Kahn
      Berman Fink Van Horn P.C.
      3475 Piedmont Road, NE, Suite 1640
      Atlanta, Georgia 30305

    Rachel Hirsch
Chief Legal Counsel, AIPAC
251 H Street NW,
Washington, D.C. 20001

(c) For Defendant WJC

    Benjamin I. Fink
Berman Fink Van Horn P.C.
3475 Piedmont Road, NE, Suite 1640
Atlanta, Georgia 30305

    Jeremy L. Kahn
Berman Fink Van Horn P.C.
3475 Piedmont Road, NE, Suite 1640
Atlanta, Georgia 30305

    Aaron M. Frankel
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

    Ariel Lavinbuk
Kramer Levin Naftalis & Frankel LLP
2000 K. St NW, Fourth Floor
Washington, DC 20006

    Abigail Suzanne Badway
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

(d) For Defendant X Corp.

    Unknown

4.    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a

party or proposed intervenor on whose behalf this certificate is filed:

   AIPAC, which is a corporation.

Dated: January 23, 2024

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:   */s/ Benjamin I. Fink*
      Benjamin I. Fink
      Georgia Bar No. 261090
      bfink@bfvlaw.com
      Jeremy L. Kahn
      Georgia Bar No. 796717
      jkahn@bfvlaw.com
      3475 Piedmont Road, NE
      Suite 1640
      Atlanta, Georgia 30305
      (404) 261-7711
      (404) 233-1943 (Facsimile)

      AIPAC

      Rachel Hirsch
      (*Application for Admission Pro Hac Vice to be Filed*)
      Chief Legal Counsel, AIPAC
      251 H. Street NW
      Washington, D.C. 20001
      Tel: (202) 246-0519
      Fax: (202) 638-6349
      rhirsch@aipac.org

      *Attorneys for Defendant American Israel Public Affairs Committee*

## **CERTIFICATE OF SERVICE**

I certify that, on January 23, 2024, I served this Defendant American Israel Public Affairs Committee's Certificate of Interested Persons and Corporate Disclosure Statement by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*Pro Se*

>BERMAN FINK VAN HORN P.C.

>By:  */s/ Benjamin I. Fink*
>Benjamin I. Fink
>Georgia Bar No. 261090
>bfink@bfvlaw.com
>3475 Piedmont Road, NE
>Suite 1640
>Atlanta, Georgia 30305-6400
>(404) 261-7711
>(404) 233-1943 (Facsimile)

>*Attorney for Defendant American Israel Public Affairs Committee*