# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK EX REL. ANTI-SEMITISM DEFENSE LEAGUE, ) ) ) Plaintiff ) ) v. ) ) X CORP., WORLD JEWISH CONGRESS, ) AMERICAN ISRAEL PUBLIC AFFAIRS ) COMMITTEE, ) ) Defendants ) _____) | CIVIL ACTION FILE NO: 1:23-cv-05840-JPB |

## DEFENDANT WORLD JEWISH CONGRESS'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant World Jewish Congress ("WJC") states:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

World Jewish Congress, which states that it has no parent corporation and that no publicly held corporation that owns 10% or more of the stock.

1

  American Israel Public Affairs Committee ("AIPAC")

  X Corp.

  Tamah Jada Clark *ex rel.* Anti-Semitism Defense League

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

  None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

  (a) For Plaintiff:

    None.

  (c) For Defendant WJC

    Benjamin I. Fink
    Berman Fink Van Horn P.C.
    3475 Piedmont Road, NE, Suite 1640
    Atlanta, Georgia 30305

    Jeremy L. Kahn
    Berman Fink Van Horn P.C.
    3475 Piedmont Road, NE, Suite 1640
    Atlanta, Georgia 30305

    Aaron M. Frankel
    Kramer Levin Naftalis & Frankel LLP

      1177 Avenue of the Americas
      New York, New York 10036

      Ariel Lavinbuk
      Kramer Levin Naftalis & Frankel LLP
      2000 K. St NW, Fourth Floor
      Washington, DC 20006

      Abigail Suzanne Badway
      Kramer Levin Naftalis & Frankel LLP
      1177 Avenue of the Americas
      New York, New York 10036

(c) For Defendant AIPAC:

      Benjamin I. Fink
      Berman Fink Van Horn P.C.
      3475 Piedmont Road, NE, Suite 1640
      Atlanta, Georgia 30305

      Jeremy L. Kahn
      Berman Fink Van Horn P.C.
      3475 Piedmont Road, NE, Suite 1640
      Atlanta, Georgia 30305

      Rachel Hirsch
      Chief Legal Counsel, AIPAC
      251 H Street NW,
      Washington, D.C. 20001

(d) For Defendant X Corp.

      Unknown

4.    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

World Jewish Congress, which is an international association organized under Swiss law.

| | |
|---|---|
| Dated: January 23, 2024 | Respectfully submitted,<br><br>BERMAN FINK VAN HORN P.C.<br><br>By: */s/ Benjamin I. Fink*<br>    Benjamin I. Fink, Esq.<br>    Georgia Bar No. 261090<br>    bfink@bfvlaw.com<br>    Jeremy L. Kahn<br>    Georgia Bar No. 796717<br>    jkahn@bfvlaw.com<br>    3475 Piedmont Road, NE<br>    Suite 1640<br>    Atlanta, Georgia 30305<br>    (404) 261-7711<br>    (404) 233-1943 (Facsimile)<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br><br>   Aaron M. Frankel<br>   (*Application for Admission Pro Hac Vice to be Filed*)<br>   Abigail Suzanne Badway<br>   (*Application for Admission Pro Hac Vice to be Filed*)<br>   Kramer Levin Naftalis & Frankel LLP<br>   1177 6th Avenue<br>   New York, NY 10036<br><br>   Ariel Lavinbuk<br>   (*Application for Admission Pro Hac Vice to be Filed*)<br>   2000 K. St NW, Fourth Floor |

Washington, DC 20006

*Attorneys for Defendant
World Jewish Congress*

## **CERTIFICATE OF SERVICE**

I certify that, on January 23, 2024, I served this Defendant World Jewish Congress's Certificate of Interested Persons and Corporate Disclosure Statement by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*Pro Se*

>BERMAN FINK VAN HORN P.C.
>
>By:   */s/ Benjamin I. Fink*
>          Benjamin I. Fink
>          Georgia Bar No. 261090
>          bfink@bfvlaw.com
>          3475 Piedmont Road, NE
>          Suite 1640
>          Atlanta, Georgia 30305-6400
>          (404) 261-7711
>          (404) 233-1943 (Facsimile)
>
>          *Attorney for Defendant American*
>          *Israel Public Affairs Committee*