## IN THE UNITED STATES DISTRICT COURT
## FORT THE NORTHERN DISTRICT OF GEORGIA

_____
)
TAMAH JADA CLERK *EX REL*                )
ANTI-SEMITISM DEFENSE LEAGUE     )
                                                                 )
                                                                 )    Case No.:  1:23-cv-5840-JPB
               Plaintiff,                                 )
                                                                 )
                                                                 )
v.                                                              )
                                                                 )
                                                                 )
X CORP., WORLD JEWISH CONGRESS, )
AMERICAN ISRAEL PUBLIC AFFAIRS  )
COMMITTEE                                         )
                                                                 )
               Defendants.                            )
_____

### AMERICAN ISRAEL PUBLIC AFFAIRS
### COMMITTEE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant American Israel Public Affairs Committee ("AIPAC") moves to dismiss Plaintiff's Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), insufficient service of process pursuant to Rule 12(b)(5), failure to state a claim pursuant to Rule 12(b)(6), and failure to comply with Rules 8(a) and 10(b). In support of this motion, AIPAC relies on the accompanying memorandum of law and Declaration of Rachel Hirsch, Esq. AIPAC further moves to dismiss on any applicable ground raised by Defendant X Corp. or Defendant World Jewish Congress.

Dated: January 23, 2024

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:     */s/ Benjamin I. Fink*
        Benjamin I. Fink
        Georgia Bar No. 261090
        bfink@bfvlaw.com
        Jeremy L. Kahn
        Georgia Bar No. 796717
        jkahn@bfvlaw.com
        3475 Piedmont Road, NE
        Suite 1640
        Atlanta, Georgia 30305
        (404) 261-7711
        (404) 233-1943 (Facsimile)

        AIPAC

        Rachel Hirsch
        (*Application for Admission Pro Hac Vice Pending*)
        Chief Legal Counsel, AIPAC
        251 H. Street NW
        Washington, D.C. 20001
        Tel: (202) 246-0519
        Fax: (202) 638-6349
        rhirsch@aipac.org

        *Attorneys for Defendant American Israel Public Affairs Committee*

## **LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

I certify that this motion has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

BERMAN FINK VAN HORN P.C.

By:    */s/ Benjamin I. Fink*___
Benjamin I. Fink
Georgia Bar No. 261090
bfink@bfvlaw.com
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305-6400
(404) 261-7711
(404) 233-1943 (Facsimile)

*Attorney for Defendant American*
*Israel Public Affairs Committee*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 23, 2024, I served this Defendant American Israel Public Affairs Committee's Motion to Dismiss Plaintiff's Complaint by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail to:

> Tamah Jada Clark
> Anti-Semitism Defense League
> 1880 Braselton Hwy
> Suite 118 #5018
> Lawrenceville, GA 30043
> *Pro Se*

BERMAN FINK VAN HORN P.C.

By:  */s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090
bfink@bfvlaw.com
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305-6400
(404) 261-7711
(404) 233-1943 (Facsimile)

*Attorney for Defendant American Israel Public Affairs Committee*