# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FORT THE NORTHERN DISTRICT OF GEORGIA**

TAMAH JADA CLERK *EX REL* ANTI-SEMITISM DEFENSE LEAGUE

Plaintiff,

v.

X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE

Defendants.

Case No.: 1:23-cv-5840-JPB

**DECLARATION OF RACHEL HIRSCH, ESQ. IN SUPPORT OF DEFENDANT AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Rachel Hirsch, counsel for American Israel Public Affairs Committee ("AIPAC"), hereby submit this Declaration in Support of Defendant AIPAC's Motion to Dismiss Plaintiff's Complaint, and state as follows:

1. I am over 18 years of age and competent to testify about the subject matter of this Declaration. The factual statements made in this Declaration are made based on my personal knowledge.
2. I serve as the Chief Legal Counsel for Defendant AIPAC.

3. Plaintiff attempted to serve Defendant AIPAC by mailing a copy of the summons and Complaint to Defendant AIPAC's District of Columbia headquarters via certified mail return receipt requested.
4. The Complaint was delivered to Defendant AIPAC's general mailroom. It was not served on an individual officer or agent of the organization, and the return receipt remained unsigned.
5. To the best of my knowledge, the summons and Complaint were received on January 2, 2024. Therefore, if properly served, Defendant AIPAC's response to the Complaint would be due on January 23, 2024, 21 days from receipt.
6. Attached to this Declaration is a true and correct copy of all original posts published by Defendant AIPAC on the "X" social media platform on November 3 and 8, 2023—the dates on which Plaintiff alleges her defamation claims arise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 23, 2024

_/s/ Rachel Hirsch_
Rachel Hirsch
*Chief Legal Counsel, AIPAC*



**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

A ceasefire now brings Israel back to October 6, as if October 7 never happened.

That's not a plan for quiet, it's a recipe for more terrorism.

No thanks.

64 57 176 8K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

"Everyone wants Israelis and Palestinians to be safe"

Your actions prove that you don't.

You voted:
**NO** to condemn Hamas
**NO** to demand Hamas stop its attacks
**YES** on a ceasefire that would leave Hamas in power

Want Israelis and Palestinians safe?...
Show more

**Rep. Jamaal Bowman Ed.D.** @JamaalBowmanNY · Nov 2, 2023

I have spoken with Jewish members of my district every day since Hamas's brutal attacks, and they are in pain - and they do not want their pain exploited by the right wing to justify even more civilian deaths.
...
Show more

28 45 148 8.6K

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023
Am Yisrael Chai!
Israel ישראל @Israel · Nov 3, 2023
Dear citizens of Israel,
You have been our light during these very difficult times.
עם ישראל חי ...
Show more
0:29
11
10
59
5.7K

AIPAC | Text ISRAEL to 24722 | #StandWithIsrael
@AIPAC

In Israel, @SecBlinken recounts footage he witnessed from the October 7th massacre.

“A family on a kibbutz. A father. Two young boys, maybe 10, 11 years old.

Grabbing them, pulling them out of their living room. Going through their very small backyard and into a shelter.

Followed seconds later by a terrorist who throws a grenade into that small shelter.

And then as the father comes staggering out, shoots him down.

And then the boys come out and they run into their house. And the camera in the house is filming everything and they’re crying. ‘Where’s Daddy,’ one says. The other says, ‘They killed Daddy. Where’s my mommy?’

And then the terrorist comes in and casually opens the refrigerator and starts to eat from it.

That’s what we’re dealing with.”

twitter.com/i24NEWS_EN/sta...

9:57 AM · Nov 3, 2023 · **4,448** Views

 AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023 ···
Stand up for what's right. #StandWithIsrael against Hamas.



**AIPAC | Text ISRAEL to 24722 | #StandWithIsrael**
@AIPAC

AIPAC commends the House of Representatives for overwhelmingly adopting the Stop Harboring Iranian Petroleum (SHIP) Act (H.R. 3774) which will sanction foreign ports and refineries that process petroleum exported from Iran in violation of U.S. sanctions.

Revenue from oil sales — primarily to China — provides significant resources to enable the Iranian regime to advance its nuclear program, continue its support for terrorism, and maintain its repression of the Iranian people. Iran is the main supporter of Hamas which perpetrated the barbaric terrorist attack on Israel.

