9G16/144.1.2-23

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 4 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP**

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

|  |  |  |
|---|---|---|
| TAMAH JADA CLARK *EX REL.* ANTI-SEMITISM DEFENSE LEAGUE ™, **PLAINTIFF** | * * * * * | |
| Vs. | * * | CIVIL ACTION NO. |
| X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, **DEFENDANTS** | * * * * * | 1:23-CV-05840-JPB |

**Sunday, January 21, 2024**

*For their feet run to evil, and make haste to shed blood. Surely in vain the net is spread in the sight of any bird. And they lay wait for their own blood; they lurk privily for their own lives. So are the ways of every one that is greedy of gain; which taketh away the life of the owners thereof.* Proverbs 1:16-19

## AFFIRMATION OF SERVICE AND NOTICE OF DEFAULT

COMES NOW TAMAH JADA CLARK, appearing specially, *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF", to affirm that DEFENDANTS, after due notice, have defaulted on their opportunity to be heard; whereas, at Law, there are "means of acquiring jurisdiction beyond service or appearance" that are "[s]ubject to its conception of sovereignty" and "to natural justice." *McDonald v. Mabee*, 243 U.S. 90, 91 (1917)

I.

1

Use of reasoning as opposed to decisions "from the settled law" is needed as "evidence of what the law is... because it is not so much the decision, as it is the reasoning upon which the decision is based, which makes it authority, and requires it to be respected." *Bryan v. Berry*, 6 Cal. 394, 398 (Cal. 1856)

## II.

Courts neither create nor determine Law but declare what it is once revealed. *Swift v. Tyson*, 41 U.S. 1, 18 (1842) ("In the ordinary use of language it will hardly be contended that the decisions of Courts constitute laws. They are, at most, only evidence of what the laws are; and are not of themselves laws. They are often re-examined, reversed, and qualified by the Courts themselves, whenever they are found to be either defective, or ill-founded, or otherwise incorrect.")

********

## SERVICE AND DUE PROCESS AT LAW

### I.

Notice of an action and opportunity to be heard is the purpose of Service, which may be accomplished in divers manners. *Milliken v. Meyer*, 311 U.S. 457, 463 (1940) (" Its adequacy so far as due process is concerned is dependent on whether or not the form of substituted service provided for such cases and employed is reasonably calculated to give him actual notice of the proceedings and an opportunity to be heard. If it is, the traditional notions of fair play and substantial justice... implicit in due process are satisfied. ")

### II.

Citizens of the United States subject to the jurisdiction thereof must only be given opportunity to be heard. *Simon v. Craft*, 182 U.S. 427 (1901) ("The essential elements of due process of law are notice and opportunity to defend, and in determining whether such rights are denied, the court is governed by the substance of things and not by mere form... The due process

2

clause in the Fourteenth Amendment to the Constitution does not necessitate that the proceedings in a state court should be by a particular mode, but only that there shall be a regular course of proceedings, in which notice is given of the claim asserted, and an opportunity afforded to defend against it.")

### III.

DEFENDANTS are citizens of the United States under the Fourteenth Article of Amendment to the Federal Constitution for whom Article III thereof does not secure Due Process at Law. *Mossman v. Higginson*, 4 U.S. 12, 13 (1800) ("The judiciary act was only intended to carry the constitution into effect, and cannot amplify, or alter, its provisions." )

### IV.

Due process is predicated upon a "constitutionally protected property interest" construed in accordance with "the nature of the case", which may or may not entitle one to "notice and opportunity for hearing" under the Fourteenth Amendment. *Boddie v. Connecticut*, 401 U.S. 371, 378 (1971) ("Due process does not, of course, require that the defendant in every civil case actually have a hearing on the merits... The formality and procedural requisites for the hearing can vary, depending upon the importance of the interests involved and the nature of the subsequent proceedings.")

### V.

Proceedings at Law are not governed by the Fourteenth Amendment. *Louisville and Nashville Rd. Co. v. Schmidt*, 177 U.S. 230 (1900) ("The due process clause of the Fourteenth Amendment to the Constitution of the United States does not control mere forms of procedure in state courts, or regulate practice therein; and all its requirements are complied with provided that in the proceedings which are claimed not to have been due process of law, the person condemned has had sufficient notice, and adequate opportunity has been afforded him to defend... since forms of procedure in state courts are not controlled by that amendment, provided the fundamental rights secured by the amendment are not denied. ")

### VI.

3

In accordance with Article III, interests of PLAINTIFF cannot, in any way, be prejudiced or denied in order to uphold the privilege to Due Process granted DEFENDANTS under the Fourteenth Amendment. *Mullane v. Central Hanover Tr. Co.*, 339 U.S. 306, 314-315 (1950) ("Against this interest of [a state Citizen] we must balance the individual interest sought to be protected by the Fourteenth Amendment. This is defined by our holding that 'The fundamental requisite of due process of law is the opportunity to be heard.' *Grannis* v. *Ordean*, 234 U.S. 385, 394... But if with due regard for the practicalities and peculiarities of the case these conditions are reasonably met, the constitutional requirements are satisfied. 'The criterion is not the possibility of conceivable injury but the just and reasonable character of the requirements, having reference to the subject with which the [Law] deals... The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected".

