FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 08 2024

KEVIN P. WEIMER, Clerk
By: Emily Ross

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## DIVERSITY OF CITIZENSHIP

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

| | |
|---|---|
| TAMAH JADA CLARK *EX REL.* ANTI-SEMITISM DEFENSE LEAGUE ™, **PLAINTIFF** | |
| Vs. | CIVIL ACTION NO. 1:23-CV-05840-JPB |
| X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, **DEFENDANTS** | |

**Tuesday, February 6, 2024**

## MOTION FOR DEFAULT JUDGEMENT

(THAT CHALLENGES CONSTITUTIONALITY OF GA. L. 1968, P. 565 AND GA. L. 1988, P. 1070)

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF", to affirm that DEFENDANTS (X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE), after due notice, have failed to appear and have defaulted on their opportunity to be heard, and to motion the court for Default Judgement against DEFENDANTS.

**I.**

The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

## II.

This Action was expressly filed at Law, under Article III of the federal Constitution, notwithstanding the Fourteenth Article of Amendment and Article I, Section 8 thereof. *See* Plaintiff's Notice dated December 25, 2023 (Doc. No. 5), herein incorporated as a Memorandum of Law, part 1.

## III.

The constitutionality of Ga. L. 1968, p. 565[1] and Ga. L. 1988, p. 1070[2] is hereby challenged because they purport to allow corporations and the "General Assembly" to exceed the limitations placed upon the Legislature by the People under the state's Constitution, under color of authority of the Fourteenth Article of Amendment to the federal Constitution.[3]

************

## JOINT LIABILITY TO PLAINTIFF

## IV.

DEFENDANTS are foreign corporations who transact business in this state and have, concerning PLAINTIFF, committed tortious acts and injuries in this state.

## V.

---

[1] Note: O.C.G.A. § 14-5-2 rests upon this "statute" and purports to limit corporate powers to Chapters 2 and 3 of that title, which is contrary to Georgia Law.

[2] Note: O.C.G.A. § 14-2-130 rests upon this "statute" and purports to grant the Secretary of State powers that Georgia Law prohibits.

[3] Note: O.C.G.A. § 14-2-140(30) says: "State," when referring to a part of the United States, includes a state and commonwealth and their agencies and governmental subdivisions and a territory and insular possession and their agencies and governmental subdivisions of the United States."

2

"In all cases he who maliciously procures an injury to be done to another, whether it is an actionable wrong or a breach of contract, is a joint wrongdoer, and may be sued either alone or jointly with the actor." *See* Code 1933, § 105-1207.[4]

## VI.

On or around November 3 and November 8, 2023, DEFENDANTS did maliciously utter and publish of and concerning PLAINTIFF, certain false, scandalous and defamatory matters stated in the Complaint by reason of which PLAINTIFF has been brought into public scandal and disgrace, and greatly injured in good name, fame, trade, and profession.

## VII.

Where several trespassers are sued jointly, the plaintiff may recover, against all, damages for the greatest injury done by either.[5]

## VIII.

DEFENDANTS are equally responsible for the injury and liable for the damages sustained by PLAINTIFF. *Melton v. Helms*, 83 Ga. App. 71, 73 (Ga. Ct. App. 1950) ("One who procures or assists in the commission of a trespass is equally liable with the actual perpetrator for the damages… action may be maintained, not only against the party who did the act, but against all who *direct* or *assist* in the commission of it. 2d Leigh's Nisi Prius, 1443.") (Internal quotations omitted)

************

## ACKNOWLEDGEMENT OF SERVICE

## IX.

---

[4] Note: Code 1933 citations used herein are to reference common law principles: "When no source note is shown, the section usually has come down without change from the Code of 1863, stating a principle of the common law which was included in that Code pursuant to the authority given to the Commissioners to include therein the entire body of law of force in this State, from whatever source derived." Code 1933, Explanatory Notes pp. XIII-XIV
[5] Code 1933, § 105-2011.

"A corporation is an artificial person created by law for specific purposes, the limit of whose existence, powers, and liabilities, is fixed by the act of incorporation, usually called its charter."[6]

### X.

"All [nongovernmental corporations], whether the object of incorporation be for public convenience or individual profit, and whether the purpose be, in its nature, civil, religious, or educational [are private corporations]."[7]

### XI.

Any corporation chartered by authority of the State may be sued for torts in the county where the cause of action originated. Service of such suits may be effected by leaving a copy of the writ with the agent of the defendants, or if there be no agent in the county, then at the agency or place of business. *See* Acts 1884-5, p. 99.

### XII.

DEFENDANTS are private foreign corporations according to Georgia Law who may be served Process in the same manner as other corporations chartered by authority of the State.

### XIII.

DEFENDANTS may not avail themselves of privileges contrary to Georgia's constitution, laws, or public policy. "No foreign corporation shall exercise within this State any corporate powers or privileges which by the Constitution or laws of Georgia are denied or prohibited to corporations created by this State, or the exercise of which is contrary to the public policy of this State, anything in the charter or corporate powers of the foreign corporation to the contrary notwithstanding."[8] *See* Acts 1893, p. 32.

### XIV.

---

[6] Code 1933, § 22-101.
[7] Code 1933, § 22-104.
[8] Code 1933, § 22-1502

4

By their own signed acknowledgements entered on the record by their attorneys-in-fact, DEFENDANTS received notice of the suit with the Summons and Complaint attached at their agency or place of business, and are not entitled to any additional privileges. *See* Doc. Nos. 16 & 17.

