IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK EX REL. ANTI-SEMITISM DEFENSE LEAGUE™,<br><br>Plaintiff<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE,<br><br>Defendants. | Civil Action No. 1:23-CV-5840-JPB |

**DEFENDANT WORLD JEWISH CONGRESS'S
OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court should deny Plaintiff's February 8, 2024 Motion for Default Judgment (Dkt. 20, the "Motion") against Defendant World Jewish Congress ("WJC").

Plaintiff's basis for seeking default judgment is unclear. While Plaintiff did not effect valid service, WJC received a copy of Plaintiff's Complaint by mail on January 3, 2024. WJC timely responded by moving to dismiss on January 23, 2024.[1]

---

[1] WJC notes that Plaintiff did not respond to WJC's motion to dismiss, which was submitted to the Court on February 12, 2024. WJC served Plaintiff with its motion by ECF filing, mail and email. Plaintiff's Motion acknowledges WJC's submission, while contending it is "legally invalid and of no effect." Motion at § XVIII. WJC

Dkt. No. 17.  Thus, Plaintiff's claim that WJC did not "appear in the present Action at law either in person or by attorney-at-law" is incorrect.  Motion at § XVIII.  Plaintiff also incorrectly contends that "The Judge erred in allowing allegations and applications by non-attorneys-at-law to ostensibly appear in this Action."  *Id.* at § XIX.  WJC is represented by counsel from Berman Fink Van Horn P.C., who are members of the Georgia Bar, and from Kramer Levin Naftalis & Frankel LLP, who are appearing *pro hac vice*.  Dkt. Nos. 13, 15, 19.

    Accordingly Plaintiff's Motion should be denied.

    Dated: February 20, 2024

    Respectfully submitted,
BERMAN FINK VAN HORN P.C.

By: */s/ Benjamin I. Fink*

Benjamin I. Fink
Georgia Bar No. 261090
bfink@bfvlaw.com
Jeremy L. Kahn
Georgia Bar No. 796717
jkah@bvflaw.com
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305-6400
(404) 261-7711
(404) 233-1943 (Facsimile)

Aaron M. Frankel

---

notes that Local Rule 7.1(B) provides: "Failure to file a response shall indicate that there is no opposition to the motion."

- 3 -

    admitted *pro hac vice*
    Abigail Badway
    admitted *pro hac vice*
    KRAMER LEVIN NAFTALIS
     & FRANKEL LLP
    1177 Avenue of the Americas
    New York, NY 10036
    Tel:  212.715.9100
    Fax:  212.715.8000
    afrankel@kramerlevin.com
    abadway@kramerlevin.com

    Ariel N. Lavinbuk
    admitted *pro hac vice*
    KRAMER LEVIN NAFTALIS
     & FRANKEL LLP
    2000 K Street NW, 4th Floor
    Washington, DC  20006
    Tel:  202.775.4500
    Fax:  202.775.4510
    alavinbuk@kramerlevin.com

    *Attorneys for Defendant World Jewish Congress*

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

I certify that this brief has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

                                                   BERMAN FINK VAN HORN P.C.

                                    By:   */s/ Benjamin I. Fink*
                                                    Benjamin I. Fink
                                                    Georgia Bar No. 261090
                                                    bfink@bfvlaw.com
                                                    3475 Piedmont Road, NE
                                                    Suite 1640
                                                    Atlanta, Georgia 30305-6400
                                                    (404) 261-7711
                                                    (404) 233-1943 (Facsimile)

                                                    *Attorney for Defendant World Jewish Congress*

## CERTIFICATE OF SERVICE

I certify that, on February 20, 2024, I served this Defendant World Jewish Congress's Opposition to Plaintiff's Motion for Default Judgment by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail and by email to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*CommonLaw119@gmail.com*
>*Pro Se*

>BERMAN FINK VAN HORN P.C.

>By: */s/ Benjamin I. Fink*
>Benjamin I. Fink
>Georgia Bar No. 261090
>bfink@bfvlaw.com
>3475 Piedmont Road, NE
>Suite 1640
>Atlanta, Georgia 30305-6400
>(404) 261-7711
>(404) 233-1943 (Facsimile)
>
>*Attorney for Defendant World Jewish Congress*