IN THE UNITED STATES DISTRICT COURT
FORT THE NORTHERN DISTRICT OF GEORGIA

_____
                                            )
TAMAH JADA CLERK *EX REL*                   )
ANTI-SEMITISM DEFENSE LEAGUE                )
                                            )
                                            )   Case No.:  1:23-cv-5840-JPB
             Plaintiff,                     )
                                            )
                                            )
v.                                          )
                                            )
                                            )
X CORP., WORLD JEWISH CONGRESS,             )
AMERICAN ISRAEL PUBLIC AFFAIRS              )
COMMITTEE                                   )
                                            )
             Defendants.                    )
_____

**AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE'S
<u>OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>**

Defendant American Israel Public Affairs Committee ("AIPAC"), by and through its undersigned counsel, hereby files its Opposition to Plaintiff's Motion for Default Judgment (Dkt. 20) (hereinafter "Motion") against Defendant AIPAC.

This Court should summarily deny Plaintiff's Motion, which, like her Complaint, is baseless and largely incoherent. Plaintiff erroneously claims that "Defendants have failed to appear in the present Act at law either in person or by attorney-at-law." Dkt. 20 §XVIII. This is patently untrue. While contesting sufficiency of service of process, Defendant AIPAC appeared through its

undersigned counsel and filed a Motion to Dismiss on January 23, 2024, within 21 days of purported service. *See* Dkt. 16. Further, this Court granted an Application for Admission of Rachel Hirsch Pro Hac Vice on behalf of Defendant AIPAC on January 24, 2024.[1] Indeed, Plaintiff appears to acknowledge Defendant AIPAC's motion by then claiming that "every pleading and motion by Defendants is legally invalid and of no effect." Dkt. 20 §XVIII. Plaintiff cannot claim that the motion be deemed invalid while, at the same time, claiming that Defendant AIPAC failed to appear in this proceeding. There is no basis, therefore, for Plaintiff to seek default judgment against Defendant AIPAC or for the Court to grant her Motion.

There is a basis, however, for the Court to grant Defendant AIPAC's Motion to Dismiss (Dkt. 16)—namely, Plaintiff's abject failure to respond to the Motion to Dismiss. Defendant AIPAC served Plaintiff with its motion by ECF filing, mail, and email almost four weeks ago, without a response from Plaintiff. Since then, Defendant AIPAC's motion has been submitted for this Court's consideration. *See* Dkt. 2/12/24. This Court should grant Defendant AIPAC's Motion to Dismiss for the reasons stated therein and pursuant to Local Rule 7.1(B), which provides: "Failure to file a response shall indicate that there is no opposition to the motion."

---

[1] Defendant AIPAC is represented by counsel from Berman Fink Van Horn P.C., who are members of the Georgia Bar, and Rachel Hirsch, Chief Legal Counsel of AIPAC, who is appearing *pro hac vice*. Thus, Plaintiff incorrectly contends that "The Judge erred in allowing allegations and applications by non-attorneys-at-law to ostensibly appear in this Action." Motion at § XIX.

For these reasons, this Court should deny Plaintiff's Motion.

Dated: February 20, 2024        Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:    */s/ Benjamin I. Fink*
Benjamin I. Fink
Georgia Bar No. 261090
bfink@bfvlaw.com
Jeremy L. Kahn
Georgia Bar No. 796717
jkahn@bfvlaw.com
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)

AIPAC

Rachel Hirsch
(*Pro Hac Vice*)
Chief Legal Counsel, AIPAC
251 H. Street NW
Washington, D.C. 20001
Tel: (202) 246-0519
Fax: (202) 638-6349
rhirsch@aipac.org

*Attorneys for Defendant American Israel Public Affairs Committee*

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

I certify that this brief has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

                                  BERMAN FINK VAN HORN P.C.

                              By:    */s/ Benjamin I. Fink*
                                          Benjamin I. Fink
                                          Georgia Bar No. 261090
                                          bfink@bfvlaw.com
                                          3475 Piedmont Road, NE
                                          Suite 1640
                                          Atlanta, Georgia 30305-6400
                                          (404) 261-7711
                                          (404) 233-1943 (Facsimile)

                                          *Attorney for Defendant American Israel Public Affairs Committee*

## **CERTIFICATE OF SERVICE**

I certify that, on February 20, 2024, I served this Defendant American Israel Public Affairs Committee's Opposition to Plaintiff's Motion for Default Judgment by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail and by email to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*CommonLaw119@gmail.com*
>*Pro Se*

>BERMAN FINK VAN HORN P.C.
>
>By:   */s/ Benjamin I. Fink*
>      Benjamin I. Fink
>      Georgia Bar No. 261090
>      bfink@bfvlaw.com
>      3475 Piedmont Road, NE
>      Suite 1640
>      Atlanta, Georgia 30305-6400
>      (404) 261-7711
>      (404) 233-1943 (Facsimile)
>
>*Attorney for Defendant American Israel Public Affairs Committee*