# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE<br><br>Defendants. | Civil Action No. 1:23-cv-05840-JPB |

**DECLARATION OF KENNETH M. TRUJILLO-JAMISON
IN SUPPORT OF
DEFENDANT X CORP.'S REQUEST FOR JUDICIAL NOTICE
<u>IN SUPPORT OF ITS MOTION TO DISMISS</u>**

I, Kenneth Trujillo-Jamison, hereby declare as follows:

1.  I am an attorney at the law firm of Willenken LLP, counsel of record for Defendant X Corp.

2.  I make this declaration in support of X Corp.'s Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiff's Complaint.

3.  Attached as **Exhibit 1** is a true and correct copy of the archived version of X Corp.'s Terms of Service (the "Terms") as they existed when Plaintiff created her X account in August 2023, *available at*

https://web.archive.org/web/20230801013559/https://twitter.com/en/tos/ (last visited February 9, 2024). My office obtained printouts of the archived webpage as it appeared in August 2023 by visiting the web archive known as the Internet Archive Wayback Machine on February 9, 2024 at webarchive.org and entering the URL https://twitter.com/en/tos. The Internet Archive Wayback Machine had archived the website on August 1, 2023. My office then captured a true and correct printout of that webpage (https://web.archive.org/web/20230801013559/https://twitter.com/en/tos/) by using FireShot Pro and verified that the printouts contained an accurate reflection of what appeared on the URL listed above and the facts contained therein.

4. Attached as **Exhibit 2** is a true and correct copy of X Corp.'s Terms in effect when Plaintiff was allegedly defamed in November 2023, and which remain in effect today, *available at* https://twitter.com/en/tos (last visited February 9, 2024). My office obtained Exhibit 2 by visiting the above-listed URL. My office then captured a true and correct printout of the webpage as it appeared on February 13, 2024 by using FireShot Pro and verified that the printouts contained an accurate reflection of what appeared on the URL listed above and the facts contained therein.

5. Attached as **Exhibit 3** is a true and correct copy of X Corp.'s Hateful Conduct Policy in effect when Plaintiff was allegedly defamed in November 2023, and which remains in effect today, *available at* https://help.twitter.com/en/rules-

and-policies/hateful-conduct-policy (last visited February 9, 2024). My office obtained Exhibit 3 by visiting the above-listed URL. My office then captured a true and correct printout of the webpage as it appeared on February 9, 2024 by using FireShot Pro and verified that the printouts contained an accurate reflection of what appeared on the URL listed above and the facts contained therein.

6. Attached as **Exhibit 4** is a true and correct copy of the archived version of X Corp.'s sign-up page for new account holders as it existed when Plaintiff created her X account in August of 2023, *available at* https://web.archive.org/web/20230801165313/https://twitter.com/i/flow/signup (last visited February 13, 2024). My office obtained printouts of the archived webpage as it appeared on August 1, 2023 by visiting the web archive known as the Internet Archive Wayback Machine on February 13, 2024 at webarchive.org and entering the URL https://twitter.com/i/flow/signup. The Internet Archive Wayback Machine had archived the website on August 1, 2023. My office then captured a true and correct printout of that webpage (https://web.archive.org/web/20230801165313/https://twitter.com/i/flow/signup) by using FireShot Pro and verified that the printouts contained an accurate reflection of what appeared on the URL listed above and the facts contained therein.

7. Attached as **Exhibit 5** is a true and correct copy of the webpage for Plaintiff's X account profile for the handle @The_ADL_dot_org, available at

https://twitter.com/theadl_dot_org (last visited February 13, 2024). My office obtained Exhibit 5 by visiting the above-listed URL. My office then captured a true and correct printout of the webpage as it appeared on February 13, 2024 by using FireShot Pro and verified that the printouts contained an accurate reflection of what appeared on the URL listed above and the facts contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2024

_____
Kenneth M. Trujillo-Jamison

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Declaration in Support of X Corp.'s Motion to Dismiss has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

*/s/ Colin K. Kelly*
Colin K. Kelly

*Counsel for Defendant X Corp., via Special Appearance Only*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I served a copy of the foregoing **DECLARATION OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF DEFENDANT X CORP.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS** upon all parties of record in this matter using the CM/ECF System.

*/s/ Colin K. Kelly*
Colin K. Kelly

*Counsel for Defendant X Corp., via Special Appearance Only*