# EXHIBIT 5

Page 1
Sign up for Twitter / X
https://web.archive.org/web/20230801165313/https://twitter.com/i/flow/signup

