# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE<br><br>Defendants. | Civil Action No. 1:23-cv-05840-JPB |

## DEFENDANT X CORP.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant X Corp. respectfully moves this Court to dismiss with prejudice the Complaint filed by plaintiff Tamah Jada Clark *ex rel.* Anti-Semitism Defense League, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, and pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process on X Corp.

This Motion to Dismiss is based on this motion, as well as the concurrently filed Memorandum of Points and Authorities in support of X Corp.'s Motion to Dismiss, X Corp.'s Request for Judicial Notice in Support of Its Motion to Dismiss

(the "RJN"), and the Declaration of Kenneth M. Trujillo-Jamison filed in support of the RJN.

Dated: February 20, 2024

        Respectfully submitted,

        SHOOK HARDY & BACON L.L.P.

        /s/ *Colin K. Kelly*
        _____
        Colin K. Kelly
        Georgia Bar No. 781072
        ckelly@shb.com
        Nia S. Wilson
        Georgia Bar No. 914011
        nwilson@shb.com
        1230 Peachtree Street NE
        Suite 1200
        Atlanta, GA 30309-3591
        (470) 867-6012 (direct CKK)
        (470) 867-6024 (direct NSW)

        Kenneth M. Trujillo-Jamison (*pro hac vice* pending)
        707 Wilshire Blvd., Suite 3850
        Los Angeles, CA 90017
        Telephone: (213) 955-9240
        Facsimile: (213) 955-9250
        ktrujillo-jamison@willlenken.com

        *Counsel for Defendant X Corp., via Special Appearance Only*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

*/s/ Colin K. Kelly*
Colin K. Kelly

*Counsel for Defendant X Corp., via Special Appearance Only*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I served a copy of the foregoing **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** upon all parties of record in this matter using the CM/ECF System.

*/s/ Colin K. Kelly*
Colin K. Kelly

*Counsel for Defendant X Corp., via Special Appearance Only*