# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE<br><br>Defendants. | Civil Action No. 1:23-cv-05840-JPB |

## DEFENDANT X CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant X Corp., by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement.

X Corp. states that X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

The undersigned counsel of record for X Corp. certifies that the following is a full and complete list of all parent corporations that owns 10% or more of the stock of X Corp.: X Holdings Corp.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: None.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for X Corp.: Kenneth M. Trujillo-Jamison, Willenken LLP; and Colin Kelly and Nia Wilson, Shook, Hardy & Bacon.

The undersigned further certifies that the following is a full and complete list of the citizenship of X Corp.: Nevada and California.

Dated: February 21, 2024    Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

/s/ *Colin K. Kelly*

_____
Colin K. Kelly
Georgia Bar No. 781072
ckelly@shb.com
Nia S. Wilson
Georgia Bar No. 914011
nwilson@shb.com
1230 Peachtree Street NE
Suite 1200
Atlanta, GA 30309-3591
(470) 867-6012 (direct CKK)
(470) 867-6024 (direct NSW)

Kenneth M. Trujillo-Jamison (*pro hac vice* pending)
707 Wilshire Blvd., Suite 3850

Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willenken.com

*Counsel for Defendant X Corp.¸ via Special Appearance Only*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Memorandum has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

*/s/ Colin K. Kelly*
Colin K. Kelly

*Counsel for Defendant X Corp.¸ via Special Appearance Only*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, I served a copy of the foregoing **DEFENDANT X CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** upon all parties of record in this matter using the CM/ECF System.

> *s/ Colin K. Kelly*
> Colin K. Kelly
>
> *Counsel for Defendant X Corp., via Special Appearance Only*