## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

_____
                                              )
TAMAH JADA CLERK *EX REL*                     )
ANTI-SEMITISM DEFENSE LEAGUE                   )
                                              )
                                              )     Case No.:  1:23-cv-5840-JPB
                    Plaintiff,                )
                                              )
                                              )
v.                                            )
                                              )
                                              )
X CORP., et al,                               )
                                              )
                    Defendants.               )
_____)

### DEFENDANT AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE'S RESPONSE TO PLAINTIFF'S (SECOND) <u>MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS</u>

In response to the "Motion for Default Judgment Against All Defendants" improperly included within Plaintiff's response to X Corp.'s motion to dismiss, Defendant American Israel Public Affairs Committee ("AIPAC") incorporates by reference its response to Plaintiff's prior motion for default judgment [Dkt. 22]. AIPAC further notes that while Plaintiff alleges a default by purportedly failing to appear to respond to the complaint, it is Plaintiff who has failed to respond to AIPAC's motion to dismiss. Accordingly, Plaintiff's purported "motion" should be denied.

Dated: March 1, 2024         Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:    */s/ Benjamin I. Fink*
        Benjamin I. Fink
        Georgia Bar No. 261090
        bfink@bfvlaw.com
        Jeremy L. Kahn
        Georgia Bar No. 796717
        jkahn@bfvlaw.com
        3475 Piedmont Road, NE
        Suite 1640
        Atlanta, Georgia 30305
        (404) 261-7711
        (404) 233-1943 (Facsimile)

        AIPAC

        Rachel Hirsch
        (*Pro Hac Vice*)
        Chief Legal Counsel, AIPAC
        251 H. Street NW
        Washington, D.C. 20001
        Tel: (202) 246-0519
        Fax: (202) 638-6349
        rhirsch@aipac.org

        *Attorneys for Defendant American*
        *Israel Public Affairs Committee*

## **LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

I certify that this motion has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

BERMAN FINK VAN HORN P.C.

By:     */s/ Benjamin I. Fink*
        Benjamin I. Fink
        Georgia Bar No. 261090
        bfink@bfvlaw.com
        3475 Piedmont Road, NE
        Suite 1640
        Atlanta, Georgia 30305-6400
        (404) 261-7711
        (404) 233-1943 (Facsimile)

        *Attorney for Defendant American*
        *Israel Public Affairs Committee*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 1, 2024, I served this document by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail and by email to:

> Tamah Jada Clark
> Anti-Semitism Defense League
> 1880 Braselton Hwy
> Suite 118 #5018
> Lawrenceville, GA 30043
> *CommonLaw119@gmail.com*
> *Pro Se*

BERMAN FINK VAN HORN P.C.

By:   <u>*/s/ Benjamin I. Fink*</u>
Benjamin I. Fink
Georgia Bar No. 261090
bfink@bfvlaw.com
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305-6400
(404) 261-7711
(404) 233-1943 (Facsimile)

*Attorney for Defendant American Israel Public Affairs Committee*