IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____
                                                        )
TAMAH JADA CLERK *EX REL*           )
ANTI-SEMITISM DEFENSE LEAGUE   )
                                                        )
                                                        )   Case No.:  1:23-cv-5840-JPB
            Plaintiff,                              )
                                                        )
                                                        )
v.                                                     )
                                                        )
                                                        )
X CORP., et al,                                 )
                                                        )
            Defendants.                         )
_____)

**DEFENDANT AMERICAN ISRAEL PUBLIC AFFAIRS
COMMITTEE'S RESPONSE TO PLAINTIFF'S (SECOND)
<u>MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS</u>**

In response to the "Motion for Default Judgment Against All Defendants" improperly included within Plaintiff's response to X Corp.'s motion to dismiss, Defendant American Israel Public Affairs Committee ("AIPAC") incorporates by reference its response to Plaintiff's prior motion for default judgment [Dkt. 22]. AIPAC further notes that while Plaintiff alleges a default by purportedly failing to appear to respond to the complaint, it is Plaintiff who has failed to respond to AIPAC's motion to dismiss. Accordingly, Plaintiff's purported "motion" should be denied.

Dated: March 1, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BERMAN FINK VAN HORN P.C.

　　　　　　　　　　　　　　　By:　*/s/ Benjamin I. Fink*
　　　　　　　　　　　　　　　　　　Benjamin I. Fink
　　　　　　　　　　　　　　　　　　Georgia Bar No. 261090
　　　　　　　　　　　　　　　　　　bfink@bfvlaw.com
　　　　　　　　　　　　　　　　　　Jeremy L. Kahn
　　　　　　　　　　　　　　　　　　Georgia Bar No. 796717
　　　　　　　　　　　　　　　　　　jkahn@bfvlaw.com
　　　　　　　　　　　　　　　　　　3475 Piedmont Road, NE
　　　　　　　　　　　　　　　　　　Suite 1640
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30305
　　　　　　　　　　　　　　　　　　(404) 261-7711
　　　　　　　　　　　　　　　　　　(404) 233-1943 (Facsimile)

　　　　　　　　　　　　　　　AIPAC

　　　　　　　　　　　　　　　Rachel Hirsch
　　　　　　　　　　　　　　　(*Pro Hac Vice*)
　　　　　　　　　　　　　　　Chief Legal Counsel, AIPAC
　　　　　　　　　　　　　　　251 H. Street NW
　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　Tel: (202) 246-0519
　　　　　　　　　　　　　　　Fax: (202) 638-6349
　　　　　　　　　　　　　　　rhirsch@aipac.org

　　　　　　　　　　　　　　　*Attorneys for Defendant American Israel Public Affairs Committee*

## **LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

I certify that this motion has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

                         BERMAN FINK VAN HORN P.C.

By:   */s/ Benjamin I. Fink*
       Benjamin I. Fink
       Georgia Bar No. 261090
       bfink@bfvlaw.com
       3475 Piedmont Road, NE
       Suite 1640
       Atlanta, Georgia 30305-6400
       (404) 261-7711
       (404) 233-1943 (Facsimile)

*Attorney for Defendant American Israel Public Affairs Committee*

## CERTIFICATE OF SERVICE

I certify that, on March 1, 2024, I served this document by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail and by email to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*CommonLaw119@gmail.com*
>*Pro Se*

        BERMAN FINK VAN HORN P.C.

    By:    */s/ Benjamin I. Fink*
              Benjamin I. Fink
              Georgia Bar No. 261090
              bfink@bfvlaw.com
              3475 Piedmont Road, NE
              Suite 1640
              Atlanta, Georgia 30305-6400
              (404) 261-7711
              (404) 233-1943 (Facsimile)

              *Attorney for Defendant American Israel Public Affairs Committee*