# IN THE UNITED STATES DISTRICT COURT
# FORT THE NORTHERN DISTRICT OF GEORGIA

_____

)
TAMAH JADA CLERK *EX REL*                    )
ANTI-SEMITISM DEFENSE LEAGUE      )
                                                                )
                                                                )      Case No.:  1:23-cv-5840-JPB
                       Plaintiff,                         )
                                                                )
                                                                )
v.                                                             )
                                                                )
                                                                )
X CORP., et al,                                         )
                                                                )
                       Defendants.                   )
_____)

## DEFENDANT WORLD JEWISH CONGRESS'S
## RESPONSE TO PLAINTIFF'S (SECOND) MOTION
## FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

In response to the "Motion for Default Judgment Against All Defendants" improperly included within Plaintiff's response to X Corp.'s motion to dismiss, Defendant World Jewish Congress ("WJC") incorporates by reference its response to Plaintiff's prior motion for default judgment [Dkt. 21]. WJC further notes that while Plaintiff alleges a default by purportedly failing to appear to respond to the complaint, it is Plaintiff who has failed to respond to WJC's motion to dismiss. Accordingly, Plaintiff's purported "motion" should be denied.

 Dated: March 1, 2024                    Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:    */s/ Benjamin I. Fink*
        Benjamin I. Fink
        Georgia Bar No. 261090
        bfink@bfvlaw.com
        Jeremy L. Kahn
        Georgia Bar No. 796717
        jkahn@bfvlaw.com
        3475 Piedmont Road, NE
        Suite 1640
        Atlanta, Georgia 30305
        (404) 261-7711
        (404) 233-1943 (Facsimile)

        KRAMER LEVIN NAFTALIS
        & FRANKEL LLP

        Aaron M. Frankel
        (*pro hac vice*)
        Abigail Badway
        (*pro hac vice*)
        1177 Avenue of the Americas
        New York, NY 10036
        Tel:  212.715.9100
        Fax:  212.715.8000
        afrankel@kramrelevin.com
        abadway@kramerlevin.com

        Ariel N. Lavinbuk
        (*pro hac vice*)
        2000 K Street NW, 4th Floor
        Washington, DC  20006
        Tel:  202.775.4500
        Fax:  202.775.4510
        alavinbuk@kramerlevin.com

        *Attorneys for Defendant World
        Jewish Congress*

- 2 -

- 3 -

## **LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

I certify that this motion has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

BERMAN FINK VAN HORN P.C.

By:    */s/ Benjamin I. Fink*
        Benjamin I. Fink
        Georgia Bar No. 261090
        bfink@bfvlaw.com
        3475 Piedmont Road, NE
        Suite 1640
        Atlanta, Georgia 30305-6400
        (404) 261-7711
        (404) 233-1943 (Facsimile)

        *Attorney for Defendant World Jewish Congress*

## CERTIFICATE OF SERVICE

I certify that, on March 1, 2024, I served this document by electronically filing

it with the Clerk of the Court using the CM/ECF system and by sending it by first-

class mail and by email to:

> Tamah Jada Clark
> Anti-Semitism Defense League
> 1880 Braselton Hwy
> Suite 118 #5018
> Lawrenceville, GA 30043
> *CommonLaw119@gmail.com*
> *Pro Se*

BERMAN FINK VAN HORN P.C.

By:   */s/ Benjamin I. Fink*
      Benjamin I. Fink
      Georgia Bar No. 261090
      bfink@bfvlaw.com
      3475 Piedmont Road, NE
      Suite 1640
      Atlanta, Georgia 30305-6400
      (404) 261-7711
      (404) 233-1943 (Facsimile)

      *Attorney for Defendant World Jewish*
      *Congress*