IN THE UNITED STATES DISTRICT COURT
FORT THE NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| TAMAH JADA CLERK *EX REL* | ) | |
| ANTI-SEMITISM DEFENSE LEAGUE | ) | |
|  | ) | |
|  | ) | Case No.: 1:23-cv-5840-JPB |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| X CORP., et al, | ) | |
|  | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT WORLD JEWISH CONGRESS'S MOTION TO STRIKE**

Defendant World Jewish Congress ("WJC") moves to strike the document it filed at ECF No. 30, which was inadvertently filed in error. The correct document that WJC intended to file has been filed at ECF No. 31.

Dated: March 6, 2024          Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:   */s/ Benjamin I. Fink*
      Benjamin I. Fink
      Georgia Bar No. 261090
      bfink@bfvlaw.com
      Jeremy L. Kahn
      Georgia Bar No. 796717
      jkahn@bfvlaw.com
      3475 Piedmont Road, NE

Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

Aaron M. Frankel
(*pro hac vice*)
Abigail Badway
(*pro hac vice*)
1177 Avenue of the Americas
New York, NY 10036
Tel: 212.715.9100
Fax: 212.715.8000
afrankel@kramrelevin.com
abadway@kramerlevin.com

Ariel N. Lavinbuk
(*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: 202.775.4500
Fax: 202.775.4510
alavinbuk@kramerlevin.com

*Attorneys for Defendant World Jewish Congress*

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

I certify that this motion has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

        BERMAN FINK VAN HORN P.C.

By:   */s/ Benjamin I. Fink*
      Benjamin I. Fink
      Georgia Bar No. 261090
      bfink@bfvlaw.com
      3475 Piedmont Road, NE
      Suite 1640
      Atlanta, Georgia 30305-6400
      (404) 261-7711
      (404) 233-1943 (Facsimile)

      *Attorney for Defendant World Jewish Congress*

## CERTIFICATE OF SERVICE

I certify that, on March 6, 2024, I served this document by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail and by email to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*CommonLaw119@gmail.com*
>*Pro Se*

>BERMAN FINK VAN HORN P.C.

>By:  */s/ Benjamin I. Fink*
>        Benjamin I. Fink
>        Georgia Bar No. 261090
>        bfink@bfvlaw.com
>        3475 Piedmont Road, NE
>        Suite 1640
>        Atlanta, Georgia 30305-6400
>        (404) 261-7711
>        (404) 233-1943 (Facsimile)

>        *Attorney for Defendant World Jewish Congress*