IN THE UNITED STATES DISTRICT COURT
FORT THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TAMAH JADA CLERK *EX REL* <br> ANTI-SEMITISM DEFENSE LEAGUE <br><br> Plaintiff, <br><br> v. <br><br> X CORP., et al, <br><br> Defendants. | Case No.: 1:23-cv-5840-JPB |

**DEFENDANTS AMERICAN ISRAEL PUBLIC
AFFAIRS COMMITTEE AND WORLD JEWISH
CONGRESS'S JOINT MOTION FOR AN ORDER CLARIFYING
REQUIREMENTS FOR RESPONDING TO PLAINTIFF'S FILINGS**

Plaintiff's "Motion for Removal of Fraudulent Counsel" [ECF No. 35] is the latest in a string of legally incoherent filings. Defendants American Israel Public Affairs Committee ("AIPAC") and World Jewish Congress ("WJC") believe the motion, which is based on the frivolous claims that "[t]he State Bar of Georgia is a product of contemporary innovation incapable of authorizing the practice of Georgia Law" and that "[w]omen are prohibited from the practice of Law in Georgia," does not merit a response. Defendants AIPAC and WJC respectfully request that the Court enter an order notifying them if further briefing is required in response to this motion.

Defendants AIPAC and WJC are also concerned that Plaintiff will continue clogging the docket with meritless, legally incoherent filings while their dispositive motions to dismiss remain pending. Accordingly, Defendants AIPAC and WJC respectfully request that the Court enter an order providing that no response to any further filings by Plaintiff shall be necessary until after the Court rules on the pending motions to dismiss (to the extent any response is still necessary after the Court's ruling).

Dated: April 1, 2024

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By:   */s/ Jeremy L. Kahn*
Benjamin I. Fink
Georgia Bar No. 261090
bfink@bfvlaw.com
Jeremy L. Kahn
Georgia Bar No. 796717
jkahn@bfvlaw.com
3475 Piedmont Road, NE
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
(404) 233-1943 (Facsimile)

*Attorney for Defendants American Israel Public Affairs Committee and World Jewish Congress*

AIPAC

Rachel Hirsch
(*Pro Hac Vice*)
Chief Legal Counsel, AIPAC

251 H. Street NW
Washington, D.C. 20001
Tel: (202) 246-0519
Fax: (202) 638-6349
rhirsch@aipac.org

*Attorney for Defendant American Israel Public Affairs Committee*

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

Aaron M. Frankel
(*pro hac vice*)
Abigail Badway
(*pro hac vice*)
1177 Avenue of the Americas
New York, NY 10036
Tel:  212.715.9100
Fax:  212.715.8000
afrankel@kramerlevin.com
abadway@kramerlevin.com

Ariel N. Lavinbuk
(*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC  20006
Tel:  202.775.4500
Fax:  202.775.4510
alavinbuk@kramerlevin.com

*Attorneys for Defendant World Jewish Congress*

## LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE

I certify that this motion has been prepared with one of the font and point selections (14 Times New Roman) approved by the court in Local Rule 5.1(B).

        BERMAN FINK VAN HORN P.C.

By:   */s/ Jeremy L. Kahn*
      Benjamin I. Fink
      Georgia Bar No. 261090
      bfink@bfvlaw.com
      3475 Piedmont Road, NE
      Suite 1640
      Atlanta, Georgia 30305-6400
      (404) 261-7711
      (404) 233-1943 (Facsimile)

      *Attorney for Defendants American Israel Public Affairs Committee and World Jewish Congress*

- 5 -

## **CERTIFICATE OF SERVICE**

I certify that, on April 1, 2024, I served this document by electronically filing it with the Clerk of the Court using the CM/ECF system and by sending it by first-class mail and by email to:

>Tamah Jada Clark
>Anti-Semitism Defense League
>1880 Braselton Hwy
>Suite 118 #5018
>Lawrenceville, GA 30043
>*CommonLaw119@gmail.com*
>*Pro Se*

>BERMAN FINK VAN HORN P.C.

>By: */s/ Jeremy L. Kahn*
>Benjamin I. Fink
>Georgia Bar No. 261090
>bfink@bfvlaw.com
>3475 Piedmont Road, NE
>Suite 1640
>Atlanta, Georgia 30305-6400
>(404) 261-7711
>(404) 233-1943 (Facsimile)

>*Attorney for Defendants American Israel Public Affairs Committee and World Jewish Congress*