FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 11 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP (WITHOUT THE "UNITED STATES")** [1] [2]

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

| | |
|---|---|
| TAMAH JADA CLARK *EX REL.* ANTI-SEMITISM DEFENSE LEAGUE ™, **PLAINTIFF** | |
| Vs. | CIVIL ACTION NO. 1:23-CV-05840-JPB |
| X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, **DEFENDANTS** | |

**Monday, April 8, 2024**

### PLAINTIFF'S CLARIFICATION OF GEORGIA LAW
### IN RESPONSE TO COURT'S "ORDER" DATED APRIL 1, 2024

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF", to clarify Georgia Law for DEFENDANTS per request of the Court. Under protest and express reservation of all rights, PLAINTIFF responds to DEFENDANTS' Motion (Docket No. 35) so-called—which is a nullity— as follows:

**I.**

---

[1] The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

[2] Note: Code 1933 citations used herein are to reference common law principles: "When no source note is shown, the section usually has come down without change from the Code of 1863, stating a principle of the common law which was included in that Code pursuant to the authority given to the Commissioners to include therein the entire body of law of force in this State, from whatever source derived." Code 1933, Explanatory Notes pp. XIII-XIV

1

The <u>first sentence</u> of the Nullity says: "Plaintiff's 'Motion for Removal of Fraudulent Counsel' [ECF No. 35] is the latest in a string of legally incoherent filings."

DEFENDANTS' inability to comprehend PLAINTIFF's filings does not render them "legally incoherent" but is, instead, an indication of legal incompetence on the part of DEFENDANTS.

## II.

The <u>second sentence</u> of the Nullity says: "Defendants American Israel Public Affairs Committee ('AIPAC') and World Jewish Congress ('WJC') believe the motion, which is based on the frivolous claims that '[t]he State Bar of Georgia is a product of contemporary innovation incapable of authorizing the practice of Georgia Law' and that '[w]omen are prohibited from the practice of Law in Georgia,' does not merit a response."

DEFENDANTS are entitled to *believe* whatever they want, but their beliefs have no bearing on truth, fact, or the Law of Georgia—according to which the facticity that '[t]he State Bar of Georgia is a product of contemporary innovation incapable of authorizing the practice of Georgia Law' and that '[w]omen are prohibited from the practice of Law in Georgia,' is uncontrovertible. Did not PLAINTIFF's Motion (Docket No. 35) define what is meant by "Law"? It most certainly did; to wit:

> Law means a "rule of civil conduct prescribed by the supreme power in a state", which "in the proper sense of the term, is a general rule of human action, taking cognizance only of external acts, enforced by a determinate authority, which authority is human, and among human authorities is that which is paramount in a political society." [3] The false notion that "Law" includes "acts" of the General Assembly—not to be confused with "Acts" of the State— is a new invention, a modern innovation.

In other words, not every "act" that comes from the legislative branch of government is passed in its constitutional capacity as the Legislature, in the name of the Sovereign (i.e. with

---

[3] Henry Campbell Black. A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern. (Second Edition), p. 700. West Publishing Co., 1910.

2

State Imprimatur)—this fact is a basic principle of Civics—which means that not every "act" is Law within the strictest sense and meaning of Georgia's Constitution.

Another rudimentary fact of Law is that it comes from the Legislature (the Senate and the House of Representatives, in general assembly) which is not synonymous with "the General Assembly". However, PLAINTIFF is not obligated to provide civics lessons, legal instruction, or counsel to/for DEFENDANTS. Nevertheless, PLAINTIFF has authored an educational treatise which briefly touches on this subject and may prove helpful for DEFENDANTS' legal competence. [4]

As stated at I(b) of PLAINTIFF'S Motion (Docket No. 35): "The Act of August 19, 1916, that permitted females to practice law in Georgia (Acts 1916, p. 76) is not a statute of the State of Georgia but simply an 'act' of the General Assembly of the State of Georgia. *See* **Exhibit A**: An Act to permit females to practice law in this State." Upon review of the Preamble of said **Exhibit A**, the "authority" by which the "act" was enacted is revealed to be the "General Assembly of the State of Georgia"—not the Legislature. Therefore, women cannot practice Georgia Law. They are obviously "practicing" something else which PLAINTIFF will leave up to DEFENDANTS' mental acuity and "legal prowess" to decipher on their own time.

As stated at III(e) of PLAINTIFF'S Motion (Docket No. 35): "The Act of March 1, 1933 (Acts 1933, p. 224) alleged to regulate the practice of law for residents and non-residents (i.e. *pro hac vice*). However, it too—like the Act of August 19, 1916— is an 'act' of the 'General Assembly' which lacks Imprimatur of the State. It is not a statute law and did not, in any way, alter Georgia Law for admission to a county bar or practice as an Attorney at Law. *See* **Exhibit B**: An Act to regulate the admission to the practice of law in this State." Upon review of the Preamble of said **Exhibit B**, the "authority" by which the "act" was enacted is revealed to be the "General Assembly of Georgia," whatever that is—not the Legislature. Therefore, persons—male or female— cannot practice Georgia Law under that "act" but are free to practice "Code".

