# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK *EX REL* ANTI-SEMITISM DEFENSE LEAGUE<br><br>Plaintiff,<br><br>v.<br><br>X CORP. et al.,<br><br>Defendants. | Case No. 1:23-CV-05840-JPB |

## DEFENDANT X CORP.'S NOTICE OF COMPLIANCE

Pursuant to the Court's Docket Order, counsel for Defendant X Corp. respectfully submits that on March 8, 2024, X Corp. mailed copies of all of its previously filed pleadings and exhibits (Doc 23, Doc 24, Doc 25, and Doc 27) to Plaintiff through USPS and electronic mail.

Attached hereto is **Exhibit A**, a copy of the electronic correspondence sent to Plaintiff on March 8, 2024 regarding the same.

Dated: May 6, 2024               Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

*/s/ Nia S. Wilson*
Colin K. Kelly
Georgia Bar No. 781072
ckelly@shb.com
Nia S. Wilson
Georgia Bar No. 914011
nwilson@shb.com

1230 Peachtree Street NE
Suite 1200
Atlanta, GA 30309-3591
(470) 867-6012 (direct CKK)
(470) 867-6024 (direct NSW)

Kenneth M. Trujillo-Jamison (*pro hac vice*)
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willenken.com

*Counsel for Defendant X Corp., via Special Appearance Only*

- 2 -

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

*/s/ Nia S. Wilson*
Nia S. Wilson

**Counsel for Defendant X Corp.**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I served a copy of the foregoing **DEFENDANT X CORP.'S NOTICE OF COMPLIANCE** upon all parties using the CM/ECF System, and to Plaintiff via USPS mail and electronic mail to:

Tamah Jada Clark (Pro Se)
Anti-Semitism Defense League
1880 Braselton Highway
Suite 118 #5018
Lawrenceville, Georgia 30043
commonlaw119@gmail.com

*/s/ Nia S. Wilson*
Nia S. Wilson

**Counsel for Defendant X Corp.**