**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

**KEVIN P. WEIMER**　　　　　　　　　　　　　　　　　　　　　　　**DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　　　　　　　　　　　　404-215-1655
**AND CLERK OF COURT**

July 2, 2024

**Tamah Jada Clark**
**1880 Braselton Hwy**
**Suite 118 #5018**
**Lawrenceville, GA 30043**
**888-256-6692**
**PRO SE**

　　　　Re:　Tamah Jada Clark et al v. X Corp. et al
　　　　　　　Civil Action No.: 1:23-cv-5840-JPB

Dear Ms. Clark:

　　　　On June 28, 2024, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__　　Appeal fee $605.00  (Docketing fee $600.00 and Filing fee $5.00)

__X__　　Application to proceed on appeal in forma pauperis.

__X__　　Please complete the attached appeal information sheet as directed.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Kevin P. Weimer
　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　and Clerk of Court


　　　　　　　　　　　　　　By:　P. McClam
　　　　　　　　　　　　　　　　　Deputy Clerk