**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

July 2, 2024

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

     **U.S.D.C. No.:** 1:23-cv-5840-JPB
     **U.S.C.A. No.:** 00-00000-00
     **In re:**    Tamah Jada Clark et al v. X Corp. et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| X | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
|---|---|
|   | This is not the first notice of appeal. Other notices were filed on: . |
| X | **There is no transcript.** |
|   | The court reporter is . |
|   | There is sealed material as described below: . |
|   | Other: Original record A/V Record Exhibits transmitted pursuant to request.   (See attached copy of request.) |
| X | **USCA Appeal fees HAVE NOT been paid.** |
|   | Appellant has been   leave to proceed *in forma pauperis*. |
|   | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
| X | **The District Judge is J. P. Boulee.** |
|   | This is a **DEATH PENALTY** appeal. |

            Sincerely,

            Kevin P. Weimer
            District Court Executive
            and Clerk of Court

       By: **P. McClam**
            Deputy Clerk