# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

July 2, 2024

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

      **U.S.D.C. No.:** 1:23-cv-5840-JPB
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     Tamah Jada Clark et al v. X Corp. et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: Original record A/V Record Exhibits transmitted pursuant to request. (See attached copy of request.) |
| **X** | **USCA Appeal fees HAVE NOT been paid.** |
| | Appellant has been leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is J. P. Boulee.** |
| | This is a **DEATH PENALTY** appeal. |

                    Sincerely,

                    Kevin P. Weimer
                    District Court Executive
                    and Clerk of Court

            By: <u>P. McClam</u>
                    Deputy Clerk

4months,APPEAL,CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:23−cv−05840−JPB

| | |
|---|---|
| Clark et al v. X Corp. et al | Date Filed: 12/19/2023 |
| Assigned to: Judge J. P. Boulee | Date Terminated: 06/19/2024 |
| Cause: 28:1332 Diversity−Libel,Assault,Slander | Jury Demand: Plaintiff |
| | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Diversity |

**Plaintiff**

**Tamah Jada Clark**　　　　　　　　represented by　**Tamah Jada Clark**
*EX REL.*　　　　　　　　　　　　　　　　　　　　　1880 Braselton Hwy
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 118 #5018
　　　　　　　　　　　　　　　　　　　　　　　　　　Lawrenceville, GA 30043
　　　　　　　　　　　　　　　　　　　　　　　　　　888−256−6692
　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Anti−Semitism Defense League**　represented by　**Anti−Semitism Defense League**
　　　　　　　　　　　　　　　　　　　　　　　　　　1880 Brasleton Hwy
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 118 #5018
　　　　　　　　　　　　　　　　　　　　　　　　　　Lawrenceville, GA 30043
　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**X Corp.**　　　　　　　　　　　　　represented by　**Kenneth M. Trujillo−Jamison**
　　　　　　　　　　　　　　　　　　　　　　　　　　Willenken, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　707 Wilshire Blvd
　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　　　　　　　213−955−8031
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: ktrujillo−jamison@willenken.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Nia Shinise Wilson**
　　　　　　　　　　　　　　　　　　　　　　　　　　Shook Hardy & Bacon, LLP − GA
　　　　　　　　　　　　　　　　　　　　　　　　　　1230 Peachtree Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　　　　　　　757−715−1750
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: nwilson@shb.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Colin Kamrath Kelly**<br>Shook, Hardy & Bacon L.L.P.<br>1230 Peachtree St. NE<br>Ste 1200<br>Atlanta, GA 30309<br>470–867–6012<br>Fax: 470–867–6001<br>Email: ckelly@shb.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **World Jewish Congress** | represented by | **Aaron M. Frankel**<br>Kramer Levin Naftalis & Frankel<br>1177 6th Avenue<br>New York, NY 10036<br>212–715–9100<br>Email: afrankel@kramerlevin.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Abigail Suzanne Badway**<br>Kramer Levin Naftalis & Frankel<br>1177 6th Avenue<br>New York, NY 10036<br>212–715–9100<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ariel Lavinbuk**<br>Kramer Levin Naftalis & Frankel<br>2000 K Street NW<br>Fourth Floor<br>Washington, DC 20006<br>202–775–4500<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin I. Fink**<br>Berman Fink Van Horn P.C.<br>3475 Piedmont Road Northeast<br>Suite 1640<br>Atlanta, GA 30305<br>404–261–7711<br>Fax: 404–233–1973<br>Email: bfink@bfvlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeremy L. Kahn**<br>Berman Fink Van Horn P.C. |

3475 Piedmont Road N.E.<br>
Suite 1640<br>
Atlanta, GA 30305<br>
404−261−7711<br>
Email: jkahn@bfvlaw.com<br>
<i>ATTORNEY TO BE NOTICED</i>

