# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 19, 2024

Anti-Semitism Defense League
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Appeal Number:  24-12155-J
Case Style:  Tamah Clark, et al v. X Corp., et al
District Court Docket No:  1:23-cv-05840-JPB

<u>Tolling Motion</u>
After review of the district court docket entries, it appears that the notice of appeal was filed
before the disposition of a filing that is properly construed as a timely tolling motion. <u>See</u> FRAP
4(a)(4)(A); *Finch v. City of Vernon,* 845 F.2d 256, 258 59 (11th Cir. 1988) (providing that any
post judgment motion that is timely and "calls into question the correctness of [the] judgment"
is deemed a tolling motion regardless of how it is formally styled). The notice of appeal
becomes effective when the order disposing of the motion is entered, and the district court
retains jurisdiction to rule on the timely tolling motion. <u>See</u> FRAP 4(a)(4). **All appeal deadlines
are suspended pending the district court's entry of an order disposing of the motion. Upon
entry of the district court's order, the time to take required action will begin to run anew
without further notice.**

The timely tolling motion is district court docket entry number: **<u>42</u>**

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system,
unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are
permitted to use the ECF system by registering for an account at www.pacer.gov. Information
and training materials related to electronic filing are available on the Court's website.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action