IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 22 2024

KEVIN P. WEIMER, Clerk
By:                Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP (WITHOUT THE "UNITED STATES") [1] [2]**

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

|  |  |  |
|---|---|---|
| TAMAH JADA CLARK *EX REL.* ANTI-SEMITISM DEFENSE LEAGUE ™ *(PRO PER, SUI JURIS)*, **PLAINTIFF [APELLANT IN ERROR]** | * * * * * * | |
| Vs. | * * | CIVIL ACTION NO. 1:23-CV-05840-JPB |
| X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, **DEFENDANTS** | * * * * | |

**Wednesday, July 17, 2024**

## NOTICE OF BREACH OF PUBLIC TRUST, DENIED ACCESS TO COURTS, AND TREASON

### (THAT CHALLENGES THE CONSTITUTIONALITY OF FEDERAL "LAW")

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF" ["APPELLANT IN ERROR"], to give notice that this Court's Clerk and the presiding Magistrate have constructively denied PLAINTIFF [APPELLANT IN ERROR] access to this court and the Supreme Court of the United States and are committing

---

[1] The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

[2] Note: Code 1933 citations used herein are to reference common law principles: "When no source note is shown, the section usually has come down without change from the Code of 1863, stating a principle of the common law which was included in that Code pursuant to the authority given to the Commissioners to include therein the entire body of law of force in this State, from whatever source derived." Code 1933, Explanatory Notes pp. XIII-XIV

1

treason; whereas, on Tuesday, June 25, 2024, PLAINTIFF [APPELLANT IN ERROR] did give due notice that appeal is made to the Supreme Court of the United States, but the Clerk and the Magistrate intentionally and maliciously sent PLAINTIFF'S appeal to the United States Court of Appeals for the Eleventh Circuit— whose clerk has been duplicitously coercing PLAINTIFF [APPELLANT IN ERROR] to do business with that Court under threat of losing the *unalienable* right to access Georgia courts and the Right to appeal. (*See* **Exhibits #1,[3] #2,[4] and #3[5]**).

**I.**

PLAINTIFF [APPELLANT IN ERROR] is a naturalized (constitutional) state Citizen or *national of the Republic* who is also a foreign national— as expounded in the "Notice of Social Status" herein incorporated as part of this Notice (*see* **Exhibit #4**: Notice of Social Status). "The term 'naturalization' means the conferring of nationality of a state upon a person after birth, by any means whatsoever." 8 U.S.C. § 1101(a)(23).

   a. PLAINTIFF [APPELLANT IN ERROR] is neither a citizen nor a national of the United States Democracy as provided for at 8 U.S.C. §1401.

   b. PLAINTIFF [APPELLANT IN ERROR] is a *non-resident alien* to the United States Democracy. "The term 'alien' means any person not a citizen or national of the United States. 8 U.S.C. 1101(3).

   c. PLAINTIFF [APPELLANT IN ERROR] was neither born in the United States nor is subject to the jurisdiction thereof as provided for at 8 U.S.C. §1401(a) and the 14th Article of Amendment, Constitution for the United States of America—1787.

---

[3] Clerk's Letter (July 2, 20224) from United States District Court for the Northern District of Georgia Coercing Plaintiff ["Appellant in Error"] to Engage with the United States Court of Appeals for the Eleventh Circuit. (**Exhibit #1**).

[4] Clerk's Letters (July 3, 2024) to Coerce Plaintiff ["Appellant in Error"] to Engage with the United States Court of Appeals for the Eleventh Circuit. (**Exhibit # 2**).

[5] Clerk's Letter (July 8, 2024) Demanding Electronic Filing in United States Court of Appeals for the Eleventh Circuit. (**Exhibit #3**).

d. PLAINTIFF [APPELLANT IN ERROR] —an Hebrew-American Citizen of Georgia
with every **_unalienable_** Right and Liberty under the state's Constitution fully intact —
must be given unrestricted access to Georgia courts, as a matter of right, in accordance
with Article I, Section I, Paragraph XII, [6] Constitution for the state of Georgia.

## II.

Title 8—*Aliens and Nationality* (United States Code) is unconstitutional and was never
enacted into positive law because it exceeds the Powers granted the U.S. Congress under Article
I, Section 8, Clause 4.

a. Naturalization has been defined by the U.S. Supreme Court as "the act of adopting a
foreigner, and clothing him with the privileges of a native citizen." *Boyd v. Nebraska ex
rel. Thayer*, 143 U.S. 135, 162 (1892)

b. In the Dred Scott case, the U.S. Supreme Court asserted that the power of Congress under
Article I, Section 8, Clause 4 applies only to "persons born in a foreign country, under a
foreign Government." *Scott v. Sandford*, 60 U.S. (19 How.) 393 (1857)

c. Title 8 deceptively alleges to naturalize eligible persons as constitutional Citizens of the
United States of America when it is incapable of doing so because it is **NOT** U.S.
naturalization law—which is very strict about who may and may not become Citizens.
Title 8 is being used to *defraud* millions of Americans and foreigners that were eligible
to be naturalized but were instead "nationalized" as citizens and/or nationals of the
United States Democracy under Title 8. It is entirely unconstitutional.

## III.

The Immigration and Nationality Act (INA) is also unconstitutional. At 8 U.S.C. 1421(a),
it is stated that "[t]he sole authority to naturalize persons as citizens of the United States is

---

[6] No person shall be deprived of the right to prosecute or defend, either in person or by an attorney, that person's
own cause in any of the courts of this state.

3

conferred upon the Attorney General." The Attorney General also *appears* to be charged with the administration and enforcement of the INA. However, careful scrutiny of Sec. 103(a)(1) [8 U.S.C. 1103][7] defeats this notion because it says that his determination and ruling with respect to all questions of law shall be controlling—not that he has power to naturalize. The lawful provisions concerning immigration and naturalization are found at Titles XXIX and XXX of the Revised Statutes, and they do not confer naturalization powers upon the Attorney General.

## IV.

The entire United States Code is unconstitutional because it holds itself out to the American People as "law" but is neither law nor statute [8]: "The United States Code self-referentially provides that it is 'prima facie' evidence of the general and permanent laws in force at a given date—except that the titles that have been enacted as positive law are 'legal evidence of the laws therein contained . . .' In contrast, the Statutes at Large are 'legal evidence of laws . . . .'"[9] Code is considered "imitation law" because it is not the actual Statutes[10], with the difference being:

> "If you go into court and cite a section of the United States Code, your adversary may bring in a dozen Statutes at Large to show that what is in the Code is not an accurate statement. As a result, he may prevail because the Statutes at Large are legal evidence of the law, whereas the Code is only prima facie evidence."[11]

---

[7] The Attorney General shall be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens, except insofar as this Act or such laws relate to the powers, functions, and duties conferred upon the President, Attorney General, the Secretary of State, the officers of the Department of State, or diplomatic or consular officers: Provided, however, That determination and ruling by the Attorney General with respect to all questions of law shall be controlling. Sec. 103 [8 U.S.C. 1103] of INA.
8 In all courts, tribunals, and public offices of the United States, at home or abroad, of the District of Columbia, and of each State, Territory, or insular possession of the United States- (a) United States Code.-The matter set forth in the edition of the Code of Laws of the United States current at any time shall, together with the then current supplement, if any, establish prima facie the laws of the United States, general and permanent in their nature, in force on the day preceding the commencement of the session following the last session the legislation of which is included: Provided, however, That whenever titles of such Code shall have been enacted into positive law the text thereof shall be legal evidence of the laws therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States. 1 USC 204(a).

[9] Mary Whisner, *The United States Code, Prima Facie Evidence, and Positive Law*, p. 547 Law Libr. J. Vol. 101:4 [2009-30].

[10] Tobias A. Dorsey, *Some Reflections on Not Reading the Statutes*, 10 Green Bag 2d 283, 283 (2007) (quoting Felix Frankfurter, *Some Reflections on the Reading of Statutes*, 47 Colum. L. Rev. 527, 527 (1947)).

[11] Charles S. Zinn, *Revision of the United States Code*, 51 Law Libr. J. 388, 389 (1958).

9064863.1;3-60

Suffice to say that publishing and advertising "imitation law" as laws of the Republic upon which state constitutional Citizens have acted and sustained injury, is **FRAUD**. Furthermore, it constitutes TREASON to the state and federal Constitutions. [12]

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF [APPELLANT IN ERROR]**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

---

[12] "TREASON. The offense of attempting to overthrow the government of the state to which the offender owes allegiance; or of' betraying the state into the hands of a foreign power." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 1169. St. Paul, Minnesota: West Publishing Co., 1910.

Internal Filing ID:
GA-USD-NDG-11.19.2023-F11

Case: 1:23cv5840

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, GA 30043

----------------------------------------------------------------------

***************   ATTENTION   ***************

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15,
2005. If you are a bar member in good standing with the Northern District of
Georgia or an attorney admitted pro hac vice, visit our website at
http://www.gand.uscourts.gov for information on obtaining ECF access.

Case: 1:23cv5840

    Anti-SemitismDefenseLeague
    1880 Brasleton Hwy
    Suite 118 #5018
    Lawrenceville, GA 30043

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                \*\*\*\*\*\*\*\*\*\*\*\*\*\*    ATTENTION    \*\*\*\*\*\*\*\*\*\*\*\*\*\*

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15,
2005. If you are a bar member in good standing with the Northern District of
Georgia or an attorney admitted pro hac vice, visit our website at
http://www.gand.uscourts.gov for information on obtaining ECF access.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

KEVIN P. WEIMER
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 2, 2024

*Tamah Jada Clark*
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, GA 30043
888-256-6692
PRO SE

> ### Re: Tamah Jada Clark et al v. X Corp. et al
> ### Civil Action No.: 1:23-cv-5840-JPB

Dear Ms. Clark:

On June 28, 2024, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

___X___ Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)

___X___ Application to proceed on appeal in forma pauperis.

___X___ Please complete the attached appeal information sheet as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: P. McClam
Deputy Clerk

CM/ECF-GA Northern District Court

## Appeal Documents
1:23-cv-05840-JPB Clark et al v.
X Corp. et al **CASE CLOSED on
06/19/2024**

*4months,CLOSED*

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 7/2/2024 at 3:34 PM EDT and filed on 6/28/2024

| | |
|---|---|
| **Case Name:** | Clark et al v. X Corp. et al |
| **Case Number:** | 1:23-cv-05840-JPB |
| **Filer:** | Anti-Semitism Defense League |
| | Tamah Jada Clark |

**WARNING: CASE CLOSED on 06/19/2024**

**Document Number:** 43

**Docket Text:**
**NOTICE OF APPEAL as to [40] Order and [41] Clerk's Judgment by Tamah Jada Clark, Anti-Semitism Defense League. Case Appealed to USCA- 11th Circuit. (Attachments: # (1) USCA Appeal Fee Letter)(Mot IFP & Appeal Fee Letter sent)(pjm)**

**1:23-cv-05840-JPB Notice has been electronically mailed to:**

Aaron M. Frankel    afrankel@kramerlevin.com

Benjamin I. Fink    bfink@bfvlaw.com, kmoore@bfvlaw.com, notices@bfvlaw.com, rsnyder@bfvlaw.com

Colin Kamrath Kelly    ckelly@shb.com, colin-kelly-4214@ecf.pacerpro.com, rfwagner@shb.com, wchristensen@shb.com

Jeremy L. Kahn    jkahn@bfvlaw.com, aortiz@bfvlaw.com, ldearing@bfvlaw.com, notices@bfvlaw.com, rsnyder@bfvlaw.com

Kenneth M. Trujillo-Jamison    ktrujillo-jamison@willenken.com, lgibbons@willenken.com

Nia Shinise Wilson    nwilson@shb.com

Rachel Hirsch    rhirsch@aipac.org

**1:23-cv-05840-JPB Notice has been delivered by other means to:**

Anti-Semitism Defense League
1880 Brasleton Hwy
Suite 118 #5018
Lawrenceville, GA 30043

Abigail Suzanne Badway
Kramer Levin Naftalis & Frankel
1177 6th Avenue
New York, NY 10036

Ariel Lavinbuk
Kramer Levin Naftalis & Frankel
2000 K Street NW
Fourth Floor
Washington, DC 20006

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, GA 30043

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/2/2024] [FileNumber=14132530-0
] [4b826b032bc3f8aa88dde3c6fd080ea1045f1727b36489bdc6ab5eb154bd9a19bd5
18a496e79c6fb6c67b1d4b6e47dbc49c9740e9249a7d180ce37278f510430]]
**Document description:** USCA Appeal Fee Letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/2/2024] [FileNumber=14132530-1
] [96edaf90dde8e49a598ebe21846ab63a70f76bd06968fc0e5f49cfdda70d28a5198
a46ffc201958cb302c64fcaaa37dade03ce6ec6959da646b353477b36b4b6]]

# Motion for Permission to

## Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

_____
v.

Court of Appeals No. _____
District Court No. _____

_____

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: _____     Signed: _____

*1. My issues on appeal are:* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev.: 6/18

2. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interests and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as Social Security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

3. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

5. *How much cash do you and your spouse have?* $_____

2

9864863.1,7-59

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

6. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| _____ | _____ | Make & Year: _____ |
| _____ | _____ | Model: _____ |
| _____ | _____ | Registration #: _____ |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| _____ | _____ | Make & Year _____ |
| _____ | _____ | Model: _____ |
| _____ | _____ | Registration #: _____ |

7. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

3

8.  State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

9.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ _____ | $ _____ |
| Are real-estate taxes included?  ☐ Yes  ☐ No | $ _____ | $ _____ |
| Is property insurance included?  ☐ Yes  ☐ No | $ _____ | $ _____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry-cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including motor vehicle payments) | $ _____ | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Insurance (not deducted from wages or included in mortgage payments) | $ _____ | $ _____ |
| Homeowner's or renter's | $ _____ | $ _____ |
| Life | $ _____ | $ _____ |
| Health | $ _____ | $ _____ |
| Motor Vehicle | $ _____ | $ _____ |
| Other: _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ _____ | $ _____ |
| Installment payments | $ _____ | $ _____ |
| Motor Vehicle | $ _____ | $ _____ |
| Credit card (name): _____ | $ _____ | $ _____ |
| Department store (name): _____ | $ _____ | $ _____ |
| Other: _____ | $ _____ | $ _____ |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ _____ | $ _____ |
| Other (specify): _____ | $ _____ | $ _____ |
| **Total monthly expenses** | $ _____ | $ _____ |

*10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☐ Yes  ☐ No     If yes, describe on an attached sheet.

*11. Have you spent – or will you be spending – any money for expenses or attorney fees in connection with this lawsuit?*

☐ Yes  ☐ No     If yes, how much: $ _____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

_____

_____

_____

_____

_____

*13. State the city and state of your legal residence.* _____

Your daytime phone number: (_____) _____

Your age: _____  Your years of schooling: _____

5

**24-12155**

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

---

---

9664863.1.9-59

## UNITED STATES COURT OF APPEALS
### FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 03, 2024

Anti-Semitism Defense League
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Appeal Number: 24-12155-J
Case Style: Tamah Clark, et al v. X Corp., et al
District Court Docket No: 1:23-cv-05840-JPB

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a <u>Transcript Order Form</u> **OR** file a certificate in this Court stating no transcripts will be ordered. <u>See</u> FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. <u>See</u> FRAP 6(b)).

*If no transcripts are ordered, appellant's brief is due 40 days after **07/02/2024**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation

If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements

Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation

Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses

Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

9664863.1.10-59

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be
found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF INTERESTED PERSONS AND
### CORPORATE DISCLOSURE STATEMENT (CIP)

_____ vs. _____ Appeal No. _____

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

          Submitted by:

Signature: _____

Name: _____ Prisoner # (if applicable): _____

Address: _____

Telephone #: _____

Rev.: 2/23

## ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

### PART I.                              Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant **must** complete Part I and file this form in **two** places: the District Court **AND** the Court of Appeals for all cases. 11th Cir. R. 10-1.*

#### Case Information:

Short Case Style:_____ vs _____

District Court No.:_____ Date Notice of Appeal Filed:_____

Court of Appeals No. (if available): _____

#### Transcript Order Information:

No hearing ☐   No transcript is required for appeal purposes ☐   All necessary transcript(s) already on file ☐

☐ I am ordering a transcript of the following proceedings:

_____ HEARING DATE(S)  /  JUDGE/MAGISTRATE  /  COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings_____

☐ Trial_____

☐ Sentence_____

☐ Plea_____

☐ Other_____

#### Criminal Appeals:

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

Transcript of Guilty Plea Colloquy

A transcript of the guilty plea colloquy is already on file.

A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

Transcript of Sentencing Hearing

A transcript of the sentencing hearing is already on file.

A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note: Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).**

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ Criminal Justice Act: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:_____

Address:_____

E-mail: _____ Phone No.: _____

☐ **I certify that I have completed and filed Part I with the District Court AND the Court of Appeals, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

Date:_____ Signature:_____Attorney for:_____

## PART II.                          Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter **must** complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received:_____

☐ Satisfactory arrangements for paying the cost of the transcript were made on:_____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:_____

Estimated no. of transcript pages:_____

Estimated filing date:_____

☐ **I certify that I have completed and filed Part II with the District Court AND sent a copy of this form to the Court of Appeals and all parties.**

Date:_____ Signature:_____ Phone No.:_____

## PART III.                 Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter **must** complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals.*

☐ **I certify that the transcript has been completed and filed with the district court on (date):_____ AND that I have sent a copy of this form to the Court of Appeals.**

Date:_____ Signature:_____

Page 2 of 2

Rev. 11/22

If you decide to file this form

Please send it to:

# The United States District Court

**If you are incarcerated:**

You must attach a statement of your prison account which

has been certified by the appropriate institutional

Officer showing all receipts and balances during the

Last 6 months

This form is required for submission

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| *Plaintiff/Petitioner*<br>v. | )<br>)<br>)   Civil Action No.<br>) |
| *Defendant/Respondent* | ) |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

9064863.1:13-59

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | |
|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $       0.00 | $       0.00 | $       0.00 | $       0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

9984803.1.14-59

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

 ☐ Yes ☐ No If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☐ No

 If yes, how much?   $ _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.   Identify the city and state of your legal residence.

 Your daytime phone number: _____

 Your age: _____ Your years of schooling: _____

9064853.1,15-59

**24-12155**

Anti-Semitism Defense League
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 03, 2024

Anti-Semitism Defense League
*1880 BRASELTON HWY STE 118 #5018*
*LAWRENCEVILLE, GA 30043*

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Appeal Number: 24-12155-J
Case Style: Tamah Clark, et al v. X Corp., et al
District Court Docket No: 1:23-cv-05840-JPB

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

*If no transcripts are ordered, appellant's brief is due 40 days after **07/02/2024**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

**24-12155**

Anti-Semitism Defense League
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 08, 2024

Anti-Semitism Defense League
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Appeal Number: 24-12155-J
Case Style: Tamah Clark, et al v. X Corp., et al
District Court Docket No: 1:23-cv-05840-JPB

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system,
unless exempted for good cause. Although not required, non-incarcerated pro se parties are
permitted to use the ECF system by registering for an account at www.pacer.gov. Information
and training materials related to electronic filing are available on the Court's website.

Please use the appeal number for all filings in this Court.

Representation by a Licensed Attorney Required
A corporation or other artificial entity must be represented by a licensed attorney in this Court.
*See Palazzo v. Gulf Oil*, 764 F.2d 1381, 1385 (11th Cir. 1985). Counsel must appear on behalf
of the corporation within 30 days after the date of this letter. If counsel does not appear, and the
corporation is an appellee, the corporation will not be able to participate in the appeal. If
counsel does not appear, and the corporation is an appellant, the appeal may be dismissed as to
that corporation.

If the Court granted a motion to withdraw as counsel for the corporation, withdrawing counsel
must provide a copy of this letter to the corporation.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of
this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all
attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an
appearance form. The Application for Admission to the Bar and Appearance of Counsel Form

9954863.1.18-59

are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Palazzo Letter

**24-12155**

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

9664853.1.19-59

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 08, 2024

Anti-Semitism Defense League
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Tamah Jada Clark
1880 BRASELTON HWY STE 118 #5018
LAWRENCEVILLE, GA 30043

Appeal Number: 24-12155-J
Case Style: Tamah Clark, et al v. X Corp., et al
District Court Docket No: 1:23-cv-05840-JPB

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system,
unless exempted for good cause. Although not required, non-incarcerated pro se parties are
permitted to use the ECF system by registering for an account at www.pacer.gov. Information
and training materials related to electronic filing are available on the Court's website.

Please use the appeal number for all filings in this Court.

Representation by a Licensed Attorney Required

A corporation or other artificial entity must be represented by a licensed attorney in this Court.
*See Palazzo v. Gulf Oil*, 764 F.2d 1381, 1385 (11th Cir. 1985). Counsel must appear on behalf
of the corporation within 30 days after the date of this letter. If counsel does not appear, and the
corporation is an appellee, the corporation will not be able to participate in the appeal. If
counsel does not appear, and the corporation is an appellant, the appeal may be dismissed as to
that corporation.

If the Court granted a motion to withdraw as counsel for the corporation, withdrawing counsel
must provide a copy of this letter to the corporation.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of
this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all
attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an
appearance form. The Application for Admission to the Bar and Appearance of Counsel Form

are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Palazzo Letter

9564851 1-20-59

AFFIRMATION ON HEBREW NATIONALITY

## NOTICE OF SOCIAL STATUS

ILLEGAL OCCUPATION OF NORTH AMERICA BY THE UNITED STATES'
GOVERNMENT AND CITIZENS IN VIOLATION OF ARTICLE VI, CLAUSE 2 OF
THE CONSTITUTION FOR THE UNITED STATES OF AMERICA—1787

### (RE: PROPER APPLICATION OF MUNICIPAL & INTERNATIONAL LAWS TO ISRAELITES, INCLUDING ANCIENT OR "REAL" JEWS)

Thursday, July 4, 2024

COMES NOW Tamah Jada Clark, *sui juris* in propria persona, [1] [2] (*see* Article I,

Section I, Paragraphs I,[3] XII,[4] & XXIX[5] of the Constitution for the state of Georgia); a Hebrew

woman and *naturalized* Citizen of the state of Georgia,[6] [7] notwithstanding the 14th Article of

---

[1] "[H]aving full legal capacity to act on one's own behalf: not subject to the authority of another". *Merriam-Webster's Unabridged Dictionary*, s.v. "sui juris," accessed June 30, 2024, https://unabridged.merriam-webster.com/unabridged/sui%20juris.

[2] "An appearance may be *in propria persona*, and need not be by attorney."
Shumaker, W. A., Longsdorf, G. F., Cahill, J. C. (2001). The Cyclopedic Law Dictionary: Comprising the Terms and Phrases of American Jurisprudence, Including Ancient and Modern Common Law, International Law, and Numerous Select Titles from the Civil Law: with an Exhaustive Collection of Legal Maxims, p. 816. United States: Lawbook Exchange.

[3] No person shall be deprived of life, liberty, or property except by due process of law.

[4] No person shall be deprived of the right to prosecute or defend, either in person or by an attorney, that person's own cause in any of the courts of this state.

[5] The enumeration of rights herein contained as a part of this Constitution shall not be construed to deny to the people any inherent rights which they may have hitherto enjoyed.

[6] "NATURALIZED CITIZEN. One who, being an alien by birth, has received citizenship under the laws of the state or nation." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 805. St. Paul, Minnesota: West Publishing Co. 1910.

[7] "The term 'naturalization' means the conferring of nationality of a state upon a person after birth, by any means whatsoever." 8 U.S.C. § 1101(a)(23).

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

Amendment to the U.S. Constitution and Title 8 of the United States Code (U.S.C.), [8] [9] pursuant R.S. § 1994,[10] through marriage to a free white man and *natural born* Citizen of the United States of America, Jason Joseph Clark; and an Israelite who is the Prime Minister of the Nation of Israel, that does hereby solemnly AFFIRM that the United States Democracy exercising sovereignty at North America and the illegal occupation of this Land by its citizenry is unconstitutional under Article VI, Clause 2 of the Constitution for the United States of America—1787,[11] as well as violates International Human Rights Law (IHRL) and International Humanitarian Law (IHL).

I.

The Land in question, which physically coincides with the geographical territory believed by some to be the United States, was *stolen* from the indigenous inhabitants incorrectly called

---

[8] The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

[9] Title 8 has not been enacted into positive law and is not legal evidence of that which is contained therein. *See* 1 U.S.C. § 204(a).

[10] "Any woman who is now or may hereafter be married to a citizen of the United States, and who might herself be lawfully naturalized, shall be deemed a citizen." R.S. § 1994.

[11] "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

9964863.1.21-59

"Indians" but are Israelites, [12] [13] [14] [15] under the "Doctrine of Discovery". (*See* **Exhibit A**: Jews and the Americas.)

## II.

Pursuant Papal Bull "Inter Caetera" issued on May 4, 1493, by Pope Alexander VI "the Catholic faith and the Christian religion" were exalted, increased and spread throughout this Land presumably "that the health of souls be cared for and that barbarous nations be overthrown and brought to the faith itself." (*See* **Exhibit B**: The Doctrine of Discovery, 1493.)

## III.

---

[12] "[I]t occurred to me, that while at this place, surrounded by the Indians, and presented with a full opportunity of obtaining an insight into their characters and manners... I am perfectly convinced of the justice of Wm. Penn's bold conjecture, at his first acquaintance with them, 'that they are the descendants of the Lost ten tribes of Israel.'" Howitt, E. "Selections from Letters written during a tour through The United States in the Summer and Autumn of 1819; Illustrative of the Character of the Native Indians, and of the descent from The Lost Ten Tribes of Israel", pp. 159, 161, 162. J. Nottingham: Dunn Market-place, 1820.

[13] "The native I shall consider in their persons, language, manners, religion, and government... of complexion, black, but by design, as the gypsies in England... their skins must needs be swarthy. Their eye is little and black, not unlike a straight-looked Jew... I am ready to believe them of the Jewish race; I mean, of the stock of the Ten Tribes." Penn, William. "The Select Works of William Penn, 1644-1718", pp. 304, 305, 312. New York: Kraus Reprint Co., 1971

[14] "I traded among the Indian Americans, I was forced to believe them lineally descended from the Israelites, either while they were a maritime power, or soon after the general captivity; the latter however is the most probable." Adair, James. "The History of the American Indians; Particularly Those Nations adjoining to the Mississippi, East and West Florida, Georgia, South and North Carolina, and Virginia", pp. 13, 14. London: Edward and Charles Dilly, 1775.

[15] "Various of the emblems given in Jacob's last blessing, have been strikingly fulfilled in the American Indians... Had the prophetic eye rested on the American aborigines, it seems as though no picture could have been more accurate... It is again asked, is it possible to find another people on earth exhibiting an equal degree of evidence of their being the ten tribes of Israel? Can another people on earth be found exhibiting one sixth part of the evidence adduced in favour of the American natives? We expect no new revelation, nor miracles wrought, to inform who are the ten tribes of Israel... And light, in these last days of wonders, (when the time for the restoration of Israel and Judah is drawing near) has been breaking out and accumulating on this subject, to exhibit this origin of American natives... Whence came our native Americans? What other account can be given of their traditions, their language, Hebrew words and phrases, (the radical language of their tribes) and the broken fragments of the ancient economy of Israel running through so many of them? It would be far wilder and more difficult to account for these things on any other principle, than to say we have evidence that is satisfactory, of have found at last, the very valet of the dry bones of the house of Israel!". Smith, Ethan. "View of the Hebrews' Exhibiting The Destruction of Jerusalem; The Certain Restoration of Judah and Israel; and An Address of the Prophet Isaiah Relative to the Restoration", pp. 123, 125, 127, 128. Poultney, Vermont: Smith & Shute, 1823.

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

The European colonial-invaders alleged to enter into a legal arrangement, "forever"—an **irrevocable constructive trust** [16]— as *Trustees* wherein is held the Estate (e.g., The Americas or "New World" including all rights, jurisdictions, and appurtenances) for the Beneficiaries (e.g., Israelites).

## IV.

Ostensibly under "the vicarship of Jesus Christ" and self-professed "apostolic power, by the authority of Almighty God", Christendom alleged to be Estate Administrators with divine right to legal ownership of The Americas (North, South and Central) whilst Natives only retained the right of possession. (*See* **Ex. B**.)

## V.

Europeans were never ordained by Almighty God nor does the Gospel of Christ appertain to them. Catholicism—as a faith and a religion— "is a theological codification of paganistic principles and deities interwoven with theosophical doctrine veiled by the sanctity of the Holy Bible"; and it is Christians who are "responsible for vandalizing the ethnocultural Identity and ministerial Legacy of Christ, and massacring God's Chosen People surnamed Israel." [17]

## VI.

Public notice was given July 22, 2022, that Israelites have reestablished nationhood resulting in resurrection of Hebrew nationality, which is reserved to Bloodline descendants of Abraham, Isaac, and Jacob. (*See* **Exhibit C**: Constitution of Har Tsiyon.)

