RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 16 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
E-mail: CommonLaw119@gmail.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570

Wednesday, April 10, 2024

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

SENT VIA USPS CERTIFIED MAIL®

**RE: Exemption from PACER Fees for Non-Attorney Party to Cases**
(Case Nos.1:23-cv-05840-JPB; 1:24-CV-0482-JPB; and 1:24-CV-0116)

Dear Clerk of Court,

    I am writing to request exemption from PACER fees. I am a non-attorney party in multiple suits pending in the Court and need access through PACER to view the dockets. I was already informed by several clerk's office employees that I am unable to file electronically via CM/ECF. It is my understanding, as of today, that I am supposed to get a free copy of everything filed in my cases but have not received any such copies.

    Today at 1:40 PM, a PACER representative, Rachel, instructed me to contact your office to obtain a document to obtain an exemption since it would be the only way for me to receive my free copy as a non-attorney through PACER. Their website also references the free copy I am supposed to receive at https://pacer.uscourts.gov/my-account-billing/billing/options-access-records-if-you-cannot-afford-pacer-fees:

> "Parties in a case (including pro se litigants) and attorneys of record receive one free electronic copy, via the notice of electronic filing or notice of docket activity, of all documents filed electronically, if receipt is required by law or directed by the filer."

    Upon reaching out to your office at 2:04 PM today, I spoke with Courtney who said you (Kevin Weimer) instructed her to have me put the exemption request in writing and send it via mail, so I am. Currently, I have a PACER balance of $75.70 for the present quarter which is due

for payment on May 10, 2024. All of those fees accrued from accessing the three cases to which I am party. I am requesting that those and future fees be waived. My PACER username is **CommonLaw119** and the account number is 4434044.

      You can reach me directly via email at CommonLaw119@gmail.com if you need to speak with me and I will call in if needed. (I do not want my mobile number on file and publicly available). Thank you.

/s/

Tamah Jada Clark



Common Law <commonlaw119@gmail.com>

## Fee Exemption for PACER
4 messages

**Courtney Pollard** <Courtney_Pollard@gand.uscourts.gov>                        Wed, Apr 17, 2024 at 1:10 PM
To: "CommonLaw119@gmail.com" <CommonLaw119@gmail.com>

Good afternoon,

We are in receipt of your letter requesting a PACER exemption and are in the process of evaluating your request. We, however, also need financial documentation sufficient to show cause for the exemption. This can include tax returns, pay stubs, social security records, unemployment records, and other documents showing inability to pay.

Courtney Pollard

Administrative Clerk

404-215-1604

Courtney_Pollard@gand.uscourts.gov

---

**Common Law** <commonlaw119@gmail.com>                                          Wed, Apr 17, 2024 at 2:06 PM
To: Courtney Pollard <Courtney_Pollard@gand.uscourts.gov>

Good afternoon,

The exemption was requested to be able to receive a free service copy of each filing in my cases. Not due to indigency.

I was under the impression that a party to a case could receive a free service copy simply to facilitate equal access for pro se parties. I was not aware it required a state of poverty or inability to pay.
[Quoted text hidden]

---

**GAND Public Counter - DNR** <Intake_DNR@gand.uscourts.gov>                     Fri, May 10, 2024 at 4:14 PM
To: "commonlaw119@gmail.com" <commonlaw119@gmail.com>

Ms. Clark:

PACER exemptions are limited to indigent individuals, litigants, and other people who cannot afford to pay PACER fees. Pursuant to Appendix H of this Court's Local Rules: A party who is not a registered participant of ECF is entitled to a paper copy of any electronically filed pleading, document, or order. The filing party must therefore provide the non-registered party with the pleading, document, or order according to the Federal Rules of Criminal Procedure. You indicated in your letter that you have not received any copies of the documents filed in your case. The clerk's office has mailed you copies of orders at the address you provided: 1880 Braselton Hwy, Suite 118, #5018, Lawrenceville, GA 30043. If that address is not correct, please update it by sending a Notice of Change of Address for each case. A list of orders mailed to you and the date the order was mailed is provided below for each case. If you did not receive a copy of the orders listed below, please send a copy request to the Clerk of Court, 2211 United States Courthouse, 75 Ted Turner Dr. S.W., Atlanta GA, 30303, and a courtesy copy will be mailed to you. The copy request must identify which orders were not received.

**1:23-cv-5840-JPB**

Document [6] – mailed on 01/05/2024

Document [7] – mailed on 01/08/2024

Minute Order entered 04/01/2024 – mailed on 04/02/2024

Minute Order entered 04/30/2024 – mailed on 04/30/2024

**1:24-cv-116-JPB**

Document [3] – mailed on 01/10/2024

**1:24-cv-482-JPB**

Document [3] – mailed on 02/05/2024

Minute Order entered 03/13/2024 – mailed on 3/13/2024

Minute Order entered 05/10/2024 – mailed on 5/10/2024

Thank you.

---

**From:** Common Law <commonlaw119@gmail.com>
**Sent:** Wednesday, April 17, 2024 2:06 PM
**To:** Courtney Pollard <Courtney_Pollard@gand.uscourts.gov>
**Subject:** Re: Fee Exemption for PACER

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Common Law** <commonlaw119@gmail.com>                         Fri, May 10, 2024 at 4:52 PM
To: GAND Public Counter - DNR <Intake_DNR@gand.uscourts.gov>

Hello,

Thank you for your reply.

What would be the process to request an exemption as a researcher? I saw that option on your website. I would like to possibly be considered for that. Thank you.
[Quoted text hidden]



# PACER Service Center (PSC)
P.O. Box 780549
San Antonio, TX 78278

## Credit Request Form

Phone number: (800) 676-6856 | Fax number: (210) 301-6441 | Email: pacer@psc.uscourts.gov

---

Complete this form and submit it along with a letter of explanation in support of the credit request. Requests for credit will only be accepted for transactions that have already been billed. You may forward the request and documentation by email, fax, or U.S. mail to the above addresses or fax number. Please allow several weeks for the PACER Service Center to review the request. **Please type or print <u>clearly</u>.**

Transactions that occur in January, February, and March are billed no later than April 10.
Transactions that occur in April, May, and June are billed no later than July 10.
Transactions that occur in July, August, and September are billed no later than October 10.
Transactions that occur in October, November, and December are billed no later than January 10.

Account number: 4434044            Contact: Tamah Jada Clark
Phone number: 1(888) 256-6692 ext. 777    Email address: CommonLaw119@gmail.com

Date range of transactions in question: 01/2024-06/2024    (MMYY-MMYY)

Amount of credit you are requesting: $ 75.70

In addition to this form, include the following:

- A detailed explanation in support of the request for credit.

- A list of transactions in question. The transactions can be retrieved from the PACER Service Center home page (www.pacer.gov) through the Manage My Account option.

- A completed refund request form if payment has been made on the account and you are seeking a refund. The form is available on the PACER Service Center home page (www.pacer.gov) through the Resources option located in the Quick Links tab.

/s/ Tamah Jada Clark
Signature

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 13, 2024. [See 28 U.S.C. § 1746].**
Date

TAMAH JADA CLARK
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043

**USPS CERTIFIED MAIL**

9207 1901 4298 0406 2958 59

0010114274000011
Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303
USA