RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 16 2024

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Tamah Jada Clark
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043
E-mail: CommonLaw119@gmail.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570

Tuesday, August 13, 2024

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**RE: Complaint of Denied Access to Court Docket & Request for Waiver of PACER Fees**

Dear Clerk of Court,

    Please accept the enclosed PACER Service Center Credit Request Form. On June 5, 2024, I received it along with the attached e-mail saying you and/or PACER Service Center *may* consider a credit. (*See* Exhibit A). But according to R.S. § 823,[1] you are prohibited from seeking compensation for providing access to the court docket. I think you *may* need to consider the law.

    I am a Hebrew-American *naturalized* citizen of Georgia,[2] in accordance with R.S. § 1994 and the Act of Congress of February 10, 1855,[3][4] through marriage to a free white man and

---

[1] Note: Regarding R.S. § 823, I checked Table II—Revised Statutes 1878 showing their classification in the United States Code updated through the 2018 Main Edition, Supplement V (01/03/2024). Every single code section, according to Table I (i.e. Title 28 U.S.C. §§ 548 [repealed], 571 [1923], 574 [553, 1921], 600 [1871], 600c [1821, 1825], & 601 [eliminated]), has been repealed, eliminated, or deals with an altogether different topic than "civil filing fees". This means R.S. § 823 remains in full effect.

[2] Naturalization has been defined by the U.S. Supreme Court as "the act of adopting a foreigner, and clothing him with the privileges of a native citizen." *Boyd v. Nebraska ex rel. Thayer*, 143 U.S. 135, 162 (1892).

[3] "Any woman who is now or may hereafter be married to a citizen of the United States, and who might herself be lawfully naturalized, shall be deemed a citizen." R.S. § 1994.

[4] "As we construe this act, it confers the privileges of citizenship upon women married to citizens of the United States if they are of the class of persons for whose naturalization the previous acts of Congress provide. The terms "married" or "who shall be married" do not refer, in our judgment, to the time when the ceremony of marriage is celebrated, but to a state of marriage. They mean that whenever a woman who under previous acts might be naturalized is in a state of marriage to a citizen, whether his citizenship existed at the passage of the act or subsequently or before or after the marriage, she becomes by that fact a citizen also. His citizenship, whenever it exists, confers, under the act, citizenship upon her. The construction which would restrict the act to women whose husbands at the time of marriage are citizens would exclude far the greater number for whose benefit, as we think,

19

*natural born* Citizen of the United States of America—notwithstanding Sept. 22, 1922, c. 411, § 6, 42 Stat. 1022 [An Act Relative to the naturalization and citizenship of married women],[5] or Title 8 of the United States Code which does not apply to the Republic. [6] [7] I have the unalienable Right to access Georgia and United States courts—both under the State and federal constitution (and the Articles of Confederation)—without hindrance, disability, or disadvantage of any kind.

I previously sent you a letter requesting free access to the court's docket on April 10, 2024. (*See* Exhibit B) Your representative responded via e-mail April 17, 2024, alleging that I must be an indigent to access the court's docket to which I replied but never received further response from you. (*See* Exhibit C). The law says you cannot demand the fees you are demanding. I will take this opportunity to kindly remind you that the practice of law by you and your employees is illegal. *See* Sections 273, 274, The Judicial Code.

Your permitted compensation is in R.S. § 828.[8] I am once again requesting that all fees associated with PACER account # 4434044 be waived and that I be given free access to the court's dockets, in accordance with R.S. § 828.[9] And, I would like to file a formal complaint due to denied access to the court's docket up to this point. Thank you in advance for your time and cooperation.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date specified on page 1. [See* 28 U.S.C. § 1746].

/s/

Tamah Jada Clark
TAMAH JADA CLARK

---

the act was intended. Its object, in our opinion, was to allow her citizenship to follow that of her husband without the necessity of any application for naturalization on her part". *Kelly v. Owen*, 74 U.S. 496 (1868).

[5] Note: This Act alleges to have repealed R.S. § 1994 but not the Act of Congress of February 10, 1855. *See* **Exhibit A:** An Act Relative to the naturalization and citizenship of married women.

[6] "The term 'United States', except as otherwise specifically herein provided, when used in a geographical sense, means the continental United States, Alaska, Hawaii, Puerto Rico, Guam, the Virgin Islands of the United States, and the Commonwealth of the Northern Mariana Islands." 8 U.S.C. § (a)38.

[7] "'The term "State' includes the District of Columbia, Puerto Rico, Guam, the Virgin Islands of the United States, and the Commonwealth of the Northern Mariana Islands." 8 U.S.C. § (a)36.

[8] Note: Regarding R.S. § 828, I checked Table II—Revised Statutes 1878 showing their classification in the United States Code updated through the 2018 Main Edition, Supplement V (01/03/2024). The only two relevant code sections (i.e. Title 28 U.S.C. §§ 555 & 556), according to Table I, are repealed (i.e. § 556) or altogether misrepresented and inapplicable (i.e. § 555 reclassified as § 1914).

[9] "All books in the offices of the clerks of the district courts, containing the docket or minute of the judgments, or decrees thereof, shall, during office hours, be open to the inspection of any person desiring to examine the same, without any fees or charge therefor." (R. S. § 828.)

 Gmail

Common Law <commonlaw119@gmail.com>

## PACER
1 message

**Mary Fernandez** <mary_fernandez@ao.uscourts.gov>                       Wed, Jun 5, 2024 at 4:34 PM
To: "commonlaw119@gmail.com" <commonlaw119@gmail.com>

Please complete the attached form and return for a credit to be considered.

Thank you,

Mary

PACER Service Center

Enterprise Operation Center
Administrative Office of the U.S. Courts
Phone: 800-676-6856

pacer@psc.uscourts.gov
Frequently Asked Questions: https://pacer.uscourts.gov/help/faqs
Account Information: https://pacer.uscourts.gov/my-account-billing/manage-my-account-login

Changing the way we serve the Judiciary

---

📎 **creditreqform.pdf**
455K