| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 24-12155-J Tamah Clark, et al v. X Corp., et al "USDC Order Overdue" (1:23-cv-05840-JPB) |
| **Date:** | Wednesday, August 21, 2024 5:10:39 PM |

***NOTE TO USERS*** The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.

### United States Court of Appeals for the Eleventh Circuit

## Notice of Docket Activity

The following transaction was filed on 08/21/2024

**Case Name:**    Tamah Clark, et al v. X Corp., et al
**Case Number:**  24-12155


**Docket Text:**
REQUEST TO USDC CLERK: Please promptly advise this office whether your court has entered an order concerning DE # 42, motion for FRAP4.

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court