IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP (WITHOUT THE "UNITED STATES")** [1] [2]

*Civil Suit for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 3 0 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE ™
*(PRO PER, SUI JURIS)*,
**PLAINTIFF/PLAINTIFF IN ERROR**

Vs.

X CORP., WORLD JEWISH CONGRESS,
AMERICAN ISRAEL PUBLIC AFFAIRS
COMMITTEE,
**DEFENDANTS/DEFENDANTS IN ERROR**

CIVIL SUIT NO.

1:23-CV-05840-JPB

**Tuesday, June 25, 2024**

[AMENDED SATURDAY, AUGUST 24, 2024, FOR CLARIFICATION]

**NOTICE OF APPEAL**

Pursuant Article III, Section 2, Clause 2, U.S. Constitution—1787 and The Judicial Code, Section 238; Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157. [*See* 28 U.S.C. § 2101(b)]

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF" ("PLAINTIFF IN ERROR" or "APPELLANT"), to give amended

---

[1] The common law, without the "United States", is of full force and effect in the state of Georgia. *See* Act of February 25, 1784.

[2] Note: Code 1933 citations used herein are to reference common law principles: "When no source note is shown, the section usually has come down without change from the Code of 1863, stating a principle of the common law which was included in that Code pursuant to the authority given to the Commissioners to include therein the entire body of law of force in this State, from whatever source derived." Code 1933, Explanatory Notes pp. XIII-XIV

1

notice [due to fraud] that PLAINTIFF appeals to the Supreme Court *for* the United States of America from the:

a. Order dated May 31, 2024 (Docket No. 39);
b. Order dated June 19, 2024 (Docket No. 40); and
c. Judgement dated June 20, 2024 (Docket No. 41).

**I.**

PLAINTIFF ("APPELLANT") filed the present civil suit at Law pursuant R.S. § 629 [see The Judicial Code, Sections 289, 291, & 292; Mar. 3, 1911, c. 231, § 289, 891, 292, 36 Stat. 1167], and The Judicial Code, Section 24; Mar. 3, 1911, c. 231, § 24, 36 Stat. 1091); and appeals to the Supreme Court of the United States of America (i.e. sues out writ of error).

**II.**

PLAINTIFF ("APPELLANT") timely prepared a notice of appeal June 25, 2024, and immediately deposited it for expedited delivery to the Clerk of this Court that same day. However, at that time PLAINTIFF ("APPELLANT") did not adequately appreciate this Court's and the U.S. Court of Appeals for the 11th Circuit's proclivity for treason against the federal Constitution via willful misconstruction and misapplication of federal law.

  a. PLAINTIFF ("APPELLANT") identified Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238] as the statute under which appeal is sought and referenced 28 U.S.C. § 2101(b) solely to facilitate the clerk and the Court's understanding of the legal principle for purposes of preparing and transmitting the record to the U.S. Supreme Court without delay—not as the statute under which the right to the appeal arises.

    b. Title 28 of the U.S.C. is enacted into positive law, which means the first act in the source credits of 28 U.S.C. § 2101 is the act that enacted it into positive law,[3] namely: <u>June 25, 1948, ch. 646, 62 Stat. 954</u>. Its purpose, as part of a government code, is to instruct government employees (e.g. the Clerks and the Judge) that "APPELLANT'S" right of direct appeal exists. But it is not the source of that right. The source of the right is <u>Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157</u> [The Judicial Code, Section 238].

    c. This Court and the U.S. Court of Appeals for the 11th Circuit have ***intentionally*** misconstrued and mis-applied federal law to artificially amplify their Power under the federal Constitution in order to fraudulently deprive APPELLANT of the right of appeal under <u>Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157</u> [The Judicial Code, Section 238], and to constructively deny APPELLANT access to the U.S. Supreme Court, in treason to the U.S. Constitution--1787. For this reason, APPELLANT amends the Notice of Appeal dated June 25, 2024, to clarify beyond a shadow of a doubt, the intended statutory authority for the right of appeal as <u>Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157</u> [The Judicial Code, Section 238].

### III.

The presiding Judge in this suit, in misconstruing and misapplying federal law outside of his constitutional Power and statutory Authority to deprive APPELLANT of the statutory right of appeal under <u>Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157</u> [The Judicial Code, Section 238], has unlawfully engaged in the practice of law in violation of <u>Mar. 3, 1911, ch. 231, §258, 36 Stat. 1161</u>[4] and R.S. § 713. [ *See* <u>28 U.S.C. 454</u>].

---

[3] "Historical and Revision notes appear only in positive law titles and specify the laws that formed the basis of sections that were included in the title when the title was first enacted into positive law. The first act in the source credits for such a section is the act that enacted the title into positive law."
https://uscode.house.gov/detailed_guide.xhtml#source_credits (Accessed August 12, 2024).

