FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 18 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
**DIVERSITY OF CITIZENSHIP (WITHOUT THE "UNITED STATES")**

*Civil Action for Aggravated Torts of Slander and Libel seeking Twelve Billion Dollars in Exemplary Damages; Jury Trial Demanded*

|  |  |
|---|---|
| TAMAH JADA CLARK *EX REL.* ANTI-SEMITISM DEFENSE LEAGUE ™ *(PRO PER, SUI JURIS, SUI GENERIS)*, **PLAINTIFF/ PLAINTIFF IN ERROR** | |
| Vs. | CIVIL SUIT NO. ___1:23-CV-05840-JPB___ |
| X CORP., WORLD JEWISH CONGRESS, AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, **DEFENDANTS/DEFENDANTS IN ERROR** | |

**Monday, October 14, 2024**

## NOTICE OF APPEAL
PURSUANT ARTICLE III, SECTION 2, CLAUSE 2, U.S. CONSTITUTION—1787 AND THE JUDICIAL CODE, SECTION 238; MAR. 3, 1911, CH. 231, § 238, 36 STAT. 1157. [*SEE* 28 U.S.C. § 2101(B)]

COMES NOW TAMAH JADA CLARK *ex rel.* ANTI-SEMITISM DEFENSE LEAGUE™, "PLAINTIFF" ("APELLANT"), to give notice that PLAINTIFF appeals to the Supreme Court of the United States from the:

a. Order dated October 4, 2024 (Docket. No. 55)

1

PLAINTIFF ("APPELLANT") filed the present civil suit at Law pursuant R.S. § 629 [see The Judicial Code, Sections 289, 291, & 292; Mar. 3, 1911, c. 231, § 289, 891, 292, 36 Stat. 1167], and The Judicial Code, Section 24; Mar. 3, 1911, c. 231, § 24, 36 Stat. 1091); and appeals to the Supreme Court *for* the United States of America (i.e. sues out writ of error) and challenges the constitutionality of federal law.

b.

PLAINTIFF hereby gives notice that this Court ***better not*** send the appeal to the United States Court of Appeals for the Eleventh Circuit which lacks jurisdiction, per The Judicial Code, Section 128(a); Feb. 13, 1925, ch. 229, 43 Stat. 936: "The circuit courts of appeal shall have appellate jurisdiction to review by appeal or writ of error final decisions— First. In the district courts, in all cases **save where a direct review of the decision may be had in the Supreme Court under section 238**." (emphasis added)

## PROOF/CERTIFICATE OF SERVICE

PLAINTIFF certifies that this Notice is served on DEFENDANTS contemporaneous with its filing with the Clerk, on October 14, 2024, via United States Postal Service (USPS) Certified Mail® and electronically as follows.

a. (For DEFENDANT "X CORP."): SHOOK HARDY & BACON L.L.P. c/o Nia S. Wilson, 1230 Peachtree Street NE, Suite 1200, Atlanta, GA 30309-3591; and electronically to nwilson@shb.com.

b. (For DEFENDANT "WORLD JEWISH CONGRESS"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

Internal Filing ID:
GA-USD-NDG-11.19.2023-F14

c. (For DEFENDANT "AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE"): BERMAN FINK VAN HORN P.C. c/o Jeremy L. Kahn, 3475 Piedmont Road, NE Suite 1640, Atlanta, Georgia 30305; and electronically to jkahn@bfvlaw.com.

*I declare under penalty of perjury under the law of Georgia that the foregoing is true and correct, and that I am located outside the boundaries of the United States and any territory subject to the jurisdiction of the United States. Executed on the date specified on page 1. [See O.C.G.A. § 9-1-1].*

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date specified on page 1. [See 28 U.S.C. § 1746(1)].*

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK *EX REL.*
ANTI-SEMITISM DEFENSE LEAGUE, ™
**PLAINTIFF**
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @The_ADL_dot_org
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TheADL.org

```
ORIGIN ID:SCFA    (417) 221-9006        SHIP DATE: 15OCT24
TAMAH JADA CLARK                         ACTWGT: 0.10 LB
                                         CAD: 254303705/WSXI3200
THE COMMON LAW OFFICE
1880 BRASELTON HWY #5018
LAWRENCEVILLE, GA 30043                  BILL SENDER
UNITED STATES US
```

TO  **CLERK OF COURT**
    **RICHARD B. RUSSELL FEDERAL BUILDING**
    **2211 UNITED STATES COURTHOUSE**
    **75 TED TURNER DRIVE, SW**
    **ATLANTA GA 30303**
    (417) 221-9006           REF 1
    INV: 10449325
    PO:                      DEPT:




**THU - 17 OCT 5:00P**
** 2DAY **

TRK# 0201  **2806 3847 1588**

**ST QFEA**       **30303**
              GA-US **ATL**




0449325
00001



EXTREMELY URGENT

EXTREMELY URGENT

CLEARED SECURITY
OCT 17 2024
U.S. MARSHALS SERVICE
Atlanta, Georgia

# URGENT DELIVERY

Delivered by