# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 27, 2024

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 24-12155-J
Case Style: Tamah Clark, et al v. X Corp., et al
District Court Docket No: 1:23-cv-05840-JPB

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12155-J
_____

TAMAH JADA CLARK,
Ex Rel.,
ANTI-SEMITISM DEFENSE LEAGUE,

                                                     Plaintiffs - Appellants,

versus

X CORP.,
WORLD JEWISH CONGRESS,
AMERICAN ISRAEL PUBLIC AFFAIRS
COMMITTEE,

                                                     Defendants - Appellees.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Tamah Jada Clark failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court and file a Transcript Order Form and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective December 27, 2024.

                                      DAVID J. SMITH
                    Clerk of Court of the United States Court
                       of Appeals for the Eleventh Circuit

                                                     FOR THE COURT - BY DIRECTION