These are the SHIP Act's main provisions:

✔ Establishes U.S. policy to deny Iran the funds and capabilities to engage in dangerous and destabilizing activities, including support for international terrorism and human rights abuses against the Iranian people, by targeting those entities that violate U.S. law and provide support to Iran's energy sector.

✔ Imposes sanctions on foreign ports that knowingly accept shipments of Iranian petroleum products.

✔ Imposes sanctions on foreign refineries that knowingly process petroleum originating from Iran.

✔ Imposes sanctions on any foreign entity that transports, offloads, or otherwise deals in petroleum originating in Iran, including vessels engaging in ship-to-ship transfers of petroleum.

✔ These sanctions include asset freezes and visa bans.

We appreciate the leadership of @RepMikeLawler (R-NY) and @RepMoskowitz (D-FL) in authoring this critical legislation.

AIPAC urges the Senate to pass the companion bill to the SHIP Act that has been introduced by @SenMarcoRubio (R-FL) and @SenatorHassan (D-NH).

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

Thank you @RepBrecheen for supporting this important bipartisan legislation to cut the flow of cash to the Iranian regime.

> **Congressman Josh Brecheen** @RepBrecheen · Nov 3, 2023
>
> I just voted for the SHIP Act to sanction any individual who engages in petroleum trade originating in Iran.
>
> To protect Israel, we need to be TOUGH on Iran.

12 6 37 4.3K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

Hamas raped women.

Hamas raped the elderly.

Hamas raped children.

113 99 204 9.6K

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023
Hamas just launched mortars at a kindergarten in Israel.
Curtis Houck @CurtisHouck · Nov 3, 2023
Replying to @CurtisHouck
.@TreyYingst to @OutnumberedFNC's @EmilyCompagno and @KayleighMcEnany: Shrapnel is "all over the side of this kindergarten... [W]e were here about to go on air to speak to you when this was taking place and you -- you can see just how large the blast was."
...
Show more
SOUTHERN ISRAEL
LIVE 6:06 PM
BREAKING NEWS
REPORTING: TREY YINGST
NOW: ROCKET STRIKES NEAR ISRAELI KINDERGARTEN
3:02
29
32
56
7.5K

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023 ···

Thank you @RepMoskowitz for leading this important bipartisan effort to help cut off the cashflow to the Iranian regime and increase the pressure on the world's leading state sponsor of terrorism.

x.com/AIPAC/status/1...

> Congressman Jared Moskowitz @RepMoskowitz · Nov 3, 2023
>
> BREAKING: The House just passed my bipartisan Stop Harboring Iranian Petroleum (SHIP) Act.
>
> With this legislation, we're one step closer to strengthening sanctions on Iran and holding the regime accountable for its funding of terrorism.

24 19 61 7.3K

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

Must-read piece by @CongresswomanSC on her recent trip with @TheBlackCaucus to Israel and Rwanda, just weeks before the October 7 massacre:

"The horrific atrocities carried out by Hamas, a brutal terrorist group, are eerily reminiscent of the accounts I heard in Rwanda."

> **Congresswoman Sheila Cherfilus-I** @Congresswo · Nov 3, 2023
> A few weeks ago, I joined a @TheBlackCaucus delegation to Israel and Rwanda. Little did we know that not long after we left, Israel would face a terror attack. I shared my thoughts with @Newsweek on why we must stand with Israel during her time of need: ow.ly/aUuo50Q40VY

12 16 45 14K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

The House just passed the SHIP Act to help cut off the cashflow to the Iranian regime and increase the pressure on the world's leading state sponsor of terrorism.

Thank you @RepMoskowitz and @RepMikeLawler for leading this important bipartisan effort.

15 28 64 3.1K



**AIPAC | Text ISRAEL to 24722 | #StandWithIsrael**
@AIPAC

.@CongresswomanSC: "In the aftermath of this tragedy, some have demanded a ceasefire. This is a mistake."

"It is the duty of the United States to support our ally. The world must stand with Israel, shoulder to shoulder, in its time of need."

Read the op-ed here: newsweek.com/america-must-s...