********

## PROOF OF SERVICE

I.

"[N]otice is the very bedrock of due process" for DEFENDANTS. *Thompson v. Lagerquist*, 232 Ga. 75, 76 (Ga. 1974) PLAINTIFF has effectuated Service by way of notice well in excess of that bedrock.

    a. On November 19, 2023, PLAINTIFF completed the Initial Pleading—into which were merged a cover letter, civil cover sheet, and three summonses— and submitted it the morning of November 20, 2023, for mailing along with a certified check of $355 with a guaranteed delivery date to the Clerk of Court by November 22, 2023. *See* **Ex. A**: Payment Confirmation and First Submission of Initial Pleading.

    b. PLAINTIFF also submitted the Initial Pleading—into which were merged a cover letter, civil cover sheet, and three summonses— November 27, 2023, via USPS

Internal Filing ID:
GA-USD-NDG-11.19.2023-F3

Certified Mail ® #: 9214 8901 4298 0491 5336 13. *See* **Ex. B**: Resubmission of Initial Pleading (Pages 1-3 of 25).

c. On December 12, 2023, PLAINTIFF notified DEFENDANTS "AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE" ("AIPAC") and "WORLD JEWISH CONGRESS" ("WJC)" they were being sued in federal court. *See* **Ex. C**: Notice of Lawsuit to AIPAC and WJC.

d. PLAINTIFF also provided DEFENDANTS "AIPAC" and "WJC" access to the Initial Pleading—into which were merged a cover letter, civil cover sheet, and three summonses— on December 12, 2023, at www.TheADL.org/dgz9 where it has been publicly available since December 12, 2023 at 3:33 PM EST. *See* **Ex. D**: Public Upload of Initial Pleading.

e. DEFENDANTS "AIPAC" and "WJC" have had ample opportunity to view PLAINTIFF's Notice (Ex. C), evidenced by their daily visits to the "X" (formerly Twitter) Platform on and since December 12, 2023, during which they have published hundreds of posts to their respective verified "X" accounts.

f. On December 24, 2023, PLAINTIFF alerted all three DEFENDANTS that Process had been issued demanding their appearance before the Court and supplied each of them a copy of their respective Summons. *See* **Ex. E**: Three Alerts with Summonses.

g. On December 23, 2023, PLAINTIFF prepared and submitted three packets—one for each of DEFENDANTS— containing their respective Summons with a copy of the Initial Pleading, to be sent via USPS Certified Mail®, Restricted Delivery and requested hard-copy return receipts. *See* **Ex. F**: Three Packets to Defendants with Summons and Initial Pleading.

h. DEFENDANTS' Packets (Ex. F) were processed by the United States Postal Service on December 26, 2023, at 8:50 AM EST. *See* **Ex. G**: United States Postal Service Receipt from December 2023.

II.

PLAINTIFF provided reasonable Service for DEFENDANTS, whereas its requirement cannot be used "as a snare to trap litigants or to prevent an adjudication of a legal controversy;

5

instead "'its sole purpose is to put the defendant on notice that he is being sued and afford him ample opportunity to be heard on any defense that he may wish to make thereto.'" *Jones v. Jones*, 209 Ga. 861, 862 (Ga. 1953)

### III.

For non-inhabitants of Georgia, "a federal court normally looks" to "the long-arm statute of the State in which it sits to determine whether a defendant is amenable to service". *Omni Capital Int'l v. Rudolf Wolff Co.*, 484 U.S. 97, 105 (1987)

### IV.

DEFENDANTS are non-residents of Georgia domiciled in the United States, within the meaning of the Fourteenth Amendment. *United States v. Wheeler*, 254 U.S. 281, 285 (1920) ("In this term 'citizen of the United States,' are included two fundamental concepts, bound together and interacting, viz., the concept of "the United States" as a corporate entity... and the concept of the several States as a collective body".)

### V.

DEFENDANTS are amenable to service under State "law" within the meaning of Article I, Section 8 of the Federal Constitution, which includes the provisions applicable to that privilege within the confines of the Civil Practice Act, codified at O.C.G.A. § 9-11-4 et seq. *Tahoe c. Indus. v. Aetna c. Credit*, 153 Ga. App. 317, 321 (Ga. Ct. App. 1980) ("The Civil Practice Act is in derogation of the common law and must be strictly construed")

### VI.

In essence, the "State of Georgia" has adopted the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") via "Ga. L. 1966, p. 609, § 1" (a Resolution wanting Imprimatur). *Dorman v. Simpson*, 893 F. Supp. 1073, 1080 (N.D. Ga. 1995) ("In Georgia, service upon an individual must be accomplished the same three ways outlined in Rule 4(e). O.C.G.A. § 9-11-4(d)(7) (Michie 1993). Thus, Georgia law does not add to the ways in which service may be effected under the Fed.R.Civ.P. 4(e).")

6

9016144.1.8-29

## VII.

Neither Ga. L. 1966, p. 609, § 4 nor O.C.G.A. § 9-11-4 derived therefrom is state Law. *Swift v. Tyson*, 41 U.S. 1, 18 (1842) ("The laws of a state are more usually understood to mean the rules and enactments promulgated by the legislative authority thereof, or long established local customs having the force of laws.")