***********

## FAILURE TO APPEAR

### XV.

It "shall be unlawful for any corporation, voluntary association, or person other than a duly licensed attorney-at-law to practice or appear as an attorney-at-law for any person other than themselves in any court of this State or before any judicial body, or make it a business to practice as an attorney-at-law, for any person other than themselves, in any of said courts, or to hold themselves out to the public as being entitled to practice law, or to render or furnish legal services or advice, or to furnish attorneys or counsel or to render legal services of any kind in actions or proceedings of any nature or in any other way or manner, or in any other manner to assume to be entitled to practice law". *See* Acts 1931, pp. 191, 192.

### XVI.

"The practice of law in this State is defined as representing litigants in court and the preparation of pleadings and other papers incident to any action or special proceedings in any court or other judicial body; conveyancing; the preparation of legal instruments of all kinds whereby a legal right is secured; the rendering of opinions as to the validity or invalidity of titles to real or personal property; the giving of any legal advice; and any action taken for others in any matter connected with the law." *See* Acts 1931, pp. 194.

### XVII.

The practice of Law is limited to qualifying persons, as predetermined by Georgia Law. *See* Plaintiff's Notice dated January 21, 2024 (Doc. No. 18), herein incorporated as a Memorandum of Law, part 2.

Internal Filing ID:
GA-USD-NDG-11.19.2023-F4

### XVIII.

DEFENDANTS have failed to appear in the present Action at law either in person or by attorney-at-law; and therefore, every pleading and motion by DEFENDANTS is legally invalid and of no effect. See Doc Nos. 8-17 & 19.

### XIX.

The Judge erred in allowing allegations and applications by non-attorneys-at-law to ostensibly appear in this Action. *Forrester v. White*, 484 U.S. 219, 230 (1988) ("To conclude that, because a judge acts within the scope of his authority, such… decisions are brought within the court's "jurisdiction," or converted into "judicial acts," would lift form above substance.")

### XX.

When sitting in diversity at Law under Article III, a judge breaches his duty by admitting unqualified persons to practice law in Georgia, and is liable to action sounding in tort for special damages to PLAINTIFF. "Judicial immunity is an immunity from suit" that "attaches only to actions undertaken in a judicial capacity" when the judge has jurisdiction. *Mireles v. Waco*, 502 U.S. 9, 14 (1991)

************

## DUTY OF THE COURT

### XXI.

DEFENDANTS conspired to harm and did harm PLAINTIFF with maliciously uttered slanders and libels to deprive PLAINTIFF of state constitutional Rights of freedom of speech and freedom of conscience.

### XXII.

"Conspiracies are rarely evidenced by explicit agreements, and must almost always be proven by inferences that may be fairly drawn from the behavior of the alleged conspirators…

6

Circumstantial evidence can establish the existence of a conspiracy… when "the conspirators had a unity of purpose of a common design and understanding, or a meeting of minds in an unlawful agreement." (Internal quotations omitted) *DeLong Equip. v. Wash. Mills Abrasive Co.*, 887 F.2d 1499, 1515 (11th Cir. 1989)

### XXIII.

"Every corporation acts through its officers, and is responsible for the acts of such officers in the sphere of their appropriate duties; and no corporation shall be relieved of its liability to third persons for the acts of its officers by reason of any bylaw or other limitation upon the power of the officer, not known to such third person."[9]

### XXIV.

Unbeknownst to PLAINTIFF due to their failure to make corporate returns, DEFENDANTS are unlawfully transacting business in Georgia and are liable for the duly prescribed penalty. *See* Acts 1906, pp. 105, 106.

### XXV.

Slanderous libel is a criminal offense *(see* Cobb's 1851 Digest, p. 8) and constitutes a breach of duty by DEFENDANTS to the injury of PLAINTIFF.

### XXVI.

"Whenever any foreign corporation shall exercise or attempt to exercise within this State any corporate power or privilege denied or prohibited to corporations created by this State by the Constitution or laws of this State, or contrary to the public policy of this State, it shall be the duty of the courts to declare said corporate powers or privileges invalid and of no force or effect within this State, and to restrain or prohibit, by appropriate process, order, or judgment, the exercise of said corporate powers or privileges by said foreign corporation, at the instance of any party at interest, or at the instance of the Attorney General, when the latter shall be directed by the Governor to proceed to that end in the name of the State."[10] *See* Acts 1893, p. 32.

---

[9] Code 1933, § 22-712
[10] Code 1933, § 22-1503

7

Internal Filing ID:
GA-USD-NDG-11.19.2023-F4

************

## DEMAND FOR JUDGEMENT

### XXVII.

"'[W]hen the allegations of a [pleading] are distinct and positive, and the [pleading] is taken as confessed, such allegations are taken as true without proofs,' and a decree will be made accordingly ... "The [pleading], when confessed by the default of the defendant[s], is taken to be true in all matters alleged with sufficient certainty" *Thomson v. Wooster*, 114 U.S. 104, 111 (1885)

### XXVIII.

WHEREAS DEFENDANTS, after being duly notified and Served more than 21 days ago, have failed to appear and have defaulted on their opportunity to be heard, PLAINTIFF demands JUDGEMENT for the full claimed sum of TWELVE BILLION DOLLARS and costs be entered against DEFENDANTS.

/s/

TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org