---

[4] Clark, Tamah Jada (2022): The Final Exodus. An Educational Treatise on the Georgia Supreme Court Rules; demonstrating their Origin, History, and Inutility at Common Law; and Inapplicability to Bills of Exceptions: containing An Exposition of a Modern-day Coup d'État; comprising An Outline of The Final Exodus: by Tamah Jada Clark.. figshare. Book. https://doi.org/10.6084/m9.figshare.21737489.v1

3

Georgia's Constitution makes a distinction between Code and law.[5] DEFENDANTS have yet to come into that understanding as demonstrated by the emotions-based retorted falsehood that PLAINTIFF's claims are frivolous.

### III.

The <u>third sentence</u> of the Nullity says: "Defendants AIPAC and WJC respectfully request that the Court enter an order notifying them if further briefing is required in response to this motion."

The Court has obliged DEFENDANTS' tantrum via its "Order" dated April 1, 2024. PLAINTIFF is presently obliging the Court by responding to said Order.

### IV.

The <u>fourth sentence</u> of the Nullity says: "Defendants AIPAC and WJC are also concerned that Plaintiff will continue clogging the docket with meritless, legally incoherent filings while their dispositive motions to dismiss remain pending."

DEFENDANTS AIPAC and WJC need not worry that PLAINTIFF's filings are either "meritless" or "incoherent" but should direct their attention to the fact of their default for failure to appear. Meanwhile, DEFENDANTS' attorneys-in-fact are pointlessly clogging the docket with their vain attempts at "Code practice" in a Forum that knows it not.

PLAINTIFF has brought this Action at Law outside the realm of that which DEFENDANTS' attorneys-in-fact know as law. They are untrained, unlearned, and— from the perspective of Georgia's Constitution and Laws— *incompetent* frauds. DEFENDANTS' "dispositive motions" so-called are meritless nullities at best.

---

[5] "No law or section of the Code shall be amended or repealed by mere reference to its title or to the number of the section of the Code; but the amending or repealing Act shall distinctly describe the law or Code section to be amended or repealed as well as the alteration to be made." Article III, Section V, Paragraph IV.

4

## V.

The <u>fifth sentence</u> of the Nullity says: "Accordingly, Defendants AIPAC and WJC respectfully request that the Court enter an order providing that no response to any further filings by Plaintiff shall be necessary until after the Court rules on the pending motions to dismiss (to the extent any response is still necessary after the Court's ruling)."

PLAINTIFF had, via Motion (Docket No. 35), made a final statement and had no intention of further entertaining the haughty incompetence of persons who are "self-admittedly unqualified, disqualified, or otherwise ineligible for admission to an appropriate superior court bar entitling them to appear in this Action."

## VI.

Judicial notice is requested for the fact that the Court's "Order" dated April 1, 2024, was entered by the Clerk on April 2, 2024. The Docket says, via Clerk's Certificate of Mailing, that said Order was sent to PLAINTIFF the same day (April 2, 2024). However, the Order still has not arrived to PLAINTIFF via USPS mail.

PLAINTIFF would like to avoid Due Process issues arising from denied opportunity to be heard and asks that, in the future, the Court allow sufficient time for PLAINTIFF, a non-attorney, to receive Court communications via USPS to avoid denial of access to the Court in violation of Article I, Section I, Paragraph XII.[6]

/s/

TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

---

[6] "No person shall be deprived of the right to prosecute or defend, either in person or by an attorney, that person's own cause in any of the courts of this state."

5

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

Internal Filing ID:
GA-USD-NDG-11.19.2023-F8

```
ORIGIN ID:SCFA    (417) 221-9006        SHIP DATE: 09APR24
TAMAH JADA CLARK                        ACTWGT: 0.10 LB
                                        CAD: 254303705/WSXI3200
1880 BRASELTON HWY
SUITE 118 #5018
LAWRENCEVILLE, GA 30043                 BILL SENDER
UNITED STATES US

TO  CLERK OF COURT
    RICHARD B. RUSSELL FEDERAL BUILDING
    2211 UNITED STATES COURTHOUSE
    75 TED TURNER DRIVE, SW
    ATLANTA GA 30303
(417) 221-9006         REF: 1
INV: 9423587
PO:                            DEPT:
```



FedEx Express
E

TRK# 2732 1622 9776
0201

THU - 11 APR 5:00P
** 2DAY **

SG QFEA         30303
                GA-US ATL



9423587
00001