**Defendant**

**American Israel Public Affairs Committee**   represented by   **Rachel Hirsch**
American Israel Public Affairs Committee
251 H Street NW
Washington, DC 20001
202−246−0519
Email: rhirsch@aipac.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin I. Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy L. Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/19/2023 | 1 | | COMPLAINT with Jury Demand filed by Tamah Jada Clark, Anti−Semitism Defense League. (Filing fee $405, receipt number 100008402) (Attachments: # 1 Civil Cover Sheet)(jkb) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/19/2023) |
| 12/19/2023 | 2 | | Summons Issued as to American Israel Public Affairs Committee. (jkb) (Entered: 12/19/2023) |
| 12/19/2023 | 3 | | Summons Issued as to World Jewish Congress. (jkb) (Entered: 12/19/2023) |
| 12/19/2023 | 4 | | Summons Issued as to X Corp. (jkb) (Entered: 12/19/2023) |
| 01/02/2024 | 5 | | NOTICE of Disqualification by Tamah Jada Clark. (jpa) (Entered: 01/03/2024) |
| 01/05/2024 | 6 | | ORDER REASSIGNING CASE. Case reassigned to Judge J. P. Boulee for all further proceedings. Judge Amy Totenberg no longer assigned to case. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:23−cv−5840−JPB. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Amy Totenberg on 1/5/2024. (dob) (Entered: 01/05/2024) |
| 01/05/2024 | | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League re 6 Order Reassigning Case,. (dob) (Entered: 01/05/2024) |

| | | | |
|---|---|---|---|
| 01/05/2024 | | | Clerk's Certificate of Mailing as to Tamah Jada Clark re 6 Order Reassigning Case,. (dob) (Entered: 01/05/2024) |
| 01/05/2024 | 7 | | STANDING ORDER. Signed by Judge J. P. Boulee on January 5, 2024. (jkl) (Entered: 01/05/2024) |
| 01/08/2024 | | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League, Tamah Jada Clark re 7 Order. (nmb) (Entered: 01/08/2024) |
| 01/23/2024 | 8 | | NOTICE of Appearance by Benjamin I. Fink on behalf of American Israel Public Affairs Committee, World Jewish Congress (Fink, Benjamin) (Entered: 01/23/2024) |
| 01/23/2024 | 9 | | NOTICE of Appearance by Jeremy L. Kahn on behalf of American Israel Public Affairs Committee, World Jewish Congress (Kahn, Jeremy) (Entered: 01/23/2024) |
| 01/23/2024 | 10 | | Certificate of Interested Persons and Corporate Disclosure Statement by American Israel Public Affairs Committee. (Fink, Benjamin) (Entered: 01/23/2024) |
| 01/23/2024 | 11 | | APPLICATION for Admission of Rachel Hirsch Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13174948).by American Israel Public Affairs Committee. (Fink, Benjamin) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/23/2024) |
| 01/23/2024 | 12 | | Certificate of Interested Persons and Corporate Disclosure Statement by World Jewish Congress. (Fink, Benjamin) (Entered: 01/23/2024) |
| 01/23/2024 | 13 | | APPLICATION for Admission of Aaron M. Frankel Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175329).by World Jewish Congress. (Kahn, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/23/2024) |
| 01/23/2024 | 14 | | APPLICATION for Admission of Abigail Suzanne Badway Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175351).by World Jewish Congress. (Kahn, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/23/2024) |
| 01/23/2024 | 15 | | APPLICATION for Admission of Ariel Lavinbuk Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175377).by World Jewish Congress. (Kahn, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/23/2024) |
| 01/23/2024 | 16 | | MOTION to Dismiss *Plaintiff's Complaint* with Brief In Support by American Israel Public Affairs Committee. (Attachments: # 1 Memorandum of Law in Support, # 2 Exhibit 1 − Declaration of Rachel Hirsch, Esq.)(Fink, Benjamin) (Entered: 01/23/2024) |
| 01/23/2024 | 17 | | MOTION to Dismiss *Plaintiff's Complaint* with Brief In Support by World Jewish Congress. (Fink, Benjamin) (Entered: 01/23/2024) |
| 01/24/2024 | | | APPROVAL by Clerks Office re: 11 APPLICATION for Admission of Rachel Hirsch Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13174948). Attorney Rachel Hirsch added appearing on behalf of American Israel Public Affairs Committee. E−filing access may be requested |