---

[16] "Constructive trust. A trust raised by construction' of law, or arising by operation of law, as distinguished from an express trust. Wherever the circumstances of a transaction are such that the person who takes the legal estate in property cannot also enjoy the beneficial interest without necessarily violating some established principle of equity, the. court will immediately raise a constructive trust, and fasten it upon the conscience of the legal' owner, so as to convert him into a trustee for the parties who in equity are entitled to the beneficial enjoyment." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 1175. St. Paul, Minnesota: West Publishing Co., 1910.
[17] Clark, Tamah Jada. "Sensualization of Holy Scripture and Profanation of the Gospel: Unraveling the Neopaganistic Tapestry of Cacodemonic Christianity Culpable for the Assassination and Martyr of Christ, (I)". figshare, March 9, 2023. https://doi.org/10.6084/m9.figshare.22246360.v1.

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

## VII.

As of December 15, 2022, the United States of America were served legal notice that the Nation of Israel, being legally competent, have reclaimed the Hebrew national Identity and are also reclaiming the ancient Hebrew Homeland. (*See* **Exhibit D**: Notice of Nationhood.)

## VIII.

United States municipal law recognizes *Indian* to mean the "original inhabitants of North America".[18] *Frazee v. Spokane County*, 29 Wash. 278, 69 Pac. 782. As Aborigines misnomered "Indians"[19], Israelites are the only *real* Americans. [20]

## IX.

Christendom has, as of March 30, 2023, repudiated the Doctrine of Discovery and "those concepts that fail to recognize the inherent human rights of indigenous peoples" (*see* **Exhibit E**: Joint Statement of the Dicasteries), thereby *abandoning* every legal claim of right to the Hebrew Estate at North America by European colonial-invaders falsely holding themselves out to be Americans. Furthermore, Christendom now expresses "strong support for the principles contained in the United Nations Declaration on the Rights of Indigenous Peoples." (*See* **Ex. E**).

## X.

United States courts hold to the belief that "discovery gave title to the government by whose subjects or by whose authority it was made against all other European governments". *Johnson v. McIntosh*, 21 U.S. (8 Wheat.) 543 (1823).

---

[18] "INDIANS. The aboriginal inhabitants of North America." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 617. St. Paul, Minnesota: West Publishing Co., 1910.

[19] "INDIAN, *n*. A general name of any native of the Indies; as an East *India*n, or West *Indian*, It is particularly applied to any native of the American continent." Webster, Noah. "An American Dictionary of the English Language," Vol. I. New York: S. Converse, 1828.

[20] "AMERICAN, *n*. A native of America originally applied to the copper-colored races, found here by the Europeans; but now applied to the descendants of Europeans born in America." Webster, Noah. "An American Dictionary of the English Language," Vol. I. S. New York: Converse, 1828.

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

## AFFIRMATION ON HEBREW NATIONALITY

### XI.

Notice is hereby given that, in accordance with Articles 3 and 10 of UNDRIP, the Nation of Israel—to whom the Doctrine never applied— does reclaim this Land, North America (including all rights, jurisdictions, and appurtenances), as an aboriginal homeland for and of Israelites.

### XII.

United States courts—in which Israelites reserve the right to appear *in propria persona*, **NOT** "pro se"— cannot claim jurisdiction under municipal law over cases with a foreign element. Every case involving a Hebrew is *international* and must be treated under Article VI, Clause 2 of the Constitution for the United States of America—1787. Failure to is *treaso*n.[21]

### XIII.

Under International Human Rights Law (IHRL), Israelites can expect to claim certain rights that must be recognized by the *de facto* United States of America, including but not limited to those enumerated in the following instruments:

a. International Convention on the Elimination of All Forms of Racial Discrimination (ICERD),

b. Convention on the Prevention and Punishment of the Crime of Genocide (1948)

c. International Covenant on Civil and Political Rights (ICCPR) and

d. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT)

e. Optional Protocol to the Convention on the Rights of the Child on the involvement of children in armed conflict (OP-CRC-AC)

---

[21] "TREASON. The offense of attempting to overthrow the government of the state to which the offender owes allegiance; or of' betraying the state into the hands of a foreign power." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 1169. St. Paul, Minnesota: West Publishing Co., 1910.

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

f.  Optional Protocol to the Convention on the Rights of the Child on the sale of children,
    child prostitution and child pornography (OP-CRC-SC)

g.  International Covenant on Economic, Social and Cultural Rights (1966)

## XIV.

The United States' Government and its corporate citizenry of artificial persons
represented by its state wards and other minorities [22] [23] (*i.e.*, persons within the meaning of 8
U.S.C. § 1401) who are otherwise *civiliter mortuus*, unknowingly transacting in commerce —
identified by their respective *nom de guerre* or "name of war" [24] [25] [26] — are **belligerents**
engaged in genocidal hostilities against Hebrews in spite of the "peaceful, law-abiding nature
and intent of the Israelites." (*See* **Exhibit F**: Proclamation of Peace).

## XV.

Israelites are NOT citizens of the United States' Government who are *civiliter mortuus*:
"slaves of the State" whose estate "is administered like that of a dead man" *Ruffin v.
Commonwealth*, 62 Va. 790 (Va. 1871); Hebrew nationals of the *de facto* Republic do not

---

[22] "MINORITY. The state or condition of a minor; infancy." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 782. St. Paul, Minnesota: West Publishing Co., 1910.

[23] "INFANCY. Minority; the state of a person who is under the age of legal majority, —at common law, twenty-one years. According to the sense in which this term is used, it may denote the condition of the person merely with reference to his years, or the contractual disabilities which non-age entails, or his status with regard to other powers or relations." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 621. St. Paul, Minnesota: West Publishing Co., 1910.

[24] "A *nom de guerre* is a title assumed by a person who wishes to travel under a name or title not his own". Bullock, Francis. "Student's Manual of Spelling (Etymological, Explanatory, Scientific, Commercial and Mythological", p. 132. London: Simpkin, Marshall & Co., 1875.

[25] "[L]it. 'war-name', a name assumed by, or assigned to, a person engaged in some action or enterprise." Murray, James A.H. "A New English Dictionary on Historical Principles" (Volume VI), p. 182. Oxford: Clarendon Press, 1908.

[26] "**Ad recte docendum oportet, primum inquirere nomina, quia rerum cognition a nominibus rerum dependet.**
In order rightly to comprehend a thing, inquire first into the names, for a right knowledge of things depends upon their names." Black, Henry Campbell. "A Law Dictionary containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern" (Second Edition), p. 31. St. Paul, Minnesota: West Publishing Co., 1910.

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

possess any U.S. civil rights, including but not limited to: voting in US elections and running for US offices.

## XVI.

Israelites are NOT nationals of the United States' Government and do not participate in any hostilities against the occupying power.[27] Hebrews are "protected persons" who come under International Humanitarian Law (IHL). [28][29]

## XVII.

The four Geneva Conventions of 1949 (GC I, II, III and IV), which have been universally acceded to or ratified, constitute the core treaties of IHL. The Geneva Conventions require municipal law to conform to treaty provisions. Any treaty that conflicts with a peremptory norm or *jus cogens*—which bans genocide, slavery as well as slave trade, wars of aggression and territorial aggrandizement, etc.— is void under Article 53 of the Vienna Convention on the Law of Treaties.[30]

## XVIII.

Agreements concluded between the occupying power and the local authorities cannot deprive the population of occupied territory of the protection afforded by international humanitarian law (GC IV, art. 47) and protected persons themselves can in no circumstances renounce their rights (GC IV, art. 8).

---

[27] Most of GC IV applies to civilians who find themselves in the hands of an occupying power of which they are not nationals. Civilians who satisfy this criterion are known as "protected persons". *See* **Exhibit G:** Advisory Service on IHL, p. 4.

[28] International Humanitarian Law (IHL) is a set of rules that seeks, for humanitarian reasons, to limit the effects of armed conflict. It protects persons who are not, or are no longer, directly or actively participating in hostilities, and imposes limits on the means and methods of warfare. IHL is also known as "the law of war" or "the law of armed conflict". *See* **Ex. G**, p. 1.

[29] Persons protected by IHL are entitled to respect for their lives, their dignity, and their physical and mental integrity. They are also afforded various legal guarantees. They must be treated humanely in all circumstances, with no adverse distinction founded on race, colour, religion, faith, sex, birth, wealth, or any other similar criteria. *See* **Ex. G**, p. 5.

[30] Vienna Convention on the Law of Treaties, Article 53, May 23, 1969, 1155 U.N.T.S 331, 8 International Legal Materials 679 (1969).

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

## XIX.

Although situated at Georgia, Har Tsiyon is the Government for the Nation of Israel which is separate and independent of and from the United States' Government and will advocate as well as litigate Hebrew interests in US federal courts, pursuant Article III, Section 2, in accordance with Article VI, Clause 2, Constitution for the United States of America—1787.

## XX.

Under United States federal law, targeting, forcing interaction, or otherwise harming Israelites (*see* **Ex. F**) within this Land or by a national of the U.S. is a crime punishable with death or life imprisonment and a fine up to $1,000,000. *See* 18 U.S.C. §§ 1091-1093.

## XXI.

The Nation of Israel recognizes that due to the unique and complex history of peoples at North America, *repatriation* of Europeans and other foreigners may not be immediate or entirely feasible, and the transfer of sovereignty with allodial title to this Land from the *de facto* Republic will require official diplomatic negotiation between the United States and Har Tsiyon.

/s/ Tamah Jada Clark
TAMAH JADA CLARK
*(PRO PER, SUI JURIS)*,
**AFFIANT**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @TamahJadaClark
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
Web: www.TamahJadaClark.com

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*



THE JOHN CARTER BROWN LIBRARY

## Jews and the Americas

HOME    Geography    Tribes of Israel    From Intolerance    Jews of America

### Jewish Indians: The Ten Lost Tribes of Israel

The earliest explorers identified the indigenous American peoples comfortably as far-flung east Asians. But as it became manifest that the Americas were a new and uncharted part of the world, new theories developed as to the origins of the "Indians". The temptation was strong to find ancient connections, whether in the writings of classical antiquity or the mysteries of the Old Testament. Spanish observers were the first to begin cataloguing lists of practices by indigenous peoples that evoked Jewish customs. While the Spaniards turned away from the conclusion that Indians were descended from the Ten Lost Tribes, other colonial and old-world observers – including even Jews themselves – would continue to speculate on this topic through the end of the seventeenth century. Authors representing different religious traditions viewed the recovery of Judaic remnants in the New World as a fulfillment of biblical prophecy, making possible the re-uniting of all the world's Jews.

**20. Bible. Polyglot.** *Biblia sacra.* Antwerp: Christophe Plantin, 1569-1573.



This magnificent eight-volume Bible in Hebrew, Aramaic, Greek, and Latin, was the second of the great polyglots. It was variously called the Antwerp or Plantin's polyglot, or the Royal polyglot. It had a sizable impact on the English court and marked a new approach to biblical erudition and the study of oriental languages in England, and later in the British colonies as well.

A consideration of New World geography was by no means out of bounds for biblical commentators in the Renaissance. The discovery of "new" lands presented an opportunity to reconsider old knowledge. Benedictus Arias, called Montanus (1527-1598), was one of those speculating that the descendants of Ophir, a son of Noah, could have settled in Peru or further north on what is now the coast of California. Ideas about the nature of the western coast of North America were at this time still entirely speculative.



**21. José de Acosta.** *Ontdekking van West-Indien.* Leyden: Pieter van der Aa, 1706.

The Jesuit, José de Acosta's careful study of the New World began with *De natura Novi Orbis libro duo*, published in Salamanca in 1588, which he expanded with further chapters in 1590 as *The Natural and Moral History of the Indies.* Acosta made extensive observations of the Native Americans he sought to convert to catholicism and noted, as others had, the numerous traits and customs they seemed to hold in common with the Jews. Acosta, however, authoritatively rejected the idea that the Indians were descended from the tribes of ancient Israel. Europeans would long continue to seek evidence of a Jewish identity in the New World population.



**22. Manasseh ben Israel.** *[Mikveh Yisra'el] Esto es, Esperança de Israel.* Amsterdam : Semuel Ben Israel Soreiro, Año 5410 [i.e., 1650].

"The Hope of Israel," published here in Ladino, or Judeo-Spanish, endeavored to prove that the Lost Tribes of Israel were to be found in America. A prominent part of the text is the narrative of Aharon Levi, alias Antonio de Montezinos, who reported on contact with South American Indians who continued the practices of ancient Judaism. The work was also published in English and Latin, intended to promote the readmission of the Jews to England.



**23. Manasseh ben Israel.** *[Mikveh Yisra'el]. De hoop van Israël.* Amsterdam : For Jozua Rex, 1666.

This is the first Dutch edition of Menasseh Ben Israel's *Hope of Israel,* which includes the text asserting that indigenous Americans were descended from the tribes of ancient Israel.



**24. Manasseh ben Israel.** *[Mikveh Yisra'el]. [Sefer mikve Yisrael].* [Amsterdam : Asher Anshel ben Eliezer Hazan and Yisachar Be'er bar Avraham Eliezer; press of Kosman of Emmerich, 1697].

A posthumous Hebrew translation of the *Hope of Israel.*

*Purchased with the assistance of the Bloomingdale fund.*



**25. Thomas Thorowgood.** *Ievves in America, or, Probabilities that the Americans are of that race.* London : W[illiam]. H[unt]. for Thomas Slater, 1650.

Here, Thomas Thorowgood joins the argument, drawing much from the writings of Menasseh ben Israel. The possible rediscovery of "lost Jews" interested Thorowgood and others in a millennial context, and he also drew on the writings of the Puritan missionary John Eliot, who had spent time among the Indians at Roxbury, Massachusetts, outside Boston.



**26. Hamon L'Estrange.** *Americans no Iewes, or Improbabilities that the Americans are of that race.* London: W.[illiam] W.[ilson] for Henry Seile, 1652 [i.e., 1651].

L'Estrange's reply to: *Jewes in America* by Thomas Thorowgood is a noteworthy contribution to the debate about the Jewish origin of Americans. It attacks Menasseh ben Israel, Thorowgood and others, asserting that it is very unlikely that the Americans are of Jewish descent. However, he does not offer a convincing alternative explanation.



**27. Gottlieb Spitzel.** *Theophili Spizelii elevatio relationis Montezinianae de repertis in America tribubus Israeliticis.* Basel: Johann König, 1661.

This reply to *Spes Israelis,* the Latin edition of *The Hope of Israel* by Manasseh ben Israel, is a major contribution to the debate on the Jewish origins of the Native Americans. Dedicated to the great Basel Hebraist, Johannes Buxtorf, and to Johann Heinrich Hottinger, the book firmly refutes Manasseh ben Israel's view of the origin of the Americans, particularly Montesino's description of their Jewish customs, which Manasseh included in his famous plea to Cromwell. (Our copy of the book is bound in a fragment of a music manuscript possibly dating to the fourteenth century).



**28. Diego Andrés Rocha.** *Tratado vnico, y singular del origen de los indios occidentales del Piru, Mexico, Santa Fè, y Chile.* Lima: Manuel de los Olivos, for Ioseph de Contreras, 1681.

Rocha provides extensive evidence that the rites, fashions, and ceremonies of the Indians of South America are in many ways akin to those of the Jews in both secular and sacred aspects of their life. He even cites Jewish names in use among the indigenous Peruvians.

Exhibition prepared by Dennis Landis, Curator of European Books.



THE JOHN CARTER BROWN LIBRARY | BOX 1894 | BROWN UNIVERSITY | PROVIDENCE, RI 02912|ABOUT

9064863.1.28-59

1

# The Doctrine of Discovery, 1493

## Introduction

The Papal Bull "Inter Caetera," issued by Pope Alexander VI on May 4, 1493, played a central role in the Spanish conquest of the New World. The document supported Spain's strategy to ensure its exclusive right to the lands discovered by Columbus the previous year. It established a demarcation line one hundred leagues west of the Azores and Cape Verde Islands and assigned Spain the exclusive right to acquire territorial possessions and to trade in all lands west of that line. All others were forbidden to approach the lands west of the line without special license from the rulers of Spain. This effectively gave Spain a monopoly on the lands in the New World.

The Bull stated that any land not inhabited by Christians was available to be "discovered," claimed, and exploited by Christian rulers and declared that "the Catholic faith and the Christian religion be exalted and be everywhere increased and spread, that the health of souls be cared for and that barbarous nations be overthrown and brought to the faith itself." This "Doctrine of Discovery" became the basis of all European claims in the Americas as well as the foundation for the United States' western expansion. In the US Supreme Court in the 1823 case *Johnson v. McIntosh*, Chief Justice John Marshall's opinion in the unanimous decision held "that the principle of discovery gave European nations an absolute right to New World lands." In essence, American Indians had only a right of occupancy, which could be abolished.

The Bull Inter Caetera made headlines again throughout the 1990s and in 2000, when many Catholics petitioned Pope John Paul II to formally revoke it and recognize the human rights of indigenous "non-Christian peoples."

## Questions for Discussion

Read the introduction and the document transcript in order to answer these questions.

1. By what authority did Pope Alexander VI claim the power to give Spain nearly exclusive possession of the New World?
2. Why do you think Spain wanted exclusive rights to the New World?
3. Along with the right to possess the land, the Papal Bull also indicated that Spain had specific responsibilities. List and explain these duties.
4. Why was it impossible for Spain, or indeed any other European nation, to realize the extent of the territory Spain controlled after May 1493?

# The Doctrine of Discovery, 1493

## Image



**CLopia de la bula del decreto y concession q̄ hizoel papa**
Alexandro serto al Rey y a la Reyna nuestros señores de las Indias conforme al capitu,
Por venerabilem. §. rationibus qui filij sint legitimi, y al cap, ... .on.xxiii.q.iiii.

*[Papal bull text in heavily abbreviated early-modern Latin blackletter, beginning:]*
A nomine dn̄i. Amen. Nouerint vniuersi hoc presens publicum transsumptum inspecturi qd̄ nos Jaco... *[remainder of the dense Latin text not legibly transcribable]*

Pope Alexander VI's Demarcation Bull, May 4, 1493. (The Gilder Lehrman Collection, GLC04093)

© 2012 The Gilder Lehrman Institute of American History
www.gilderlehrman.org

9904853; 1; 27-59

# The Doctrine of Discovery, 1493

## Transcript

Pope Alexander VI's Demarcation Bull, May 4, 1493. (The Gilder Lehrman Collection, GLC04093)

Alexander, bishop, servant of the servants of God, to the illustrious sovereigns, our very dear son in Christ, Ferdinand, king, and our very dear daughter in Christ, Isabella, queen of Castile, Leon, Aragon, Sicily, and Granada, health and apostolic benediction. Among other works well pleasing to the Divine Majesty and cherished of our heart, this assuredly ranks highest, that in our times especially the Catholic faith and the Christian religion be exalted and be everywhere increased and spread, that the health of souls be cared for and that barbarous nations be overthrown and brought to the faith itself. Wherefore inas- much as by the favor of divine clemency, we, though of insufficient merits, have been called to this Holy See of Peter, recognizing that as true Catholic kings and princes, such as we have known you always to be, and as your illustrious deeds already known to almost the whole world declare, you not only eagerly desire but with every effort, zeal, and diligence, without regard to hardships, expenses, dangers, with the shedding even of your blood, are laboring to that end; recognizing also that you have long since dedicated to this purpose your whole soul and all your endeavors--as witnessed in these times with so much glory to the Divine Name in your recovery of the kingdom of Granada from the yoke of the Saracens--we therefore are rightly led, and hold it as our duty, to grant you even of our own accord and in your favor those things whereby with effort each day more hearty you may be enabled for the honor of God himself and the spread of the Christian rule to carry forward your holy and praiseworthy purpose so pleasing to immortal God. We have indeed learned that you, who for a long time had intended to seek out and discover certain islands and mainlands remote and unknown and not hitherto discovered by others, to the end that you might bring to the worship of our Redeemer and the profession of the Catholic faith their residents and inhabitants, having been up to the present time greatly engaged in the siege and recovery of the kingdom itself of Granada were unable to accomplish this holy and praiseworthy purpose; but the said kingdom having at length been regained, as was pleasing to the Lord, you, with the wish to fulfill your desire, chose our beloved son, Christopher Columbus, a man assuredly worthy and of the highest recommendations and fitted for so great an undertaking, whom you furnished with ships and men equipped for like designs, not without the greatest hardships, dangers, and expenses, to make diligent quest for these remote and unknown mainlands and islands through

© 2012 The Gilder Lehrman Institute of American History
www.gilderlehrman.org

## The Doctrine of Discovery, 1493

the sea, where hitherto no one had sailed; and they at length, with divine aid and with the utmost diligence sailing in the ocean sea, discovered certain very remote islands and even mainlands that hitherto had not been discovered by others; wherein dwell very many peoples living in peace, and, as reported, going unclothed, and not eating flesh. Moreover, as your aforesaid envoys are of opinion, these very peoples living in the said islands and countries believe in one God, the Creator in heaven, and seem sufficiently disposed to embrace the Catholic faith and be trained in good morals. And it is hoped that, were they instructed, the name of the Savior, our Lord Jesus Christ, would easily be introduced into the said countries and islands. Also, on one of the chief of these aforesaid islands the said Christopher has already caused to be put together and built a fortress fairly equipped, wherein he has stationed as garrison certain Christians, companions of his, who are to make search for other remote and unknown islands and mainlands. In the islands and countries already discovered are found gold, spices, and very many other precious things of divers kinds and qualities. Wherefore, as becomes Catholic kings and princes, after earnest consideration of all matters, especially of the rise and spread of the Catholic faith, as was the fashion of your ancestors, kings of renowned memory, you have purposed with the favor of divine clemency to bring under your sway the said mainlands and islands with their residents and inhabitants and to bring them to the Catholic faith. Hence, heartily commending in the Lord this your holy and praiseworthy purpose, and desirous that it be duly accomplished, and that the name of our Savior be carried into those regions, we exhort you very earnestly in the Lord and by your reception of holy baptism, whereby you are bound to our apostolic commands, and by the bowels of the mercy of our Lord Jesus Christ, enjoy strictly, that inasmuch as with eager zeal for the true faith you design to equip and despatch this expedition, you purpose also, as is your duty, to lead the peoples dwelling in those islands and countries to embrace the Christian religion; nor at any time let dangers or hardships deter you therefrom, with the stout hope and trust in your hearts that Almighty God will further your undertakings. And, in order that you may enter upon so great an undertaking with greater readiness and heartiness endowed with benefit of our apostolic favor, we, of our own accord, not at your instance nor the request of anyone else in your regard, but out of our own sole largess and certain knowledge and out of the fullness of our apostolic power, by the authority of Almighty God conferred upon us in blessed Peter and of the vicarship of Jesus Christ, which we hold on earth, do by tenor of these presents,

© 2012 The Gilder Lehrman Institute of American History
www.gilderlehrman.org

9064863.1.28-59

5

## The Doctrine of Discovery, 1493

should any of said islands have been found by your envoys and captains, give, grant, and assign to you and your heirs and successors, kings of Castile and Leon, forever, together with all their dominions, cities, camps, places, and villages, and all rights, jurisdictions, and appurtenances, all islands and mainlands found and to be found, discovered and to be discovered towards the west and south, by drawing and establishing a line from the Arctic pole, namely the north, to the Antarctic pole, namely the south, no matter whether the said mainlands and islands are found and to be found in the direction of India or towards any other quarter, the said line to be distant one hundred leagues towards the west and south from any of the islands commonly known as the Azores and Cape Verde. With this proviso however that none of the islands and mainlands, found and to be found, discovered and to be discovered, beyond that said line towards the west and south, be in the actual possession of any Christian king or prince up to the birthday of our Lord Jesus Christ just past from which the present year one thousand four hundred ninety-three begins. And we make, appoint, and depute you and your said heirs and successors lords of them with full and free power, authority, and jurisdiction of every kind; with this proviso however, that by this our gift, grant, and assignment no right acquired by any Christian prince, who may be in actual possesssion of said islands and mainlands prior to the said birthday of our Lord Jesus Christ, is hereby to be understood to be withdrawn or taking away. Moreover we command you in virtue of holy obedience that, employing all due diligence in the premises, as you also promise--nor do we doubt your compliance therein in accordance with your loyalty and royal greatness of spirit--you should appoint to the aforesaid mainlands and islands worthy, God-fearing, learned, skilled, and expeienced men, in order to instruct the aforesaid inhabitants and residents in the Catholic faith and train them in good morals. Furthermore, under penalty of excommunication "late sententie" to be incurred "ipso facto," should anyone thus contravene, we strictly forbid all persons of whatsoever rank, even imperial and royal, or of whatsoever estate, degree, order, or condition, to dare without your special permit or that of your aforesaid heirs and successors, to go for the purpose of trade or any other reason to the islands or mainlands, found and to be found, discovered and to be discovered, towards the west and south, by drawing and establishing a line from the Arctic pole to the Antarctic pole, no matter whether the mainlands and islands, found and to be found, lie in the direction of India or toward any other quarter whatsoever, the said line to be distant one hundred leagues towards the west and south, as is

© 2012 The Gilder Lehrman Institute of American History
www.gilderlehrman.org

## The Doctrine of Discovery, 1493

aforesaid, from any of the islands commonly known as the Azores and Cape Verde; apostolic constitutions and ordinances and other decrees whatsoever to the contrary notwithstanding. We trust in Him from whom empires and governments and all good things proceed, that, should you, with the Lord's guidance, pursue this holy and praiseworthy undertaking, in a short while your hardships and endeavors will attain the most felicitious result, to the happiness and glory of all Christendom. But inasmuch as it would be difficult to have these present letters sent to all places where desirable, we wish, and with similar accord and knowledge do decree, that to? copies of them, signed by the hand of a public notary commissioned therefor, and sealed with the seal of any ecclesiastical officer or ecclesiastical court, the same respect is to be shown in court and outside as well as anywhere else as would be given to these presents should they thus be exhibited or shown. Let no one, therefore, infringe, or with rash boldness contravene, this our recommendation, exhortation, requisition, gift, grant, assignment, constitution, deputation, decree, mandate, prohibition, and will. Should anyone presume to attempt this, be it known to him that he will incur the wrath of Almighty God and of the blessed apostles Peter and Paul. Given at Rome, at St. Peter's, in the year of the incarnation of our Lord one thousand four hundred and ninety-three, the fourth of May, and the first year of our pontificate.

Notes: Translation copied from http://www.catholic-forum.com/saints/pope0214a.htm

© 2012 The Gilder Lehrman Institute of American History
www.gilderlehrman.org

9964853.1.29-59



# CONSTITUTION OF HAR TSIYON

FOR THE ESTABLISHMENT OF

## THE DE JURE GOVERNMENT OF ANCIENT ISRAEL

*Declaration of Nationality and Birthright of the Seed of Jacob:*
*Annotated Proclamation for the Nation of Israel*

**July 4, 2022, A.D.**

COMMENTARY AND
EXPLANATION

## PREAMBLE

*Preamble*

*The uncontrovertible Truth, as revealed in the Holy Bible and verified by historical record, attests that GOD The Father, JEHOVAH, entered a Perpetual Covenant with Hebrew patriarch, Abram, whom He renamed Abraham in pursuance of the same; the Creator of All Things, Jesus Christ of Nazareth, Son of the Living God, incarnated and was crucified as surety in the performance of the said Covenant, in accordance with His Divine Plan now unfolding from The Kingdom in Heaven, on Earth, through His chosen People: the Seed of Jacob, the Nation of Israel, the de jure legal owners and possessors of the land of ancient Israel.*

**To the law-abiding nations of the world, YAHUAH TSIDQENU sends greeting.**

In Genesis 12:1-3, GOD instructs Abram to follow Him, in return for which He covenants to greatly multiply his descendants and give them a Land of their own, which came to be known as ancient Israel. He chose them as His heritage, to birth the seed of the woman or *Seed of Promise*, who will crush the head of the serpent, Satan. (*Genesis 3:15; Romans 16:20);* Messiah Ben Joseph, Yahusha or *Jesus*, came to redeem Jacob in order that said prophecy could be fulfilled in the End Times at the revelation of Messiah Ben David.