[4] "It shall not be lawful for any judge appointed under the authority of the United States to exercise the profession or employment of counsel or attorney, or to be engaged in the practice of the law. Any person offending against the prohibition of this section shall be deemed guilty of a high misdemeanor." The Judicial Code, Section 258.

3

TAMAH JADA CLARK
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville GA 30043



USPS CERTIFIED MAIL

9207 1901 4298 0406 7576 61

0010186035000011

Clerk of Court
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303
USA

## IV.

The clerks of this Court and the U.S. Court of Appeals for the 11th Circuit, in misconstruing and misapplying federal law outside of their constitutional Power and statutory Authority to deprive APPELLANT of the statutory right of appeal under Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238], have unlawfully engaged in the practice of law in violation of Mar. 3, 1911, ch. 231, §§273, 274, 36 Stat. 1164 [5] [6] and R.S §§ 748, 749. [*See* 28 U.S.C. § 955].

## PROOF/CERTIFICATE OF SERVICE

PLAINTIFF ("APPELLANT") certifies that this Notice is served on DEFENDANTS ("APPELLEES") contemporaneous with its filing with the Clerk, on August 24, 2024, via United States Postal Service (USPS) first-class mail, and electronically as follows.

a. (For DEFENDANT "X CORP."): SHOOK HARDY & BACON L.L.P. c/o Nia S. Wilson, 1230 Peachtree Street NE, Suite 1200, Atlanta, GA 30309-3591; and electronically to nwilson@shb.com.

b. (For DEFENDANT "WORLD JEWISH CONGRESS"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

c. (For DEFENDANT "AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite

---

[5] "No clerk, or assistant or deputy clerk, of any Territorial district, or circuit court of appeals, or of the Court of Claims, or of the Supreme Court of the United States, or marshal or deputy marshal of the United States within the district for which he is appointed, shall act as a solicitor, proctor, attorney, or counsel in any cause depending in any of said courts, or in any district for which he is acting as such officer." The Judicial Code, Section 273.

[6] "Whoever shall violate the provisions of the preceding section shall be stricken from the roll of attorneys by the court upon complaint, upon which the respondent shall have due notice and be heard in his defense; and in the case of a marshal or deputy marshal so acting, he shall be recommended by the court for dismissal from office." The Judicial Code, Section 274.

1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date specified on page 1.* [*See* 28 U.S.C. § 1746(1)].

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF/PLAINTIFF IN ERROR**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

5

Internal Filing ID:
GA-USD-NDG-11.19.2023-F12

AD 10186035.1.6-11

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP**

*Civil Action at Law for Aggravated Torts of False Imprisonment, Assault, Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

|  |  |
|---|---|
| TAMAH JADA CLARK *(PRO PER, SUI JURIS)*, **PLAINTIFF/PLAINTIFF IN ERROR** Vs. THE "STATE OF FLORIDA", ESCAMBIA COUNTY SHERIFF CHIP SIMMONS (OFFICIAL AND PERSONAL CAPACITIES), **DEFENDANTS/DEFENDANTS IN ERROR** | CIVIL SUIT NO. 1:24-CV-0116-JPB |

**Tuesday, June 25, 2024**

[AMENDED SATURDAY, AUGUST 24, 2024, FOR CLARIFICATION]

## NOTICE OF APPEAL

Pursuant Article III, Section 2, Clause 2, U.S. Constitution—1787 and The Judicial Code, Section 238; Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157. [*See* 28 U.S.C. § 2101(b)]

COMES NOW TAMAH JADA CLARK, "PLAINTIFF" ("PLAINTIFF IN ERORR" or "APPELLANT"), to give amended notice (due to fraud) that PLAINTIFF appeals to the Supreme Court *for* the United States of America from:

   a. The Order dated May 30, 2024 (Docket No. 5).

1

**I.**

PLAINTIFF ("APPELLANT") filed the present civil suit at Law pursuant R.S. § 629 [see The Judicial Code, Sections 289, 291, & 292; Mar. 3, 1911, c. 231, § 289, 891, 292, 36 Stat. 1167], and The Judicial Code, Section 24; Mar. 3, 1911, c. 231, § 24, 36 Stat. 1091); and appeals to the Supreme Court of the United States of America (i.e. sues out writ of error).

**II.**

PLAINTIFF ("APPELLANT") timely prepared a notice of appeal June 25, 2024, and immediately deposited it for expedited delivery to the Clerk of this Court that same day. However, at that time PLAINTIFF ("APPELLANT") did not adequately appreciate this Court's and the U.S. Court of Appeals for the 11th Circuit's proclivity for treason against the federal Constitution via willful misconstruction and misapplication of federal law.

   a. PLAINTIFF ("APPELLANT") identified Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238] as the statute under which appeal is sought and referenced 28 U.S.C. § 2101(b) solely to facilitate the clerk and the Court's understanding of the legal principle for purposes of preparing and transmitting the record to the U.S. Supreme Court without delay—not as the statute under which the right to the appeal arises.

   b. Title 28 of the U.S.C. is enacted into positive law, which means the first act in the source credits of 28 U.S.C. § 2101 is the act that enacted it into positive law,[1] namely: June 25, 1948, ch. 646, 62 Stat. 954. Its purpose, as part of a government code, is to instruct government employees (e.g. the Clerks and the Judge) that "APPELLANT'S" right of direct appeal exists. But it is not the source of that right. The source of the right is Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238].