> **AIPAC | Text ISRAEL to 24722 | #StandWithIsrae** @AIPAC · Nov 3, 2023
> Must-read piece by @CongresswomanSC on her recent trip with @TheBlackCaucus to Israel and Rwanda, just weeks before the October 7 massacre:
>
> "The horrific atrocities carried out by Hamas, a brutal terrorist group, are eeril...
> Show more

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023 ···
Stand up for what's right. #StandWithIsrael against Hamas.
DO YOU SUPPORT A TWO-STATE SOLUTION?
HAMAS DOESN'T.
Hamas seeks to destroy Israel and, in its words, liberate all of Palestine through Jihad.
Text ISRAEL to 24722 to stand with Israel.
AIPAC

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

You "call for the safety of innocent lives," @JamaalBowmanNY?

Really?!

You voted not to condemn Hamas, not to demand Hamas end its attacks, and call for a ceasefire that would keep Hamas in power.

You jeopardize innocent lives and embolden the terrorists attacking them.

>  **Rep. Jamaal Bowman Ed.D.** @JamaalBowmanNY · Nov 2, 2023
> I have spoken with Jewish members of my district every day since Hamas's brutal attacks, and they are in pain - and they do not want their pain exploited by the right wing to justify even more civilian deaths.
> ...
> Show more

39 43 159 8.9K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

NOW: Iron Dome intercepting Hamas rockets over central Israel.

For 28 days straight, Hamas has attacked Israeli families with rockets seeking to kill anyone they can.

Bipartisan support for Iron Dome and the U.S.-Israel relationship saves lives!

> **Joe Truzman** @JoeTruzman · Nov 3, 2023
> At least four interceptors fired at rockets targeting central Israel a short time ago.
>
> 0:13



 

 

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023

Stand up for what's right. #StandWithIsrael against Hamas.

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 3, 2023

Thank you @SenJoniErnst for your pro-Israel leadership and for standing with our ally in its war against Hamas!

Joni Ernst @SenJoniErnst · Nov 3, 2023

No ceasefire, period.

Israel must wipe Hamas off the face of the earth.

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

Thank you @kyrstensinema!

**Kyrsten Sinema** @kyrstensinema · Nov 3, 2023

We hear "from the river to the sea" chanted at US protests. It's on posters, even projected on university buildings

Here's a map

...

Show more

The phrase "From the river to the sea" refers to the Jordan River and the Mediterranean Sea, seen in this map of Israel. | AP

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

Hamas is hoarding over 200,000 gallons of fuel.

Instead of using it to power hospitals and help the people of Gaza, it's using fuel to power rockets and terror tunnels.

@SecBlinken: Hamas' cynicism knows no bounds.





**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

.@RashidaTlaib won't condemn Hamas, but she will glorify pro-Hamas chants.

"From the river to the sea" isn't a call for peace. It's a call for genocide.

Is calling to destroy the Jewish state helping save lives, @AOC @CoriBush @JamaalBowmanNY @MarkPocan @SummerForPA @IlhanMN?

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

Don't look away.

This is what Hamas did when it broke the last ceasefire, @AOC @MarkPocan @IlhanMN @RashidaTlaib @JamaalBowmanNY @SummerForPA



 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···
You won't condemn Hamas for massacring 1,400 Israelis in cold blood, but you condemn President Biden for standing with Israel.

The American people won't forget, @RashidaTlaib.

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···
Thank you @RitchieTorres for your outspoken leadership and moral clarity!

**Ritchie Torres** @RitchieTorres · Nov 3, 2023
Hamas is on a mission to wipe out Israel "from the river to the sea"—a mission from which it will never cease despite calls for a ceasefire.

"From the river to the sea" is not "an aspirational call" for "peaceful coexistence."...
Show more

28 34 155 8.7K

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 3, 2023 ···

*and @RashidaTlaib glorified a pro-Hamas chant calling for genocide.

> 
>
> **The Washington Post** @washingtonpost · Nov 3, 2023
>
> Rep. Rashida Tlaib (D-Mich.) accused President Biden of supporting the genocide of Palestinians amid Israel's war with Hamas in Gaza, saying that Americans will remember his actions when he's up for reelection in 2024. wapo.st/49xmpwK

42 · 46 · 190 · 10K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···

Heartbreaking.

Look at their faces.

Hamas monsters abducted these children and have held them hostage in tunnels beneath Gaza for over a month.

From **Yonit Levi**

31 · 20 · 50 · 3.6K



AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 8, 2023
Here we go again. Same tired response... if you disagree with me, you're racist, sexist, or trying to silence me.

@PramilaJayapal, your baseless slander won't stop us from continuing to support pro-Israel women of color or from condemning your dangerous anti-Israel views.