## VIII.

Absence of a state Law to support DEFENDANTS' "property interest" in Due Process at Law vitiates every possible claim to that *right*. *Perry v. Sindermann*, 408 U.S. 593, 601 (1972) ("A person's interest in a benefit is a 'property' interest for due process purposes if there are such rules or mutually explicit understandings that support his claim of entitlement to the benefit and that he may invoke at a hearing.")

## IX.

The object of Service has been accomplished. *Tyree v. Jackson*, 226 Ga. 690, 693 (Ga. 1970) ("The object of service on the defendant[s] is to afford [them] notice of the pendency of the proceeding and to afford [them] an opportunity to appear and to be heard.")

********

## REVELATION OF THE LAW

## I.

PLAINTIFF has suffered and does suffer irreparable injury and delayed justice contrary to moral conscience and the natural justice the Law intends.

    a. On December 11, 2023, the Clerk's Office returned PLAINTFFS' Initial Pleading—into which were merged a cover letter, civil cover sheet, and three summonses— postmarked November 2023, alleging, to wit: "We are unable to process your documents at this time since you did not include the filing fee of

Internal Filing ID:
GA-USD-NDG-11.19.2023-F3

$405". *See* **Ex. H**: Clerk's Letter Denying Plaintiff Access to the Court; and **Ex. I:** Notification of Court Rejection of Payment.

b. Local Rules of the United States District Court for the Northern District of Georgia ("Local Rules, NDGa"), specifically Local Rule 3.2 (B) states: "Pleadings received by the clerk for filing with the filing fee not attached shall be marked "received", but they shall not be filed. The clerk will notify counsel and/or the parties that the pleadings are being held and that they will not be filed until the filing fee is received".

c. PLAINTIFF's cover letter—merged into the Initial Pleading—dated November 20, 2023, expressly informed the Clerk of PLAINTIFF's willingness and intent to pay any fees demanded to avoid delayed or denied access to the court; to wit: "because I would like to avoid filing delays or altogether refusal to file, I am submitting your demanded $350 filing fee, under protest- expressly reserving all rights." *See* **Ex. B**: Resubmission of Initial Pleading (Pages 1-3 of 25).

d. Local Rule 1.1 (C), NDGa states: "These rules supplement the Federal Rules of Civil Procedure and shall be construed so as to be consistent with those Rules and to promote the just, efficient, and economical determination of every action and proceeding, except that the rules shall not apply to those proceedings where they may be inconsistent with rules or provisions of law specifically applicable thereto."

e. The Clerk's refusal to file PLAINTIFF's Initial Pleading —into which were merged a cover letter, civil cover sheet, and three summonses— was in violation of Local Rule 3.2 (B) and inconsistent with Fed. R. Civ. P. 1, which states: "These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

f. Fed. R. Civ. P. 81(d)(1) says: "When these rules refer to state law, the term 'law' includes the state's statutes and the state's judicial decisions"; and Fed. R. Civ. P. 81(d)(2) species that "[t]he term 'state' includes, where appropriate, the District of Columbia and any United States commonwealth or territory." However, "[t]he

8

courts of the District of Columbia are created by Congress by virtue of its authority 'to exercise exclusive legislation in all cases whatsoever over such district.' Const., Art. I, § 8, clause. In this respect the courts of the District are to be classed with the territorial courts." *United States v. Evans*, 213 U.S. 297, 298 (1909) And, "[t]erritorial courts are not courts of the United States within the meaning of the Constitution, as appears by all the authorities... Courts of this kind, whether created by an act of Congress or a territorial statute, are not, in strictness, courts of the United States; or in other words, the jurisdiction with which they are invested is not a part of the judicial power defined by the third article of the Constitution". *McAllister v. United States*, 141 U.S. 174, 183 (1891)

II.

The Clerk's refusal to file PLAINTIFF's Initial Pleading —into which were merged a cover letter, civil cover sheet, and three summonses— was unconstitutional and "inconsistent with rules or provisions of law specifically applicable" (Fed. R. Civ. P. 1,) namely, the Common Law pursuant which this Action was explicitly filed, under Article III; whereby PLAINTIFF did plainly state: "I am filing a civil action at Law for aggravated torts of slander and libel pursuant the common law of Georgia under Article III, U.S. Constitution, which does not require any U.S. civil statute." *See* **Ex. B**: Resubmission of Initial Pleading (Pages 1-3 of 25).

    a. PLAINTIFF was denied access to the court in November 2023, and forced to comply with an illegally demanded filing fee that had increased to $405 in December 2023—though the Initial Pleading was postmarked November 2023— on penalty of continued denied access to the court for failure to comply. *See* **Ex. J**: Plaintiff's Letter to Clerk under Duress and Coercion.

    b. PLAINTIFF sustained special damages as a direct consequence of the Clerk's actions which constitute a breach of public duty that carries tort liability.

III.