| | | | |
|---|---|---|---|
| | | | after an order granting the application is entered. (esr) (Entered: 01/24/2024) |
| 01/24/2024 | | | APPROVAL by Clerks Office re: 15 APPLICATION for Admission of Ariel Lavinbuk Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175377). Attorney Ariel Lavinbuk added appearing on behalf of World Jewish Congress. E−filing access may be requested after an order granting the application is entered. (esr) (Entered: 01/24/2024) |
| 01/24/2024 | | | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Aaron M. Frankel Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175329). Attorney Aaron M. Frankel added appearing on behalf of World Jewish Congress. E−filing access may be requested after an order granting the application is entered. (esr) (Entered: 01/24/2024) |
| 01/24/2024 | | | ORDER granting 11 Application for Admission of Rachel Hirsch Pro Hac Vice, granting 13 Application for Admission of Aaron M. Frankel Pro Hac Vice and granting 15 Application for Admission of Ariel Lavinbuk Pro Hac Vice. So ordered by Judge J. P. Boulee on January 24, 2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkl) (Entered: 01/24/2024) |
| 01/24/2024 | | | RETURN of 14 APPLICATION for Admission of Abigail Suzanne Badway Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175351) to attorney for correction. Reason for Return: Applicant must list all courts which she has been admitted to practice. The list must include the highest court for the state of New York so the Clerk's Office can verify admission to that court. (esr) (Entered: 01/24/2024) |
| 01/24/2024 | 18 | | NOTICE Of Filing Affirmation of Service and Notice of Default by Tamah Jada Clark (nmb) (Entered: 01/25/2024) |
| 01/25/2024 | 19 | | APPLICATION for Admission of Abigail Suzanne Badway Pro Hac Vice.by World Jewish Congress. (Kahn, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 01/25/2024) |
| 01/29/2024 | | | APPROVAL by Clerks Office re: 19 APPLICATION for Admission of Abigail Suzanne Badway Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13175351). Attorney Abigail Suzanne Badway added appearing on behalf of World Jewish Congress. E−filing access may be requested after an order granting the application is entered. (esr) (Entered: 01/29/2024) |
| 01/29/2024 | | | ORDER granting 19 Application for Admission of Abigail Suzanne Badway Pro Hac Vice. So ordered by Judge J. P. Boulee on 1/29/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkl) (Entered: 01/29/2024) |
| 02/07/2024 | | | Clerk's Notation re 12 Certificate of Interested Persons/Corporate Disclosure Statement, 10 Certificate of Interested Persons/Corporate Disclosure Statement: Read and approved by District Judge J. P. Boulee. (jkl) (Entered: 02/07/2024) |
| 02/08/2024 | 20 | | MOTION for Default Judgment as to X Corp., World Jewish Congress, and American Israel Public Affairs Committee by Anti−Semitism Defense League, Tamah Jada Clark. (nmb) (Entered: 02/09/2024) |