## SECTION I.
## ANCIENT COVENANT

*Section 1*

PARAGRAPH 1. ***Divine Inspiration of the Nation of Israel.*** Israel is a divinely inspired nation founded by GOD Himself that consists in the *consanguineous* progeny of Abraham, Isaac, and Jacob whom He

Because GOD loved the Israelites' forefathers, He brought them out of Egypt a *first time* and made them into a Nation. *(Deuteronomy 4:35-38).*

1

renamed *Israel*; notwithstanding Israel's twin brother Esau or *Edom*,[1] who is *Rome*[2] [3] [4] because Jacob, and Esau who was profane,[5] were two different manner of people, for which one was loved and the other was hated. [6] [7] [8] [9] [10]

🔘 (ARTICLE 1) GOD brought the Children of Israel out of their first Egyptian captivity by the power of His might, to be set aside as a peculiar People unto Himself with whom He covenanted to be their God.[11]

🔘 (ARTICLE 2) THE MOST HIGH of the Bible is the Redeemer and Saviour of Israel His chosen People per the Ancient Covenant;[12] He is **not** the god of the nations of the world.[13]

PARAGRAPH 2. *Children of Israel are GOD's People.* The Holy Bible was written to spread the Gospel of Jesus Christ to the four corners of the Earth in performance of the Covenant between GOD and the Hebrew Patriarchs and their Seed after them, for the salvation and redemption of the Children of Israel; the Gospel or good news of the

*Section 1 continued...*

Unlike other nations, Israel's God is He who created all things, through the Person of His first begotten Son, Jesus Christ of Nazareth, the Divine Logos who was the Word made flesh that is no longer on Earth and yet he *IS*. *(Jeremiah 10:12-16)*

Pursuant the ancient Covenant, YAHUAH ELOHIYM or *JEHOVAH*, chose Jacob and is become the God of Israel alone. Correspondingly, the Holy Scriptures appertain solely to the Seed of Jacob; of a truth, Christianity, Judaism, and Islam are commodified appropriations of the Identity of a People that has been altogether written out of its own Story.

---

[1] *"Now these are the generations of Esau, who is Edom."* (Genesis 36:1)

[2] *"The sons of Japheth; Gomer, and Magog, and Madai, and Javan, and Tubal, and Meshech, and Tiras. [See also Jasher 10:7] And the sons of Javan; Elishah, and Tarshish, Kittim, and Dodanim. By these were the isles of the Gentiles divided in their lands; every one after his tongue, after their families, in their nations."* (Genesis 10:2 & 4-5)

[3] *"And the children of Chittim [Kittim] are the Romim [Romans] who dwell in the valley of Canopia by the river Tibreu [Tiber in Italy]."* (Jasher 10:16)

[4] *"And the children of Chittim continued their pursuit of Edom, and they smote them with a great slaughter and Edom became subject to the children of Chittim. And the children of Chittim ruled over Edom, and Edom became under the hand of the children of Chittim and became one kingdom from that day. And from that time they could no more lift up their heads, and their kingdom became one with the children of Chittim."* (Jasher 90:7-9)

[5] *"Looking diligently lest any man fail of the grace of God; lest any root of bitterness springing up trouble you, and thereby many be defiled; Lest there be any fornicator, or profane person, as Esau, who for one morsel of meat sold his birthright. For ye know how that afterward, when he would have inherited the blessing, he was rejected: for he found no place of repentance, though he sought it carefully with tears."* (Hebrew 12:15-17)

[6] *"The portion of Jacob is not like them; for he is the former of all things: and Israel is the rod of his inheritance: the Lord of hosts is his name."* (Jeremiah 51:19)

[7] *"But in a great house there are not only vessels of gold and of silver, but also of wood and of earth; and some to honour, and some to dishonour."* (2 Timothy 2:20)

[8] *"What if God, willing to shew his wrath, and to make his power known, endured with much longsuffering the vessels of wrath fitted to destruction".* (Romans 9:22)

[9] *"As it is written, Jacob have I loved, but Esau have I hated."* (Romans 9:13)

[10] *"I have loved you, saith the Lord [...] Was not Esau Jacob's brother? saith the Lord: yet I loved Jacob, And I hated Esau, and laid his mountains and his heritage waste [...] The people against whom the Lord hath indignation for ever."* (Malachi 1:2-4)

[11] *"And he said, The God of our fathers hath chosen thee [Israel], that thou shouldest know his will, and see that Just One, and shouldest hear the voice of his mouth."* (Acts 22:14)

[12] *"Blessed be the Lord God of Israel; for he hath visited and redeemed his people [Israel], And hath raised up an horn of salvation [Jesus Christ] for us [Israel] in the house of his servant David; As he spake by the mouth of his holy prophets, which have been since the world began: [...] That we [Israel] should be saved from our enemies, and from the hand of all that hate us; To perform the mercy promised to our [Israel's] fathers, and to remember his holy covenant; The oath which he sware to our [Israel's] father Abraham, That he would grant unto us, that we being delivered out of the hand of our enemies might serve him without fear, In holiness and righteousness before him, all the days of our life."* (Luke 1:68-75)

[13] *"You [Israel] only have I [GOD] known of all the families of the earth".* (Amos 3:2)

9664863.1.30-59

prophesied coming of the Kingdom of Heaven on Earth was meant for Israel. [14] [15] [16] [17]

⬤ (ARTICLE 1) Jesus Christ of Nazareth, Messiah Ben Joseph, came to redeem Israelites from their sin unto salvation. [18] [19] [20]

⬤ (ARTICLE 2) Jesus was not sent to save all peoples, but to save his own brethren, the Israelites, [21] most of whom had been exiled from the Holy Land, scattered by Greco-Romans who had captured and repopulated Jerusalem with foreigners.[22]

⬤ (ARTICLE 3) Jesus commissioned his disciples, the Twelve Apostles, to continue his Mission of preaching the Gospel of the Kingdom to Hellenized Israelites that had been dispersed amongst the nations; [23] [24] [25] the Holy Bible is a Family Heirloom narrating the Redemption and Salvation of Israel.

*Section 1 continued...*

Messiah Ben Joseph redeemed Israel to GOD for the purpose of a future Salvation, a heavenly Kingdom on Earth. He instructed his Apostles to preach the Good News to his Israelitish brethren according to the flesh who had adopted the culture of the Gentile heathens among whom they lived throughout the Greco-Roman empires.

In spite of the doctrines of men enshrined in every religious Institution, the Gospel belongs to Israel.

## SECTION II.
## ANCIENT PEOPLE

PARAGRAPH 1. ***Hereditary Heirs of the Kingdom of Heaven.***
Israel is a *People*, not a country, State, religion, or culture; an ethno-

*Section 2*

The Nation of Israel is the only one in human history founded by GOD, and it long predates classical antiquity; the Israelitish Identity and the Judahitish that forms part thereof, are of time immemorial.

14 *"From that time Jesus began to preach, and to say, Repent: for the kingdom of heaven is at hand."* (Matthew 4:17)

15 *"And one of them, named Caiaphas, being the high priest that same year, said unto them, Ye know nothing at all, Nor consider that it is expedient for us, that one man [Jesus] should die for the people [Israelites], and that the whole nation perish not. And this spake he not of himself: but being high priest that year, he prophesied that Jesus should die for that nation; And not for that nation only, but that also he should gather together in one the children of God [Israelites] that were scattered abroad [exiled Israelites]."* (John 11:49-52)

16 *"For the Lord's portion is his people; Jacob is the lot of his inheritance. He found him in a desert land, and in the waste howling wilderness; he led him about, he instructed him, he kept him as the apple of his eye."* (Deuteronomy 32:9-10)

17 *"O Israel: who is like unto thee, O people saved by the Lord".* (Deuteronomy 33:29)

18 *"And she shall bring forth a son, and thou shalt call his name Jesus: for he shall save his people [Israelites] from their sins."* (Matthew 1:21)

19 *"For the Lord hath redeemed Jacob [through Jesus] and ransomed him from the hand of him that was stronger than he."* (Jeremiah 31:11)

20 *"I [Jesus] have manifested thy name unto the men[Israel] which thou gavest me out of the world [...] I pray for them: I pray not for the world, but for them which thou hast given me; for they [Israel] are thine [GOD's]."* (John 17:6 & 9)

21 *"But he [Jesus] answered and said, I am not sent but unto the lost sheep of the house of Israel."* (Matthew 15:24)

22 *"And after that Antiochus had smitten Egypt, he returned again in the hundred forty and third year, and went up against Israel and Jerusalem with a great multitude. And they put therein a sinful nation, wicked men, and fortified themselves therein. For it was a place to lie in wait against the sanctuary, and an evil adversary to Israel. Insomuch that the inhabitants of Jerusalem fled because of them: whereupon the city was made an habitation of strangers, and became strange to those that were born in her; and her own children left her."* (1 Maccabees 1:20, 34, 36 & 38)

23 *"And, behold, a woman of Canaan [a foreigner] came out of the same coasts, and cried unto him, saying, Have mercy on me, O Lord, thou son of David; my daughter is grievously vexed with a devil. But he answered and said, It is not meet to take the children's [Israelites'] bread [the Gospel], and to cast it to dogs [foreigners]."* (Matthew 15:22 & 26)

24 *"Go ye therefore, and teach all nations [where Israelites were dispersed], baptizing them [Israelites] in the name of the Father, and of the Son, and of the Holy Ghost".* (Matthew 28:19)

25 *"James, a servant of God and of the Lord Jesus Christ, to the twelve tribes which are scattered abroad [amongst the nations], greeting."* (James 1:1)

- 3 -

consanguineous *Identity* unique to GOD's Heritage that cannot be assumed or in any way appropriated.

     ⬤   (ARTICLE 1) The Israelitish people have a divine destiny, being the hereditary fount of the greatest kings in human history, namely: David and Solomon, through the Tribe of Judah from whence proceeded their Messiah, the Branch of Their Redeemer who is Jesus Christ of Nazareth, the Seed of Promise. [26] [27]

     ⬤   (ARTICLE 2) Israelis are merely citizens of a piecemealed *de facto* political State proclaimed in 1948 A.D., the *State of Israel*, of the *fictitious* recently created Jewish identity and are **NOT** GOD's People, being genetically *foreign* to the Nation and Land of the ancient Israelites.

     ⬤   (ARTICLE 3) Jews— distinct from *Judahites*, whose Identity the Ashkenazim and other Israelis' progenitors have assumed and appropriated for approximately 400 years, from the time of the Transatlantic Slavetrade when Jewish merchants perpetrated the largest identity theft in human history— are not Shemites but descended from Japheth through his son Gomer; expressly,[28] they are *Gentiles* or Foreigners **not** *Semites*. [29] [30]

## SECTION III.
## ANCIENT LAND

     PARAGRAPH 1. ***Jacob and his Seed after him, the legal owners of Israel.*** Israelis or *Jews* are hostile illegal occupants of the Holy Land to which they are wanting any legal right— in violation of international law and contravention of the Divine Land Grant, wherefor

*Section 2 continued…*

The Jewish identity by which non-Semite impostors have supplanted Judahites was fabricated on the eve of the Transatlantic Slavetrade. European Jewish merchants of the Dutch East and West India Companies in cooperation with European crowns, and governments orchestrated as well as financed the mass abduction into enslavement of the Israelites, dispersing them around the world; particularly, Judah was targeted for displacement in North America; the corresponding purported African Diasporas were in fact *Israeltish* because Jacob's Seed had been theretofore persecuted unto exile in Africa where they had always historically fled when pursued by maniacal imperialists.

*Section 3*

The *State of Israel* is a feigned political entity established in the Holy Land through fraud and belligerence in the mid-19th century, with the military, economic, and political support of the Daughter of Babylon: the United States of America. *(Zechariah 2:6-7).*

---

[26] "And thou Bethlehem, in the land of Juda, art not the least among the princes of Juda: for out of thee shall come a Governor, that shall rule my people Israel." (Matthew 2:6)

[27] "Who are Israelites; to whom pertaineth the adoption, and the glory, and the covenants, and the giving of the law, and the service of God, and the promises; Whose are the fathers, and of whom as concerning the flesh Christ came, who is over all, God blessed for ever. Amen." (Romans 9:4-5)

[28] "The sons of Japheth; Gomer, and Magog, and Madai, and Javan, and Tubal, and Meshech, and Tiras. And the sons of Gomer; Ashkenaz, and Riphath, and Togarmah". (Genesis 10:2-3)

[29] "Now Jerusalem lay void as a wilderness, there was none of her children that went in or out: the sanctuary also was trodden down, and aliens kept the strong hold; the heathen had their habitation in that place; and joy was taken from Jacob, and the pipe with the harp ceased. Wherefore the Israelites assembled themselves together, and came to Maspha, over against Jerusalem; for in Maspha was the place where they prayed aforetime in Israel. And laid open the book of the law, wherein the heathen had sought to paint the likeness of their images. And lo, the heathen are assembled together against us to destroy us: what things they imagine against us, thou knowest." (1 Maccabees 3: 45-46, 48 & 52)

[30] "And I said unto the angel that talked with me, What be these? And he answered me, These are the horns which have scattered Judah, Israel, and Jerusalem. Then said I, What come these to do? And he spake, saying, These are the horns which have scattered Judah, so that no man did lift up his head: but these are come to fray them, to cast out the horns of the Gentiles, which lifted up their horn over the land of Judah to scatter it." (Zechariah 1:19 & 21)

Jacob purchased the land of Canaan or *ancient Israel* from his brother Esau and his seed after him [31] [32]; Israel belongs to the Seed of Jacob as a matter of international public record attested to in the annuls of world history; *to wit*:

> *"The land of Canaan and all the cities of the Hittites, the Hivites, the Jebusites, the Amorites, the Perizzites, and the Gergashites, all the seven nations from the river of Egypt unto the river Euphrates. And the city of Hebron Kireath-arba, and the cave [Machpelah] which is in it, the whole did Jacob buy from his brother Esau for value, for a possession and for an inheritance for his seed after him forever."* (Jasher 47:27-28)

⬤  (ARTICLE 1) Whereby Jacob is the lawful owner of ancient Israel and his Seed the *heir at law* thereof, bequeathed to him by his father Isaac who descended from Abraham with whom GOD covenanted; Heaven and Earth, including all who dwell therein, are called to witness: all Israelis and the *State of Israel* to which they appertain are hereby served notice that they are Trespassers in law, and the Legal Owner demands possession of the Land; may THE MOST HIGH GOD *judge* between the Nation of Israel and the State of Israel.

## SECTION IV.
## ANCIENT PROPHESY

PARAGRAPH 1. *Children of Israel scattered among the nations until End Times.* Vehemently jealous of the Seed of Jacob's divine favor, the enemies of GOD conspired to destroy the Nation of Israel and

*Section 3 continued...*

Israelis or *Jews* are without *any* claim to ancient Israel because they are neither Judahites nor Israelites but are the blasphemous Synagogue of Satan from whence emanated the Serpent's Seed who are notorious for dominating national economies and exploiting planetary resources for their own financial gain. *(Revelations 2:9; Revelations 3:9)*

The Record of Deed and Title as regards the Holy Land are publicly available for inspection and the Nation of Israel stands ready to legally defend and defeat any challenges to the same; Israeli *vagabonds* are directed to remove from the Land as a matter of International Law.

*Section 4*

Seething with unquenchable envy, GOD's enemies from of old confederated to utterly destroy Israel by separating them from their Identity, to which attaches GOD's divine favor. *(Psalms 83:3-8)*. As foretold, the Children of Israel returned to Egypt *(Hosea 8:13)*, amongst the Gentiles (Ezekiel 4:13; Hosea 8:8), taken into bondage for 400 years via ships *(Deuteronomy 28:68)*.

---

31 *"And Jacob said, Swear to me this day; and he sware unto him: and he sold his birthright unto Jacob. Then Jacob gave Esau bread and pottage of lentiles; and he did eat and drink, and rose up, and went his way: thus Esau despised his birthright."* (Genesis 25:34-35)

32 *"And Joseph and his brethren heard the words of Esau's sons, and they were exceedingly wroth, and Joseph approached unto Esau, saying, What is this thing which they have spoken? surely my father Jacob bought it from thee for great riches after the death of Isaac, now five and twenty years ago, and also all the land of Canaan he bought from thee and from thy sons, and thy seed after thee. And Esau spoke these things in order to deceive Joseph with his words, for Esau knew that Joseph was not present in those days when Esau sold all belonging to him in the land of Canaan to Jacob."* (Jasher 56:51 & 54)

rob them of their Identity, [33] [34] [35] which design was consummated at the time of the Transatlantic Slavetrade when Judahites and Israelites were returned into Egyptian captivity by way of ships,[36] where they would be in bondage for 400 years, from 1619 A.D. to 2019 A.D.[37]

⬤ (ARTICLE 1) The Children of Israel sinned against GOD by failing to keep His laws, statutes, and commandments; [38] because they profaned His name and went whoring after idols as the manner of the heathens, [39] [40] [41] GOD exiled them from their Land, scattering them amongst various nations of the world where they will remain until GOD gathers them for His Name's sake and causes them to walk in His statutes. [42] [43]

⬤ (ARTICLE 2) The Land of ancient Israel, later renamed *Palestine*, is currently trodden down by the Jewish Gentiles being under occupation of the Israelis or *Japhethites*, as per the ancient

*Section 4 continued…*

The House of Judah was taken to the United States of America, wherein was birthed the Seed of Promise, David their king who will help them return to the Land of their Fathers in the End Times where they will serve GOD with one consent and possess His Holy Mountain. *(Ezekiel 20:40-42)*

Because GOD's People sinned against Him, He allowed them to fall and be overrun by Gentiles. GOD's People has been removed from their Land over the course of millennia.

---

33 *"They have taken crafty counsel against thy people, and consulted against thy hidden ones. Keep not thou silence, O God: hold not thy peace, and be not still, O God. That men may know that thou, whose name alone is JEHOVAH, art the most high over all the earth."* (Psalms 83:3, 1 & 18)

34 *"For the temple was filled with riot and revelling by the Gentiles, who dallied with harlots, and had to do with women within the circuit of the holy places, and besides that brought in things that were not lawful. The altar also was filled with profane things, which the law forbiddeth. Neither was it lawful for a man to keep sabbath days or ancient fasts, or to profess himself at all to be a [Judahite]. Moreover there went out a decree to the neighbour cities of the heathen, by the suggestion of Ptolemee, against the [Judahites], that they should observe the same fashions, and be partakers of their sacrifices: And whoso would not conform themselves to the manners of the Gentiles should be put to death."* (2 Maccabees 6:4-6 & 8-9)

35 *"The kings of the earth set themselves, and the rulers take counsel together, against the Lord, and against his anointed [Jacob]".* (Psalms 2:2)

36 *"The children also of Judah and the children of Jerusalem have ye sold unto the Grecians, that ye might remove them far from their border."* (Joel 3:6)

37 *"For I would not, brethren, that ye should be ignorant of this mystery, lest ye should be wise in your own conceits; that blindness in part is happened to Israel, until the fulness of the Gentiles be come in."* (Romans 11:25)

38 *"Behold, I set before you this day a blessing and a curse; A blessing, if ye obey the commandments of the Lord your God, which I command you this day: And a curse, if ye will not obey the commandments of the Lord your God, but turn aside out of the way which I command you this day, to go after other gods, which ye have not known."* (Deuteronomy 11:26-28)

39 *"Thou art become guilty in thy blood that thou hast shed; and hast defiled thyself in thine idols which thou hast made; and thou hast caused thy days to draw near, and art come even unto thy years: therefore have I made thee a reproach unto the heathen, and a mocking to all countries."* (Ezekiel 22:4)

40 *"The sin of Judah is written with a pen of iron, and with the point of a diamond: it is graven upon the table of their heart, and upon the horns of your altars; And thou, even thyself, shalt discontinue from thine heritage that I gave thee; and I will cause thee to serve thine enemies in the land which thou knowest not: for ye have kindled a fire in mine anger, which shall burn for ever."* (Jeremiah 17:1 & 4)

41 *"The people of the land [Israelites] have used oppression, and exercised robbery, and have vexed the poor and needy: yea, they have oppressed the stranger wrongfully. And I sought for a man among them, that should make up the hedge, and stand in the gap before me for the land [Israel], that I should not destroy it: but I found none. Therefore have I poured out mine indignation upon them; I have consumed them with the fire of my wrath: their own way have I recompensed upon their heads, saith the Lord God."* (Ezekiel 22:29 & 31)

42 *"And I will scatter thee among the heathen, and disperse thee in the countries, and will consume thy filthiness out of thee."* (Ezekiel 22:15)

43 *"And I scattered them among the heathen, and they were dispersed through the countries: according to their way and according to their doings I judged them. And I will sanctify my great name, which was profaned among the heathen, which ye have profaned in the midst of them; and the heathen shall know that I am the Lord, saith the Lord God, when I shall be sanctified in you before their eyes. For I will take you from among the heathen, and gather you out of all countries, and will bring you into your own land. And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do them. "* (Ezekiel 36:19, 23-24 & 27)

prophesy; [44] [45] whilst the Judahitish nobility remain in the grasps of Christian Gentiles in America, without succor or even a sincere apology from said troglodytic tyrants.[46]

⬤ (ARTICLE 3) God is fulfilling His promise of Redemption unto Salvation at this time— which is for His People— [47] [48] [49] [50] [51] [52] [53] gathering Jacob from around the world; [54] [55] [56] [57] [58] bringing the Judahites from their second Egyptian captivity of 400 years in North America to dwell in their own Land;

*Section 4 continued…*

Beginning with the Babylonian exile in 6th century B.C., Israelites were expulsed from Israel and later permanently banned when the Land was controlled by Rome in the 1st century A.D. There have been various Gentiles and other heathens warring for control over the Land since that time, but the Children of Israel– assailed, smitten, and dispersed by those warring colonizers– have not been in the Land since the 1st century A.D. Even so, GOD is now gathering his Children to Himself and will return them Home by the hand of His Messiah.

---

[44] *"And they shall fall by the edge of the sword, and shall be led away captive into all nations: and Jerusalem shall be trodden down of the Gentiles, until the times of the Gentiles be fulfilled."* (Luke 21:24)

[45] *"God shall enlarge Japheth [Jews or Israelis], and he shall dwell in the tents of Shem [Judahites and Israelites]".* (Genesis 9:27)

[46] *"Her gates are sunk into the ground; he hath destroyed and broken her bars: her king and her princes are among the Gentiles: the law is no more".* (Lamentations 2:9)

[47] *"I bring near my righteousness; it shall not be far off, and my salvation shall not tarry: and I will place salvation in Zion for Israel my glory."* (Isaiah 46:13)

[48] *"But we are bound to give thanks alway to God for you, brethren [Israelites] beloved of the Lord, because God hath from the beginning chosen you [Israelites] to salvation through sanctification of the Spirit and belief of the truth".* (2 Thessalonians 2:13)

[49] *"Of this man's seed hath God according to his promise raised unto Israel a Saviour, Jesus […] Men and brethren, children of the stock of Abraham [Israelites], and whosoever among you feareth God [keep Torah], to you is the word of this salvation sent."* (Acts 13:23 & 6)

[50] *"But when the fulness of the time was come, God sent forth his Son, made of a woman, made under the law, To redeem them that were under the law [Israelites], that we [Israelites that went astray] might receive the adoption of sons."* (Galatians 4:4-5)

[51] *"Let Israel rejoice in him that made him: let the children of Zion be joyful in their King. For the Lord taketh pleasure in his people [Israel]: he will beautify the meek with salvation."* (Psalms 149: 2 & 4)

[52] *"And when he [Paul] had saluted them, he declared particularly what things God had wrought among the Gentiles [scattered Israelites or Hellenists] by his ministry. And when they heard it, they glorified the Lord, and said unto him, Thou seest, brother, how many thousands of Jews [Israelites] there are which believe; and they are all zealous of the law [Torah]".* (Acts 21:19-20)

[53] *"Confess him before the Gentiles, ye children of Israel: for he hath scattered us among them. There declare his greatness, and extol him before all the living: for he is our Lord, and he is the God our Father for ever. And he will scourge us for our iniquities, and will have mercy again, and will gather us out of all nations, among whom he hath scattered us."* (Tobit 13:3-5)

[54] *"I say then, Hath God cast away his people? God forbid. For I also am an Israelite, of the seed of Abraham, of the tribe of Benjamin. God hath not cast away his people which he foreknew."* (Romans 11:1-2)

[55] *"For I am the LORD, I change not; therefore ye sons of Jacob are not consumed."* (Malachi 3:6)

[56] *"Therefore fear thou not, O my servant Jacob, saith the Lord; neither be dismayed, O Israel: for, lo, I will save thee from afar, and thy seed from the land of their captivity; and Jacob shall return, and shall be in rest, and be quiet, and none shall make him afraid."* (Jeremiah 30:10)

[57] *"And it shall come to pass in that day, that the Lord shall set his hand again the second time to recover the remnant of his people […] And he shall set up an ensign for the nations, and shall assemble the outcasts of Israel, and gather together the dispersed of Judah from the four corners of the earth."* (Isaiah 11:11-12)

[58] *"And ye shall know that I am in the midst of Israel, and that I am the Lord your God [of Israel], and none else: and my people [Israel] shall never be ashamed. And it shall come to pass, that whosoever shall call on the name of the Lord [amongst Israel] shall be delivered: for in mount Zion and in Jerusalem shall be deliverance, as the Lord hath said, and in the remnant [of Israel] whom the Lord shall call."* (Joel 2:27 & 32)

[59] [60] [61] [62] [63] the nations that confederated against and afflicted Israel— the enemies of GOD— will be judged in this these End Times through plagues of sword, famine, death, and destruction. [64] [65] [66] [67] [68] [69] [70] [71]

*Section 4 continued…*

Those who conspired to destroy the Seed of Jacob are going to be severely punished by GOD; He is going to judge Pharoah once again with plagues, but the magnitude of this judgement will be as never before seen.

_____

59 *"Behold, I will bring them from the north country, and gather them from the coasts of the earth".* (Jeremiah 31:8)

60 *"And I will gather the remnant of my flock out of all countries whither I have driven them, and will bring them again to their folds; and they shall be fruitful and increase."* (Jeremiah 23:3)

61 *"Behold, my people is led as a flock to the slaughter: I will not suffer them now to dwell in the land of Egypt: But I will bring them with a mighty hand and a stretched out arm, and smite Egypt with plagues, as before, and will destroy all the land thereof. Egypt shall mourn, and the foundation of it shall be smitten with the plague and punishment that God shall bring upon it."* (2 Esdras 15:10-12)

62 *"Therefore, behold, the days come, saith the LORD, that they shall no more say, The LORD liveth, which brought up the children of Israel out of the land of Egypt; But, The LORD liveth, which brought up and which led the seed of the house of Israel out of the north country, and from all countries whither I had driven them; and they shall dwell in their own land."* (Jeremiah 23:7-8)

63 *"Therefore, behold, the days come, saith the Lord, that it shall no more be said, The Lord liveth, that brought up the children of Israel out of the land of Egypt; But, The Lord liveth, that brought up the children of Israel from the land of the north, and from all the lands whither he had driven them: and I will bring them again into their land that I gave unto their fathers."* (Jeremiah 16:14-15)

64 *"Behold, I will raise them out of the place whither ye have sold them, and will return your recompence upon your own head: And I will sell your sons and your daughters into the hand of the children of Judah, and they shall sell them to the Sabeans, to a people far off: for the LORD hath spoken it."* (Joel 3:7-8)

65 *"Egypt shall be a desolation, and Edom shall be a desolate wilderness, for the violence against the children of Judah, because they have shed innocent blood in their land."* (Joel 3:19)

66 *"Behold, saith the Lord, I will bring plagues upon the world; the sword, famine, death, and destruction. For the Lord knoweth all them that sin against him, and therefore delivereth he them unto death and destruction. For now are the plagues come upon the whole earth and ye shall remain in them: for God shall not deliver you, because ye have sinned against him."* (2 Esdras 15:5 & 26-27)

67 *"And I will execute vengeance in anger and fury upon the heathen, such as they have not heard."* (Micah 5:15)

68 *"But thus saith the Lord, Even the captives of the mighty shall be taken away, and the prey of the terrible shall be delivered: for I will contend with him that contendeth with thee, and I will save thy children. And I will feed them that oppress thee with their own flesh; and they shall be drunken with their own blood, as with sweet wine: and all flesh shall know that I the Lord am thy Saviour and thy Redeemer, the mighty One of Jacob."* (Isaiah 49: 25-26)

69 *"And I will lay my vengeance upon Edom by the hand of my people Israel: and they shall do in Edom according to mine anger and according to my fury; and they shall know my vengeance, saith the Lord God."* (Ezekiel 25:14)

70 *"For Israel hath not been forsaken, nor Judah of his God, of the Lord of hosts; though their land was filled with sin against the Holy One of Israel. Flee out of the midst of Babylon, and deliver every man his soul: be not cut off in her iniquity; for this is the time of the Lord's vengeance; he will render unto her a recompence For thus saith the Lord of hosts, the God of Israel; The daughter of Babylon is like a threshingfloor, it is time to thresh her: yet a little while, and the time of her harvest shall come."* (Jeremiah 51:5-6 & 33)

71 *"Fear thou not, O Jacob my servant, saith the Lord: for I am with thee; for I will make a full end of all the nations whither I have driven thee".* (Jeremiah 46:28)

9664883.1.33-59

## SECTION V.
## PROSECUTION-STONE CARVED WITHOUT HANDS

PARAGRAPH 1. *Messiah Ben David, The Christ, is freeing GOD's People and leading them to Zion.* [72] [73] [74] [75] [76] The Son of GOD has been anointed and appointed to loose the bands of wickedness, undue the heavy burdens, to set the oppressed free, and to break every yoke;[77] he has come to proclaim the Day of Vengeance of GOD and comfort all that mourn.[78]

⬤ (ARTICLE 1) The American Civil War-1861 A.D. to 1865 A.D. was preliminary Judgement upon the United States for the forced chattel enslavement of the ancestors of GOD'S People, which culminated in their emancipation from servitude as an *overt* Institution, but did not free them from systemic prejudice, persecution, and oppression.