---

[1] "Historical and Revision notes appear only in positive law titles and specify the laws that formed the basis of sections that were included in the title when the title was first enacted into positive law. The first act in the source credits for such a section is the act that enacted the title into positive law." https://uscode.house.gov/detailed_guide.xhtml#source_credits (Accessed August 12, 2024).

2

    c. This Court and the U.S. Court of Appeals for the 11th Circuit have ***intentionally*** misconstrued and mis-applied federal law to artificially amplify their Power under the federal Constitution in order to fraudulently deprive APPELLANT of the right of appeal under Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238], and to constructively deny APPELLANT access to the U.S. Supreme Court, in treason to the U.S. Constitution--1787. For this reason, APPELLANT amends the Notice of Appeal dated June 25, 2024, to clarify beyond a shadow of a doubt, the intended statutory authority for the right of appeal as Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238].

### III.

The presiding Judge in this suit, in misconstruing and misapplying federal law outside of his constitutional Power and statutory Authority to deprive APPELLANT of the statutory right of appeal under Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238], has unlawfully engaged in the practice of law in violation of Mar. 3, 1911, ch. 231, §258, 36 Stat. 1161 [2] and R.S. § 713. [ *See* 28 U.S.C. 454].

### IV.

The clerks of this Court and the U.S. Court of Appeals for the 11th Circuit, in misconstruing and misapplying federal law outside of their constitutional Power and statutory Authority to deprive APPELLANT of the statutory right of appeal under Mar. 3, 1911, ch. 231, § 238, 36 Stat. 1157 [The Judicial Code, Section 238], have unlawfully engaged in the practice of

---

[2] "It shall not be lawful for any judge appointed under the authority of the United States to exercise the profession or employment of counsel or attorney, or to be engaged in the practice of the law. Any person offending against the prohibition of this section shall be deemed guilty of a high misdemeanor." The Judicial Code, Section 258.

3

law in violation of <u>Mar. 3, 1911, ch. 231, §§273, 274, 36 Stat. 1164</u> [3] [4] and R.S §§ 748, 749. [*See* <u>28 U.S.C. § 955</u>].

## PROOF/CERTIFICATE OF SERVICE

PLAINTIFF ("APPELLANT") certifies that this Notice is served on DEFENDANTS ("APPELLEES") contemporaneous with its filing with the Clerk, on August 24, 2024, via United States Postal Service (USPS) first-class mail [electronic unavailable] as follows.

a. (For DEFENDANT "THE 'STATE OF FLORIDA'"): The "State of Florida" c/o Office of Governor Ron DeSantis, 400 S. Monroe St., Tallahassee FL 32399.

b. (For DEFENDANT "CHIP SIMMONS"): Escambia County Sheriff Chip Simmons, 1700 West Leonard Street, Pensacola FL 32501.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date specified on page 1.* [*See* <u>28 U.S.C. § 1746</u>].

<u>/s/ *Tamah Jada Clark*</u>
TAMAH JADA CLARK
**PLAINTIFF/ PLAINTIFF IN ERROR**

The Common Law Office ™
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

---

[3] "No clerk, or assistant or deputy clerk, of any Territorial district, or circuit court of appeals, or of the Court of Claims, or of the Supreme Court of the United States, or marshal or deputy marshal of the United States within the district for which he is appointed, shall act as a solicitor, proctor, attorney, or counsel in any cause depending in any of said courts, or in any district for which he is acting as such officer." The Judicial Code, Section 273.

[4] "Whoever shall violate the provisions of the preceding section shall be stricken from the roll of attorneys by the court upon complaint, upon which the respondent shall have due notice and be heard in his defense; and in the case of a marshal or deputy marshal so acting, he shall be recommended by the court for dismissal from office." The Judicial Code, Section 274.

Internal Filing ID:
GA-USD-NDG-01.19.2024-F6

X/Twitter: @TamahJadaClark
E-mail: CommonLaw119@gmail.com

Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
Web: www.TamahJadaClark.com

5

Internal Filing ID:
GA-USD-NDG-01.19.2024-F6

**CERTIFIED MAIL**™

FIRST-CLASS MAIL
U.S. POSTAGE AND
**FEES PAID**
LETTERSTREAM



AUG 3 0 2024

U.S. MARSHALS SERVICE
Atlanta, Georgia