Pramila Jayapal @PramilaJayapal · Nov 7, 2023
As someone who has been the target of AIPAC's attempts to silence women of color, I appreciate my good friend and former co-chair @MarkPocan of @USProgressives calling this out so clearly. slate.com/news-and-polit...

99 48 190 16K

AIPAC | Text ISRAEL to 24722 | #StandWithIs @AIPA · Nov 8, 2023
70 members of Congress:
"We reject the use of the phrase 'from the river to the sea'— a phrase used by many, including Hamas, as a rallying cry for the destruction of the State of Israel and genocide of the Jewish people."

@RepScholten @RepSchneider @RepRitchie @NormaJTorres

Congresswoman Hillary Scholten @RepScholten · Nov 7, 2023
Today, I led dozens of my colleagues in condemning the use of "from the river to the sea"— a phrase used by many, including Hamas, as a rallying cry for the destruction of Israel & genocide of the Jewish people.
...
Show more

45 15 66 5.9K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···
Thank you @RepMoskowitz for your outspoken pro-Israel leadership.

#bringthemhome

**Congressman Jared Moskowitz** @RepMoskowitz · Nov 7, 2023
Over 200 hostages are still estimated to be held by Hamas. I hosted a roundtable today with some of their families. The past month has been an unimaginable nightmare for them. Congress must do everything in its power to get these innocent people back to their loved ones.

37 25 158 14K



 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···
Hamas built terror tunnels next to UN schools.

**Emanuel (Mannie) Fabian** @manniefabian · Nov 8, 2023
IDF says troops of the 551st Brigade and the elite Yahalom combat engineering unit located and destroyed a tunnel adjacent to an UNRWA school in the Beit Hanoun area.

0:00

37 39 94 6.9K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···
.@MarkPocan wants you to think his double standards & hypocrisy are normal. Bull.

He took more than $100,000 from PACs that raised from Republicans & gave to Republicans.

When are you returning the money & condemning your biggest contributors?

Or special rules just for AIPAC?

**Mark Pocan** @MarkPocan · Nov 8, 2023
2 groups put millions into individual Dem primaries for Congress, spending more than the candidates themselves. Cryptocurrency & @AIPAC. The Crypto mastermind was just convicted. @AIPAC wants you to think their big GOP money in Dem races is normal. Bull. It's toxic to democracy. twitter.com/AIPAC/status/1...

35 18 71 33K

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···

A ceasefire leaves these Hamas monsters armed and power, already promising to repeat October 7.

Read this report @AOC @Ilhan @RashidaTlaib @CoriBush @MarkPocan @SummerForPA @JamaalBowmanNY @RepPressley

> **Josh Breiner** @JoshBreiner · Nov 8, 2023
> For the first time, Lahav 433 investigators collected a testimony from one of the survivors of the massacre in the south of Israel, who, from a hiding place, was a direct witness to the rape and abuse of a young women right before she was murdered.
> Trigger Warning -

19 14 38 4.9K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···

Thank you @RepDavid!

> **Rep. David Schweikert** @RepDavid · Nov 8, 2023
> The United States must continue to offer unwavering support to our ally Israel in their fight against terrorism. 🇺🇸🇮🇱
> twitter.com/Israel/status/...

16 14 77 5.6K

**AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···

Hamas tortured and killed Israelis.

Hamas tortured and killed Arabs.

Hamas tortured and killed anyone they could find.

> **Zaher Abu Elnaser** @zaherabuelnaser · Nov 8, 2023
> Video footage shows Hamas, disguised as IDF soldiers, abducting an Arab citizen of Israel, humiliating and assaulting him - as he pleads for his life on October 7th.
>
> It is still unclear if he is alive. We do know one thing, however: both ...
> Show more

54 44 111 10K

 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···

She's 3.

#BringThemHomeNow

**Aviva Klompas** @AvivaKlompas · Nov 8, 2023

Yahel is just 3-years-old and she is a hostage of Hamas terrorists.

What if she were your child? Then would you move heaven and earth to set her free?
#BringThemHomeNow

37 93 249 16K



 **AIPAC | Text ISRAEL to 24722 | #StandWithIs** @AIPA · Nov 8, 2023 ···

Hamas hijacks ambulances in Gaza and uses them to transport terrorists and weapons.

The depravity of Hamas has no bounds.

From **COGAT**

54 38 73 5.2K