PLAINTIFF was denied access to the court from November 2023 to December 2023— for approximately one month's time— which is located in Georgia administering the Laws thereof, in violation of her Constitution; viz: "No person shall be deprived of the right to

9

prosecute or defend, either in person or by an attorney, that person's own cause in any of the courts of this state." (Article I, Section I, Paragraph XIII).

### IV.

PLAINTIFF has suffered and does suffer irreparable harm through on-going deprivation of property interest in the constitutional right to obtain inexpensive and speedy justice according to Law, and to be free from the aggravated slanders and libels of DEFENDANTS, in violation of Article I, Section I, Paragraph I of the state Constitution; viz: "No person shall be deprived of life, liberty, or property except by due process of law."

### V.

PLAINTIFF being forced to continue suffering irreparable harm through delayed justice is an absurdity the Law forbids and is contrary to the intention of both the state and federal Legislatures. *Ex parte Ellis*, 11 Cal. 222, 225 (Cal. 1858)  ("It is said that this rule should be followed, even in cases where there is neither obscurity nor anything equivocal in the law itself, for the reason that the absurdity of the literal sense of the law does not proceed merely from the obscurity or any other fault in the expression, but from the narrow limits of the human mind, which cannot foresee all cases and circumstances, or include all the consequences of what is ordained; that it is impossible for the Legislature to enter into immensity of detail. It can only make laws in a general manner, and in applying their acts to particular cases, the construction ought to be conformable to the intention of the Legislature. It cannot be presumed that the Legislature intended anything absurd.")

********

### IMMEDIATE RELIEF DEMANDED

### I.

PLAINTIFF has an inherent right to be free from the aggravated slanders and libels of DEFENDANTS and to be fully reparated for the injury caused. "The maxim of law, that

Internal Filing ID:
GA-USD-NDG-11.19.2023-F3

wherever there is a right there is a remedy, is a mere truism; for, as Lord Holt has said, 'it is a vain thing to imagine a right without a out a remedy ; for want of right and want of remedy are reciprocal.' Thomas M. Cooley. *A Treatise on the Law of Torts or the Wrongs which Arise Independently of Contract* pp 23, 24. (3rd ed. 1906).

## II.

Any Due Process ostensibly owed DEFENDANTS under Article of Amendment Fourteen—having been duly notified and given the opportunity to answer or defend— is a dispensable procedural formality. "An essential principle of due process is that a deprivation of life, liberty, or property 'be preceded by notice and opportunity for hearing appropriate to the nature of the case.'… We have described 'the root requirement' of the Due Process Clause as being 'that an individual be given an opportunity for a hearing before he is deprived of any significant property interest." Cleveland Board of Education v. Loudermill, 470 U.S. 532, 542 (1985) (Inner citations omitted).

## III.

Notwithstanding Codes or civil statutes so-called—state or federal—, the Court is without Authority to expand DEFENDANTS' privilege of Due Process under the Fourteenth Amendment. "[A] philosophy that any law violates [14th-Amendment] due process if it is unreasonable, arbitrary, indecent, deviates from the fundamental, is shocking to the conscience, or fails to meet other tests composed of similar words or phrases equally lacking in any possible constitutional precision. These concepts, of course, mark no constitutional boundaries and cannot possibly depend upon anything but the belief of particular judges, at particular times, concerning particular interests which those judges have divined to be of 'basic importance.' I do not believe the wise men who sought to draw a written constitution to protect the people from governmental harassment and oppression, who feared alike the king and the king's judges, would have used any such words or phrases. Such unbounded authority in any group of politically appointed or elected judges would unquestionably be sufficient to classify our Nation as a government of men, not the government of laws of which we boast. With a 'shock the conscience' test of constitutionality, citizens must guess what is the law, guess what a majority of nine judges will believe fair and reasonable. Such a test wilfully throws away the certainty and security that lies in a written

Internal Filing ID:
GA-USD-NDG-11.19.2023-F3

constitution, one that does not alter with a judge's health, belief, or his politics. I believe the only way to steer this country towards its great destiny is to follow what our Constitution says, not what judges think it should have said. *Boddie v. Connecticut*, 401 U.S. 371, 392-93 (1971)

## VI.

Judicial Power is constrained by Article III. *Marbury v. Madison*, 5 U.S. 137, 174 (1803) ("If it had been intended to leave it in the discretion of the legislature to apportion the judicial power … according to the will of that body, it would certainly have been useless to have proceeded further than to have defined the judicial power, and the tribunals in which it should be vested.")

## VII.

PLAINTIFF's indispensable right to inexpensive and speedy justice is owed as a matter of right under Article III. *United States v. Wheeler*, 254 U.S. 281, 283-84 (1920) ("It is important to emphasize the fact (as we claim) that federal citizenship, with all its main privileges and immunities, came from the very fact of the institution of the new government under the Constitution, and not from the Fourteenth Amendment. Of this there can be no possible doubt.")