| | | | |
|---|---|---|---|
| 02/12/2024 | | | Submission of 17 MOTION to Dismiss *Plaintiff's Complaint*, 16 MOTION to Dismiss *Plaintiff's Complaint*, to District Judge J. P. Boulee. (jkl) (Entered: 02/12/2024) |
| 02/20/2024 | 21 | | RESPONSE in Opposition re 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee *(Defendant World Jewish Congress)* filed by World Jewish Congress. (Fink, Benjamin) (Entered: 02/20/2024) |
| 02/20/2024 | 22 | | RESPONSE in Opposition re 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee *(American Israel Public Affairs Committee)* filed by American Israel Public Affairs Committee. (Fink, Benjamin) (Entered: 02/20/2024) |
| 02/20/2024 | 23 | | RESPONSE in Opposition re 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee filed by X Corp.. (Kelly, Colin) (Entered: 02/20/2024) |
| 02/20/2024 | 24 | | MOTION Judicial Notice in Support of it's Motion to Dismiss by X Corp.. (Attachments: # 1 Affidavit Declaration of Kenneth M. Trujillo–Jamison, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Kelly, Colin) (Entered: 02/20/2024) |
| 02/20/2024 | 25 | | MOTION to Dismiss with Brief In Support by X Corp.. (Attachments: # 1 Brief Memo in Support of MTD)(Kelly, Colin) (Entered: 02/20/2024) |
| 02/21/2024 | 26 | | APPLICATION for Admission of Kenneth M. Trujillo–Jamison Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13238537).by X Corp.. (Kelly, Colin) <span style="color:red">Documents for this entry are not available for viewing outside the courthouse.</span> (Entered: 02/21/2024) |
| 02/21/2024 | 27 | | Certificate of Interested Persons and Corporate Disclosure Statement by X Corp. identifying Corporate Parent X Holdings Corp. for X Corp.. (Kelly, Colin) (Entered: 02/21/2024) |
| 02/22/2024 | | | APPROVAL by Clerks Office re: 26 APPLICATION for Admission of Kenneth M. Trujillo–Jamison Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13238537). Attorney Kenneth M. Trujillo–Jamison added appearing on behalf of X Corp.. E–filing access may be requested after an order granting the application is entered. (djs) (Entered: 02/22/2024) |
| 02/23/2024 | | | ORDER granting 26 Application for Admission of Kenneth M. Trujillo–Jamison Pro Hac Vice. So ordered by Judge J. P. Boulee on 2/23/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(jkl) (Entered: 02/23/2024) |
| 02/27/2024 | 28 | | Response to 25 Motion to Dismiss and MOTION for Default Judgment as to All Defendants by Tamah Jada Clark. (nmb) (Entered: 02/28/2024) |
| 02/29/2024 | | | Clerk's Notation re 27 Certificate of Interested Persons/Corporate Disclosure Statement: Read and approved by District Judge J. P. Boulee. (jkl) (Entered: 02/29/2024) |
| 03/01/2024 | 29 | | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee filed by American Israel Public Affairs Committee. (Fink, Benjamin) (Entered: 03/01/2024) |
| 03/01/2024 | 30 | **STRICKEN** RESPONSE in Opposition re 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee filed by World Jewish Congress. (Fink, Benjamin) Modified on 3/6/2024 – document filed does not match the linked filer (jbu). Modified on 5/31/2024 (jkl). (Entered: 03/01/2024) |
| 03/01/2024 | 31 | RESPONSE in Opposition re 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee filed by World Jewish Congress. (Fink, Benjamin) (Entered: 03/01/2024) |
| 03/06/2024 | 32 | MOTION to Strike 30 Response in Opposition to Motion, by World Jewish Congress. (Kahn, Jeremy) (Entered: 03/06/2024) |
| 03/06/2024 | 33 | REPLY to Response to Motion re 25 MOTION to Dismiss, 20 MOTION for Default Judgment filed by Tamah Jada Clark. (jbu) (Entered: 03/08/2024) |
| 03/12/2024 | | Submission of 20 MOTION for Default Judgment as to X Corp., World Jewish Congress, American Israel Public Affairs Committee, 24 MOTION Judicial Notice in Support of it's Motion to Dismiss , to District Judge J. P. Boulee. (jkl) (Entered: 03/12/2024) |
| 03/12/2024 | 34 | REPLY BRIEF re 25 MOTION to Dismiss *Plaintiff's Complaint* filed by X Corp.. (Kelly, Colin) (Entered: 03/12/2024) |
| 03/13/2024 | | Submission of 25 MOTION to Dismiss , to District Judge J. P. Boulee. (nmb) (Entered: 03/13/2024) |
| 03/25/2024 | | Submission of 28 MOTION for Default Judgment as to All Defendants, 32 MOTION to Strike 30 Response in Opposition to Motion, , to District Judge J. P. Boulee. (jkl) (Entered: 03/25/2024) |
| 03/28/2024 | 35 | MOTION for Removal of Fraudulent Counsel by Anti−Semitism Defense League, Tamah Jada Clark. (nmb) (Entered: 03/29/2024) |
| 04/01/2024 | 36 | Joint MOTION for Clarification re: 35 MOTION for Removal of Fraudulent Counsel by American Israel Public Affairs Committee, World Jewish Congress. (Kahn, Jeremy) (Entered: 04/01/2024) |
| 04/01/2024 | | This matter comes before the Court on the Defendants' joint Motion for Clarification [Doc. 36 ]. Plaintiff is DIRECTED to respond to Defendants' Motion for Clarification no later than April 8, 2024. In the meantime, the Court orders that all response deadlines to Plaintiff's pending motions are HEREBY STAYED pending ruling on the Motion for Clarification. So ordered by Judge J. P. Boulee on April 1, 2024.(nmb) (Entered: 04/02/2024) |
| 04/02/2024 | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League, Tamah Jada Clark re 4/1/2024 Docket Entry Order. (nmb) (Entered: 04/02/2024) |
| 04/11/2024 | 37 | RESPONSE re 36 Joint MOTION for Clarification re: 35 MOTION for Removal of Fraudulent Counsel filed by Tamah Jada Clark. (nmb) (Entered: 04/12/2024) |