⬤ (ARTICLE 2) On account of the eternal hatred fixed in the country's foundation and articulated in the United States' constitutions, the freed men were assigned a second-class citizenship in 1868 A.D. under the Fourteenth Article of Amendment of their federal Constitution, disparate and dissimilar to that enjoyed by *free white persons*; said 14th amendment

### Section 5

The entire End Times which embody the Book of Revelations and are alluded to throughout the Holy Bible, are altogether related to the Salvation of GOD's Children; that is, GOD's Word is foretelling the circumstances by which Jacob will be returned Home. Because He knows, in His infinite wisdom, that His enemies will not hearken to reason or do justice to Jacob's Seed, but instead attempt to war against GOD thereby bringing His judgement upon their own heads; this is what is known as the Day of the Lord or *Day of Vengeance.*

After having unlawfully kidnapped the Children of Israel and been given 400 years to rectify the situation by giving their victims Justice and Restitution, the United States is wholly unremorseful and has refused to even properly apologize for their Crime.

---

[72] "*Thou sawest till that a stone [Messiah Ben David] was cut out without hands, which smote the image upon his feet that were of iron and clay, and brake them to pieces. Then was the iron, the clay, the brass, the silver, and the gold, broken to pieces together; and became like the chaff of the summer threshingfloors; and the wind carried them away, that no place was found for them: and the stone that smote the image became a great mountain [Zion], and filled the whole earth.*" (Daniel 2:34-35)

[73] "*They will plan to wage war against each other, city against city, place against place, nation against nation, and kingdom against kingdom. When these things happen, and the signs that I showed you before take place, then my Son will be revealed*". (2 Esdras 13:31-32, CEB)

[74] "*[H]e will take his stand on the summit of Mount Zion. Zion will come and will appear to all, built and ready, as you saw a mountain carved without hands. My Son himself will indict the assembled nations for their impious deeds [...] He will scold them for their evil plans and reveal the torments with which they are about to be tortured. [...] He will destroy them without effort by the Law*". (2 Esdras 13:35-38, CEB)

[75] "*The lion whom you saw rousing itself from the forest and roaring and speaking to the eagle and rebuking it for its deeds of injustice, as for all the words that you heard him speaking, this is the anointed one. The Most High has kept him for the end of days. He will arise from the line of David, and he will come and speak to them. He will denounce their wicked acts and indict them for their injustice. He will set before them their despicable deeds. He will put them on trial while they are still alive, and after he has convicted them, he will destroy them.*" (2 Esdras 12:31-33, CEB)

[76] "*Behold, the days come, saith the Lord, that I will raise unto David a righteous Branch, and a King shall reign and prosper, and shall execute judgment and justice in the earth.*" (Jeremiah 23:5)

[77] "*Is not this the fast that I have chosen? to loose the bands of wickedness, to undo the heavy burdens, and to let the oppressed go free, and that ye break every yoke?*" (Isaiah 58:6)

[78] "*[A]nd the day of vengeance of our God; to comfort all that mourn; To appoint unto them that mourn in Zion, to give unto them beauty for ashes, the oil of joy for mourning, the garment of praise for the spirit of heaviness; that they might be called trees of righteousness, the planting of the Lord, that he might be glorified. And they shall build the old wastes, they shall raise up the former desolations, and they shall repair the waste cities, the desolations of many generations. And strangers shall stand and feed your flocks, and the sons of the alien shall be your plowmen and your vinedressers. But ye shall be named the Priests of the Lord: men shall call you the Ministers of our God: ye shall eat the riches of the Gentiles, and in their glory shall ye boast yourselves.*" (Isaiah 61:2-6)

citizenship authorizes all forms of violence and Injustice—
including mass incarceration, murder and other blatant Atrocity—
against all persons who identify under the Negro genus of
**diminutive legal epithets**, which includes: Black, Negro, Nigger,
Moorish, Hebrew-Israelite, Black-Muslim, Freedmen, Black-
Indians, Black-American, African-American, Colored, and all
related illicit designations denoting **diminished legal status**.

    ● (ARTICLE 3) Whereas the Children of Israel have a
NATIONALITY— ancient and distinguished— the fallacious
monikers of the Negro genus are legally **void** *ab initio*, rendering
them entitled to recompence for every drop of theirs and their
ancestors' blood shed on American soil since the time of their
arrival in 1619 A.D.; moreover, disenfranchised Israelites around
the world are entitled to Reparation and Restitution equitable to
that of their Judahitish brethren in America.

    PARAGRAPH 2. *An Indictment against Lawlessness and
legalized Criminality.* Every nation of the world: witness the LAWLESS
depravity of the United States of America who has legalized Criminality
against GOD's Elect, the *shameless* WHORE of Babylon.

    ● (ARTICLE 1) The U.S. Naturalization Laws accede that
Hebrews— especially and including Israelites— are *free white
persons* under the Constitution and Laws of the United States of
America; further, said free white Persons are and have always
been *human beings*— not emancipated chattel property— to
whom is owing the protections of International Law, as well as
attention and aid of the International Community for the public
redress due the Nation of Israel for this *Controversy of Tsiyon*.

    ● (ARTICLE 2) Every Israelite who appears in a U.S. state
or federal court has the legal standing of free white persons to
which attaches the Right to prosecute and defend at Law,
notwithstanding Government Code; every judgment or sentence
rendered without observance of said Right is retroactively
nullified and hereby declared *void*.

    PARAGRAPH 3. *Prayer for Relief.* Whereby a new Covenant
has heretofore been established between The Father and His Son,
mediated through the Blood of the Lamb;[79] the Executor of the foregoing
hereby moves to join thereto Legitimized Israelites, as well as Foreigners.

*Section 5 continued…*

Verily, the enslaved Israelites on U.S. soil were only released to avoid the utter destruction of their nation at the time of the American Civil War. Despite claims of being a godly or even GOD-fearing people, their hypocritical impenitence and apathetic regard for human life is substantiated by their choosing to create a lesser legal status for the Victims of their Crime.

There are different species of citizenship in the U.S.: an *original* intended for the Founders, their progeny, and other approved members of the so-called white race or *free white persons*, and a *lesser* created to keep so-called Negroes in bondage who would believe themselves to be free but could never receive equal rights under their lesser legal status or *14th amendment citizenship*.

They premeditatedly and maliciously wanted to ensure that enslavement and mistreatment of their Victims would be perpetual whilst pretending and appearing to the International Community to have made good faith efforts toward GOD's People. They were able to justify in their minds the dehumanization and abuse of what they believed to be uncivilized Africans, but in reality they had enslaved the Mothers and Fathers of civilization and high culture–the very People spoken of in their Christian Bibles–Israelitish Hebrews. Ironically, Hebrews are classified as *free white persons* under U.S. law enabling these very persons they refused to Restitute to sue them in their own courts and force them to Reparate their Crime under their own laws.

---

79 *"And to Jesus the mediator of the new covenant, and to the blood of sprinkling, that speaketh better things than that of Abel."*
(Hebrews 12:24)

9664863.1,34-69

⬤ (ARTICLE 1) The Prosecution prays punitive, equitable, and monetary relief pursuant the New Covenant, in and on behalf of all Israelites, against all named parties and persons complicit therewith; and further prays unabashed, unhindered, unrelenting Divine Judgement for the millennia of lawlessness wrought— of Babylon and her Daughter, her false Prophet, and the Great Red Dragon who gave them their Power— upon the Earth.

*Section 5 continued…*

GOD has witnessed the lawlessness of the United States and all of their filth; the End Times have come during which America will be made to answer for her Crime.

## SECTION VI.
## END OF THE WORLD: FALL OF ROME

*Section 6*

PARAGRAPH 1. ***The Day of the LORD's Vengeance at hand.*** Whereas the Children of Israel remain in the lands of their respective captivities because their Edomite captors have refused to Restitute and release them, [80] [81] [82] Divine Judgment has come upon GOD's enemies: the Day of the Lord is at hand. [83] [84] [85] [86]

Esau or *Edom*, the founder and leader of ancient Rome and the modern spiritual Rome or *Babylonian Beast System* has chosen America to be his prized Daughter who will be made to pay for his Crime together with her siblings, the confederate Western nations.

⬤ (ARTICLE 1) Rather than surrender his unfounded ancient hatred, the Man of Sin and Son of Perdition or *Spirit of Edom* is deluded having exalted himself as though he were GOD,[87] using his imperialistic, capitalistic deception of Materialism and the love of money to infiltrate the hearts and minds of men or *temple of GOD* with the lawless, abominable debauchery that is Western culture; [88] [89] he robs men of their souls leaving

Because GOD is Merciful and Kind, Christian Gentiles and other heathens may repent and stand with Israel to avert judgment from themselves and their households, or they can hold fast to pride and wickedness wherefore Babylon and her Daughter will be destroyed.

---

80 "*Thus saith the Lord of hosts; The children of Israel and the children of Judah were oppressed together: and all that took them captives held them fast; they refused to let them go. Their Redeemer is strong; the Lord of hosts is his name: he shall throughly plead their cause, that he may give rest to the land, and disquiet the inhabitants of Babylon [America and the West]."* (Jeremiah 50:33)
81 "*Though thou exalt thyself as the eagle, and though thou set thy nest among the stars, thence will I bring thee down, saith the Lord. Shall I not in that day, saith the Lord, even destroy the wise men out of Edom, and understanding out of the mount of Esau? For thy violence against thy brother Jacob shame shall cover thee, and thou shalt be cut off for ever. For the day of the Lord is near upon all the heathen: as thou hast done, it shall be done unto thee: thy reward shall return upon thine own head."* (Obadiah 1:4, 8, 10 & 15)
82 "*And a stone of stumbling, and a rock of offence, even to them which stumble at the word, being disobedient: whereunto also they were appointed."* (1 Peter 2:8)
83 "*For God hath not appointed us [Israelites] to wrath, but to obtain salvation by our Lord Jesus Christ".* (1 Thessalonians 5:9)
84 "*Remember, O Lord, the children of Edom in the day of Jerusalem; who said, Rase it, rase it, even to the foundation thereof. O daughter of Babylon, who art to be destroyed; happy shall he be, that rewardeth thee as thou hast served us. Happy shall he be, that taketh and dasheth thy little ones against the stones."* (Psalms 137:7-9)
85 "*Shall not the day of the Lord be darkness, and not light? even very dark, and no brightness in it?"* (Amos 5:20)
86 "*For in those days shall be affliction, such as was not from the beginning of the creation which God created unto this time, neither shall be. And then shall he send his angels, and shall gather together his elect from the four winds, from the uttermost part of the earth to the uttermost part of heaven."* (Mark 13:19 & 27)
87 "*Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God."* (2 Thessalonians 2:4)
88 "*Even him, whose coming is after the working of Satan with all power and signs and lying wonders, And with all deceivableness of unrighteousness in them that perish".* (2 Thessalonians 2:9-10)
89 "*He is proud, knowing nothing, but doting about questions and strifes of words, whereof cometh envy, strife, railings, evil surmisings, Perverse disputings of men of corrupt minds, and destitute of the truth, supposing that gain is godliness: from such withdraw thyself."* (1 Timothy 6:4-5)

- 11 -

everything in the wake of his path *morally* and *spiritually* **desolate**. [90] [91]

PARAGRAPH 2. ***The death of Esau.*** GOD will consume and devour Esau with His fierce anger for the atrocities committed against his brother Jacob, the Apple of His Eye; [92] the Spirit of Edom will be vanquished lest he succeed in conquering the world.

● (ARTICLE 1) Esau, manifested as the revived Roman Empire, will be uprooted and his Edomite dragon armies utterly destroyed. [93] [94] [95] [96] [97]

● (ARTICLE 2) Edom's father, the serpent or the dragon of old who is Satan together with his Serpent Seed and those that follow after them are liars, fornicators, murderers, thieves, idolaters, sorcerers— Abominators that make desolate— who will have their part in the lake of fire on Judgment Day.[98]

PARAGRAPH 3. ***The Resurrection of Jacob.*** The Ten Scattered Tribes, and Judah consisting also in Benjamin, shall all be rejoined as one Nation under a new covenant, [99] [100] and shall abide in the Land of their Fathers forever with GOD dwelling in the midst of them;[101]

*Section 6 continued…*

There can be no leniency or forgiveness without confession of the crime and a penitent heart.

All nations have access to the Holy Bible to bear witness against GOD's enemies and attest to the facts and events that will lead to their demise, less anyone fathom bringing false accusations of GOD being anything other than Merciful and Just.

The two houses that compose the Children of Israel– Judah and Israel– are being rejoined into one kingdom under Messiah Ben David as they were in the days of King David, the son of Jesse.

---

90 *"But they that will be rich fall into temptation and a snare, and into many foolish and hurtful lusts, which drown men in destruction and perdition. For the love of money is the root of all evil: which while some coveted after, they have erred from the faith, and pierced themselves through with many sorrows."* (1 Timothy 6:9-10)

91 *"And because iniquity shall abound, the love of many shall wax cold."* (Matthew 24:12)

92 *"Therefore wait ye upon me, saith the LORD, until the day that I rise up to the prey: for my determination is to gather the nations, that I may assemble the kingdoms, to pour upon them mine indignation, even all my fierce anger: for all the earth shall be devoured with the fire of my jealousy."* (Zephaniah 3:8)

93 *"And by thy sword wilt thou live, And thou wilt serve thy brother. And it shall come to pass when thou becomest great,*
*And dost shake his yoke from off thy neck, Thou wilt sin a complete sin unto death, And thy seed will be rooted out from under heaven."* (Jubilees 26:34-35)

94 *"But I have made Esau bare, I have uncovered his secret places, and he shall not be able to hide himself: his seed is spoiled, and his brethren, and his neighbours, and he is not. For I have sworn by myself, saith the Lord, that Bozrah [Edom]shall become a desolation, a reproach, a waste, and a curse; and all the cities thereof shall be perpetual wastes. Also Edom shall be a desolation: every one that goeth by it shall be astonished, and shall hiss at all the plagues thereof."* (Jeremiah 49: 10, 13 &17)

95 *"Thus saith the Lord; For three transgressions of Edom [Esau], and for four, I will not turn away the punishment thereof; because he did pursue his brother [Jacob] with the sword, and did cast off all pity, and his anger did tear perpetually, and he kept his wrath for ever: But I will send a fire upon Teman [Edom], which shall devour the palaces of Bozrah [Edom]."* (Amos 1:11-12)

96 *"As thou didst rejoice at the inheritance of the house of Israel, because it was desolate, so will I do unto thee: thou shalt be desolate, O mount Seir, and all Idumea, even all of it: and they shall know that I am the Lord."* (Ezekiel 35:15)

97 *"For my sword shall be bathed in heaven: behold, it shall come down upon Idumea [Edom], and upon the people of my curse, to judgment. The sword of the Lord is filled with blood, it is made fat with fatness, and with the blood of lambs and goats, with the fat of the kidneys of rams: for the Lord hath a sacrifice in Bozrah [Edom], and a great slaughter in the land of Idumea. For it is the day of the Lord's vengeance, and the year of recompences for the controversy of Zion." (Isaiah 34:5-6 & 8)*

98 *"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death."* (Revelations 21:8)

99 *"For finding fault with them, he saith, Behold, the days come, saith the Lord, when I will make a new covenant with the house of Israel and with the house of Judah: […] and I will be to them a God, and they shall be to me a people".* (Hebrews 8:8 &10)

100 *"Behold, the days come, saith the Lord, that I will make a new covenant with the house of Israel, and with the house of Judah"* (Jeremiah 31:31)

101 *"And say unto them, Thus saith the Lord God; Behold, I will take the children of Israel from among the heathen, whither they be gone, and will gather them on every side, and bring them into their own land: And I will make them one nation in the land upon the*

9064853.1.35-59

🌑 (ARTICLE 1) The Gentile impostors occupying the Holy Land together with all the heathen nations of the world remaining after the Day of the Lord will come and bow themselves down before the true Israel, and the Holy One of Israel who is the Mighty One of Jacob. [102] [103] [104]

🌑 (ARTICLE 2) The nations of the world will serve GOD through Israel,[105] and those who took Israel into captivity will themselves be in captivity;[106] Messiah Ben David will rule with an iron rod in peace because the head of the serpent— Lucifer or Satan— will be crushed, as prophesied in the Garden of Eden.[107]

## SECTION VII.
## THE NEW WORLD:
## KINGDOM OF HEAVEN

*Section 7*

Chapter 37 of Ezekiel is an exemplary synopsis of the End Times, explaining how the present world will end that is dominated by Edom or *Rome.*

PARAGRAPH 1. ***Returning to the Garden of Eden.*** GOD is establishing His Kingdom on Earth in His holy city, New Jerusalem. [108] [109] [110] Men of all nations who remain following the Day of the Lord may

---

*mountains of Israel; and one king shall be king to them all: and they shall be no more two nations, neither shall they be divided into two kingdoms any more at all. My tabernacle also shall be with them: yea, I will be their God, and they shall be my people. And the heathen shall know that I the Lord do sanctify Israel, when my sanctuary shall be in the midst of them for evermore."* (Ezekiel 37:21-22 & 27-28)

102 *"But Israel shall be saved in the Lord with an everlasting salvation: ye shall not be ashamed nor confounded world without end. I have sworn by myself, the word is gone out of my mouth in righteousness, and shall not return, That unto me every knee shall bow, every tongue shall swear. In the Lord shall all the seed of Israel be justified, and shall glory."* (Isaiah 45:17, 23 & 25)

103 *"Thus saith the Lord God, Behold, I will lift up mine hand to the Gentiles, and set up my standard to the people: and they shall bring thy sons in their arms, and thy daughters shall be carried upon their shoulders. And kings shall be thy nursing fathers, and their queens thy nursing mothers: they shall bow down to thee with their face toward the earth, and lick up the dust of thy feet; and thou shalt know that I am the Lord: for they shall not be ashamed that wait for me."* (Isaiah 49:22-23)

104 *"And the sons of strangers shall build up thy walls, and their kings shall minister unto thee: for in my wrath I smote thee, but in my favour have I had mercy on thee. For the nation and kingdom that will not serve thee shall perish; yea, those nations shall be utterly wasted."* (Isaiah 60:10 & 12)

105 *"And the nations of them which are saved shall walk in the light of it: and the kings of the earth do bring their glory and honour into it."* (Revelations 21:24)

106 *"For the Lord will have mercy on Jacob, and will yet choose Israel, and set them in their own land: and the strangers shall be joined with them, and they shall cleave to the house of Jacob. And the people shall take them, and bring them to their place: and the house of Israel shall possess them in the land of the Lord for servants and handmaids: and they shall take them captives, whose captives they were; and they shall rule over their oppressors. And it shall come to pass in the day that the Lord shall give thee rest from thy sorrow, and from thy fear, and from the hard bondage wherein thou wast made to serve, That thou shalt take up this proverb against the king of Babylon, and say, How hath the oppressor ceased! the golden city ceased! The Lord hath broken the staff of the wicked, and the sceptre of the rulers. He who smote the people in wrath with a continual stroke, he that ruled the nations in anger, is persecuted, and none hindereth. The whole earth is at rest, and is quiet: they break forth into singing."* (Isaiah 14:1-7)

107 *"How art thou fallen from heaven, O Lucifer, son of the morning! how art thou cut down to the ground, which didst weaken the nations!"* (Isaiah 14:12)

108 *"And in the days of these kings shall the God of heaven set up a kingdom, which shall never be destroyed: and the kingdom shall not be left to other people, but it shall break in pieces and consume all these kingdoms, and it shall stand for ever."* (Daniel 2:44)

109 *"The sons also of them that afflicted thee shall come bending unto thee; and all they that despised thee shall bow themselves down at the soles of thy feet; and they shall call thee; The city of the Lord, The Zion of the Holy One of Israel."* (Isaiah 60:14)

110 *"But ye are come unto mount Sion [Zion], and unto the city of the living God, the heavenly Jerusalem, and to an innumerable company of angels".* (Hebrews 12:22)

- 13 -

enter the Garden— through GOD's Heritage, the Nation of Israel [111] [112] [113]— to partake of the Tree of Life.[114]

*Section 7 continued...*

Following the destruction of Rome, the world that is to come will be ruled by Jacob or the true *Nation of Israel (2 Esdras 6:7-9)*, with GOD Himself dwelling in and around them.

🌑 (ARTICLE 1) All those joined to Israel to observe and perform all of GOD's statutes and commandments will have access to the Tree. [115] [116] [117] [118] [119] [120] [121]

*COMMENCED, the fourth day of July in the year of our Lord 2022; COMPLETED, this twenty-second day of July in the year of our Lord 2022, wherefor is affixed His Name:*

## YAHUAH TSIDQENU



# MINISTRY OF THE EXTERIOR
## THE NATION OF ISRAEL

C/O HAR TSIYON
PH: 1(888) 256-6692
www.HarTsiyon.com

**Copyright Notice**
**(For U.S. Citizens and Persons)**

This Constitution belongs to the Nation of Israel and may not be misused or accessed for the purposes of slander, libel, hate speech, or character assassination of any kind. Any U.S. person(s) found to be in violation of the foregoing stipulation may be prosecuted in accordance with the U.S. Constitution and laws, pursuant the Laws of Georgia notwithstanding the O.C.G.A., in Georgia courts.

---

111 *"And had a wall great and high, and had twelve gates, and at the gates twelve angels, and names written thereon, which are the names of the twelve tribes of the children of Israel".* (Revelations 21:12)

112 *"And the foundations of the wall of the city [New Jerusalem or Mount Zion] were garnished with all manner of precious stones [after those and symbolic of the 12 Tribes of Israel]."* (Revelations 21:19)

113 *"Blessed be the God and Father of our Lord Jesus Christ, which according to his abundant mercy hath begotten us [Israelites] again [a second time] unto a lively hope by the resurrection of Jesus Christ from the dead, To an inheritance incorruptible, and undefiled, and that fadeth not away, reserved in heaven for you [New Jerusalem], Who are kept by the power of God through faith [in Christ] unto salvation ready to be revealed in the last time [End Times]."* (1 Peter 1:3-5)

114 *"And let him that is athirst come. And whosoever will, let him take the water of life freely."* (Revelations 22:17)

115 *"To the law and to the testimony: if they speak not according to this word, it is because there is no light in them."* (Isaiah 8:20)

116 *"Shall we continue in sin, that grace may abound? God forbid. Neither yield ye your members as instruments of unrighteousness unto sin: but yield yourselves unto God, as those that are alive from the dead, and your members as instruments of righteousness unto God."* (Romans 6:1-2 & 13)

117 *"But as he which hath called you is holy, so be ye holy in all manner of conversation; Because it is written, Be ye holy; for I am holy."* (1 Peter 1:15-16)

118 *"If ye keep my commandments, ye shall abide in my love; even as I have kept my Father's commandments, and abide in his love."* (John 15:10)

119 *"Blessed are they that do his commandments, that they may have right to the tree of life, and may enter in through the gates into the city [New Jerusalem or Mount Zion]."* (Revelations 22:14)

120 *"And there shall in no wise enter into it [New Jerusalem or Mount Zion] any thing that defileth, neither whatsoever worketh abomination, or maketh a lie: but they which are written in the Lamb's book of life."* (Revelations 21:27)

121 *"Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this is the whole duty of man."* (Ecclesiastes 12:13)

c/oTamah Jada Clark
Har Tsiyon/Nation of Israel
1880 Braselton Hwy Suite 118 #5018
Lawrenceville, GA 30043



**USPS CERTIFIED MAIL**

9214 8901 4298 0476 6693 51

0007235672000011
c/o Joseph Robinette Biden, Jr., U.S. President
United States of America
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500



# See Important Information Enclosed

**LEGAL NOTICE**
*(For U.S. Citizens and Persons):*
*The present is an official communication of and belongs to the Nation of Israel by and through the Government thereof (Har Tsiyon), which may not be misused or accessed for the purposes of slander, libel, hate speech, defamation, or character assassination of any kind. Any U.S. person(s) found to be in violation of the foregoing stipulation may be prosecuted in accordance with the U.S. Constitution and Laws, pursuant the Laws of Georgia notwithstanding the O.C.G.A., in Georgia courts.*



**HAR TSIYON**

MINISTRY OF THE EXTERIOR

# NATION OF ISRAEL

2002 Summit Blvd
Atlanta, Ga 30319
E: Israel@HarTsiyon.com
Ph: 1(888) 256-6692

Zechariah 11:4:5

*Thus saith the Lord my God; Feed the flock of the slaughter; Whose possessors slay them, and hold themselves not guilty: and they that sell them say, Blessed be the Lord; for I am rich: and their own shepherds pity them not.*

United States of America
c/o Joe Biden, President
U. S. Government
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Thursday, December 15, 2022

## RE: Nationhood of the Israelites captive in the United States of America in contravention of the U.S. Constitution and Laws, and in violation of international law

(See Article VI, Clause 2 and Articles of Amendment 1-10, *Constitution of the United States*—1787U.S. Constitution—1787; as well as Part I, Article 1, Paragraph 1 and Part II, Article 2, Paragraphs 1 & 2, *International Covenant on Civil and Political Rights*)

**NATIONAL REGISTER DOC ID:** ME1-US1-12.16.2022
**"NOTICE OF NATIONHOOD"**
Verifiable at www.HarTsiyon.com

**NATIONAL REGISTER DOC ID:** ME1-US1-12.16.2022
**"NOTICE OF NATIONHOOD"**
Verifiable at www.HarTsiyon.com

DEAR PRESIDENT BIDEN,

The Nation of Israel hereby serves Official notice upon the United States of America and their Government, the United States, over which you preside as Chief Executive; that:

### Victims of the Transatlantic Slavetrade were Israelites

I.   The Offspring of persons abducted from the West Coast of Africa in the 17th century A.D. and compelled to chattel enslavement in the former Colonies beginning in 1619 A.D. that later became the American States in 1776 A.D., hereinafter "Israelites" and "Ancient Hebrews", "Biblical Hebrews",[1] or simply "Hebrews"; are the *biological* descendants of the original inhabitants of the countries presently known as Israel and Palestine.[2]

   a.   Israelites are the Heir to Jerusalem and the surrounding regions of Israel and Palestine, which is *prima facie* legal grounds for the Hebrews' **Right of return.**

   b.   In that the United States of America are professedly a Christian Nation whose existence rests upon the Hebrews' Bible, we call upon the Honour and Dignity of the American People and Government to Restitute and Reparate the Israelites according to good moral conscience.

### Jews are non-Semites falsely personating the Biblical Hebrews

II.   Science has proven that the Jewish community is *genetically* of an East Asia origin as opposed to the Middle East; they are not the Israelites.[3]

   a.   Non-Semitic persons are occupying Israel and Palestine under false pretenses of Semitism.[4] We call upon America, as the leader of the West to be a good example and take a stand against anti-Semitism.

---

[1] Public Law 97-280—Oct. 4, 1982. 96 STAT. 1211.

[2] Clark, Tamah Jada (2022): Race as a Social Construct and an Ethnic Reality: Uncovering the Genetically "Black" Aborigines of Ancient Israel, Legal Heirs to the Holy Land. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21400800.v1

[3] Clark, Tamah Jada (2022): Unresolved Semitic Origins of Jewish Population Genetics: Revisiting the Khazar Hypothesis from a Judaic Perspective. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21350886.v1

[4] Clark, Tamah Jada (2022): The Final Exodus. Jewish Anti-Shemitism and Ethnic Supplantation: Aphoristic Prolegomena on Cultural Holocaust in the Holy Land and Surrounding Region; Mandating Reparation and Restitution for Descendants of the Transatlantic Slavetrade; containing A Criminal Indictment of The United States, et. al.; comprising An Outline of The Final Exodus: by Tamah Jada Clark. figshare. Book. https://doi.org/10.6084/m9.figshare.21731057.v1

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 2 *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

9064863.1.37-59
7235972.1.3

1.4

b. Israelis are persons politically affiliated with the State of Israel not to be mistaken as members of the Nation of Israel, which makes them trespassers in law if attempting to withhold the Hebrew Homeland from the Israelites.

c. Peaceful negotiations between the State of Israel and the Nation of Israel, according to Law, are in order to accomplish an acceptable resolution. We call upon America as a founding member of the United Nations to facilitate negation for the purpose of upholding the rule of law in show of support for the Principles upon which the U.N. was founded as outlined in its Charter.