## IV.

Sitting in Diversity under Article III administering the Law of Georgia in place of her Courts of general jurisdiction, the Court must accept PLAINTIFF's averments as fact. (*Galpin v. Page*, 85 U.S. 350, 351 (1873) ("A superior court of general jurisdiction, proceeding within the general scope of its powers, is presumed to have jurisdiction to give the judgments it renders until the contrary appears; and this presumption embraces jurisdiction not only of the cause or subject-matter of the action in which the judgment is given, but of the parties also… When the record states the evidence or makes an averment with reference to a jurisdictional fact, it will not be presumed that there was other or different evidence respecting the fact, or that the fact was otherwise than as averred [in] proceedings which are in accordance with the course of the common law. ")

## VIII.

Internal Filing ID:
GA-USD-NDG-11.19.2023-F3

WHEREAS DEFENDANTS, after being duly notified, have defaulted on their opportunity to be heard and have failed to appear, PLAINTIFF demands JUDGEMENT for the full claimed sum of TWELVE BILLION DOLLARS and costs be entered against DEFENDANTS.

*For the turning away of the simple shall slay them, and the prosperity of fools shall destroy them. But whoso hearkeneth unto me shall dwell safely, and shall be quiet from fear of evil.* Proverbs 1:32-33

/s/

TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

13

9019144.1.15-29



## payments

search complete payments

drafts   scheduled   **complete**

NOVEMBER 2023

| REFUNDED  REFUNDED DEC 6 | CHECK |
| Clerk of Court- US District Court Northern District... | |
| | $355.00 |
| Filing fee and 5 USD for postage and envelope to return Summonses | |

< [ 1 ] 2 >

---

REFUNDED · DEC 6

**track payment**

● —— ● —— ○ —— ○ —— ○
submitted   refunded   sent   deliver by   deposited
11/20/2023   12/6/2023   11/21/2023   11/22/2023   --

**payment id**

8PMSCQZ

**payment method**

CLERK OF COURT US DISTRICT COURT NORTHERN DISTRICT OF GEOR

**refunded**

this payment was refunded on
Wednesday, December 6th, 2023

**details**

PAY ON THE BEHALF OF
Tamah Jada Clark

ACCOUNT OR INVOICE NUMBER
Tamah Jada Clark vs. X Corp. et al

MEMO
Filing fee and 5 USD for postage and envelope to return Summonses

ATTACHMENTS
Initial Pleading w Ltr Summonses etc.pdf

Help

Ex. A: Payment Confirmation and First Submission of Initial Pleading. (Pg. 1 of 2)

Yahoo Mail - Payment Confirmation

## Payment Confirmation

From:

To:     tamah      yahoo.com

Date:   **Monday, November 20, 2023 at 07:13 AM EST**



## payment processed

Hi Tamah,

Your $355.00 payment to Clerk of Court- US District Court Northern
District of Georgia by Tamah Clark has been successfully processed
on your                          Your payment will be delivered on
November 22, 2023.

payment amount
$355.00

**Ex. B: Resubmission of
Initial Pleading (Pages 1-3 of 25).**



**USPS CERTIFIED MAIL**

9214 8901 4298 0491 5336 13

*CERTIFIED MAIL*

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043

000876531000011
Clerk of Court
Richard B. Russell Federal Bui
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303-3309

**Ex. B: Resubmission of
Initial Pleading (Pages 1-3 of 25).**

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
E-mail: CommonLaw119@gmail.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570

Monday, November 20, 2023

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Tamah Jada Clark *ex rel.* Anti-Semitism Defense League™ vs. X Corp. *et al.***

Dear Clerk of Court,

I am filing a civil action at Law for aggravated torts of slander and libel pursuant the common law of Georgia under Article III, U.S. Constitution, which does not require any U.S. civil statute. (Please consult a judge or other well-seasoned law expert for further explanation on this to avoid filing delays.) There is complete diversity between all parties, the amount in controversy is 12 billion dollars, and jury trial is demanded in the pleading. (Attached).

Your Local Rules state that you require pre-payment prior to filing. (LR 3.2) I intend to pay applicable filing fees for civil actions at common law but was unable to locate any. The only fee I could find was under Title 28, U.S. Code, Section 1914 that requires payment of $350, which is not applicable in this present instance because I am not filing under any U.S. civil statute. However, because I would like to avoid filing delays or altogether refusal to file, I am submitting your demanded $350 filing fee, under protest— expressly reserving all rights.

I am enclosing three (3) Summons—one directed to each of the three Defendants containing all of the information available to me. Please sign and seal them, then return them to me using the $5 excess funds included to cover the cost of an envelope and postage. If there are any other fees, requirements, or questions you may have need of, please e-mail me: CommonLaw119@gmail.com (I do not want my mobile number placed in the court record). Thank you.

/s/

Tamah Jada Clark

90181i44.1,19=29

8765310.1,3-25

JS44 (Rev. 10/2020 NDGA)

**CIVIL COVER SHEET**

Ex. B: Resubmission of Initial Pleading (Pages 1-3 of 25).