| | | | |
|---|---|---|---|
| 04/29/2024 | | | Submission of 36 Joint MOTION for Clarification to District Judge J. P. Boulee. (jkl) (Entered: 04/29/2024) |
| 04/30/2024 | | | For good cause shown, Defendants' joint Motion for Clarification [Doc. 36 ] is GRANTED. The Court orders that all response deadlines pertaining to Plaintiff's pending motions are HEREBY STAYED pending this Court's ruling on the motions to dismiss. [Docs. 16 , 17 , 25 ]. So ordered by Judge J. P. Boulee on April 30, 2024. (jkl) (Entered: 04/30/2024) |
| 04/30/2024 | | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League, Tamah Jada Clark re Order on Motion for Clarification. (nmb) (Entered: 04/30/2024) |
| 05/06/2024 | | | It has come to the Court's attention that Plaintiff was not properly served a copy of Documents 23 , 24 , 25 . Counsel for X Corp. are DIRECTED to comply with Local Rule 5.1(A)(3) and are hereby ORDERED to mail Plaintiff copies of the aforementioned documents, any other documents not previously mailed and any future filings going forward. So ordered by Judge J. P. Boulee on May 6, 2024. (jkl) (Entered: 05/06/2024) |
| 05/06/2024 | | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League, Tamah Jada Clark re Order. (nmb) (Entered: 05/06/2024) |
| 05/06/2024 | 38 | | NOTICE by X Corp. *of Compliance* (Attachments: # 1 Exhibit A)(Wilson, Nia) Modified text on 5/7/2024 (nmb). (Entered: 05/06/2024) |
| 05/31/2024 | | | ORDER granting 32 Motion to Strike 30 Response in Opposition to Motion. So ordered by Judge J. P. Boulee on May 31, 2024. (jkl) (Entered: 05/31/2024) |
| 05/31/2024 | 39 | | ORDER: Plaintiff's Complaint [Doc. 1 ] is DISMISSED WITHOUT PREJUDICE. Because the Complaint has been dismissed, all other pending motions [Docs. 16 , 17 , 20 , 24 , 25 , 28 , 35 ] are DENIED as moot, without prejudice to refile in the event that Plaintiff files an amended complaint. Plaintiff may amend her complaint to adequately plead a specific claim or claims within 14 days of the date of this Order. The Clerk is DIRECTED to resubmit this matter in the event that an amended complaint is not filed. Signed by Judge J. P. Boulee on 5/31/2024. (nmb) (Entered: 06/03/2024) |
| 06/03/2024 | | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League, Tamah Jada Clark re 39 Order. (nmb) (Entered: 06/03/2024) |
| 06/18/2024 | | | Submission of 39 Order to District Judge J. P. Boulee. (jkl) (Entered: 06/18/2024) |
| 06/19/2024 | 40 | | ORDER: Plaintiff has failed to file an amended complaint curing the deficiencies outlined in the 39 Order, nor has she requested an extension of time to do so. As such, this matter is HEREBY DISMISSED without prejudice. The Clerk is DIRECTED to close this case. Signed by Judge J. P. Boulee on 6/19/2024. (nmb) (Entered: 06/20/2024) |
| 06/19/2024 | | | Civil Case Terminated. (nmb) (Entered: 06/20/2024) |
| 06/20/2024 | 41 | | CLERK'S JUDGMENT (nmb)−−Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist−− (Entered: 06/20/2024) |
| 06/20/2024 | | | Clerk's Certificate of Mailing as to Anti−Semitism Defense League, Tamah Jada Clark re 40 Order, 41 Clerk's Judgment. (nmb) (Entered: 06/20/2024) |

| | | | |
|---|---|---|---|
| 06/26/2024 | 42 | | MOTION for Reconsideration re 39 Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss, Order on Motion for Default Judgment by Anti−Semitism Defense League, Tamah Jada Clark. (gww) (Entered: 06/27/2024) |
| 06/28/2024 | 43 | | NOTICE OF APPEAL as to 40 Order and 41 Clerk's Judgment by Tamah Jada Clark, Anti−Semitism Defense League. Case Appealed to USCA− 11th Circuit. (Attachments: # 1 USCA Appeal Fee Letter)(Mot IFP & Appeal Fee Letter sent)(pjm) (Entered: 07/02/2024) |
| 07/02/2024 | 44 | | USCA Appeal Transmission Letter to USCA− 11th Circuit re: 43 Notice of Appeal filed by Tamah Jada Clark, Anti−Semitism Defense League. (pjm) (Entered: 07/02/2024) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK, EX REL. ANTI-SEMITISM DEFENSE LEAGUE,<br><br>    Plaintiff,<br><br>v.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:23-CV-5840-JPB |