The U.S. Government is a Democracy, but the States are a Republic

III. Because the U.S. Government touts itself as the Champion of democracy, the world mistakenly believes that the United States of America are a Democracy, when they are in Law—though not in fact—, a Republic [5] [6] [7]:

> *"An oligarchy or a democracy is equally unrepublican; each was equally hateful to the founders of our government, and each is equally subversive of the structure which they erected. [...] The framers of the Constitution recognized the distinction between the republican and democratic form of government, and carefully avoided the latter." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 124 (1912)).*

a. Executive Orders and most actions of your Administration do not have the force or effect of Law in the Republic being of a federal nature as opposed to national:[8]

> *Laws must emanate from the law-making power, and in a constitutional republic that power can only be a representative legislature created in accordance with the organic law." Pacific Telephone Co. v. Oregon, 223 U.S. 118, 122 (1912).*

    i. The Federal Bureau of Investigation (FBI), Central Intelligence Agency (CIA), Department of Homeland Security (DHS) and other similar

---

[5] *"When, therefore, [a State] became one of the United States, she entered into an indissoluble relation. All the obligations of perpetual union, and all the guaranties of republican government in the Union, attached at once to the State." (Texas v. White, 74 U.S. (7 Wall.) 700 (1869)).*

[6] *"The United States shall guarantee to every State in this Union a Republican Form of Government," (Article IV, Section 4, Constitution of the United States—1787).*

[7] *"As long therefore as the existing republican forms are continued by the States, they are guaranteed by the Federal Constitution. Whenever the States may choose to substitute other republican forms, they have a right to do so, and to claim the Federal guarantee for the latter. The only restriction imposed on them is, that they shall not exchange republican for anti-republican constitutions". (The Federalist, No. 43, by James Madison (1788)).*

[8] *"The social or personal duties or liabilities of the citizens come within the control of the general government only when remitted to its charge by a special cession of authority, and then solely to the end that such regulations as are of a federal character may be enforced, — as in relation to land and naval forces, and persons in the employ of the United States, the punishment of offences, etc., etc., — but in other respects the national government does not supply the law governing the citizen in his domestic or individual capacity. (In re Burrus, 136 U.S. 586, 606 (1890)).*

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

p. 3

organizations formed within the Democracy do not have any jurisdiction within the Republic; and have been operating in violation of the Constitution and Laws of the same, under your alleged authority without Imprimatur from the Congress.[9] (Legal documentation available upon request).

b. State Governments, such as that of Georgia, have undergone silent coup d'états in that they are—by and through tacit consent of the unsuspecting general public— facilitating and perpetuating the falsity of democracy; and consequently, judges and courts are misrepresenting state and federal Codes as the supreme Law of the Land.[10]

Israelites are entitled to protection of U.S. Constitution and Laws of U.S. Republic

IV. There are two (2) distinct classes of citizenship in America;[11] the first appertains to the Republic and the second to the Democracy. Citizens of the Democracy have neither constitutional nor human rights because they are subjects of the federal Government as opposed to members of the state Republics; most importantly, they do not form part of the human Family of Nations.[12]

a. Although fallaciously mislabeled "Blacks", "African-Americans" and other related tropes of derogation to hold them in perpetual servitude, the said Biblical Hebrews are *Free White Persons* whose human rights and dignity must be protected by the U.S. Government, [13] being nationals of the Republic, in which it has heretofore failed.

---

[9] *"There are certain vital principles in our free Republican governments, which will determine and over-rule an apparent and flagrant abuse of legislative power; as to authorize manifest injustice by positive law; or to take away, that security for personal liberty, or private property, for the protection whereof the government was established. An ACT of the Legislature (for I cannot call it a law) contrary to the great first principles of the social compact, cannot be considered a rightful exercise of legislative authority. The obligation of a law in governments established on express compact, and on republican principles, must be determined by the nature of the power, on which it is founded." (Calder v. Bull, 3 U.S. (3 Dall.) 386 (1798)).*

[10] Clark, Tamah Jada (2022): The Final Exodus. An Educational Treatise on the Georgia Supreme Court Rules; demonstrating their Origin, History, and Inutility at Common Law; and Inapplicability to Bills of Exceptions: containing An Exposition of a Modern-day Coup d'État; comprising An Outline of The Final Exodus: by Tamah Jada Clark.. figshare. Book. https://doi.org/10.6084/m9.figshare.21737489.v1

[11] *"There is in our political system a government of each of the several States, and a government of the United States [e.g. federal Government]. Each is distinct from the others, and has citizens of its own". (United States v. Cruikshank, 92 U.S. 542 (1875)).*

[12] Clark, Tamah Jada (2022): Legally, "Blacks" were never Freed from Slavery and are Ineligible for Constitutional Rights: An Hebraic Look at the Dichotomy of American Citizenship. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21441186.v1

[13] Clark, Tamah Jada (2022): Hebrews are Free White Persons, not "Blacks": Legal Grounds for Reparation and Restitution of the Descendants of the Transatlantic Slavetrade under Domestic and International Law. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21708503.v1
*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 4 *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

**NATIONAL REGISTER DOC ID:** ME1-US1-12.16.2022
**"NOTICE OF NATIONHOOD"**
Verifiable at www.HarTsiyon.com

b. Imposition of the United States Code or State Codes upon the Ancient Hebrews misrepresented as "law" is in violation of the supreme Law of the Land. Every member of the Nation of Israel charged, sentenced, or confined under any government Code—state or federal—is legally entitled to redress.

### Nation of Israel protected by international law

V. As nationals of the U.S. Republic, Israelites come under the purview of fundamental international human rights instruments, including but not limited to the *Universal Declaration of Human Rights (UDHR)*, and the *Declaration on the Rights of Indigenous Peoples (UNDRIP)*; as well as multilateral treaties binding upon the U.S. Government under Article VI, Clause 2 of its Constitution, such as the *International Covenant on Civil and Political Rights (ICCPR)*.

   a. The United States of America are a State Party to the ICCPR; and therefore, the U.S. Government is legally bound to respect Israel's rights as follows:
      i. The right to self-determination (Part I, Article 1, Paragraph 1).
      ii. Freedom from slavery and servitude (Part III, Article 8, Paragraphs 1 & 2).
      iii. Freedom from arbitrary arrest or detention (Part III, Article 9, Paragraphs 1-4), and compensation for violations (Part III, Article 9, Paragraph 5).
      iv. Freedom from interference with privacy, family, and home; and freedom from unlawful attacks on honor and reputation (Part III, Article 17, Paragraph 1).
      v. Freedom of expression (Part III, Article 19, Paragraphs 1 &2).
      vi. Freedom from hatred and incitement of discrimination, hostility, or violence against Israelites (Part III, Part 20, Paragraphs 2).
      vii. Protection of the family unit by society and State (Part III, Article 23, Paragraph 1).
      viii. Right to cultural and religious freedom for Israelitish ethnicity (Part III, Article 27).
      ix. Provide a process for an effective remedy to the violation of Israelitish rights past, present, and future (Part II, Article 2, Paragraph 3(a) & (b)).
      x. Take necessary steps and legal measures to give effect to the foregoing rights (Part II, Article 2, Paragraph 2).

   b. The provisions of the ICCPR extend to all parts of the U.S. (Part IV, Article 50). Thus, proper redress must include and extend to Israelites throughout the country. As the world-renowned Leader of liberty, we call upon America to demonstrate support for the Biblical Hebrews' reclamation of National Identity, as the Chosen People of God and consanguineous brethren of Jesus Christ of Nazareth.

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 5
*known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

We look forward to working together to advance Israelitish interests at home and abroad, under municipal and international law.

/s/

Tamah Jada Clark, J.S.D., Ph.D.
Authorized Signatory
Har Tsiyon
Department of Law
**NATION OF ISRAEL**



*The authenticity of this and any other
official communication of the
Government of Israel can be verified
online by visiting: www.HarTsiyon.com*

*SIGNED*
**FRIDAY, DECEMBER 16, 2022.**

**SEND CORRESPONDENCE TO:**
*(Authorized Recipient)*
Thank you in advance for addressing
any follow-up communications as
provided.



c/o Tamah Jada Clark
The Common Law Office™
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
CommonLaw119@gmail.com
Ph: 1(888) 256-6692 ext. 777

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 6
*known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered.
While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of
unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of
Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that
simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

9964863.1,136-59
7235972,1.7

Case 1:23-cv-05840-JPB   Document 49   Filed 07/22/24   Page 78 of 120

7/4/24, 10:04 PM            Joint Statement of the Dicasteries for Culture and Education and for Promoting Integral Human Development on the "Doctrine of Discovery"



SALA STAMPA DELLA SANTA SEDE
# BOLLETTINO

HOLY SEE PRESS OFFICE   BUREAU DE PRESSE DU SAINT-SIÈGE   PRESSEAMT DES HEILIGEN STUHLS
OFICINA DE PRENSA DE LA SANTA SEDE   SALA DE IMPRENSA DA SANTA SÉ
دار الصحافة التابعة للكرسي الرسولي   BIURO PRASOWE STOLICY APOSTOLSKIEJ

# Joint Statement of the Dicasteries for Culture and Education and for Promoting Integral Human Development on the "Doctrine of Discovery", 30.03.2023

1. In fidelity to the mandate received from Christ, the Catholic Church strives to promote universal fraternity and respect for the dignity of every human being.

2. For this reason, in the course of history the Popes have condemned acts of violence, oppression, social injustice and slavery, including those committed against indigenous peoples. There have also been numerous examples of bishops, priests, women and men religious and lay faithful who gave their lives in defense of the dignity of those peoples.

3. At the same time, respect for the facts of history demands an acknowledgement of the human weakness and failings of Christ's disciples in every generation. Many Christians have committed evil acts against indigenous peoples for which recent Popes have asked forgiveness on numerous occasions.

4. In our own day, a renewed dialogue with indigenous peoples, especially with those who profess the Catholic Faith, has helped the Church to understand better their values and cultures. With their help, the Church has acquired a greater awareness of their sufferings, past and present, due to the expropriation of their lands, which they consider a sacred gift from God and their ancestors, as well as the policies of forced assimilation, promoted by the governmental authorities of the time, intended to eliminate their indigenous cultures. As Pope Francis has emphasized, their sufferings constitute a powerful summons to abandon the colonizing mentality and to walk with them side by side, in mutual respect and dialogue, recognizing the rights and cultural values of all individuals and peoples. In this regard, the Church is committed to accompany indigenous peoples and to foster efforts aimed at promoting reconciliation and healing.

5. It is in this context of listening to indigenous peoples that the Church has heard the importance of addressing the concept referred to as the "doctrine of discovery." The legal concept of "discovery" was debated by colonial powers from the sixteenth century onward and found particular expression in the nineteenth century jurisprudence of courts in several countries, according to which the discovery of lands by settlers granted an exclusive right to extinguish, either by purchase or conquest, the title to or possession of those lands by indigenous peoples. Certain scholars have argued that the basis of the aforementioned "doctrine" is to be found in several papal documents, such as the Bulls *Dum Diversas* (1452), *Romanus Pontifex* (1455) and *Inter Caetera* (1493).

6. The "doctrine of discovery" is not part of the teaching of the Catholic Church. Historical research clearly demonstrates that the papal documents in question, written in a specific historical period and

Case 1:23-cv-05840-JPB    Document 49    Filed 07/22/24    Page 79 of 120

7/4/24, 10:04 PM    Joint Statement of the Dicasteries for Culture and Education and for Promoting Integral Human Development on the "Doctrine of Discovery"

linked to political questions, have never been considered expressions of the Catholic faith. At the same time, the Church acknowledges that these papal bulls did not adequately reflect the equal dignity and rights of indigenous peoples. The Church is also aware that the contents of these documents were manipulated for political purposes by competing colonial powers in order to justify immoral acts against indigenous peoples that were carried out, at times, without opposition from ecclesiastical authorities. It is only just to recognize these errors, acknowledge the terrible effects of the assimilation policies and the pain experienced by indigenous peoples, and ask for pardon. Furthermore, Pope Francis has urged: "Never again can the Christian community allow itself to be infected by the idea that one culture is superior to others, or that it is legitimate to employ ways of coercing others."

7. In no uncertain terms, the Church's magisterium upholds the respect due to every human being. The Catholic Church therefore repudiates those concepts that fail to recognize the inherent human rights of indigenous peoples, including what has become known as the legal and political "doctrine of discovery".

8. Numerous and repeated statements by the Church and the Popes uphold the rights of indigenous peoples. For example, in the 1537 Bull *Sublimis Deus*, Pope Paul III wrote, "We define and declare [ ... ] that [, .. ] the said Indians and all other people who may later be discovered by Christians, are by no means to be deprived of their liberty or the possession of their property, even though they be outside the Christian faith; and that they may and should, freely and legitimately, enjoy their liberty and possession of their property; nor should they be in any way enslaved; should the contrary happen, it shall be null and have no effect".

9. More recently, the Church's solidarity with indigenous peoples has given rise to the Holy See's strong support for the principles contained in the United Nations Declaration on the Rights of Indigenous Peoples. The implementation of those principles would improve the living conditions and help protect the rights of indigenous peoples as well as facilitate their development in a way that respects their identity, language and culture.

---

Resignations and Appointments

Video Message of the Holy Father with the prayer intention for the month of April, disseminated via the Pope's Worldwide Prayer Network

**USPS CERTIFIED MAIL**



9214 8901 4298 0476 8697 75

01300000057889



*CERTIFIED MAIL*



c/oTamah Jada Clark
Har Tsiyon/Nation of Israel
1880 Braselton Hwy Suite 118 #5018
Lawrenceville, GA 30043

## See Important Information Enclosed



0007263542000010
c/o Joseph Robinette Biden, Jr., U.S.
President
United States of America
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

9984863.1.41-59
7263542.1.2

**LEGAL NOTICE**
*(For U.S. Citizens and Persons):*
*The present is an official communication of and belongs to the Nation of Israel by and through the Government thereof (Har Tsiyon), which may not be misused or accessed for the purposes of slander, libel, hate speech, defamation, or character assassination of any kind. Any U.S. person(s) found to be in violation of the foregoing stipulation may be prosecuted in accordance with the U.S. Constitution and Laws of the Republic, pursuant the Laws of Georgia notwithstanding the O.C.G.A., in Georgia courts.*



**HAR TSIYON**
MINISTRY OF THE EXTERIOR

# NATION OF ISRAEL

2002 Summit Blvd
Atlanta, Ga 30319
E: Israel@HarTsiyon.com
Ph: 1(888) 256-6692
Fax: 1 (888) 352-1570

Psalms 94:20-23

*Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law? They gather themselves together against the soul of the righteous, and condemn the innocent blood. But the Lord is my defence; and my God is the rock of my refuge. And he shall bring upon them their own iniquity, and shall cut them off in their own wickedness; yea, the Lord our God shall cut them off.*

United States of America
c/o Joseph Robinette Biden, President
U. S. Government
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Monday, December 26, 2022

## RE: Proclamation on the Peaceful Disposition of the Israelites forcefully subjected to the International Racketeering of the U.S. Government

(Unconstitutional Persecution and Genocide of Israelites by the U.S Department of Justice and the Federal Bureau of Investigation operating thereunder; Treason against the American People; and U.S. Government's Defraudation of the World*)*

**NATIONAL REGISTER DOC ID:** ME3-US1-12.26.2022
**"PROCLAMATION OF PEACE"**
Verifiable at www.HarTsiyon.com

7263542.1.3

DEAR PRESIDENT BIDEN,

The Nation of Israel has previously tendered Official legal notice to the United States of America—by and through your Office as U.S. President— that certain persons labelled "Blacks", "African Americans", "Negros" or other similar derogatory tropes have been **scientifically** proven to be the *genetic* Offspring of the Biblical Hebrews. [1] (See *Notice of Nationhood*; *NATIONAL REGISTER DOC ID: ME1-US1-12.16.2022).*

These Israelites are of course *Hebrews*, which the United States Constitution and Laws made in pursuance thereof—within the meaning of Article VI, Clause 2— recognize as *Free White Persons*, notwithstanding skin tonality. [2] [3] [4] Ergo, Israelites are *nationals* of the American Republic, [5] as opposed to citizens of the United States government subject to the jurisdiction thereof as defined under Article of Amendment 14. [6] [7] This legally entitles Israelites to

---

[1] Clark, Tamah Jada (2022): Race as a Social Construct and an Ethnic Reality: Uncovering the Genetically "Black" Aborigines of Ancient Israel, Legal Heirs to the Holy Land. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21400800.v1

[2] Clark, Tamah Jada (2022): Hebrews are Free White Persons, not "Blacks": Legal Grounds for Reparation and Restitution of the Descendants of the Transatlantic Slavetrade under Domestic and International Law. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21708503.v1

[3] *"Indeed, it does not appear certainly that she belongs to the class or race of persons who 'might be lawfully naturalized;' for, although she is a native of Switzerland, it does not follow from that fact that she is either a free white person , or one of African descent or nativity." (Leonard v. Grant, 5 F. 11, 18 (9th Cir. 1880).*

[4] *"The adjective 'free' need not have been used, because the words 'white persons' alone would have excluded African, whether slave or free, and Indians. Still effect must be given to the words 'white persons.' The Congressmen certainly knew that there were white, yellow, black, red, and brown races. If a Hebrew, a native of Jerusalem, had applied for naturalization in 1790, we cannot believe he would have been excluded on the ground that he was not a white person". (United States v. Balsara, 180 F. 694 (1910)).*

[5] *"Legislation by representatives elected for that purpose is the distinguishing feature of a republican form of government. [...] Every citizen of the United States is entitled to the protection of the Federal Government in his right to be governed by laws enacted only by representatives elected for that purpose, and in accordance with a republican form of government. Such is the 'law of the land.' Const., U.S., art. IV, § 6." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 122 (1912)).*

[6] *"There is in our political system a government of each of the several States, and a government of the United States [e.g. federal Government]. Each is distinct from the others, and has citizens of its own". (United States v. Cruikshank, 92 U.S. 542 (1875)).*

[7] *"An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication. Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States". Preamble, Act of April 9, 1866 for citizens of the United States. [Attachment #1].*

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 2 *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

constitutional and human rights [8] [9] —as non-"Blacks" and non- U.S. citizens [10]— above and beyond the purview of the U.S. Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI) operating thereunder.

## I.   TREASON AGAINST THE AMERICAN PEOPLE

We and the *entire* world are aware that you and your Office diligently promote democracy. However, with all due respect Mr. President, your job requires that you promote the Republic. [11] [12] [13] [14]. Misrepresenting the United States of America as a Democracy is treasonous behaviour for which the American People can lawfully and constitutionally

---

[8] *"There are certain vital principles in our free Republican governments, which will determine and over-rule an apparent and flagrant abuse of legislative power; as to authorize manifest injustice by positive law; or to take away, that security for personal liberty, or private property, for the protection whereof the government was established. An ACT of the Legislature (for I cannot call it a law) contrary to the great first principles of the social compact, cannot be considered a rightful exercise of legislative authority. The obligation of a law in governments established on express compact, and on republican principles, must be determined by the nature of the power, on which it is founded." (Calder v. Bull, 3 U.S. (3 Dall.) 386 (1798)).*

[9] *"The established doctrine is that this liberty may not be interfered with, under the guise of protecting the public interest, by legislative action which is arbitrary or without reasonable relation to some purpose within the competency of the State to effect". (Meyer v. Nebraska, 262 U.S. 390, 399-400 (1923)).*

[10] Clark, Tamah Jada (2022): Legally, "Blacks" were never Freed from Slavery and are Ineligible for Constitutional Rights: An Hebraic Look at the Dichotomy of American Citizenship. figshare. Journal contribution. https://doi.org/10.6084/m9.figshare.21441186.v1

[11] *"The United States shall guarantee to every State in this Union a Republican Form of Government," (Article IV, Section 4, Constitution of the United States—1787).*

[12] *"An oligarchy or a democracy is equally unrepublican; each was equally hateful to the founders of our government, and each is equally subversive of the structure which they erected. [...] The framers of the Constitution recognized the distinction between the republican and democratic form of government, and carefully avoided the latter." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 124 (1912)).*

[13] *"When, therefore, [a State] became one of the United States, she entered into an indissoluble relation. All the obligations of perpetual union, and all the guaranties of republican government in the Union, attached at once to the State." (Texas v. White, 74 U.S. (7 Wall.) 700 (1869)).*

[14] *"As long therefore as the existing republican forms are continued by the States, they are guaranteed by the Federal Constitution. Whenever the States may choose to substitute other republican forms, they have a right to do so, and to claim the Federal guarantee for the latter. The only restriction imposed on them is, that they shall not exchange republican for anti-republican constitutions". (The Federalist, No. 43, by James Madison (1788)).*

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* **p. 3** *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

prosecute all offenders [15] [16] [17][18]—even at gunpoint, if they so decide— under the Common Law of the Republic; and then proceed to rewrite the State Constitutions, so long as the Governments formed are and remain republican. [19] [20] [21] [22] That is, imposition of the United States Code (U.S.C.) misleadingly referred to as "federal law" upon non-federal rights of the American People and of the Israelites,23 constitutes Treason and international Criminal Fraud, respectively. Please allow me to briefly demonstrate in the upcoming Sections II & III.

---

[15] *"All the American political writers, c., use the term people to express the entire numerical aggregate of the community, whether state or national, in contradistinction to the government or legislature." (Luther v. Borden,* 48 U.S. 1, 22 (1849)).

[16] *"'[T]he United States shall guarantee to every State a republican form of government,'is a guaranty to the people of the State, and may be exercised in their favor against the political power called the 'State'"* (United States v. Reese, 92 U.S. 214, 251 (1875)).

[17] Sydney on Government, pp. 70, 349, 436; Locke on Government, p. 316; Burgh's Pol. Dis., Vol. I. pp. 3, 4, 6, Vol. III. pp. 277, 278, 299, 447; Paine's Rights of Man, p. 185; Roger Williams on Civil Liberty; Virginia Convention of 1775; Dec. of Amer. Ind.; Wash. Farewell Address; Trevett v. Weeden, Varnum's Argument; Wilson's Works, Vol. I. pp. 17, 21, 25, 415, 417, 418, 420, Vol. II. p. 128, Vol. III. pp. 277, 278, 299, 447; Federalist, No. 22, p. 87, No. 39, p. 154, No. 40, p. 158, No. 46, p. 188; Virginia Deb. of 1788, pp. 46, 65, 69, 79, 187, 230, 248, 313; Chisholm v. Georgia, 2 Dall. Rep. 448 (Iredell), 454, 457, 458 (Wilson), 470–472 (Jay), 304 (Patterson); Vanhorne's Case, 3 Dall. Rep. 93 (Iredell); Doane's Case, 3 Dall. Rep. 93 (Iredell); 1 Tuck. Bl. Com., App., pp. 4, 9, 10; 1 Cranch, Rep. 176; Rayner's Life of Jefferson, pp. 377, 378; John Taylor, of Car., pp. 412, 413, 489, 490; 4 Wheaton's Rep., p. 404 (Marshall); Rawle on the Const., p. 17; 1 Story's Com. on the Const., pp. 185, 186, 194, 195, 198-300; Virginia Convention of 1829, 1830; Admission of Michigan (Buchanan, Benton, Strange, Brown, Niles, King, Vanderpoel, Toucey); Everett's Address, p. 4; 4 Elliott's Deb. 223.

[18] *""[T]he (political) people include all free white male persons of the age of twenty-one years, who are citizens of the state, are of sound mind, and have not forfeited their right by some crime against the society of which they are members."" (Luther v. Borden, 48 U.S. 1, 22 (1849)).*

[19] *"The power of the people of a State to amend or revise their constitution is so limited by the Constitution of the United States that it cannot abolish the republican form of government." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 121 (1912)).*

[20] Clark, Tamah Jada (2022): The Final Exodus. An Educational Treatise on the Georgia Supreme Court Rules; demonstrating their Origin, History, and Inutility at Common Law; and Inapplicability to Bills of Exceptions: containing An Exposition of a Modern-day Coup d'État; comprising An Outline of The Final Exodus: by Tamah Jada Clark.. figshare. Book. https://doi.org/10.6084/m9.figshare.21737489.v1

[21] *"The institution of American liberty is based upon the principles, that the people are capable of self-government, and have an inalienable right at all times, and in any manner they please, to establish and alter or change the constitution or particular form under which that government shall be effected. This is especially true of the several States composing the Union, subject only to a limitation provided by the United States Constitution, that the State governments shall be republican." (Luther v. Borden, 48 U.S. 1, 20 (1849)).*

[22] *"The State cannot secede from the Union. A change in its fundamental law, repugnant to republican institutions, is contrary to the act of Congress admitting the State, and is an impairment of the obligation of the State to preserve a republican form of government. Tiedeman, Unwritten Const. of the U.S. 164." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 126 (1912)).*

[23] "*The social or personal duties or liabilities of the citizens come within the control of the general government only when remitted to its charge by a special cession of authority, and then solely to the end that such regulations as are of a federal character may be enforced, — as in relation to land and naval forces, and persons in the employ of the United States, the punishment of offences, etc., etc., — but in other respects the national government does not supply the law governing the citizen in his domestic or individual capacity. (In re Burrus, 136 U.S. 586, 606 (1890)).*

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 4 *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

9984863.1.43-59
7283542.1.6

## II.    DEFRAUDATION OF THE WORLD

Code is not law but *only* **evidence** of the true laws. [24] [25] Government Codes do not carry the force and effect of law. *(Code Revision Comm'n v. Pub. Resource.org, Inc., 244 F. Supp. 3d 1350, 1356 (N.D. Ga. 2017))*. Law can only issue under the legislative Power—viz., constitutional Authority to create law—, granted to the Congress of the United States, composed of the Senate and House of Representatives.[26] Contrarily, the U.S.C. issues from the *Office of the Law Revision Counsel* created under Pub. L. 93–554, title I, ch. III, §101, Dec. 27, 1974, 88 Stat. 1777 or the "*Supplemental Appropriations Act of 1975*" codified at 2 U.S.C. § 285. (See Attachment #2: *Supplemental Appropriations Act of 1975*). Needless to say, an appropriations bill cannot bestow legislative Power to create or issue law.[27]

Furthermore, the functions granted the *Office of the Law Revision Counsel* are specified by Pub. L. 94–386, §1, Aug. 14, 1976, 90 Stat. 1170 codified at 2 U.S.C. § 285(b). That Act *clearly* states in its preamble that it is intended *"To direct the Law Revision Counsel to prepare and publish the District of Columbia Code"*; in other words, the U.S. Government is knowingly defrauding the entire world by holding the United States Code out to be "law" in America when it is truly just the Code of the District of Columbia. (See Attachment #3: *D.C. Code Publication Act of 1976*). Each time the U.S. Government interacts with foreign nationals, it is not affording them the benefit and protection of American law, in blatant disrespect for the sovereignty, dignity, and intelligence of foreign States.

## III.    PERSECUTION AND GENOCIDE BY UNCONSTITUTIONAL DOJ AND FBI

Despite outward appearances, the Department of Justice and accompanying Office of Attorney General as they exist today operate unconstitutionally within the Republic; they

---

[24] *"*CODE. *[I]n the jurisdictions following the common law: a written compilation periodically amended of the existing statutes of general and permanent importance, sometimes expressly repealing all prior laws inconsistent with the compilation, sometimes being only a restatement of the existing statutes and only prima-facie evidence of the true laws passed by the legislature".* Merriam-Webster's Unabridged Dictionary, Merriam-Webster, https://unabridged.merriam-webster.com/unabridged/code. Accessed 26 Dec. 2022.

[25] *"United States Code.-The matter set forth in the edition of the Code of Laws of the United States current at any time shall, together with the then current supplement, if any, establish prima facie the laws of the United States, general and permanent in their nature, in force on the day preceding the commencement of the session following the last session the legislation of which is included: Provided, however, That whenever titles of such Code shall have been enacted into positive law the text thereof shall be legal evidence of the laws therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States."* 1 U.S.C. § 204(a).

[26] *"All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives." Article I, Section 1,* Constitution of the United States— 1787.