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)
TAMAH JADA CLARK [REAL PARTY IN INTEREST] EX. REL ANTI-SEMITISM DEFENSE LEAGUE

## DEFENDANT(S)
X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**    GWINNETT
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    SAN FRANCISCO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

1880 BRASELTON HWY, SUITE 118 #5018
LAWRENCEVILLE, GA 30043
COMMONLAW119@GMAIL.COM
1(888) 256-6692 EXT. 777

**ATTORNEYS** (IF KNOWN)

UNKNOWN

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1. U.S. GOVERNMENT PLAINTIFF
- [ ] 2. U.S. GOVERNMENT DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [X] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | [X] 1 | [ ] 1 | CITIZEN OF THIS STATE | [ ] 4 | [ ] 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | [ ] 2 | [X] 2 | CITIZEN OF ANOTHER STATE | [ ] 5 | [ ] 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | [ ] 3 | [ ] 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 6 | [ ] 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X "IN ONE BOX ONLY)

- [X] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION - TRANSFER
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

- [ ] MULTIDISTRICT LITIGATION - DIRECT FILE

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

AGGRAVATED SLANDER AND LIBEL AT LAW UNDER ARTICLE III, US CONSTITUTION; WHEREAS DEFENDANTS DID MALICIOUSLY AND FALSELY SLANDER PLAINTIFF ORALLY AND WRITTEN WITH EVIL MOTIVE AND DELIBERATE OPPRESSION. CIVIL STATUTE NOT NEEDED/APPLICABLE; SLANDER AND LIBEL ACTIONABLE UNDER GEORGIA COMMON LAW. COMPLETE DIVERSITY BETWEEN PLAINTIFF AND DEFENDANTS.

### (IF COMPLEX, CHECK REASON BELOW)

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [X] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT $ _____    APPLYING IFP _____    MAG JUDGE (IFP) _____

JUDGE _____    MAG. JUDGE _____ (Referral)    NATURE OF SUIT _____    CAUSE OF ACTION _____

9019144.1.20-29



← **AntiSemitism Defense** ✓
567 posts



💬   ⇄   ♡   📊 16   🔖  ⬆

**AntiSemitism Defense** ✓ @TheADL_dot_org · Dec 12, 2023   ···
Libel 👤is a #criminal 🏢 offense 💬@AIPAC & @WorldJewishCong. We
#Israelites 🏢🖼️ take your illegal 🚫threats 🗯️ & slander 🐑 seriously
⚫. We're prepared to resolve this in a court of law .👤⚖️... theadl.org/dgz9
🐑 #StopAntiSemitism #SpreadLove



💬   ⇄   ♡   📊 20   🔖  ⬆

**AntiSemitism Defense** ✓ @TheADL_dot_org · Nov 3, 2023   ···
We never want to say 🐑 or do anything 🐑 hateful toward others 🐑 in a
manner that violates platform rules or ANY laws ⚖️ @ADL,
@CanaryMission. We only tell the truth ✅ in love ❤️, but apologize if that
has offended anyone 🐑. Please forgive our imperfections 🙏❤️.


**AntiSemitism Defense**


**AntiSemitism Defen** ✓ ··
@TheADL_dot_org

---

🔍 Search

**You might like**

  **Alexander S. Vindman** ✓ 🅇
@AVindman                          **Follow**

**ADL** ✓
@ADL                               **Follow**

 **Foreign Ministry** 🏢 ✓
@KSAmofaEN                         **Follow**

Show more

---

**What's happening**

**Nets at Lakers**
NBA · Last night


**#DraftKings**
Bet $5, Get $200 in Bonus Bets
📣 Promoted by DraftKings Sportsbook

Trending in United States
**$CGPT**
4,430 posts                        ···

Music · Trending
**Wayne**
50.1K posts                        ···

Politics · Trending
**NATO**
116K posts                         ···

Show more

**Ex. C: Notice of Lawsuit to AIPAC and WJC**



9019144.1.21-29

**Ex. D: Public Upload of Initial Pleading.**

Dashboard
Posts
Media
Library
Optimole
Pages
Comments
YouTube Videos
URL Shortify
SeedProd
Elementor
Templates
Appearance
Plugins
Users
Tools
Settings
Feedzy
Social Wall
Forum
Speed Optimizer
Security Optimizer
Collapse menu

Screen Options ▼ Help ▼

# Edit Media

Add New Media File

Initial Pleading w Ltr Summonses etc

Permalink: https://theadl.org/initial-pleading-w-ltr-summonses-etc/

Get Shortlink

Caption

Description

b i link b-quote del ins img ul ol li code close tags

Required fields are marked *

Compression Level High

**Save**

Uploaded on: **Dec 12, 2023 at 15:33**

Uploaded by: [redacted]

File URL:

https://theadl.org/wp-content/upload

Copy URL to clipboard

Download file

File name: **Initial-Pleading-w-Ltr-Summonses-etc.pdf**

File type: **PDF**

File size: **3 MB**

Delete permanently

Update

X

⌂ Home

Q Explore

🔔 Notifications

✉ Messages

Grok

☰ Lists

🔖 Bookmarks

👥 Communities

⚡ Verified Orgs

👤 Profile

⋯ More

**Post**

**Ex. E: Three Alerts with Summonses.** 🔍 Search



**Edit profile**

### AntiSemitism Defense ✔
@TheADL_dot_org

Our commitment to #stophate #stopracism and #stopantisemitism motivates us to educate society through #Love. Do your part! Free resources at: TheADL.org