## **ORDER**

On May 31, 2024, this Court dismissed Plaintiff's Complaint as an impermissible shotgun pleading that failed to comply with Federal Rule of Civil Procedure 8. [Doc. 39]. In the same order, the Court granted Plaintiff leave to amend her Compliant within fourteen days. Id. The Court notified Plaintiff that failure to submit an amended complaint within the fourteen-day time period may result in dismissal of the entire action. Id.

To date, Plaintiff has failed to file an amended complaint curing the deficiencies outlined in the Court's May 31, 2024 Order, nor has she requested an extension of time to do so. As such, this matter is **HEREBY DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 19th day of June, 2024.

_____
J. P. BOULEE
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK, EX REL. ANTI-SEMITISM DEFENSE LEAGUE,<br><br>    Plaintiff,<br><br>vs.<br><br>X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-5840-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to file an amended complaint curing the deficiencies outlined in the Court's May 31, 2024 Order.

Dated at Atlanta, Georgia, this 20th day of June, 2024.

              KEVIN P. WEIMER
              CLERK OF COURT


            By:  s/ N. Bowen-Haider
               N. Bowen-Haider, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 20, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ N. Bowen-Haider
   Deputy Clerk

12

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP (WITHOUT THE "UNITED STATES")** [1] [2]

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 8 2024

KEVIN P. WEIMER, Clerk
By Courtney Polland Deputy Clerk

| | |
|---|---|
| TAMAH JADA CLARK *EX REL.* ANTI-SEMITISM DEFENSE LEAGUE ™ *(PRO PER, SUI JURIS)*, **PLAINTIFF/ APELLANT** | |
| Vs. | CIVIL ACTION NO. 1:23-CV-05840-JPB |
| X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, **DEFENDANTS** | |

**Tuesday, June 25, 2024**

## NOTICE OF APPEAL

Pursuant Article III, Section 2, Clause 2, U.S. Constitution—1787 and 28 U.S.C. § 2101(b) (*See* Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157)

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF" ("APELLANT"), to give notice that PLAINTIFF appeals to the Supreme Court of the United States from the:

---

[1] The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

[2] Note: Code 1933 citations used herein are to reference common law principles: "When no source note is shown, the section usually has come down without change from the Code of 1863, stating a principle of the common law which was included in that Code pursuant to the authority given to the Commissioners to include therein the entire body of law of force in this State, from whatever source derived." Code 1933, Explanatory Notes pp. XIII-XIV

1

a. Order dated May 31, 2024 (Docket No. 39);

b. Order dated June 19, 2024 (Docket No. 40); and

c. Judgement dated June 20, 2024 (Docket No. 41).

## PROOF/CERTIFICATE OF SERVICE

PLAINTIFF certifies that this Notice is served on DEFENDANTS contemporaneous with its filing with the Clerk, on June 25, 2024, via United States Postal Service (USPS) Certified Mail® and electronically as follows.

a. (For DEFENDENANT "X CORP."): SHOOK HARDY & BACON L.L.P. c/o Nia S. Wilson, 1230 Peachtree Street NE, Suite 1200, Atlanta, GA 30309-3591; and electronically to nwilson@shb.com.

b. (For DEFENDANT "WORLD JEWISH CONGRESS"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

c. (For DEFENDANT "AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

Kindly submitted,

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018

2

Internal Filing ID:
GA-USD-NDG-11.19.2023-F10

Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

TAMAH JADA CLARK
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043



0009844700000011
Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303
USA

16

CERTIFIED MAIL

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM



JUN 28 2024

U.S. Marshals Service
Atlanta, GA





30303$3309 C039

17




**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 2, 2024

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, GA 30043
888-256-6692
PRO SE

Re:  Tamah Jada Clark et al v. X Corp. et al
     Civil Action No.: 1:23-cv-5840-JPB

Dear Ms. Clark:

On June 28, 2024, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

**X**     Appeal fee $605.00  (Docketing fee $600.00 and Filing fee $5.00)

**X**     Application to proceed on appeal in forma pauperis.

**X**     Please complete the attached appeal information sheet as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  P. McClam
     Deputy Clerk