[27] "*Laws must emanate from the law-making power, and in a constitutional republic that power can only be a representative legislature created in accordance with the organic law." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 122 (1912)).*

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 5 *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

did _not_ emanate from the Federal Judiciary Act of 1789 of the First Congress. Allow me to explain:

1. The present DOJ was created by _"An Act to establish the Department of Justice"_ of June 22, 1870. (See Attachment #4: _An Act to establish the Department of Justice_). Its primary purpose was to provide an avenue for the prosecution of all matters within the Democracy and pertaining to citizens of the United States [Government] or 14th-Amendment citizens,[28] because the Federal Government lacks any legal authority to grant its citizens access to rights or privileges within the Republic.[29] It was never authorized to operate within the Republic.
    a. Because 14th-Amendment citizens were never intended to form part of the Republic and instead be confined to the Democracy, a separate Justice System than that already extant within the Republic was created for that purpose.[30] (See Attachment #5: _Act of July 16, 1866 for the Freedmen's Bureau._)

2. The Office of Attorney General as it exists today comes from Pub. L. 89–554, §4(c), Sept. 6, 1966, 80 Stat. 612 codified at 28 U.S.C. § 503. (See Attachment #6: _An Act to enact title 5, United States Code_). But Pub. L. 89–554, §4(c), Sept. 6, 1966, 80 Stat. 612 **clearly** states in the preamble that its sole purpose is to enact title 5 of the U.S.C.[31] It does _not_ even _purport_ to alter law, but **Code.** Consequently, the U.S. Department of Justice is an unlawful organization of the Federal Democracy unconstitutionally functioning in the Republic. Manifestly, the Federal Bureau of Investigation which is under the DOJ is also unlawful and unconstitutional. (Further legal documentation available upon request). The DOJ and FBI's persecution, incarceration, and murdering of Israelites—falsely misnomered "Blacks",

---

[28] _"And be it further enacted, That the district courts of the United States, within their respective districts, shall have, exclusively of the courts of the several States, cognizance of all crimes and offenses committed against the provisions of this act, and also, concurrently with the circuit courts of the United States, of all causes, civil and criminal. Affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act". Section 3, Act of April 9, 1866 for citizens of the United States._

[29] _"The government of the United States, although it is, within the scope of its powers, supreme and beyond the States, can neither grant nor secure to its citizens rights or privileges which are not expressly or by implication placed under its jurisdiction." (United States v. Cruikshank, 92 U.S. 542 (1875))._

[30] _"And be it further enacted, That the supervision and care of said bureau [Freedmen's Bureau] shall extend to all loyal refugees and freedmen, so far as the same shall be necessary to enable them as speedily as practicable to become self-supporting citizens of the United States, and to aid them in making the freedom conferred by proclamation of the commander-in-chief [Abraham Lincoln], by emancipation under the laws of States, and by constitutional amendment [13th Article of Amendment to U.S. Constitution—1787], available to them and beneficial to the republic." Section 2, Act of July 16, 1866 for the Freedmen's Bureau._

[31] _"To enact title 5, United States Code, "Government Organization and Employees", codifying the general and permanent laws relating to the organization of the Government of the United States and to its civilian officers and employees." Preamble, An Act to enact title 5, United States Code._

_The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also_ p. 6 _known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com_

9964863.1.44-59
7263542.1.8

"Freedmen", "African Americans", etc.— constitutes decades of **GENOCIDE** in blatant contravention of international human rights law of every kind.

3. Also noteworthy and disturbing is that the *alleged* "Congress" identifying itself as the source of legislative Power in the Acts amendatory of the U.S.C. is NOT a legislature being the legislative body of the United States [Government] *democracy*, not that of the United States of America [Nation/Country] *republic* contemplated in the U.S. Constitution—1787.[32] Its "acts" would only be operable within the District of Columbia. But in that they are worded in general language broad enough to cover that which is within as well as without its constitutional jurisdiction, they cannot be limited by judicial construction *(United States v. Reese, 92 U.S. 214 (1875))*. They instead must be declared VOID under *Article III, Section 2, Constitution of the United States*—1787.

## IV. GOVERNMENT SANCTIONED ANTI-SEMITISM AND HATE SPEECH

As you are aware, the Jewish Community and State of Israel are comprised of non-Semites; [33] and they have lamentably usurped the Identity of the Israelites and the Nation of Israel, respectively. [34] Our attempt to obtain peaceful redress and establish a public dialogue pertaining to Jewish and Israeli disregard for the Rule of Law and the maintenance of world peace have yet to be acknowledged by the Jewish Community or the State of Israel. (See *Resolution on the Right of Return*; *NATIONAL REGISTER DOC ID: ME2-IL972-12.18.2022)*. Yet and still, the U.S. Constitution and Laws remain intact and must be upheld stateside.

It is concerning that your Administration, Mr. President, has invited anti-Semitic persons and organizations to the White House to propagate anti-Semitism and continue perpetrating Identity theft upon the Israelites who are the Biblical Hebrews, notwithstanding well-funded, Jewish-led media propaganda. It is disquieting that your Administration has publicly supported anti-American organizations such as the Anti-Defamation League (ADL) and the Southern Poverty Law Center (SPLC). They openly promote hate speech, racism, and overall persecution of the Biblical Hebrews in violation of the U.S. Constitution and Laws, which is subversive of the American Republic. After decades of kindness that the American People

---

[32] *"The word 'legislature' in the Constitution means a representative assembly consisting of two houses, empowered to make the law. Such was its meaning at the time of the adoption of the Constitution. Words and terms are to be taken in the sense in which they were used when the Constitution was adopted. [...] Unless supreme within its jurisdiction a legislative assembly is not a legislature." (Pacific Telephone Co. v. Oregon, 223 U.S. 118, 125-26 (1912)).*

[33] Clark, Tamah Jada (2022): Unresolved Semitic Origins of Jewish Population Genetics: Revisiting the Khazar Hypothesis from a Judaic Perspective. figshare. Journal contribution.
https://doi.org/10.6084/m9.figshare.21350886.v1

[34] Clark, Tamah Jada (2022): The Final Exodus. Jewish Anti-Shemitism and Ethnic Supplantation: Aphoristic Prolegomena on Cultural Holocaust in the Holy Land and Surrounding Region; Mandating Reparation and Restitution for Descendants of the Transatlantic Slavetrade; containing A Criminal Indictment of The United States, et. al.; comprising An Outline of The Final Exodus: by Tamah Jada Clark. figshare. Book. https://doi.org/10.6084/m9.figshare.21731057.v1

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 7 *known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

**NATIONAL REGISTER DOC ID:** ME3-US1-12.26.2022
**"PROCLAMATION OF PEACE"**
Verifiable at www.HarTsiyon.com

have shown to the Jewish Community and to the State of Israel, it may be disheartening to learn of the breadths and depths of Jewish hatred, deception, manipulation, and overall betrayal.

Nevertheless, Mr. President, I would be remiss if I did not **expressly emphasize the peaceful, law-abiding nature and intent of the Israelites**. The only weapon that any of us wields is the Word of God. *(Ephesians 6:17; Hebrews 4:12; Job 19:29; Ezekiel 32:10-12 & 18-21 & 29-32).*

/s/

Tamah Jada Clark, J.S.D., Ph.D.
Authorized Signatory
Har Tsiyon
Department of Law
**NATION OF ISRAEL**



*The authenticity of this and any other official communication of the Government of Israel can be verified online by visiting: www.HarTsiyon.com*

*SItaGNED*
**MONDAY, DECEMBER 26, 2022.**

*SEND CORRESPONDENCE TO:*
*(Authorized Recipient)*
Thank you in advance for addressing any follow-up communications as provided.



c/o Tamah Jada Clark
The Common Law Office™
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
CommonLaw119@gmail.com
Ph: 1(888) 256-6692 ext. 777

Enclosures:

- Attachment #1: *Act of April 9, 1866 for citizens of the United States.*
- Attachment #2: *Supplemental Appropriations Act of 1975 [pp. 1771-1777].*
- Attachment #3: *D.C. Code Publication Act of 1976.*
- Attachment #4: *An Act to establish the Department of Justice of 1870.*
- Attachment #5: *Act of July 16, 1866 for the Freedmen's Bureau.*
- Attachment #6: *An Act to enact title 5, United States Code [pp. 378, 612-613].*

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 8
*known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

9664863, 1.45-59

7263542, 1.10

**NATIONAL REGISTER DOC ID:** ME3-US1-12.26.2022
**"PROCLAMATION OF PEACE"**
Verifiable at www.HarTsiyon.com

CC:

United Nations Security Council
c/o Ruchira Kamboj, President
First Ave, New York, NY 10017
United States

U.S. Department of Justice
c/o Merrick B. Garland, Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530

Anti-Defamation League
c/o Jonathan Greenblatt, President
605 Third Avenue
New York, NY 10158-3650
Ph: (212) 885-7700

Southern Poverty Law Center
c/o Bennett Grau, Chairman
400 Washington Ave.
Montgomery, AL 36104
Ph: (334) 956-8200

*The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also* p. 9
*known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered.*
*While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of*
*unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of*
*Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that*
*simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. www.HarTsiyon.com*

12/26/22, 6:26 PM

00590027.gif (750×1204)

CHAP. XXXI. — *An Act to protect all Persons in the United States in their Civil*    April 9, 1866.
*Rights, and furnish the Means of their Vindication.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding.

*Who are citizens of the United States,*

*their rights and obligations*

Sec. 2. *And be it further enacted,* That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

*Penalty for depriving any person of any right protected by this act, by reason of color or race, &c*

Sec. 3. *And be it further enacted,* That the district courts of the United States, within their respective districts, shall have, exclusively of the courts of the several States, cognizance of all crimes and offences committed against the provisions of this act, and also, concurrently with the circuit courts of the United States, of all causes, civil and criminal, affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act; and if any suit or prosecution, civil or criminal, has been or shall be commenced in any State court, against any such person, for any cause whatsoever, or against any officer, civil or military, or other person, for any arrest or imprisonment, trespasses, or wrongs done or committed by virtue or under color of authority derived from this act or the act establishing a Bureau for the relief of Freedmen and Refugees, and all acts amendatory thereof, or for refusing to do any act upon the ground that it would be inconsistent with this act, such defendant shall have the right to remove such cause for trial to the proper district or circuit court in the manner prescribed by the "Act relating to *habeas corpus* and regulating judicial proceedings in certain cases," approved March three, eighteen hundred and sixty-three, and all acts amendatory thereof. The jurisdiction in civil and criminal matters hereby conferred on the district and circuit courts of the United States shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where such laws are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offences against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of the cause, civil or criminal, is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern said courts in the trial and disposition of such cause, and, if of a criminal nature, in the infliction of punishment on the party found guilty.

*Courts of the United States to have jurisdiction of offences under this act.*

*Suits commenced in State courts may be removed on defendant's motion.*

1865, ch. 90.
Vol. xiii. p. 507.

1863, ch. 87.
Vol. xii. p. 755.
*Jurisdiction to be enforced according to the laws of the United States, or the common law, &c.*

9564863,1,48-59

7263542,1,12

12/26/22, 6:26 PM

28      THIRTY–NINTH CONGRESS. Sess. I. Ch. 31. 1866.

District attorneys, &c., to institute proceedings against all violating this act.

Sec. 4. *And be it further enacted,* That the district attorneys, marshals, and deputy marshals of the United States, the commissioners appointed by the circuit and territorial courts of the United States, with powers of arresting, imprisoning, or bailing offenders against the laws of the United States, the officers and agents of the Freedmen's Bureau, and every other officer who may be specially empowered by the President of the United States, shall be, and they are hereby, specially authorized and required, at the expense of the United States, to institute proceedings against all and every person who shall violate the provisions of this act, and cause him or them to be arrested and imprisoned, or bailed, as the case may be, for trial before such court of the United States or territorial court as by this act has cognizance of the offence. And with a view to affording reasonable protection to all persons in their constitutional rights of equality before the law, without distinction of race or color, or previous condition of slavery or involuntary servitude, except as a punishment for crime, whereof the party shall have been duly convicted, and to the prompt discharge of the duties of this act, it shall be the duty of the circuit courts of the United States and the superior courts of the Territories of the United States, from

Number of commissioners appointed by circuit and territorial courts to be increased; their authority.

time to time, to increase the number of commissioners, so as to afford a speedy and convenient means for the arrest and examination of persons charged with a violation of this act; and such commissioners are hereby authorized and required to exercise and discharge all the powers and duties conferred on them by this act, and the same duties with regard to offences created by this act, as they are authorised by law to exercise with regard to other offences against the laws of the United States.

Marshals, &c., to obey all precepts under this act.

Sec. 5. *And be it further enacted,* That it shall be the duty of all marshals and deputy marshals to obey and execute all warrants and precepts issued under the provisions of this act, when to them directed; and should

Penalty for refusal, &c.

any marshal or deputy marshal refuse to receive such warrant or other process when tendered, or to use all proper means diligently to execute the same, he shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon whom the accused is alleged to have committed the offence. And the better to enable the said commissioners

Commissioners may appoint persons to execute warrants.

to execute their duties faithfully and efficiently, in conformity with the Constitution of the United States and the requirements of this act, they are hereby authorized and empowered, within their counties respectively, to appoint, in writing, under their hands, any one or more suitable persons, from time to time, to execute all such warrants and other process as may be issued by them in the lawful performance of their respective duties; and the persons so appointed to execute any warrant or process as afore-

Authority of such persons.

said shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged, and to insure a faithful observance of the clause of the Constitution which prohibits slav-

Warrants to run where.

ery, in conformity with the provisions of this act; and said warrants shall run and be executed by said officers anywhere in the State or Territory within which they are issued.

Penalty for obstructing process under this act;

Sec. 6. *And be it further enacted,* That any person who shall knowingly and wilfully obstruct, hinder, or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act, or any person or persons lawfully assisting him or them, from arresting any person for whose apprehension such warrant or

for rescue, &c.;

process may have been issued, or shall rescue or attempt to rescue such person from the custody of the officer, other person or persons, or those lawfully assisting as aforesaid, when so arrested pursuant to the authority

for aiding to escape;

herein given and declared, or shall aid, abet, or assist any person so arrested as aforesaid, directly or indirectly, to escape from the custody of the

for harboring, &c.

officer or other person legally authorized as aforesaid, or shall harbor or

12/26/22, 6:27 PM

00610029.gif (750×1204)

THIRTY–NINTH CONGRESS. Sess. I. Ch. 31. 1866.

29

conceal any person for whose arrest a warrant or process shall have been issued as aforesaid, so as to prevent his discovery and arrest after notice or knowledge of the fact that a warrant has been issued for the apprehension of such person, shall, for either of said offences, be subject to a fine not exceeding one thousand dollars, and imprisonment not exceeding six months, by indictment and conviction before the district court of the United States for the district in which said offence may have been committed, or before the proper court of criminal jurisdiction, if committed within any one of the organized Territories of the United States.

SEC. 7. *And be it further enacted,* That the district attorneys, the marshals, their deputies, and the clerks of the said district and territorial courts shall be paid for their services the like fees as may be allowed to them for similar services in other cases; and in all cases where the proceedings are before a commissioner, he shall be entitled to a fee of ten dollars in full for his services in each case, inclusive of all services incident to such arrest and examination. The person or persons authorized to execute the process to be issued by such commissioners for the arrest of offenders against the provisions of this act shall be entitled to a fee of five dollars for each person he or they may arrest and take before any such commissioner as aforesaid, with such other fees as may be deemed reasonable by such commissioner for such other additional services as may be necessarily performed by him or them, such as attending at the examination, keeping the prisoner in custody, and providing him with food and lodging during his detention, and until the final determination of such commissioner, and in general for performing such other duties as may be required in the premises; such fees to be made up in conformity with the fees usually charged by the officers of the courts of justice within the proper district or county, as near as may be practicable, and paid out of the Treasury of the United States on the certificate of the judge of the district within which the arrest is made, and to be recoverable from the defendant as part of the judgment in case of conviction.

*Fees of district attorneys, marshals, clerks, commissioner, &c.;*

*to be paid from the treasury of the United States, and to be recoverable from defendant when convicted.*

SEC. 8. *And be it further enacted,* That whenever the President of the United States shall have reason to believe that offences have been or are likely to be committed against the provisions of this act within any judicial district, it shall be lawful for him, in his discretion, to direct the judge, marshal, and district attorney of such district to attend at such place within the district, and for such time as he may designate, for the purpose of the more speedy arrest and trial of persons charged with a violation of this act; and it shall be the duty of every judge or other officer, when any such requisition shall be received by him, to attend at the place and for the time therein designated.

*President may direct the judge, &c., to attend, &c., for the more speedy trial of persons charged with violating this act;*

SEC. 9. *And be it further enacted,* That it shall be lawful for the President of the United States, or such person as he may empower for that purpose, to employ such part of the land or naval forces of the United States, or of the militia, as shall be necessary to prevent the violation and enforce the due execution of this act.

*may enforce the act with the military and naval power.*

SEC. 10. *And be it further enacted,* That upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States.

*Appeal to the supreme court of the United States.*

SCHUYLER COLFAX,
Speaker of the House of Representatives.
LA FAYETTE S. FOSTER,
President of the Senate, *pro tempore.*

*In the Senate of the United States, April 6, 1866.*

The President of the United States having returned to the Senate, in which it originated, the bill entitled " An act to protect all persons in the United States in their civil rights, and furnish the means of their vindication," with his objections thereto, the Senate proceeded, in pursuance of the Constitution, to reconsider the same ; and,

*Bill passed over the veto of the President.*

9964863.1.47-59

7263542.1.14

12/26/22, 4:01 AM

1771.png (954×1423)

**88 Stat. ]     PUBLIC LAW 93-554—DEC. 27, 1974**                    **1771**

Public Law 93-554

AN ACT

Making supplemental appropriations for the fiscal year ending June 30, 1975, and for other purposes.

December 27, 1974
[H. R. 16900]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are appropriated out of any money in the Treasury not otherwise appropriated, to supply supplemental appropriations (this Act may be cited as the "Supplemental Appropriations Act, 1975") for the fiscal year ending June 30, 1975, and for other purposes, namely:

Supplemental
Appropriations
Act, 1975.

## TITLE I

### CHAPTER I

### DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

#### COMMUNITY PLANNING AND DEVELOPMENT

##### COMMUNITY DEVELOPMENT

For contracts with and payments to States and units of general local government and for related expenses, not otherwise provided for, necessary for carrying out a community development grant program as authorized by Title I of the Housing and Community Development Act of 1974 (P.L. 93-383, 88 Stat. 633), $2,125,000,000, to remain available until September 30, 1977: *Provided,* That upon the date funds become available for obligation under said title, there shall be transferred to and merged with appropriations and authority provided under this head, the uncommitted balances of funds provided for fiscal year 1975 for "Urban Renewal Programs" and "Model Cities Programs": *Provided further,* That there is hereby appropriated an additional $50,000,000, to remain available until September 30, 1977, for urgent community development needs pursuant to section 103(b) of said title.

42 USC 5301.

#### HOUSING PRODUCTION AND MORTGAGE CREDIT

##### HOUSING FOR THE ELDERLY OR HANDICAPPED

The limitation on the aggregate loans that may be made under section 202 of the Housing Act of 1959, as amended, from the fund created by subsection (a)(4)(A) of such section, in accordance with subsection (a)(4)(C) of such section as added by section 210(d)(3) of the Housing and Community Development Act of 1974, is hereby established in the fiscal year ending June 30, 1975, at a level of $100,000,000 in addition to the unobligated balance of the amounts heretofore appropriated to or otherwise deposited in such fund as of the end of month after the enactment of this paragraph.

12 USC 1701q.

*Ante,* p. 669.

1772                                PUBLIC LAW 93-554—DEC. 27, 1974                    [88 Stat.

## NATIONAL SCIENCE FOUNDATION

### Salaries and Expenses

*Ante, p. 276.*

In addition to the purposes for which the appropriation under this head was provided in the Special Energy Research and Development Appropriation Act, 1975 (Public Law 93-322), the Director of the National Science Foundation is authorized to transfer to the Secretary of the Department of Housing and Urban Development and/or the Administrator of the National Aeronautics and Space Administration not to exceed a total of $5,000,000 for support of programs for development and demonstration of solar heating systems and solar heating and cooling systems, and for the preparation of comprehensive plans for such development and demonstration programs, as authorized by the Solar Heating and Cooling Demonstration Act of 1974 (Public Law 93-409).

*Ante, p. 1069.*

## VETERANS ADMINISTRATION

### Assistance for Health Manpower Training Institutions

For grants to affiliated medical schools, assistance to public and nonprofit institutions of higher learning, hospitals and other health manpower institutions affiliated with the Veterans Administration to increase the production of professional and other health personnel, and for expansion of Veterans Administration hospital education and training capacity as authorized by 38 U.S.C. Chapter 82, $10,000,000, to remain available until June 30, 1981.

*38 USC 5070.*

## CHAPTER II

## DEPARTMENT OF LABOR

### Labor-Management Services Administration

#### Salaries and Expenses

For an additional amount for the Labor-Management Services Administration, Salaries and Expenses, $8,150,000, including $1,500,000 to be derived by transfer from Manpower Administration, Program Administration.

### Employment Standards Administration

#### Salaries and Expenses

For an additional amount for Employment Standards Administration, Salaries and Expenses, $6,080,000, including $5,600,000 to be derived by transfer from Comprehensive Manpower Assistance.

### Bureau of Labor Statistics

#### Salaries and Expenses

For additional expenses for the Bureau of Labor Statistics, $300,000, to be derived by a transfer from the Departmental Management, Salaries and Expenses appropriation, of which the entire amount shall be for the expenses of revising the Consumer Price Index, includ-

9684863, 1.48-59
7263542, 1.16

88 Stat. ]     PUBLIC LAW 93-554–DEC. 27, 1974                          1773

ing salaries of temporary personnel assigned to this project without
regard to competitive Civil Service requirements.

## DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE

### HEALTH SERVICES ADMINISTRATION

#### HEALTH SERVICES

For carrying out, to the extent not otherwise provided, section
301(g) of the Public Health Service Act, $2,722,000.                    42 USC 241.

### ALCOHOL, DRUG ABUSE, AND MENTAL HEALTH ADMINISTRATION

#### SAINT ELIZABETHS HOSPITAL

For an additional amount for "Saint Elizabeths Hospital",
$1,789,000, or such amount as may be necessary to increase total funds
available to the hospital by $1,811,000, including reimbursements.

### HEALTH RESOURCES ADMINISTRATION

#### HEALTH RESOURCES

For carrying out, to the extent not otherwise provided, section 225,
titles III, VII, and VIII, of the Public Health Service Act, section      42 USC 234,
222 of the Social Security Amendments of 1972, $147,933,000: Pro-         241, 292, 295.
vided, That in addition, $120,000 may be transferred to this appro-       42 USC 1395f
priation, as authorized by section 201(g) of the Social Security Act      note.
from any one or all of the trust funds referred to therein.               42 USC 401.

Loans, grants, and payments for the next succeeding fiscal year:
For making, after December 31 of the current fiscal year, loans, grants,
and payments under section 225, part C of title VII, and part B of
title VIII of the Public Health Service Act for the first quarter of      42 USC 248,
the next succeeding fiscal year, such sums as may be necessary, and       297.
obligations incurred and expenditures made hereunder shall be charged
to the appropriation for that purpose for such fiscal year: Provided,
That such loans, grants, and payments pursuant to this paragraph
may not exceed 50 per centum of the amounts authorized in part C
of title VII, and in part B of title VIII for these purposes for the next
succeeding fiscal year.

### OFFICE OF EDUCATION

#### ELEMENTARY AND SECONDARY EDUCATION

For carrying out, to the extent not otherwise provided, title I, Part A
($3,702,762,000) Part B ($30,538,000) and Part C ($38,000,000), title
III ($120,000,000), title IV, Part B ($137,380,000) and Part C
($172,888,000), title V, Parts A and C ($39,425,000), title VII and sec.
808 of the Elementary and Secondary Education Act; Part J of the         20 USC 241a,
Vocational Education Act of 1963; section 822 and section 823            841, 331, 851,
($200,000) of Public Law 93–380; section 417(a)(2) of the General       880b, 887a.
Education Provisions Act; title IV of the Civil Rights Act of 1964 and   Ante, p. 607.
title III–A ($21,750,000) of the National Defense Education Act of       601.                                                                         Ante, pp. 600,
1958, $4,558,293,000: Provided, That of the amounts appropriated         20 USC 1227,
above the following amounts shall become available for obligation on     42 USC 3000c,
July 1, 1975, and shall remain available until June 30, 1976: title I,   20 USC 441.

12/26/22, 4:04 AM

PUBLIC LAW 93-554—DEC. 27, 1974 [88 STAT.

20 USC 241a, 331.
20 USC 1227.

*Ante*, pp. 491, 492, 404.

20 USC 241c.

Part A ($1,882,212,000) Part B ($16,538,000) and title IV, Part B ($137,330,000) and Part C ($172,888,000) of the Elementary and Secondary Education Act, and section 417(a)(2) of the General Education Provisions Act ($1,250,000): *Provided further*, That the Commonwealth of Puerto Rico shall receive grants for the current fiscal year pursuant to sections 121, 122, and 123 of the Elementary and Secondary Education Act of 1965 (as such Act exists on the date of enactment of this Act) in amounts equal to not less than the amounts received by the Commonwealth of Puerto Rico for the fiscal year ending June 30, 1974, pursuant to sections 103(a)(5), 103(a)(6), and 103(a)(7), respectively of the Elementary and Secondary Education Act of 1965 (as such Act existed immediately before the effective date of the amendments made to title I of such Act by the Education Amendments of 1974): *Provided further*, That none of these funds shall be used to compel any school system as a condition for receiving grants and other benefits from the appropriations above, to classify teachers or students by race, religion, sex, or national origin; or to assign teachers or students to schools, classes, or courses for reasons of race, religion, sex, or national origin, except as may be required to enforce nondiscrimination provisions of Federal law.

SCHOOL ASSISTANCE IN FEDERALLY AFFECTED AREAS

20 USC 236.
20 USC 631.

20 USC 633.

20 USC 640.

20 USC 635. 644.

For carrying out title I of the Act of September 30, 1950, as amended (20 U.S.C., ch. 13), and the Act of September 23, 1950, as amended (20 U.S.C., ch. 19), $656,016,000, of which $636,016,000, including $43,000,000 for amounts payable under section 6 shall be for the maintenance and operation of schools as authorized by said title I of the Act of September 30, 1950, as amended, and $20,000,000, which shall remain available until expended, shall be for providing school facilities as authorized by said Act of September 23, 1950: *Provided*, That none of the funds contained herein shall be available to pay any local educational agency in excess of 70 per centum of the amounts to which such agency would otherwise be entitled pursuant to section 3(b) of title I: *Provided further*, That none of the funds contained herein shall be available to pay any local educational agency in excess of 90 per centum of the amounts to which such agency would otherwise be entitled pursuant to section 3(a) of said title I if the number of children in average daily attendance in schools of that agency eligible under said section 3(a) is less than 25 per centum of the total number of children in such schools: *Provided further*, That, with the exception of up to $1,000,000 for repairs for facilities constructed under section 10, none of the funds contained herein for providing school facilities shall be available to pay for any other section of the Act of September 23, 1950, until payment has been made of 100 per centum of the amounts payable under section 5 and subsections 14(a) and 14(b): *Provided further*, That of the funds provided herein for carrying out the Act of September 23, 1950, no more than 47.5 per centum may be used to fund section 5 of said Act.

EDUCATION FOR THE HANDICAPPED

20 USC 1401 note.

*Ante*, p. 584.

For carrying out, to the extent not otherwise provided, the Education of the Handicapped Act, $299,609,000: *Provided*, That of this amount $100,000,000 for part B shall become available July 1, 1975, and shall remain available through June 30, 1976: *Provided further*, That of the sums appropriated herein, not to exceed $575,000 shall be available to carry out section 625 of the Education of the Handicapped Act.

https://uscode.house.gov/images/stat/88/1774.png

9964863.1.48-59
7263542.1.18

88 Stat. ]     PUBLIC LAW 93-554—DEC. 27, 1974     1775

### OCCUPATIONAL, VOCATIONAL, AND ADULT EDUCATION

For carrying out, to the extent not otherwise provided, the Adult Education Act of 1966, and section 907 of the Elementary and Secondary Education Act of 1965, as amended, $136,800,000: *Provided,* That of this amount $67,500,000 shall become available for obligation on July 1, 1975 and shall remain available through June 30, 1976.

20 USC 1201 note.

20 USC 900a-5.

Funds appropriated under "Occupational, Vocational, and Adult Education" in the Departments of Labor and Health, Education, and Welfare Appropriations Act, 1975 for carrying out career education under the Cooperative Research Act shall be available only to carry out the provisions of section 406 of Public Law 93-380.

*Ante,* p. 1642.
20 USC 331 note.
*Ante,* p. 551.

### LIBRARY RESOURCES

For carrying out title II of the Elementary and Secondary Education Act, $95,250,000.

20 USC 821.

### ASSISTANT SECRETARY FOR HUMAN DEVELOPMENT

#### HUMAN DEVELOPMENT

For carrying out, except as otherwise provided, Title VII of the Older Americans Act of 1965, as amended, and Titles III and IV of the Juvenile Justice and Delinquency Prevention Act of 1974, $135,000,000.