🔗 TheADL.org   📅 Joined August 2023

**10** Following   **5** Followers

| Posts | Replies | **Highlights** | Media | Likes |

---

**AntiSemitism Defense** ✔ @TheADL_dot_org · Dec 24, 2023          ⋯
This wasn't your fight @X 🐦 until you decided to stand against #truth 🗣️, discriminate against #israelites 🧑‍🦱🧑‍🦱👦 & our brothers/supporters 👵💜 💜, pushing/allowing #Zionist ✡️ 🔨 💀 terrorism 🔫 💣 💥 📧 on the world 🌍. Now you'll answer for your actions... 🔱💰💙 #MerryChristmas 🎄



○          ↻          ♡          📊 12          🔖 ↥

**AntiSemitism Defense** ✔ @TheADL_dot_org · Dec 24, 2023          ⋯
You @WorldJewishCong 🐦 try to SLANDER 🔨 "true Jews" 💜 (e.g. #israelites) 🧑‍🦱🧑‍🦱👦 as "Black Hebrews", "terrorists", "extremists" via @ADL 🔨 to intimidate us @canarymission 🔨🐦 & maintain the FRAUD 💰🔨 you've committed upon the world 🌍. Disagree? 🔨Prove us wrong... 👊



**AntiSemitism Defense** ✔

**You might like**



**Alexander**
@AVindman

**⋯ ⋯** ADL ✔

Highlights by AntiSemitism Defense (@TheADL_dot_org) / X

X

⌂ Home

🔍 Explore

🔔 Notifications

✉ Messages

Grok

▤ Lists

🔖 Bookmarks

👥 Communities

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**

← 567 posts



♡        ⟲        ♡        ‖|| 14        ⬜ ⬆

**AntiSemitism Defense** ✓ @TheADL_dot_org · Dec 24, 2023    ···
You're a threat ⚠ to national security @AIPAC . Everyone knows you're behind the anti-Semitic targeting of @RashidaTlaib 💚🔴 in #Congress 🏛 & ALL of the DANGEROUS 🎯 #Zionist 🧻 policies in America 🌎. No? 🌀 Prove us wrong... 💀⚖



♡        ⟲        ♡        ‖|| 16        ⬜ ⬆

**AntiSemitism Defense** ✓ @TheADL_dot_org · Dec 12, 2023    ···
Libel 🗽 is a #criminal 🚔⚖ offense 📣 @AIPAC & @WorldJewishCong. We #Israelites 🟦⬜🟦 take your illegal 🚫threats 🏴‍☠⚔ & slander 🎭 seriously ⬤. We're prepared to resolve this in a court of law 💀⚖ ... theadl.org/dgz9 🪧 #StopAntiSemitism #SpreadLove



🔍

🪪 **Foreign Mir**
    @KSAmofa

Show more

**What's happe**

**Hawks at Heat**
NBA · Last night

**#DraftKings**
Bet $5, Get $200 i
📣 Promoted by Draft

Trending in United Sta
**zayn malik**
65.3K posts

Politics · Trending
**NATO**
120K posts

Arts & culture · Trendi
**Aquarius**
37.7K posts

Show more

Terms of Service   Priv
Accessibility  Ads Inf


**AntiSemitism Defe** ✓   ···
@TheADL_dot_org



9589 0710 5270 0990 5176 46

TAMAH JADA CLARK
1880 BRASELTON HWY SUITE 118 #5018
LAWRENCEVILLE, GA 30043

**Ex. F: Three Packets
to Defendants with
Summons and Initial
Pleading.**

CERTIFIED MAIL
**RESTRICTED DELIVERY
RETURN RECEIPT (Hardcopy)**

AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE
C/O LEGAL DEPARTMENT 251 H ST NW
WASHINGTON, DC 20001






**CERTIFIED MAIL**

9589 0710 5270 0990 5176 39

**Ex. F: Three Packets
to Defendants with
Summons and Initial
Pleading.**

TAMAH JADA CLARK
1880 BRASELTON HWY SUITE 118 #5018
LAWRENCEVILLE, GA 30043

CERTIFIED MAIL
RESTRICTED DELIVERY
RETURN RECEIPT (Hardcopy)

WORLD JEWISH CONGRESS
C/O LEGAL DEPARTMENT
501 MADISON AVE
NEW YORK, NY10022





CERTIFIED MAIL

9589 0710 5270 0990 5176 22

TAMAH JADA CLARK
1880 BRASELTON HWY SUITE 118 #5018
LAWRENCEVILLE, GA 30043

**Ex. F: Three Packets
to Defendants with
Summons and Initial
Pleading.**

CERTIFIED MAIL
RESTRICTED DELIVERY
RETURN RECEIPT (Hardcopy)

X CORP.
C/O LEGAL DEPARTMENT
1355 MARKET STREET, SUITE 900
SAN FRANCISCOM CA 94103



**Ex. G: United States Postal Service**
**Receipt from December 2023.**





(800)275-8777

12/26/2023                                    08:50 AM
--------------------------------------------------
Product             Qty   Unit    Price
                          Price
--------------------------------------------------
First-Class Mail®    1            $2.79
Large Envelope
    New York, NY 10022
    Weight: 0 lb 6.30 oz
    Estimated Delivery Date
        Fri 12/29/2023
    Restricted Del                $11.45
        Recipient name
            WORLD JEWIS JEW
        Tracking #:
            9589 0710 5270 0990 5176 39
    Affixed Postage               -$14.24
        Affixed Amount: $15.00
Total                             $0.00