42 USC 3051.
*Ante,* pp. 1129, 1132.

## CHAPTER III

## LEGISLATIVE BRANCH

## SENATE

### SALARIES, OFFICERS AND EMPLOYEES

#### OFFICE OF THE SECRETARY

For an additional amount for "Office of the Secretary", $75,525: *Provided,* That effective October 1, 1974, the Secretary may appoint and fix the compensation of a technical advisor at not to exceed $28,690 per annum; a chief elections investigator at not to exceed $28,690 per annum, and the Secretary may fix the per annum compensation of the enrolling clerk at not to exceed $26,878 per annum in lieu of $20,235 per annum: *Provided further,* That effective October 1, 1974, the allowance for clerical assistance and readjustment of salaries in the Disbursing Office is increased by $41,040.

#### COMMITTEE EMPLOYEES

For an additional amount for "Committee Employees", $349,980.

#### CONTINGENT EXPENSES OF THE SENATE

#### INQUIRIES AND INVESTIGATIONS

For an additional amount for "Inquiries and Investigations", $5,000. For an additional amount for "Inquiries and Investigations", fiscal year 1974, $250,000.

#### MISCELLANEOUS ITEMS

For an additional amount for "Miscellaneous Items", fiscal year 1974, $1,050,000.

12/26/22, 4:04 AM                                                      1776.png (940×1409)

STATIONERY (REVOLVING FUND)

For an additional amount for "Stationery (Revolving Fund)", $300.

ADMINISTRATIVE PROVISION

Effective date.

Effective January 1, 1975—

(1) that portion of the paragraph relating to contingent funds under the heading "UNDER LEGISLATIVE" in the Act of October 2, 1888 (25 Stat. 546; 2 U.S.C. 68, 95), beginning with "And hereafter" and ending with "Government", is amended to read as follows: "Payments made upon vouchers approved by the Committee on House Administration of the House of Representatives, and payments made upon vouchers or abstracts of disbursements of salaries approved by the Committee on Rules and Administration of the Senate, shall be deemed, held, and taken, and are declared to be conclusive upon all the departments and officers of the Government";

(2) section 204 of the Atomic Energy Act of 1954 (42 U.S.C. 2254) is amended by inserting immediately after "upon vouchers approved by the Chairman", a comma and the following: "except that vouchers shall not be required for the disbursement of salaries of employees paid at an annual rate"; and

(3) section 5(e) of the Employment Act of 1946 (15 U.S.C. 1024(e)) is amended by inserting immediately before the period at the end thereof a comma and the following: "except that vouchers shall not be required for the disbursement of salaries of employees paid at an annual rate".

## HOUSE OF REPRESENTATIVES

### SALARIES, OFFICERS AND EMPLOYEES

For an additional amount for "Salaries, officers and employees", $130,000, including: the House Democratic Steering Committee, $65,000; and the House Republican Conference, $65,000.

### COMMITTEE ON THE BUDGET (STUDIES)

For salaries, expenses, and studies by the Committee on the Budget, and temporary personal services for such committee to be expended in accordance with sections 101(c), 606, 703 and 901(e) of the Congressional Budget Act of 1974, and to be available for reimbursement to agencies for services performed, $138,000.

*Ante, pp. 299, 325, 326, 330.*

### HOUSE BARBER SHOPS REVOLVING FUND

Effective the first of the month following approval of this act there is established in the Treasury of the United States a revolving fund for the House Barber Shops. The amount on deposit in the suspense fund maintained by the Clerk of the House for barber shop receipts on the effective date of this act shall constitute the capital of the fund. All moneys thereafter received by the House Barber Shops from fees for services or from any other source shall be deposited in such fund; and moneys in such fund shall be available without fiscal year limitation for disbursement by the Clerk of the House of Representatives for compensation of personnel of the House Barber Shops. On September 30 of each year the Clerk of the House shall deposit in the general fund of the Treasury from this revolving fund an amount equal to the June 30 balance in such revolving fund.

9864853.1.50-59
7283542.1.20

### Administrative Provisions

Effective on January 2, 1975, the provisions of Title II of House Resolution 988, Ninety-third Congress, relating to: Sec. 202. Early Organization of the House; Sec. 203. Legislative Classification Office; Sec. 204. The House Commission on Information and Facilities; Sec. 205. Office of the Law Revision Counsel; Sec. 206. Review of Committee Jurisdiction; Sec. 207 (c) and (d) Technical and Conforming Provisions; and Sec. 208. Compilation of the Precedents, shall be the permanent law with respect thereto.

Effective date.
2 USC 29a,
2 USC 286-286g.
2 USC 29b.
2 USC 285-285g.
412a.
2 USC 28e.

The provisions of House Resolution 1299, Ninety-third Congress, relating to an additional expert transcriber to official committee reporters of the House of Representatives, and House Resolution 1309, Ninety-third Congress, relating to the United States Capitol Police force, shall be the permanent law with respect thereto.

40 USC 206b.

### JOINT ITEMS

#### Contingent Expenses of the Senate

##### Joint Committee on Printing

For an additional amount for "Joint Committee on Printing", $66,000.

#### Architect of the Capitol

##### Capitol Buildings and Grounds

For additional amounts in the following appropriation accounts:
Capitol Buildings, $3,200,
Senate Office Buildings, $3,600,
House Office Buildings, $6,600:
*Provided*, That notwithstanding any other provision of law, effective on the first day of the first applicable pay period which begins on or after the date of enactment of this Act, the positions of registered nurses compensated under the foregoing appropriations shall be allocated by the Architect of the Capitol to grade 10 of the General Schedule and compensated initially at the same steps in such grade, currently in effect for their present grades, so long as such positions are held by the present incumbents.

40 USC 166b-2.

Notwithstanding any other provision of law, effective January 1, 1975, none of the funds appropriated to the Architect of the Capitol shall thereafter be available for any nursing position unless the position is occupied by a Registered Nurse: *Provided*, That such provision shall not be applicable to the present incumbents of such positions.

Effective date.

##### Construction of an Extension to the New Senate Office Building

For an additional amount for "Construction of an Extension to the New Senate Office Building", $16,322,000, to remain available until expended.

##### Administrative Provision

Hereafter, with the approval of the Joint Committee on the Library, the Architect of the Capitol may utilize personnel paid from appropriations under his control for performance of administrative and clerical duties in connection with the maintenance and operation of the United States Botanic Garden, to such extent as he may deem feasible.

40 USC 216b.

12/26/22, 4:18 AM                                                1170.png (939×1408)

90 STAT. 1170              PUBLIC LAW 94–386—AUG. 14, 1976

## Public Law 94–386
## 94th Congress

### An Act

Aug. 14, 1976    To direct the Law Revision Counsel to prepare and publish the District of
[H.R. 13121]    Columbia Code through publication of supplement V to the 1973 edition, with
                the Council of the District of Columbia to be responsible for preparation and
                publication of such Code thereafter.

D.C. Code.          *Be it enacted by the Senate and House of Representatives of the*
Publication.    *United States of America in Congress assembled,* That paragraph (6)
                of section 205(c) of H. Res. 988, Ninety-third Congress (2 U.S.C.
                285b(6)), as made permanent law by the first paragraph under the
                heading "Administrative Provisions" in chapter III of title I of the
                Act of December 27, 1974 (Public Law 93–554; 88 Stat. 1777), is
                amended by striking out "until such time as the District of Columbia
                Self-Government and Governmental Reorganization Act becomes
                effective" and inserting in lieu thereof "through publication of the
                fifth annual cumulative supplement to the 1973 edition of such Code".

2 USC 285b note;    SEC. 2. (a) After publication by the Law Revision Counsel of the
D.C. Code       fifth annual cumulative supplement to the 1973 edition of the District
49–112.         of Columbia Code, new editions of the District of Columbia Code (and
                annual cumulative supplements thereto) shall be prepared and pub-
                lished under the direction of the Council of the District of Columbia
                and shall set forth the general and permanent laws relating to or in
                force in the District of Columbia, whether enacted by the Congress or
                by the Council of the District of Columbia, except such laws as are of
                application in the District of Columbia by reason of being laws of
                the United States general and permanent in nature.

Future editions.    (b) After completion of the printing of the fifth annual cumulative
                supplement to the 1973 edition of the District of Columbia Code, the
                Public Printer shall, as the Council of the District of Columbia may
                request, either—
                    (1) furnish to the Council of the District of Columbia, on such
                terms as the Public Printer (in consultation with the Joint Com-
                mittee on Printing) deems appropriate, the type used in preparing
                the 1973 edition of the District of Columbia Code and the fifth
                annual cumulative supplement to such edition; or
                    (2) make such arrangements with the Council of the District
                of Columbia as the Public Printer (in consultation with the Joint
                Committee on Printing) deems appropriate for the printing by
                the Government Printing Office of future editions of the District
                of Columbia Code, and annual cumulative supplements thereto,
                prepared under the direction of the Council of the District of
                Columbia.

    Approved August 14, 1976.

---

LEGISLATIVE HISTORY:

HOUSE REPORT No. 94–1096 (Comm. on the District of Columbia).
SENATE REPORT No. 94–1059 (Comm. on the District of Columbia).
CONGRESSIONAL RECORD, Vol. 122 (1976):
    May 24, considered and passed House.
    Aug. 5, considered and passed Senate.

9964853,1,51-59

7263542,1,22

162          FORTY–FIRST CONGRESS. Sess. II. Ch. 142, 150. 1870.

Repairs, &c. without cost to the United States.

Other railroad companies may pass over bridge.

gation of the Potomac river, in efficient working condition at all times; and that, until such time as the needful changes are made to accommodate railroad and other traffic, as contemplated by this supplement, it shall be the duty of the said Baltimore and Potomac Railroad Company to repair without delay all damages to the present bridge, and maintain it without cost to the United States: *Provided,* [That] said railroad company shall give other railroad companies the right to pass over said bridge upon such reasonable terms as may be agreed upon, or Congress prescribe.

United States may take possession of bridge if not kept in repair, free, &c. This act may be amended.

SEC. 2. *And be it further enacted,* That if the said Baltimore and Potomac Railroad Company shall at any time neglect to keep said bridge in good repair, and free for public use for ordinary travel, the government of the United States may enter into possession of the said bridge; and Congress reserves the right to alter or amend this law.

APPROVED, June 21, 1870.

June 22, 1870.

CHAP. CL. — *An Act to establish the Department of Justice.*

Department of justice established. Attorney-General to be the head.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That there shall be, and is hereby, established an executive department of the government of the United States, to be called the Department of Justice, of which the Attorney-General shall be the head. His duties, salary, and tenure of office shall remain as now fixed by law, except so far as they may be modified by this act.

Office of solicitor-general established;

SEC. 2. *And be it further enacted,* That there shall be in said Department an officer learned in the law, to assist the Attorney-General in the performance of his duties, to be called the solicitor-general, and who, in case of a vacancy in the office of Attorney-General, or in his absence or disability, shall have power to exercise all the duties of that office.

of assistants of the Attorney-General. 1871, ch. 72. *Post,* p. 493.

There shall also be continued in said Department the two other officers, learned in the law, called the assistants of the Attorney-General, whose duty it shall be to assist the Attorney-General and solicitor-general in the performance of their duties, as now required by law.

Law officers of other departments, their clerks, &c. to be transferred to Department of Justice and continue under its control.

SEC. 3. *And be it further enacted,* That from and after the time when this act takes effect, the solicitor of the treasury and his assistants, the solicitor of internal revenue, the solicitor and naval judge advocate general, who shall hereafter be known as the naval solicitor, and the clerks, messengers, and laborers employed in the office of the Attorney-General, and in the offices of the solicitor of the treasury, naval solicitor, and solicitor of internal revenue, and the law officer in the Department of State, now designated as the examiner of claims in said Department, shall be transferred from the Departments with which they are now associated to the Department of Justice; and said officers shall exercise their functions under the supervision and control of the head of the Department of Justice.

Questions of law submitted to the Attorney-General, except, &c. may be referred to subordinates, &c. Effect of their opinions indorsed by Attorney-General.

SEC. 4. *And be it further enacted,* That questions of law submitted to the Attorney-General for his opinion, except questions involving a construction of the Constitution of the United States, may be by him referred to such of his subordinates as he may deem appropriate, and be may require the written opinion thereon of the officer to whom the same may be referred; and if the opinion given by such officer shall be approved by the Attorney-General, such approval so indorsed thereon shall give the opinion the same force and effect as belong to the opinions of the Attorney-General.

Cases in the court of claims and Supreme Court of the United States.

SEC. 5. *And be it further enacted,* That whenever the Attorney-General deems it necessary, he may require the solicitor-general to argue any case in which the government is interested before the court of claims; and as to cases coming by appeal from the court of claims to

12/26/22, 5:47 AM

FORTY–FIRST CONGRESS. Sess. II. Ch. 150. 1870.  163

the Supreme Court of the United States, it shall be the duty of the Attorney-General and solicitor-general to conduct and argue them before that court as in other cases in which the United States is interested. And the Attorney-General may, whenever he deems it for the interest of the United States, conduct and argue any case in which the government is interested, in any court of the United States, or may require the solicitor-general or any officer of his Department to do so. And the solicitor-general, or any officer of the Department of Justice, may be sent by the Attorney-General to any State or district in the United States to attend to the interests of the United States in any suit pending in any of the courts of the United States, or in the courts of any State, or to attend to any other interest of the United States; for which service they shall receive, in addition to their salaries, their actual and necessary expenses, while so absent from the seat of government, the account thereof to be verified by affidavit.

*Cases in any court of the United States.*

*Officers of the department may be sent to any State or district.*

*Actual and necessary expenses on such service to be paid.*

Sec. 6. *And be it further enacted,* That whenever a question of law arises in the administration, either of the War or Navy Department, the cognizance of which is not given by statute to some other officer from whom the head of either of these Departments may require advice, the same shall be sent to the Attorney-General, to be by him referred to the proper officer in his Department provided for in this act, or otherwise disposed of as he may deem proper; and each head of any Department of the government may require the opinion of the Attorney-General on all questions of law arising in the administration of their respective Departments.

*Questions of law from War or Navy Departments.*

Sec. 7. *And be it further enacted,* That the duties enjoined upon the auditor of the Post-Office Department by the fourteenth section of the act entitled "An act to change the organization of the Post-Office Department, and to provide more effectually for the settlement of the accounts thereof," passed July two, eighteen hundred and thirty-six, shall hereafter be performed by some officer of the Department of Justice, to be specially designated, under the direction of the Attorney-General, who shall also have the care of prosecutions for mail depredations and penal offenses against the postal laws.

*Duties of auditor of the Post-office Department.*
*1836, ch. 270, §14.*
*Vol. v. p. 82.*
*Prosecutions for offences against postal laws, &c.*

Sec. 8. *And be it further enacted,* That the Attorney-General is hereby empowered to make all necessary rules and regulations for the government of said Department of Justice, and for the management and distribution of its business.

*Rules and regulations of the department.*

Sec. 9. *And be it further enacted,* That the several officers hereinbefore transferred from the other Departments to the Department of Justice shall hold their respective offices until their successors are duly qualified; and the solicitor-general, and whenever vacancies occur, the assistants of the Attorney-General, and all the solicitors and assistant solicitors mentioned in this act, shall be appointed by the President, by and with the advice and consent of the Senate. All the other officers, clerks, and employees in the said Department shall be appointed and be removable by the Attorney-General.

*Officers heretofore transferred to hold office until, &c.*
*Certain appointments to be made by the President;*
*others by the Attorney-General.*

Sec. 10. *And be it further enacted,* That the following annual salaries shall be paid to the officers hereinbefore mentioned: To the solicitor-general, seven thousand five hundred dollars; to each of the assistants of the Attorney-General, five thousand dollars each; to the solicitor of the internal revenue, five thousand dollars; and to the other officers the salaries and fees now allowed by law; and the Attorney-General shall be allowed a stenographic clerk, with an annual salary of two thousand dollars, and he may appoint three additional clerks of the fourth class.

*Salaries.*
*Solicitor-general.*
*Assistants of the Attorney-General.*
*Solicitor of internal revenue.*
*Other officers.*
*Stenographic clerk.*
*Additional clerks.*

Sec. 11. *And be it further enacted,* That all moneys hereafter drawn out of the treasury upon the requisition of the Attorney-General, shall be disbursed by such one of the clerks herein provided for the Attorney-General as he may designate; and so much of the first section of the

*Moneys drawn by the Attorney-General, how to be disbursed.*

9664853_152-59

7263542_124

164                FORTY–FIRST CONGRESS. Sess. II. Ch. 150. 1870.

Repeal of part of 1859, ch. 80, § 1. Vol. xi. p. 490.

act making appropriations, passed March three, eighteen hundred and fifty-nine, as provides that moneys drawn out of the treasury upon the requisition of the Attorney-General shall be disbursed by such disbursing officer as the Secretary of the Treasury may designate, is hereby repealed.

Annual report of Attorney-General; when made, and to include what.

Statistics of crime.

SEC. 12. *And be it further enacted*, That it shall be the duty of the Attorney-General to make an annual report to Congress, in January each year, of the business of the said Department of Justice, and any other matters appertaining thereto that he may deem proper, including the statistics of crime under the laws of the United States, and, as far as practicable, under the laws of the several States.

Superintendent of treasury building to provide suitable rooms.

SEC. 13. *And be it further enacted*, That the superintendent of the treasury building shall provide such suitable rooms in the treasury building as may be necessary to accommodate the officers and clerks of the said Department, or, to the extent that that may be found impracticable, to provide such rooms in some other building in the vicinity of said treasury building.

Attorney-General may require any officer to perform any duty required.

Opinions.

SEC. 14. *And be it further enacted*, That the Attorney-General may require any solicitor or officers of the Department of Justice to perform any duty required of said Department or any officer thereof; and the officers of the law department, under the direction of the Attorney-General, shall give all opinions and render all services requiring the skill of persons learned in the law, necessary to enable the President and heads of the executive Departments, and the heads of bureaus and other officers in such Departments to discharge their respective duties; and shall, for and on behalf of the United States, procure the proper evidence for, and

Suits and proceedings.

No fees to any other attorney or counsellor, for any service herein required.

conduct, prosecute, or defend all suits and proceedings in the Supreme Court of the United States and in the court of claims, in which the United States, or any officer thereof, is a party or may be interested. And no fees shall be allowed or paid to any other attorney or counsel[l]or at law for any service herein required of the officers of the Department of Justice.

Supervisory powers over accounts of district attorneys, &c. to be exercised by Attorney-General;

SEC. 15. *And be it further enacted*, That the supervisory powers now exercised by the Secretary of the Interior over the accounts of the district attorneys, marshals, clerks, and other officers of the courts of the United States, shall be exercised by the Attorney-General, who shall sign all requisitions for the advance or payment of moneys out of the treasury, on estimates or accounts, subject to the same control now exercised on like estimates or accounts by the first auditor or first comptroller of the treasury.

and over conduct and proceedings of attorneys, or employed by, the United States.

SEC. 16. *And be it further enacted*, That the Attorney-General shall have supervision of the conduct and proceedings of the various attorneys for the United States in the respective judicial districts, who shall make report to him of their proceedings, and also of all other attorneys and counsel[l]ors employed in any cases or business in which the United States may be concerned.

Secretaries of departments not to employ attorneys or counsel at the expense of the United States;

to call upon the Department of Justice.

No counsel or attorney fees to be allowed, except, &c. and upon what certificate.

Attorneys, &c. specially re-

SEC. 17. *And be it further enacted*, That it shall not be lawful for the Secretary of either of the executive Departments to employ attorneys or counsel at the expense of the United States; but such Departments, when in need of counsel or advice, shall call upon the Department of Justice, the officers of which shall attend to the same; and no counsel or attorney fees shall hereafter be allowed to any person or persons, besides the respective district attorneys and assistant district attorneys, for services in such capacity to the United States, or any branch or department of the government thereof, unless hereafter authorized by law, and then only on the certificate of the Attorney-General that such services were actually rendered, and that the same could not be performed by the Attorney-General, or solicitor-general, or the officers of the department of justice, or by the district attorneys. And every attorney and counsel[l]or who

12/26/22, 5:47 AM

02010165.gif (750×1225)

7203542.1.25

FORTY–FIRST CONGRESS. Sess. II. Ch. 150, 151, 152. 1870.　　165

shall be specially retained, under the authority of the Department of Justice, to assist in the trial of any case in which the government is interested, shall receive a commission from the head of said Department, as a special assistant to the Attorney-General, or to some one of the district attorneys, as the nature of the appointment may require, and shall take the oath required by law to be taken by the district attorneys, and shall be subject to all the liabilities imposed upon such officers by law. *tained to receive a commission as special assistant to, &c. and shall take the oath, &c.*

SEC. 18. *And be it further enacted,* That the Attorney-General shall from time to time cause to be edited and printed an edition of one thousand copies, at the government printing office, of such of the opinions of the law officers herein authorized to be given as he may deem valuable for preservation, in volumes which shall be as to the size, quality of paper, printing, and binding, of uniform style and appearance, as nearly as practicable, with the eighth volume of said opinions, published by Robert Farnham, in the year eighteen hundred and sixty-eight, which volumes shall contain proper head-notes, a complete and full index, and such foot-notes as the Attorney-General may approve. Such volumes shall be distributed in such manner as the Attorney-General may from time to time prescribe. *Edition of the opinions of law officers to be published from time to time. Style, &c. of volumes, and how distributed.*

SEC. 19. *And be it further enacted,* That this act shall take effect and be in force from and after the first day of July, eighteen hundred and seventy. *This act when to take effect.*

APPROVED, June 22, 1870.

---

CHAP. CLI. — *An Act to authorize the Secretary of the Treasury to issue a Register to the Schooner " Cavallo Marino."* June 22, 1870.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Treasury is hereby authorized to issue a register to the schooner " Cavallo Marino," a vessel now lying in the harbor of Indianola, Texas, and owned by Samuel Marx. *Register to issue to schooner " Cavallo Marino."*

APPROVED, June 22, 1870.

---

CHAP. CLII. — *An Act to incorporate the National Mutual Life Assurance Association of Washington, D. C.* June 23, 1870.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That Almon M. Clapp, Ezra B. French, Stephen J. W. Tabor, R. B. Donaldson, William A. Richardson, Jedediah H. Baxter, James M. Austin, Henry P. H. Bromwell, Aaron F. Randall, John R. Thompson, Dolson B. Searle, Joseph F. Evans, Thomas L. Tullock, Amos L. Merriman, Edward Downey, L. M. Sanders, J. W. Griffin, John W. Boteler, George S. Montrouse, William Wilkinson, James O. Conner, and B. B. French, and their successors, are constituted a body corporate, by the name of "The National Life Assurance and Trust Association," and by that name may sue and be sued, plead and be impleaded, have a common seal, and have all the rights, privileges, and immunities necessary for the purposes of the corporation hereby created : *Provided,* That the said company shall be limited to the District of Columbia in the transaction of its business, and shall not establish any agency in any State except in pursuance of the laws of said State. *National Life Assurance and Trust Association incorporated; powers, &c. where may transact business;*

SEC. 2. *And be it further enacted,* That the corporation above named shall, within one year after the passage of this act, meet and elect such officers as may be necessary to perfect the organization, and thereupon, or as soon thereafter as may be practicable, shall open books for the enrolment of members. *when to organize.*

SEC. 3. *And be it further enacted,* That the objects of this association shall be the mutual insurance of the lives of the members, and the invest- *Objects of the association.*

9964863.1.53-59

7263542.1.26

12/26/22, 6:36 PM

02050173.gif (750×1204)

THIRTY-NINTH CONGRESS. Sess. I. Ch. 184, 200. 1866.    173

fifth section of an act entitled "An act to establish the judicial courts of United States, the United States," passed September twenty-fourth, seventeen hundred and eighty-nine, the defendant, if charged with an offence bailable by the laws of such State, shall not be released from custody until a final judgment upon such writ, or until a bond, with sufficient sureties, in a reasonable sum, as ordered and approved by the State court, shall be given; and if the offence is not so bailable, until a final judgment upon the writ of error. Writs of error in criminal cases shall have precedence upon the docket of the Supreme Court of all cases to which the government of the United States is not a party, excepting only such cases as the court, at their discretion, may decide to be of public importance.

*United States, defendant is not to be released until, &c.*
*1789, ch. 20, § 25.*
*Vol. i. p. 85.*

*If offence is not bailable.*

*Writs of error in criminal cases to have certain precedence on docket of supreme court.*

Sec. 70. *And be it further enacted,* That this act shall take effect, where not otherwise provided, on the first day of August, eighteen hundred and sixty-six, and all provisions of any former act inconsistent with the provisions of this act are hereby repealed: *Provided, however,* That all the provisions of said acts shall be in force for collecting all taxes, duties and licenses properly assessed or liable to be assessed, or accruing under the provisions of acts, the right to which has already accrued or which may hereafter accrue under said acts, and for maintaining and continuing liens, fines, penalties, and forfeitures incurred under and by virtue thereof, and for carrying out and completing all proceedings which have been already commenced, or that may be commenced, to enforce such fines, penalties, and forfeitures, or criminal proceedings under said acts, and for the punishment of crimes of which any party shall be or has been found guilty: *And provided further,* That whenever the duty imposed by any existing law shall cease in consequence of any limitation therein contained before the respective provisions of this act shall take effect, the same duty shall be, and is hereby, continued until such provisions of this act shall take effect; and where any act is hereby repealed, no duty imposed thereby shall be held to cease, in consequence of such repeal, until the respective corresponding provisions of this act shall take effect: *And provided further,* That all manufactures and productions on which a duty was imposed by either of the acts repealed by this act, which shall be in the possession of the manufacturer or producer, or of his agent or agents, on the day when this act takes effect, the duty imposed by any such former act not having been paid, shall be held and deemed to have been manufactured or produced after such date; and whenever by the terms of this act a duty is imposed upon any articles, goods, wares, or merchandise, manufactured or produced, upon which no duty was imposed by either of said former acts, it shall apply to such as were manufactured or produced, and not removed from the place of manufacture or production, on the day when this act takes effect. And the commissioner of internal revenue, under the direction of the Secretary of the Treasury, is authorized to make all necessary regulations and prescribe all necessary forms and proceedings for the collection of such taxes and the enforcement of such fines and penalties for the execution of the provisions of this act.

*When this act shall take effect.*
*Repeal of inconsistent laws.*
*Provisions of former laws to be in force for certain purposes.*

*Certain duties under existing laws to continue.*

*Certain duties not to cease, though law is repealed.*

*Manufactures, &c. in possession of manufacturers, when this act takes effect, on which duty has not been paid, or was not imposed, to be deemed to have been manufactured after such date.*

*Commissioner may make regulations, and prescribe forms and proceedings.*

Sec. 71. *And be it further enacted,* That it shall be the duty of the commissioner of internal revenue to have this act, and the acts to which it is amendatory, published in at least one German newspaper in each of the States of the Union where such paper may be published.

*Tax law to be published in certain German newspapers.*

Approved, July 13, 1866.

CHAP. CC. — *An Act to continue in force and to amend "An Act to establish a Bureau for the Relief of Freedmen and Refugees," and for other Purposes.*

*July 16, 1866.*
*1865, ch. 90.*
*Vol. xiii. p. 507.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the act to establish a bureau for the relief of freedmen and refugees, approved March third, eighteen hundred and sixty-five, shall continue in force for the term of two years from and after the passage of this act.

*Act establishing bureau for relief of freedmen, &c. continued in force for two years.*

7263542.1.27

12/26/22, 6:37 PM

02060174.gif (750×1204)

Supervision and care of bureau to extend to all loyal refugees and freedmen.

SEC. 2. *And be it further enacted,* That the supervision and care of said bureau shall extend to all loyal refugees and freedmen, so far as the same shall be necessary to enable them as speedily as practicable to become self-supporting citizens of the United States, and to aid them in making the freedom conferred by proclamation of the commander-in-chief, by emancipation under the laws of States, and by constitutional amendment, available to them and beneficial to the republic.

Two assistant commissioners to be appointed.

Bonds and salaries. Duties.

SEC. 3. *And be it further enacted,* That the President shall, by and with the advice and consent of the Senate, appoint two assistant commissioners, in addition to those authorized by the act to which this is an amendment, who shall give like bonds and receive the same annual salaries provided in said act, and each of the assistant commissioners of the bureau shall have charge of one district containing such refugees or freedmen, to be assigned him by the commissioner with the approval of the President. And the commissioner shall, under the direction of the President, and so far as the same shall be, in his judgment, necessary for the efficient and economical administration of the affairs of the bureau, appoint such agents, clerks, and assistants as may be required for the proper conduct of the bureau. Military officers or enlisted men may be detailed for service and assigned to duty under this act; and the President may, if in his judgment safe and judicious so to do, detail from the army all the officers and agents of this bureau; but no officer so assigned shall have increase of pay or allowances. Each agent or clerk, not heretofore authorized by law, not being a military officer, shall have an annual salary of not less than five hundred dollars, nor more than twelve hundred dollars, according to the service required of him. And it shall be the duty of the commissioner, when it can be done consistently with public interest, to appoint, as assistant commissioners, agents, and clerks, such men as have proved their loyalty by faithful service in the armies of the Union during the rebellion. And all persons appointed to service under this act, and the act to which this is an amendment, shall be so far deemed in the military service of the United States as to be under the military jurisdiction, and entitled to the military protection of the government while in discharge of the duties of their office.