First-Class Mail®    1            $2.79
Large Envelope
    Washington, DC 20001
    Weight: 0 lb 6.30 oz
    Estimated Delivery Date
        Fri 12/29/2023
    Restricted Del                $11.45
        Recipient name
            AMER I PUBLIC
        Tracking #:
            9589 0710 5270 0990 5176 46
    Affixed Postage               -$14.24
        Affixed Amount: $15.00
Total                             $0.00

First-Class Mail®    1            $2.79
Large Envelope
    San Francisco, CA 94103
    Weight: 0 lb 6.30 oz
    Estimated Delivery Date
        Tue 01/02/2024
    Restricted Del                $11.45
        Recipient name
            X CORP X CORP
        Tracking #:
            9589 0710 5270 0990 5176 22
    Affixed Postage               -$14.24
        Affixed Amount: $15.00
Total                             $0.00

--------------------------------------------------
Grand Total:                      $0.00
--------------------------------------------------


Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.


UFN: 124202-0695
Receipt #: 840-53000230-2-5605463-2
Clerk: 04



**Ex. H: Clerk's Letter Denying Plaintiff
Access to the Court**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3361
www.gand.uscourts.gov

Kevin P. Weimer
DCE/Clerk of Court

Admin Section
404-215-1600

December 11, 2023

Tamah Jada Clark
1880 Braselton Hwy
Suite 118, #5018
Lawrenceville, GA 30043

Dear Ms. Clark:

The Clerk's Office has received your cover letter, case initiating document, civil cover sheet, and summonses. We are unable to process your documents at this time since you did not include the filing fee of $405 or submit an Application to Proceed in District Court Without Paying the Filing Fee. The fee of $350 mentioned in your cover letter was not included with your filings. Your documents are being returned to you. You may resubmit your documents, with the full filing fee or the Application to Proceed in District Court Without Paying the Filing Fee, either in person at the public filing desk or by mail to:

    Clerk's Office
    2211 United States Courthouse
    75 Ted Turner Dr. SW
    Atlanta, GA 30303

If you have any questions, please contact the Admin Department at 404-215-1600.

                            s/R. Bachelor
                            Operations Manager

1/20/24, 12:14 PM                                Yahoo Mail - A Message from ██████

**Ex. I: Notification of Court
Rejection of Payment.**

## A Message from ████████

From: ████████████████████████

To:   tamah████@yahoo.com

Date: Wednesday, December 6, 2023 at 02:38 PM EST



Hi Tamah,

We are notifying you that payment 8pmscqz has been returned.

We attempted to deliver your check payment using the provided
information, but it was returned to us because the recipient did not have
enough information to identify your account.

Your payment has been refunded back to █████████████
in 3 -5 business days, █████████████████

████████ has no additional information on why your payment was returned.
Before resubmitting your payment, please contact the recipient to confirm
what account information needs to be included on the check memo.

Please let us know if you have any questions or require assistance with
another issue. We're happy to assist you via email.

© 202█          rights reserved.
San Francisco, CA 9410█, US

Texas residents are customers of ████████, which
receives user funds. All messaging is compliant with CASL regulations.

industry-leading security
standards, technologies, and practices.

**Ex. J: Plaintiff's Letter to Clerk under Duress and Coercion.**

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
E-mail: CommonLaw119@gmail.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570

Friday, December 15, 2023

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Tamah Jada Clark *ex rel.* Anti-Semitism Defense League™ vs. X Corp. *et al.***

Dear Clerk of Court,

Thank you for your letter dated December 11, 2023, confirming receipt of my cover letter, case initiating document, civil cover sheet and summonses. My filing fee of $350 plus $5 for return postage for the summonses was returned to me by the court.

I spoke with your Office today and a representative confirmed that the fee has changed to $405 as of December 1, 2023. I am resubmitting my case initiating document, civil cover sheet and summonses at this time. (Enclosed).

Please note that I am submitting the $405 via banker's check/certified funds which may arrive a day before or after my documents. Your Office stated that I do not need to include return postage for the summonses. Thank you.

/s/

Tamah Jada Clark

ORIGIN ID:SCFA  (417) 221-9006
TAMAH JADA CLARK

1880 BRASELTON HWY
SUITE 118 #5018
LAWRENCEVILLE, GA 30043
UNITED STATES US

SHIP DATE: 22JAN24
ACTWGT: 0.10 LB
CAD: 254303705/WSXI3200

BILL SENDER

TO **CLERK OF COURT**
**RICHARD B. RUSSELL FEDERAL BUILDING**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA GA 30303**
(417) 221-9006      REF:1
INV: S019144
PO:                         DEPT:



FedEx
Express

**E**

**WED - 24 JAN 5:00P**
**** 2DAY ****

TRK# 0201 **2700 2385 2469**                    DSR
                                                30303
**SG QFEA**              GA-US **ATL**

RT **529**  1  **B**
FZ **527**  17:00
            2469
            01.24  018144
                   00001