Agents, clerks, and assistants. Military officers and men may be detailed for service.
All officers and agents of bureau may be detailed from army, but without increase of pay, &c.
Salaries of agents and clerks.
Soldiers to be appointed when it can be done, &c.
All persons appointed under this act to be under military jurisdiction.

Officers of veteran reserve corps now in bureau may be retained.

SEC. 4. *And be it further enacted,* That officers of the veteran reserve corps or of the volunteer service, now on duty in the Freedmen's Bureau as assistant commissioners, agents, medical officers, or in other capacities, whose regiments or corps have been or may hereafter be mustered out of service, may be retained upon such duty as officers of said bureau, with the same compensation as is now provided by law for their respective grades; and the Secretary of War shall have power to fill vacancies until other officers can be detailed in their places without detriment to the public service.

Medical stores, supplies, and aid.

SEC. 5. *And be it further enacted,* That the second section of the act to which this is an amendment shall be deemed to authorize the Secretary of War to issue such medical stores or other supplies and transportation, and afford such medical or other aid as here may be needful for the purposes named in said section : *Provided,* That no person shall be deemed "destitute," "suffering," or "dependent upon the government for support," within the meaning of this act, who is able to find employment, and could, by proper industry or exertion, avoid such destitution, suffering, or dependance.

Who not to be deemed "destitute," "suffering," or "dependent," &c.

Sales made to "heads of families of the African race" by the tax commissioners for South

SEC. 6. Whereas, by the provisions of an act approved February sixth, eighteen hundred and sixty-three, entitled "An act to amend an act entitled 'An act for the collection of direct taxes in insurrectionary districts within the United States, and for other purposes,' approved June seventh, eighteen hundred and sixty-two," certain lands in the parishes of St. Helena and Saint Luke, South Carolina, were bid in by the United States at public tax sales, and by the limitation of said act the time of

9904853.1.54-59
7263542.1.28

378                     PUBLIC LAW 89-554—SEPT. 6, 1966        [80 STAT.

Public Law 89-554

AN ACT

September 6, 1966
[H. R. 10 104]

To enact title 5, United States Code, "Government Organization and Employees", codifying the general and permanent laws relating to the organization of the Government of the United States and to its civilian officers and employees.

Title 5, USC,
Government Or-
ganization and
Employees.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the laws relating to the organization of the Government of the United States and to its civilian officers and employees, generally, are revised, codified, and enacted as title 5 of the United States Code, entitled "Government Organization and Employees", and may be cited as "5 U.S.C., § ", as follows:

# TITLE 5—GOVERNMENT ORGANIZATION AND EMPLOYEES

PART                                                                    Sec.
  I. THE AGENCIES GENERALLY_____    101
 II. THE UNITED STATES CIVIL SERVICE COMMISSION_____   1101
III. EMPLOYEES _____   2101

## PART I—THE AGENCIES GENERALLY

CHAPTER                                                                 Sec.
1. ORGANIZATION _____    101
3. POWERS_____    301
5. ADMINISTRATIVE PROCEDURE_____     501
7. JUDICIAL REVIEW_____     701
9. EXECUTIVE REORGANIZATION _____     901

### CHAPTER 1—ORGANIZATION

Sec.
101. Executive departments.
102. Military departments.
103. Government corporation.
104. Independent establishment.
105. Executive agency.

#### § 101. Executive departments

The Executive departments are:
  The Department of State.
  The Department of the Treasury.
  The Department of Defense.
  The Department of Justice.
  The Post Office Department.
  The Department of the Interior.
  The Department of Agriculture.
  The Department of Commerce.
  The Department of Labor.
  The Department of Health, Education, and Welfare.

#### § 102. Military departments

The military departments are:
  The Department of the Army.
  The Department of the Navy.
  The Department of the Air Force.

#### § 103. Government corporation

For the purpose of this title—
  (1) "Government corporation" means a corporation owned or controlled by the Government of the United States; and


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

### "§ 503. Attorney General

"The President shall appoint, by and with the advice and consent of the Senate, an Attorney General of the United States. The Attorney General is the head of the Department of Justice.

### "§ 504. Deputy Attorney General

"The President may appoint, by and with the advice and consent of the Senate, a Deputy Attorney General.

### "§ 505. Solicitor General

"The President shall appoint in the Department of Justice, by and with the advice and consent of the Senate, a Solicitor General, learned in the law, to assist the Attorney General in the performance of his duties.

### "§ 506. Assistant Attorneys General

"The President shall appoint, by and with the advice and consent of the Senate, nine Assistant Attorneys General, who shall assist the Attorney General in the performance of his duties.

### "§ 507. Assistant Attorney General for Administration

"(a) The Attorney General shall appoint, with the approval of the President, an Assistant Attorney General for Administration, who shall perform such duties as the Attorney General may prescribe.

"(b) The position of Assistant Attorney General for Administration is in the competitive service.

### "§ 508. Vacancies

"(a) In case of a vacancy in the office of Attorney General, or of his absence or disability, the Deputy Attorney General may exercise all the duties of that office, and for the purpose of section 3345 of title 5 the Deputy Attorney General is the first assistant to the Attorney General.

"(b) When, by reason of absence, disability, or vacancy in office, neither the Attorney General nor the Deputy Attorney General is available to exercise the duties of the office of Attorney General, the Assistant Attorneys General and the Solicitor General, in such order of succession as the Attorney General may from time to time prescribe, shall act as Attorney General.

### "§ 509. Functions of the Attorney General

"All functions of other officers of the Department of Justice and all functions of agencies and employees of the Department of Justice are vested in the Attorney General except the functions—

"(1) vested by subchapter II of chapter 5 of title 5 in hearing examiners employed by the Department of Justice;

"(2) of the Federal Prison Industries, Inc.;

"(3) of the Board of Directors and officers of the Federal Prison Industries, Inc.; and

"(4) of the Board of Parole.

### "§ 510. Delegation of authority

"The Attorney General may from time to time make such provisions as he considers appropriate authorizing the performance by any other officer, employee, or agency of the Department of Justice of any function of the Attorney General.

### "§ 511. Attorney General to advise the President

"The Attorney General shall give his advice and opinion on questions of law when required by the President.

9964853.1.55-59

7203542.1.30

### "§ 512. Attorney General to advise heads of executive departments

"The head of an executive department may require the opinion of the Attorney General on questions of law arising in the administration of his department.

### "§ 513. Attorney General to advise Secretaries of military departments

"When a question of law arises in the administration of the Department of the Army, the Department of the Navy, or the Department of the Air Force, the cognizance of which is not given by statute to some other officer from whom the Secretary of the military department concerned may require advice, the Secretary of the military department shall send it to the Attorney General for disposition.

### "§ 514. Legal services on pending claims in departments and agencies

"When the head of an executive department or agency is of the opinion that the interests of the United States require the service of counsel on the examination of any witness concerning any claim, or on the legal investigation of any claim, pending in the department or agency, he shall notify the Attorney General, giving all facts necessary to enable him to furnish proper professional service in attending the examination or making the investigation, and the Attorney General shall provide for the service.

### "§ 515. Authority for legal proceedings; commission, oath, and salary for special attorneys

"(a) The Attorney General or any other officer of the Department of Justice, or any attorney specially appointed by the Attorney General under law, may, when specifically directed by the Attorney General, conduct any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before committing magistrates, which United States attorneys are authorized by law to conduct, whether or not he is a resident of the district in which the proceeding is brought.

"(b) Each attorney specially retained under authority of the Department of Justice shall be commissioned as special assistant to the Attorney General or special attorney, and shall take the oath required by law. Foreign counsel employed in special cases are not required to take the oath. The Attorney General shall fix the annual salary of a special assistant or special attorney at not more than $12,000.

### "§ 516. Conduct of litigation reserved to Department of Justice

"Except as otherwise authorized by law, the conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of Justice, under the direction of the Attorney General.

### "§ 517. Interests of United States in pending suits

"The Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States.

### "§ 518. Conduct and argument of cases

"(a) Except when the Attorney General in a particular case directs otherwise, the Attorney General and the Solicitor General shall con-



ICRC

ADVISORY SERVICE ON IHL

# WHAT IS INTERNATIONAL HUMANITARIAN LAW?



International humanitarian law (IHL) is a set of rules that seeks, for humanitarian reasons, to limit the effects of armed conflict. It protects persons who are not, or are no longer, directly or actively participating in hostilities, and imposes limits on the means and methods of warfare. IHL is also known as "the law of war" or "the law of armed conflict".

IHL is part of public international law, which is made up primarily of treaties, customary international law and general principles of law (see Article 38 of the Statute of the International Court of Justice).

A distinction must be made between IHL, which regulates the conduct of parties engaged in an armed conflict (jus in bello), and public international law, as set out in the Charter of the United Nations, which regulates whether a state may lawfully resort to armed force against another state (jus ad bellum). The Charter prohibits such use of force with two exceptions: cases of self-defence against an armed attack, and when the use of armed force is authorized by the United Nations Security Council. IHL does not stipulate whether the commencement of an armed conflict was legitimate or not, but rather seeks to regulate the behaviour of parties once it has started.

9664863.1.58-59

## WHAT ARE THE ORIGINS OF IHL?

Warfare has always been subject to certain principles and customs. Therefore, it may be said that IHL has its roots in the rules of ancient civilizations and religions.

*The rules of IHL strike a careful balance between humanitarian concerns and the military requirements of States and non-State parties to armed conflict.*

The codification of IHL began in the nineteenth century, notably through the adoption of the 1864 Geneva Convention for the Amelioration of the Condition of the Wounded in Armies in the Field and the 1868 Declaration of Saint Petersburg, which prohibited the use of certain projectiles in wartime. Since then, states have laid down a series of practical rules in order to keep pace with evolving means and methods of warfare and the related humanitarian consequences. The rules of IHL strike a careful balance between humanitarian concerns and the military requirements of states and non-state parties to armed conflict. They address a broad range of issues, including: protection for wounded, sick and shipwrecked members of armed forces; treatment of prisoners of war and other persons detained in connection with an armed conflict; protection for the civilian population and civilian objects; and restrictions on the use of certain weapons and methods of warfare (see next section).

*International humanitarian law is a set of rules that seeks, for humanitarian reasons, to limit the effects of armed conflict.*

## WHAT ARE THE TREATY-BASED SOURCES OF IHL?[1]

The **four Geneva Conventions of 1949** (GC I, II, III and IV), which have been universally acceded to or ratified, constitute the core treaties of IHL. The Conventions have been supplemented by **Additional Protocols I and II of 1977** (AP I and AP II), relating to the protection of victims of international and non-international armed conflicts respectively; and by **Additional Protocol III of 2005** (AP III), relating to an additional distinctive emblem (the red crystal).

Other international treaties prohibit the use of certain means and methods of warfare and protect certain categories of persons and objects from the effects of hostilities. These treaties include:

* the 1925 Protocol for the Prohibition of the Use of Asphyxiating, Poisonous or Other Gases, and of Bacteriological Methods of Warfare
* the 1954 Convention for the Protection of Cultural Property in the Event of Armed Conflict and its two Protocols of 1954 and 1999
* the 1972 Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological) and Toxin Weapons and on their Destruction[2]
* the 1976 Convention on the Prohibition of Military or any Other Hostile Use of Environmental Modification Techniques[3]

---

1   For more information, refer to the ICRC's databases on IHL, available at: https://www.icrc.org/en/icrc-databases-international-humanitarian-law.

2   For more information, refer to the Advisory Services' 1972 Convention on the Prohibition of Biological Weapons factsheet, available at: https://www.icrc.org/en/document/1972-convention-prohibition-bacteriological-weapons-and-their-destruction-factsheet

3    For more information, refer to the Advisory Services' 1976 Convention on the Prohibition of Military or Any Hostile Use of Environmental Modification Techniques factsheet, available at: https://www.icrc.org/en/document/1976-convention-prohibition-military-or-any-hostile-use-environmental-modification

- the 1980 Convention on Prohibitions or Restrictions on the Use of Certain Conventional Weapons Which May Be Deemed to Be Excessively Injurious or to Have Indiscriminate Effects (CCW) and its five Protocols of 1980 (I, II and III), 1995 (IV), and 2003 (V)[4]
- the 1993 Convention on the Prohibition of the Development, Production, Stockpiling and Use of Chemical Weapons and on their Destruction[5]
- the 1997 Convention on the Prohibition of the Use, Stockpiling, Production and Transfer of Anti-Personnel Mines and on their Destruction (APMBC)[6]
- the 2000 Optional Protocol to the Convention on the Rights of the Child on the involvement of children in armed conflict
- the 2006 International Convention for the Protection of All Persons from Enforced Disappearance
- the 2008 Convention on Cluster Munitions (CCM).[7]

**Customary law as a source of IHL**

Alongside treaties, customary law remains an important source of IHL. It can fill gaps if treaty IHL is not applicable (e.g. owing to a lack of ratification or if the criteria for the applicability of treaties are not fulfilled), or where treaty law is less developed, as is the case for non-international armed conflicts.

Customary IHL is formed by "a general practice accepted as law". In principle, customary IHL binds all states and, in non-international armed conflicts, non-state parties to the conflict.

In 2005, based on a mandate by the 26th International Conference of the Red Cross and Red Crescent, the ICRC published a study on customary IHL. One important finding of the study was that there is more customary IHL governing non-international armed conflicts than is laid down in IHL treaties.[8] The rules applicable to non-international armed conflict have a more limited scope than those governing international armed conflict.

*The four **Geneva Conventions of 1949** (GC I, II, III and IV), which have been universally ratified, constitute the core treaties of IHL. The Conventions have been supplemented by **Additional Protocols I and II of 1977**... and by **Additional Protocol III of 2005**...*

### WHEN DOES IHL APPLY?

IHL governs armed conflict. Apart from a few obligations that require implementation in peacetime (e.g. adoption of implementing legislation, dissemination of IHL), it does not apply outside armed conflict.

IHL applies once the conditions for an armed conflict or occupation are factually met on the ground. It applies equally to all sides, regardless of who started the fighting and regardless of motives (jus ad bellum – see discussion above).

IHL distinguishes between international and non-international armed conflict.

---

4   For more information, refer to the Advisory Services' 1980 Convention on Certain Conventional Weapons factsheet, available at: https://www.icrc.org/en/document/1980-convention-certain-conventional-weapons
5   For more information, refer to the Advisory Services' 1993 Chemical Weapons Convention factsheet, available at: https://www.icrc.org/en/document/1993-chemical-weapons-convention
6   For more information, refer to the Advisory Services' 1997 Anti-Personnel Mine Ban Convention factsheet, available at: https://www.icrc.org/en/document/1997-convention-prohibition-anti-personnel-mines-and-their-destruction
7   For more information, refer to the Advisory Services' 2008 Convention on Cluster Munitions factsheet, available at: https://www.icrc.org/en/document/2008-convention-cluster-munitions
8   For more information, refer to the ICRC's Customary IHL Database, available at: https://ihl-databases.icrc.org/customary-ihl/

9954883.1.57.59

**International armed conflicts** are those in which one or more states resort to the use of armed force against one or more other states. Situations of occupation are also covered by the law of international armed conflict, even if they meet with no armed resistance.

International armed conflicts are governed by the four Geneva Conventions; AP I, if applicable; other applicable treaties, such as those which regulate the use of weapons; and customary IHL.

Under AP I, conflicts in which peoples are fighting against colonial domination and alien occupation and against racist regimes in the exercise of their right of self-determination (colloquially known as "wars of national liberation") are also addressed as international armed conflicts.

**Non-international armed conflicts** conflicts involve either governmental armed forces fighting one or more non-state armed groups, or such groups fighting each other.

Not every armed confrontation involving non-state armed groups amounts to a non-international armed conflict. To be governed by IHL, it must reach a certain level of intensity and the non-state parties involved must show a certain level of organization. AP II specifically explains in this respect that it "shall not apply to situations of internal disturbances and tensions, such as riots,isolated and sporadic acts of violence and other acts of a similar nature".

Non-international armed conflicts are governed by Article 3 common to the four Geneva Conventions; AP II, if applicable;[9] other applicable treaties, such as those which regulate the use of weapons; and customary IHL.

The distinction between international and non-international armed conflict is not always immediately obvious. Situations can arise where both types of armed conflict are present. A case-by-case approach, which considers the state or non-state character of the opposing parties, is therefore required to determine which normative framework is applicable in each conflictual relationship. Where both are present, the ICRC classifies such situations as an "armed conflict with a double classification". In this situation, both the law of international armed conflict and the law of non-international armed conflict apply in parallel in accordance with the fragmented approach advocated by the ICRC.

### WHAT DOES IHL COVER?

1. *The protection of those who are not, or are no longer, directly taking part in hostilities.*

The Geneva Conventions regulate the protection and treatment of four categories of persons who are not, or are no longer, directly participating in hostilities, during an **international armed conflict**:

- the wounded and sick in armed forces in the field (GC I)
- wounded, sick and shipwrecked members of the armed forces at sea (GC II)
- prisoners of war (GC III)
- civilians (GC IV)

Most of GC IV applies to civilians who find themselves in the hands of a party to the conflict or an occupying power of which they are not nationals. Civilians who satisfy this criterion are known as "protected persons". This may include stateless persons, internally displaced persons, refugees and journalists. In addition, GC IV contains a number of general protections for the whole population of the countries in conflict, even if they are not "protected persons" in the sense of GC IV.

---

9 AP II applies to non-international armed conflicts that fulfil the following specific criteria: "take place in the territory of a High Contracting party between its armed forces and dissident armed forces or other organized armed groups which, under responsible command, exercise such control over a part of its territory as to enable them to carry out sustained and concerted military operations and to implement this Protocol."

In **non-international armed conflict**, protection similar to that provided in international armed conflict applies to persons who are not, or are no longer, directly taking part in hostilities.

Persons protected by IHL are entitled to respect for their lives, their dignity, and their physical and mental integrity. They are also afforded various legal guarantees. They must be treated humanely in all circumstances, with no adverse distinction founded on race, colour, religion, faith, sex, birth, wealth, or any other similar criteria.

It is, for example, forbidden to murder them, or to subject them to torture. The wounded and the sick must be collected and cared for. In order to ensure the performance of these medical activities, medical personnel, units and transports must be respected and protected. Access to humanitarian assistance for the civilian population affected by the conflict must be allowed and facilitated, subject to the consent of the parties concerned and their right of control. Under IHL, humanitarian personnel and objects must be respected and protected.

The prohibition of "non-adverse" distinction also means that differentiated and/or prioritized measures because of specific needs, capacities and risks of certain groups of people, including children, women or persons with disabilities, are not only allowed but are even required. This means they must be afforded specific respect and protection.

In addition, in international armed conflict, detailed rules govern the conditions of detention for prisoners of war and the treatment of civilians under the authority of an enemy power. These rules cover such matters as the provision of food, shelter and medical care, judicial and procedural guarantees, and the exchange of messages with families.

In international armed conflicts, reprisals against persons protected by the Geneva Conventions, including the wounded, sick and shipwrecked, medical and religious personnel, captured combatants and civilians in occupied territory, are also explicitly prohibited.

*Persons protected by IHL are entitled to respect for their lives, their dignity, and their physical and mental integrity.*

IHL defines a number of clearly recognizable "distinctive emblems". These emblems are the red cross, the red crescent, the red lion and sun (which is no longer used), and thered crystal (for states that have ratified AP III). The distinctive emblems can be used, in times of armed conflict, to identify protected persons, places and objects (including, primarily, armed forces' medical personnel, units and transports (protective use),as well as other medical and religious services). They may also be used, either during armed conflict or in peacetime, for the purpose of identifying persons or objects linked to the International Red Cross and Red Crescent Movement (indicative use).[10]

2. *Restrictions on the means of warfare – in particular weapons – and the methods of warfare, such as military tactics.*

The right of parties to a conflict to choose means or methods of warfare is not unlimited (AP I, Article 35(1)). Restrictions apply to the type of weapons used, the way they are used and the general conduct of all those engaged in the armed conflict. In addition, IHL prohibits the use of means and methods of warfare that are of a nature to cause superfluous injury or unnecessary suffering. IHL regulates the conduct of hostilities on the basis of three core principles: distinction, proportionality and precaution.

The principle of **distinction** requires that the parties to an armed conflict distinguish at all times between civilians and civilian objects on the one hand, and combatants and militaryobjectives on the other, and that attacks may only be directed against combatants and militaryobjectives. The purpose of this is to protect individual civilians, civilian property and thecivilian population as a whole. Direct attacks against civilians or civilian objects andindiscriminate attacks – that is, attacks that strike military objectives and civilians or civilian objects without distinction – are prohibited.

---

10    For more information, refer to the Advisory Services' The Protection of the Red Cross, Red Crescent and Red Crystal Emblems factsheet, available at: https://www.icrc.org/en/document/protection-red-cross-red-crescent-and-red-crystal-emblems-factsheet

9984863.1,58-59

The principle of **proportionality**, a corollary to the principle of distinction, dictates that, when attacking a military objective, incidental loss of civilian life, injury to civilians, damage to civilian objects, or a combination thereof, must not be excessive in relation to the concrete and direct military advantage anticipated. This principle requires parties to anticipate incidental harm that might be caused directly by an attack and the indirect (i.e. reverberating) effects, provided that they are reasonably foreseeable.

The principle of **precaution** requires parties to an armed conflict to take constant care to spare the civilian population, civilians and civilian objects in the conduct of all military operations. These include troop movements and manoeuvres preparatory to combat, such as for ground operations in urban areas. The principle also requires parties to a conflict to take a range of precautions in attack ("active precautions") and a range of precautions against the effects of attacks to protect civilians and civilian objects ("passive precautions").

With respect to precautions in attack, all feasible precautions must be taken to avoid or at least minimize incidental civilian harm. Among others, this includes measures to verify that targets are military objectives and to give the civilian population an effective warning before the attack. It can also entail restrictions on the timing and location of an attack, as well as the weapons or tactics employed. At the same time, parties to an armed conflict must, to the maximum extent feasible, take necessary precautions to protect the civilian population and civilian objects under their control against the effects of attacks. For example, it requires parties to avoid locating military objectives within or near densely populated areas. It might also include temporarily evacuating civilians from, or at least allowing them to leave, a besieged area where hostilities are taking place. Feasible precautions are those that are possible in practice, considering all of the circumstances at the time, including humanitarian and military considerations.

Starvation of civilians and perfidy[11] are some of the **methods** of warfare specifically prohibited under IHL. It is forbidden to order that there be no survivors in battle (i.e. to order that "no quarter shall be given"). Specific rules also apply to demilitarized zones and non-defended areas.

The use of means and methods of warfare that are intended, or may be expected, to cause widespread, long-term and severe damage to the natural environment are also prohibited.

The rules on the conduct of hostilities also grant specific protection to certain objects, including cultural property and places of worship (such as historic monuments), objects indispensable to the survival of the civilian population (including agricultural areas for the production of foodstuffs, crops or drinking water installations), and works and installations containing dangerous forces (namely dams, dykes and nuclear electrical generating stations). Such works and installations, as well as cultural property and civil defence personnel and facilities, can be identified by specific symbols.

### HOW IS IHL IMPLEMENTED?

The implementation of IHL is primarily the responsibility of states. They must respect and ensure respect for these rules in all circumstances (Article 1 common to the four Geneva Conventions).

States must adopt legislation and regulations aimed at ensuring full compliance with IHL. They must, for example, enact laws to provide effective penal sanctions for the most serious violations of the Geneva Conventions – the so-called "grave breaches" – violations that amount to war crimes. States must also adopt laws protecting the red cross, red crescent, red crystal and other symbols.

IHL treaties must be disseminated, for example, through the use of educational programmes for the armed forces and the general public. Other domestic implementation measures must also be taken, such as: the recruitment and training of qualified and specialized personnel and the production of identity cards and other documents for protected persons.

---

11  AP I, Article 37(1), defines perfidy as "[a]cts inviting the confidence of an adversary to lead him to believe that he is entitled to, or is obliged to accord, protection under the rules of international law applicable in armed conflict, with intent to betray that confidence".

IHL treaties also provide for certain mechanisms designed to support compliance. In particular, these include: the protecting powers system; the possibility to resort to an enquiry procedure; and the International Humanitarian Fact-Finding Commission, a mechanism specifically envisaged in Article 90 of AP I. States party to AP I also undertake to cooperate with the United Nations to deal with serious violations of AP I and the Geneva Conventions. Some weapons treaties, including the Anti-Personnel Mine Ban Convention (APMBC), the Arms Trade Treaty (ATT) and the Convention on Cluster Munitions (CCM), provide for reporting mechanisms aimed at monitoring states parties' compliance with the obligations deriving from these treaties.

In addition, the 1998 Statute of the International Criminal Court (ICC) established the Court's jurisdiction to prosecute the most serious crimes of international concern, including war crimes (Article 8). By virtue of the principle of complementarity, its jurisdiction is intended to come into play only when a state is genuinely unable or unwilling to prosecute alleged war criminals over which that state has jurisdiction.

The United Nations Security Council has also established two international tribunals to prosecute crimes committed during the armed conflicts in the former Yugoslavia and in Rwanda, including serious violations of IHL. Mixed courts, comprising both domestic and international elements, have also been put in place to address alleged crimes committed during certain armed conflicts, e.g. the conflicts in Cambodia, Lebanon, Sierra Leone and Timor-Leste.[12]

Additional information on domestic implementation of IHL measures adopted by states is available on the ICRC's National Implementation Database.[13]

### WHAT IS THE DIFFERENCE BETWEEN IHL AND HUMAN RIGHTS LAW?

There are similarities between some of the rules of IHL and human rights law. Both bodies of law strive to protect the lives, health and dignity of individuals. However, these two branches of public international law have developed separately, have different scopes of application and are contained in different treaties. In particular, human rights law – unlike IHL – applies during both armed conflict and peacetime, although some of its provisions can be derogated from during an armed conflict.[14]

*Implementation of IHL is primarily the responsibility of States. They must respect and ensure respect for these rules in all circumstances (Article 1 common to the four Geneva Conventions).*

### WHERE CAN MORE INFORMATION ON IHL BE FOUND?

The ICRC's Advisory Service on IHL, which offers legal and technical support to states for the implementation of IHL, has developed a set of factsheets on various important IHL issues. They are available online at: https://www.icrc.org/en/war-and-law/ihl-domestic-law/documentation

---

12  For more information, refer to the Advisory Service's Penal Repression: Punishing War Crimes factsheet, available at: https://www.icrc.org/en/document/penal-repression-punishing-war-crimes

13  Available at: http://www.icrc.org/ihl-nat

14  For more information, refer to the Advisory Service's International Humanitarian Law and International Human Rights Law: Similarities and Differences factsheet, available at: https://www.icrc.org/en/document/international-humanitarian-law-and-international-human-rights-law-similarities-and

**MISSION**

The International Committee of the Red Cross (ICRC) is an impartial, neutral and independent organization whose exclusively humanitarian mission is to protect the lives and dignity of victims of armed conflict and other situations of violence and to provide them with assistance. The ICRC also endeavours to prevent suffering by promoting and strengthening humanitarian law and universal humanitarian principles. Established in 1863, the ICRC is at the origin of the Geneva Conventions and the International Red Cross and Red Crescent Movement. It directs and coordinates the international activities conducted by the Movement in armed conflicts and other situations of violence.

 facebook.com/icrc
 twitter.com/icrc
 instagram.com/icrc

 **International Committee of the Red Cross**
19, avenue de la Paix
1202 Geneva, Switzerland
T +41 22 734 60 01
shop.icrc.org
© ICRC, March 2022

ORIGIN ID:SCFA    (417) 221-9006
TAMAH JADA CLARK

1880 BRASELTON HWY
SUITE 118 #5018
LAWRENCEVILLE, GA 30043
UNITED STATES US

SHIP DATE: 18JUL24
ACTWGT: 0.10 LB
CAD: 254303705/WSXI3200

BILL SENDER

TO  **CLERK OF COURT**
**RICHARD B. RUSSELL FEDERAL BUILDING**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA GA 30303**
(417) 221-9006         REF: 1
INV: 9964863
PO:                         DEPT:





FedEx.
Express

E

MON - 22 JUL 5:00P
** 2DAY **

TRK#  **2772 0370 9795**
0201

**SG QFEA**

30303
GA-US  ATL

9964863
00001



EXTREMELY URGENT

RT 529 FZ 527
9795 17:00 1
B 07 22

CLEARED SECURITY
U.S. MAR
A
SERVICE
orgia

EXTREMELY URGENT

# URGENT DELIVERY

Delivered by